**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| DEEP FIX, LLC, | § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 4:18-cv-948 |
| MARINE WELL CONTAINMENT COMPANY LLC, | § § § | Jury Trial Demanded |
| Defendant. | § § § | |

**DECLARATION OF SUZANNE E. LECOCKE**
**IN SUPPORT OF MARINE WELL CONTAINMENT COMPANY LLC'S**
**MOTION FOR AN AWARD OF (1) ATTORNEY FEES AND NON-TAXABLE**
**COSTS UNDER 35 U.S.C. § 285, (2) EXPERT AND OTHER FEES AND**
**EXPENSES, AND (3) JOINT AND SEVERAL LIABILITY OF DEEP FIX, LLC**
**<u>COUNSEL UNDER 28 U.S.C. § 287</u>**

I, Suzanne E. Lecocke, pursuant to 28 U.S.C. § 1746, state and declare:

1.     I am admitted to practice Law in the State of Texas and I am admitted in the

U.S. District Court for the Southern District of Texas.

2.     I am Of Counsel at the law firm of Osha Liang, LLP and am counsel of record

in the above-styled case.

3.     I make this declaration in support of Defendant Marine Well Containment

Company LLC's Motion for an Award of Attorney Fees (Dkt. 226).

4.     **<u>Exhibit 1</u>** is a group of true and accurate copies of production documents

received and produced during the course of the litigation.

5.      **Exhibit 2** is a true and correct copy of an email chain between MWCC Counsel and Deep Fix Counsel, attaching a letter dated September 27, 2020.

6.      **Exhibit 3** is a true and correct copy of an email from MWCC Counsel to Deep Fix Counsel, dated August 17, 2018.

7.      **Exhibit 4** is a true and correct copy of the Deep Fix, LLC P.R. 3-1 and 3-2 Disclosures, as served by Deep Fix on August 6, 2018.

8.      **Exhibit 5** is a true and correct copy of an email between MWCC Counsel and Deep Fix Counsel, dated August 7, 2018.

9.      **Exhibit 6** is a true and correct copy of an email chain between MWCC Counsel and Deep Fix Counsel, dated August 7-8, 2018.

10.     **Exhibit 7** is a true and correct copy of an email chain between MWCC Counsel and Deep Fix Counsel, dated July 26, 2018 through August 9, 2018.

11.     **Exhibit 8** is a true and correct copy of Marine Well Containment Company's Final Invalidity Contentions and non-confidential exhibits, dated June 10, 2019.

12.     **Exhibit 9** is a true and correct copy of production documents received and produced during the course of the litigation.

13.     **Exhibit 10** is a true and correct copy of emails between MWCC Counsel Deep Fix Counsel, dated August 15, 2018.

14.     **Exhibit 11** is a true and correct copy of an email between MWCC Counsel Deep Fix Counsel, attaching draft court filings dated September 18, 2019.

15.     **Exhibit 12** is a true and correct copy of emails between MWCC Counsel Deep Fix Counsel, dated November 2018 through March 2019.

2

16.     **Exhibit 13** is a true and correct copy of Deep Fix's Damages Disclosures, as served by Deep Fix on November 6, 2018.

17.     **Exhibit 14** is a true and correct copy of Deep Fix's Damages Disclosures, as served by Deep Fix on December 5, 2018.

18.     **Exhibit 15** is a true and correct copy of an email chain between MWCC Counsel and Deep Fix Counsel, dated August 7-9, 2018.

19.     **Exhibit 16** is a true and correct copy of the Report of Deep Fix LLC on Damages, as served by Deep Fix on October 11, 2019.

20.     **Exhibit 17** is a true and correct copy of production documents received and produced during the course of the litigation.

21.     **Exhibit 18** is a true and correct copy of production documents received and produced during the course of the litigation.

22.     **Exhibit 19** is a true and correct copy of production documents received and produced during the course of the litigation.


Executed in Houston, Texas on March 16, 2019.


                                        */s/ Suzanne E. Lecocke*
                                        Suzanne E. Lecocke


3