EXHIBIT 8

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**



| | | |
|---|---|---|
| DEEP FIX, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:18-cv-948 |
| | § | |
| MARINE WELL CONTAINMENT | § | Jury Trial Demanded |
| COMPANY LLC, | § | |
| | § | |
| Defendant. | § | |
| | § | |

**DEFENDANT MARINE WELL CONTAINMENT COMPANY'S**
**FINAL INVALIDITY CONTENTIONS**
**PURSUANT TO P.R. 3-6(c)(1) AND 3-6(c)(2)**

Pursuant to Patent Rules (P.R.) 3-6(c)(1) and 3-6(c)(2), Defendant Marine Well

Containment Company LLC ("MWCC"), through its undersigned counsel, hereby serves

its Final Invalidity Contentions on Plaintiff Deep Fix, LLC ("Deep Fix"). MWCC may

serve other Final Invalidity Contentions in accordance with P.R. 3-6 and in accordance

with the Court's Scheduling Order, or by leave of Court.

## I.    BASIS OF FINAL INVALIDITY CONTENTIONS

On April 24, 2019, the Court issued its Memorandum and Order on Claim

Construction.

Specifically, the Court provided the following claim constructions[1] for U.S. Patent

---

[1] The Court also construed the term "Further Comprising." However, this claim term is only recited in dependent claims that are no longer asserted by Deep Fix.

No. 8,833,393 (the "'393 Patent"):

| Claim Term | Court's Construction |
| --- | --- |
| Outlet Ports | Multiple openings in the cylindrical valve chamber or in the intermittent pipe that can permit outward flow of high pressure fluids |
| Primary Hydraulic Ram | Unitary piston-like device located in the valve chamber that moves in response to fluid pressure |
| To Telescopically Close or Open/Telescopically | Extend to close and retract to open |

(Memorandum and Order on Claim Construction, Dkt. 127).

The Order set a deadline of May 10, 2019, for any Motion to Reconsider the Court's construction of any disputed claim term.

On May 22, 2019, 12 days after the deadline for any Motion to Reconsider the Court's Construction and only 2 days before the deadline for Final Infringement Contentions, Deep Fix filed an Opposed Motion for Deadline Relief and to Clarify the April 24 Order on Claim Construction and Opposed Motion to Clarify and Modify the Claim Construction Order.

On May 24, 2019, Deep Fix served its Final Infringement Contentions. In the Final Infringement Contentions, "Deep Fix asserts claims 1 and 10 of the '393 Patent are infringed." *See* Deep Fix, LLC's Final Infringement Contentions, pg. 2. This statement supersedes any and all previous statements identifying which claims are asserted. Thus, MWCC considers all other previously asserted dependent claims to be withdrawn.

Further, Deep Fix's Final Infringement Contentions include various "versions of its Final Infringement Contention[s] accounting for each contingency" in view of Deep

Fix's pending opposed motions.  *See* Deep Fix, LLC's Final Infringement Contentions, pg. 3.  Specifically, Deep Fix's Final Infringement Contentions include 8 versions of infringement claim charts for the Accused Instrumentality 15K PSI Capping Stack "SRCS", 2 versions of infringement claim charts for the Accused Instrumentality 10K PSI Capping Stack "DRCS", and 2 versions of infringement claim charts for the Accused Instrumentality Subsea Containment System "SCA".

MWCC objects to Deep Fix's infringement claim charts SRCS Chart 1, SRCS Chart 2, SRCS Chart 3, SRCS Chart 4, SRCS Chart 5, SRCS Chart 6, SRCS Chart 7, DRCS Chart 1, and SCA Chart 1, as failing to comply with the Court's Order on Claim Construction.  Moreover, MWCC objects to all twelve of Deep Fix's infringement claim charts for failing to include each and every limitation of claim 1.  Specifically, each claim 1 recited in the 12 variant claim charts Deep Fix has provided entirely omits the limitation "which has an adjustable flow primary seal (28) thereon," as required by claim 1.  Furthermore, MWCC objects to Deep Fix's infringement claim charts for failing to specifically point out each and every limitation recited in claims 1 and 10 in the Accused Instrumentalities.

MWCC reserves the right to file, and intends to file, a motion with the Court to strike Deep Fix's Final Infringement Contentions.

Deep Fix asserts claim charts "SRCS Claim Chart 8," "DRCS Claim Chart 2," and "SCA Claim Chart 2" present Deep Fix's infringement contentions with all claim terms defined as in the Court's Order.  MWCC contends that Deep Fix's understanding or interpretation of the Court's Order on Claim Construction is incorrect.  Specifically, the

Court construed "outlet ports" as "multiple openings in the cylindrical valve chamber or in the intermittent pipe that can permit outward flow of high pressure fluids" (Memorandum and Order on Claim Construction, Dkt. 127, pg. 12). However, Deep Fix alleges "four outlet ports in intermittent pipes" (*i.e.*, one bore per each of four pipes) and "six outlet ports in the valve chambers" (*i.e.*, one passageway through each of six valves) are "outlet ports" as recited in claims 1 and 10. *See* Deep Fix, LLC's Final Infringement Contentions, SRCS Claim Chart 8, pgs. 2, 10; DRCS Claim Chart 2, pgs. 2, 10; SCA Claim Chart 2, pgs. 2, 12. In other words, Deep Fix appears to construe the claim term to simply require a single port, passageway, or bore in multiple valve chambers or pipes, contrary to the Court's clear determination otherwise.

Further, Deep Fix alleges "a valve hydraulic cylinder (24) encompassing a primary hydraulic ram (26)" "reads on a combination of six cap valves, each with a single ram." Such a construction is contrary to the Court's construction of a "primary hydraulic ram" as a "unitary piston-like device located in the valve chamber that moves in response to fluid pressure." Furthermore, the Court specifically noted "[t]here appears to be only one hydraulic ram in the cap valve covered by the '393 Patent." Memorandum and Order on Claim Construction, Dkt. 127, pg. 9. The Court further highlighted that the inventor "represented to the Patent Examiner, the presence of only one ram distinguishes the cap valve covered by the '393 Patent from the traditional BOP with three rams." *Id*. The Court further noted that "[t]The term is always singular, and there is no description of any separable parts of the "primary hydraulic ram." Memorandum and Order on Claim Construction, Dkt. 127, pg. 9.

4

Deep Fix now asserts that given the Court's "construction of "primary" as "unitary" and in view of the open language "comprising" the claim reads on a combination of six cap valves, each with a single ram." *See* Deep Fix, LLC's Final Infringement Contentions, SRCS Claim Chart 8, pgs. 3, 7; DRCS Claim Chart 2, pgs. 3,7; SCA Claim Chart 2, pgs. 4, 9. This is exactly the argument Deep Fix advanced in their briefing before the *Markman* hearing, distanced itself from at the hearing, and now attempts to recapture after the Court has construed the term. *See* Plaintiff Deep Fix LLC's Claim Construction Reply Brief, Dkt. 77, pg. 15. Moreover, Deep Fix appears to present similar arguments as "modifications" in its "contingency charts" where it identifies such "comprising a ram modifications" to the Court's claim construction. *See*, *e.g.*, SRCS Claim Charts 3 and 4. Therefore, MWCC also objects to charts SRCS Claim Chart 8, DRCS Claim Chart 2, and SCA Claim Chart 2 to the extent they simply reiterate the same arguments advanced in the other charts with respect to different claim constructions under the guise of following the Court's Order on Claim Construction. *See*, *e.g.,* "SRCS Claim Chart 3 – Infringement with requested primary ram modification and "comprising a ram" modification and without outlet port location modification"; "SRCS Claim Chart 4 – Infringement with cap valve "comprising" a ram modification and without other requested modifications".

Deep Fix also asserts an "[a]lternative mode of infringement," alleging "the accused devices also infringe under the doctrine of equivalents." *See* Deep Fix, LLC's Final Infringement Contentions, pg. 3-5. Courts have struck "alternative" infringement contentions asserted under the Doctrine of Equivalents that "fail to explain why the

5

purported aspects of the [accused product] are equivalent and why any differences are insubstantial." *See, e.g., Morningware, Inc. v. Hearthware Home Prods., Inc.*, No. 09-C-4348, 2010 WL 3781254, at *8 (N.D. Ill. Sept. 22, 2010).  While the Final Infringement Contentions include generalized assertions of infringement under the Doctrine of Equivalents, none of Deep Fix's actual claim charts contains any explanation of which specific elements of the Accused Instrumentalities are equivalent to which claim limitations, nor any explanation of why any differences are insubstantial in view of the specification and drawings, the prosecution history, and the Court's Markman Order.  For this reason, all contentions based on the Doctrine of Equivalents are subject to being stricken, and MWCC will so move.

MWCC now serves these Final Invalidity Contentions on Deep Fix in accordance with P.R. 3-6, which states, in pertinent part:

(c)  By the deadline set in the Scheduling Order, each party opposing a claim of patent infringement may serve, without leave of court, "Final Invalidity Contentions" that amend that party's "Preliminary Invalidity Contentions" with respect to the information required by P.R. 3-3, *if either*:

(1) a party claiming patent infringement has served amended infringement contentions under P.R. 3-6(a) or "Final Infringement Contentions" under P.R. 3-6(b), *or*
(2) the party opposing a patent infringement claim has good cause to believe that the Court's Claim Construction Ruling requires the amendment.

MWCC's Final Invalidity Contentions are made based on Deep Fix's Final Infringement Contentions and the Court's Order on Claim Construction. These Final Invalidity Contentions are based at least in part on Deep Fix's apparent position on the

6

meaning and scope of the Court's Order on Claim Construction and of claims 1 and 10 of the '393 Patent, as best as MWCC can discern from Deep Fix's Final Infringement Contentions, which claim interpretations MWCC contends are incorrect. Specifically, Exhibits A-D and K show that claims 1 and 10 of the '393 Patent are invalid as anticipated or as being obvious over certain prior art even if the claims are interpreted as Deep Fix has done. Further, Exhibits E-J and L show that claims 1 and 10 of the '393 Patent are invalid as being obvious over certain prior art given the Court's Order on Claim Construction. Because Deep Fix's Opposed Motion is still pending, MWCC's Final Invalidity Contentions do not address Deep Fix's "contingency" positions of already-rejected claim constructions. MWCC reserves the right to file amended Final Invalidity Contentions should the Court reconsider its claim constructions.

MWCC has identified prior art and other grounds that invalidate each and every asserted claim of the '393 Patent. MWCC's Final Invalidity Contentions are made based on knowledge and information currently available to MWCC.

## II.   INVALIDITY UNDER 35 U.S.C. § 102

If Deep Fix's claim interpretations of the Court's Order on Claim Construction are accepted by the Court, then the asserted claims of the '393 Patent are invalid under multiple sections of pre-AIA 35 U.S.C. § 102 because they are anticipated.

### A.   Invalidity Contentions Based on the Macondo Sealing Cap

The Macondo Sealing Cap is an apparatus that was installed on BP's Macondo oil well in the Gulf of Mexico on July 10, 2010, to stop crude oil from flowing from the Macondo well into the Gulf after an accident on the Deepwater Horizon drilling platform

on April 20, 2010.  The design and installation of the Macondo Sealing Cap was televised across U.S. news channels.  Components of the Macondo Sealing Cap included already-known and off-the-shelf Cameron connectors and Hydril blowout preventers (BOPs). The leaking well was ultimately shut in (that is, sealed) on August 3, 2010.

The design of the Macondo Sealing Cap was developed within days of the April 20, 2010 accident.  The Macondo Sealing Cap was fully constructed and assembled as early as May 26, 2010.

The Macondo Sealing Cap was publicly used at least as early as July 10, 2010, and publicly known at least as early as May 26, 2010.  Because the Macondo Sealing Cap was publicly known or used before the earliest effective filing date of the '393 Patent (September 3, 2010), the Macondo Sealing Cap is prior art under pre-AIA 35 U.S.C. §102(a).  As set forth in the claim chart attached as Exhibit A, claims 1 and 10 are anticipated by the Macondo Sealing Cap.  Exhibit A specifically shows where each and every limitation of claims 1 and 10 are found in the Macondo Sealing Cap, accepting for this purpose only the apparent claim interpretations advanced by Deep Fix.

Information referenced in Exhibit A (and other exhibits as applicable) regarding the Macondo Sealing Cap may be found in the following documents, all of which MWCC previously produced to Deep Fix, or which Deep Fix produced to MWCC.

1. Macondo Sealing Cap animation [MWCC00011561],

2. Well Cap Stack (Proposed) schematic [MWCC00013062 - MWCC00013064 at MWCC00013064],

8

3. Photo of the Macondo Sealing Cap [MWCC00013065 - MWCC00013070 at MWCC00013068],

4. Transocean P&ID for Macondo Sealing Cap dated July 7, 2010 [DF-000002 – DF-000033 at DF-00011], and

5. 3 Ram Capping Stack Running Procedure, May 26, 2010) [MWCC00013087 – MWCC0013094 at MWCC0013093].

**B.     Invalidity Contentions Based on the MWCC '176 Patent**

U.S. Patent No. 9,004,176 ("MWCC '176 Patent") issued on April 14, 2015, from an application filed on July 21, 2011, which claims benefit to a provisional application filed on July 21, 2010.  The MWCC '176 Patent is assigned to MWCC.  Because the MWCC '176 Patent has a filing date that is before the earliest effective filing date of the '393 Patent (September 3, 2010), the MWCC '176 Patent is prior art under pre-AIA 35 U.S.C. § 102(e).

Moreover, the MWCC '176 Patent discloses the MWCC capping stacks that are accused of infringement.  The systems and methods described in the MWCC '176 Patent were developed to further improve prevention, containment, and recovery plans for wells. In the event of an accident, the systems and method described in the MWCC '176 patent may provide response equipment that can be pre-engineered, constructed, tested and ready for rapid deployment.  Because the MWCC '176 Patent has a filing date that is before the earliest effective filing date of the '393 Patent (September 3, 2010) and because the MWCC '176 Patent has been actually reduced to practice (MWCC's 15K PSI Capping Stack, 10K PSI Capping Stack, and Subsea Capping Stack), the MWCC

9

'176 Patent is itself prior art under 35 U.S.C. § 102(g), as well.

As set forth in the claim chart attached as Exhibit B, claims 1 and 10 are anticipated by the MWCC '176 Patent. Exhibit B specifically shows where each and every limitation of claims 1 and 10 can be found in the MWCC '176 Patent, accepting for this purpose only the apparent claim interpretations advanced by Deep Fix.

The '176 Patent was previously produced at MWCC00004705 – MWCC00004718.

### C.   Invalidity Contentions Based on the 1966 Composite Catalog

The Composite Catalog of Oil Field Equipment and Services ("1966 Composite Catalog") was published in 1966. The 1966 Composite Catalog is a compilation of catalog data from leading equipment and service firms servicing the oilfield industry in 1966. Because the 1966 Composite Catalog is a printed publication dated more than one year prior to the earliest effective filing date of the '393 Patent (September 3, 2010), the 1966 Composite Catalog is prior art under pre-AIA 35 U.S.C. § 102(b).

As set forth in the claim chart attached as Exhibit C, claims 1 and 10 are anticipated by the 1966 Composite Catalog. Exhibit C specifically shows where each and every limitation of claims 1 and 10 can be found in the 1966 Composite Catalog, accepting for this purpose only the apparent claim interpretations advanced by Deep Fix. The 1966 Composite Catalog was previously produced at MWCC00014560 – MWCC00014579.

10

## III.   INVALIDITY UNDER 35 U.S.C. § 103

The asserted claims of the '393 Patent are also invalid under pre-AIA 35 U.S.C. § 103 because the differences between the claimed subject matter and the prior art are such that the subject matter as a whole would have been obvious at the time the invention was made to a person having ordinary skill in the art to which the subject matter pertains.

MWCC identifies the following prior art upon which it bases its obviousness defenses, all of which MWCC previously produced to Deep Fix, or which Deep Fix produced to MWCC:

- The Macondo Sealing Cap (described above in Section II.A)

- The MWCC '176 Patent (described above in Section II.B)

- UK Patent Publication GB 1 487 803 ("GB '803"), entitled "Controllable Safety Cap for Oil and or Gas Well," describes a safety cap for capping and uncapping an oil or gas well, having, *inter alia*, an open top chamber adapted to be connected to an anchoring member, side ports, cylinders, a movable piston assembly, and valves opening and closing the ports.  GB '803 was published on October 5, 1977, and issued on February 15, 1978 before the earliest effective filing date of the '393 Patent. [MWCC00013396 – MWCC0013399].

- UK Patent Publication GB 2 254 632 A ("GB '632"), entitled "Controlling damaged wellheads," describes a device for re-establishing control over a damaged wellhead.  GB '632 was published on October 14, 1992, before the earliest effective filing date of the '393 Patent. [MWCC00010199 –

11

MWCC00010219].

- U.S. Patent No. 7,779,917 B2 ("'917 Patent"), entitled "Subsea Connection and Apparatus for a Surface Blowout Preventer Stack," issued on August 24, 2010, before the earliest effective filing date of the '393 Patent. [MWCC00011300 – MWCC0011311].

- U.S. Patent No. 6,609,572 B1 ("'572 Patent"), entitled "Riser Connector," issued on August 26, 2003, before the earliest effective filing date of the '393 Patent. [MWCC00013681 – MWCC00013688].

- U.S. Patent No. 3,661,408 ("'408 Patent"), entitled "Power Actuated Pipe Coupler," issued on May 9, 1972, before the earliest effective filing date of the '393 Patent. [MWCC00013404 – MWCC00013413].

- U.S. Patent No. 5,135,024 ("'024 Patent"), entitled "Roll Over Pressure Relief Valve," issued on August 4, 1992, before the earliest effective filing date of the '393 Patent. [MWCC00013429 – MWCC00013432].

- The 1988-1989 General Catalog Cameron Iron Works USA, Inc. ("Cameron Catalog") was published in 1988-89, which is also before the earliest effective filing date of the '393 Patent. [DF-000335 – DF-000337].

- The 1966 -1967 Composite Catalog of Oil Field Equipment and Services ("1966 Composite Catalog") was published in 1966, which is also before the earliest effective filing date of the '393 patent. [MWCC00014560 – MWCC00014579].

12

- U.S. Patent No. 3,272,222 ("'222 Patent"), entitled "Blowout Preventer," issued on September 13, 1966, before the earliest effective filing date of the '393 Patent. [MWCC00014580 – MWCC00014588].

- U.S. Patent No. 4,567,915 ("'915 Patent"), entitled "Anti-Cavitation Low-Noise Control Valve Cage Trim For High Pressure Reducing Service in Liquid or Gaseous Flow," issued on February 4, 1986, before the earliest effective filing date of the '393 Patent. [MWCC00014589 – MWCC00014596].

## A.    Invalidity Contentions Based on the MWCC '176 Patent, the '917 Patent or the '572 Patent or the Cameron Catalog, and the 1966 Composite Catalog

As set forth in the claim chart attached as Exhibit D, the claimed inventions, as a whole, of claims 1 and 10 of the '393 Patent are rendered obvious by the MWCC '176 Patent in view of the '917 Patent or the '572 Patent or the Cameron Catalog.

Exhibit D specifically shows where each and every limitation of claims 1and 10can be found in the MWCC '176 Patent, the '917 Patent or the '572 Patent or the Cameron Catalog, and/or 1966 Composite Catalog, accepting for this purpose only the apparent claim interpretations advanced by Deep Fix.

## B.    Invalidity Contentions Based on GB '632, the '917 Patent or the Cameron Catalog, the '915 Patent, and the '222 Patent

As set forth in the claim chart attached as Exhibit E, the claimed inventions, as a whole, of claims 1 and 10, of the '393 Patent are rendered obvious by GB '632 in view of the '917 Patent or the Cameron Catalog, and further in view of the '915 Patent and the '222 Patent.

13

Exhibit E specifically shows where each and every limitation of claims 1and 10 can be found in GB '632, the '917 Patent or the Cameron Catalog, the '915 Patent, and the '222 Patent.

**C.    Invalidity Contentions Based on GB '632, the '917 Patent or the Cameron Catalog, the '915 Patent, and GB '803**

As set forth in the claim chart attached as Exhibit F, the claimed inventions, as a whole, of claims 1 and 10, of the '393 Patent are rendered obvious by GB '632 in view of the '917 Patent or the Cameron Catalog, and further in view of the '915 Patent and GB '803.

Exhibit F specifically shows where each and every limitation of claims 1and 10 can be found in GB '632, the '917 Patent or the Cameron Catalog, the '915 Patent, and the '222 Patent.

**D.    Invalidity Contentions Based on GB '632, the '572 Patent, the '915 Patent, and the '222 Patent or GB '803**

As set forth in the claim chart attached as Exhibit G, the claimed inventions, as a whole, of claims 1 and 10, of the '393 Patent are rendered obvious by GB '632 in view of the '572 Patent, the '915 Patent and further in view of the '222 Patent or GB '803.

Exhibit G specifically shows where each and every limitation of claims 1and 10 can be found in GB '632, the '572 Patent, the '915 Patent, and the '222 Patent or GB '803.

**E.    Invalidity Contentions Based on GB '803 and either the '408 Patent or the Cameron Catalog, or in the alternative, in further view of the '024 Patent**

As set forth in the claim chart attached as Exhibit H, the claimed inventions, as a

14

whole, of claims 1and 10 of the '393 Patent are rendered obvious by GB '803  in view of the '408 Patent or the Cameron Catalog.  In the alternative, claim 1 of the '393 Patent is rendered obvious by GB '803 in view of the '408 Patent or the Cameron Catalog, and further in view of the '024 Patent.

Exhibit H specifically shows where each and every limitation of claims 1 and 10 can be found in GB '803 and the '408 Patent or the Cameron Catalog, or in the alternative, in further view of the '024 Patent.

### F.    Invalidity Contentions Based on GB '803, the '408 Patent or the Cameron Catalog, and the '354 Patent,

As set forth in the claim chart attached as Exhibit I, the claimed invention, as a whole, of claim 1 of the '393 Patent is rendered obvious by GB '803  in view of the '408 Patent or the Cameron Catalog, and further in view of the '354 Patent.

Exhibit I specifically shows where each and every limitation of claim 1 can be found in GB '803, the '408 Patent or the Cameron Catalog, and the '354 Patent.

### G.    Invalidity Contentions Based on GB '803, the '572 Patent, and the '354 Patent

As set forth in the claim chart attached as Exhibit J, the claimed inventions, as a whole, of claim 10 of the '393 Patent is rendered obvious by GB '803  in view of the '572 Patent.  Exhibit J further shows that the claimed inventions, as a whole, of claim 1 of the '393 Patent is rendered obvious by GB '803 in view of the '572 Patent and further in view of the '354 Patent.

Exhibit J specifically shows where each and every limitation of claims 1 and 10 can be found in GB '803, the '572 Patent and/or the '354 Patent.

15

**H.     Invalidity Contentions Based on the '354 Patent and the Macondo Sealing Cap**

As set forth in the claim chart attached as Exhibit K, the claimed inventions, as a whole, of claims 1 and 10 of the '393 Patent are rendered obvious by the '354 Patent in view of the Macondo Sealing Cap.

Exhibit K specifically shows where each and every limitation of claims 1and 10 can be found in the '354 Patent and the Macondo Sealing Cap, accepting for this purpose only the apparent claim interpretations advanced by Deep Fix.

**I.     Invalidity Contentions Based on the '354 Patent and the '915 Patent**

As set forth in the claim chart attached as Exhibit L, the claimed inventions, as a whole, of claims 1 and 10 of the '393 Patent are rendered obvious by the '354 Patent in view of the '915 Patent.

Exhibit L specifically shows where each and every limitation of claims 1and 10 can be found in the '354 Patent and the '915 Patent.

## IV.    INVALIDITY UNDER 35 U.S.C. § 112

Each asserted claim of the '393 Patent is invalid and/or void for failure to comply with the conditions of patentability set forth in 35 U.S.C. § 112 and/or the rules, regulations, and laws pertaining thereto.

### A.    Indefiniteness

Various terms and phrases used in the claims of the '393 Patent are indefinite and/or unsupported in the specification.

For example, it is unclear whether the valve hydraulic cylinder (24) or the adjustable flow primary seal (28), or both, as claimed in both independent claims 1 and 10, is/are meant to be within the cylindrical valve chamber (26).

It is further unclear what are the two alternative options claimed in the following limitations of independent claims 1 and 10 ("or" emphasized):

Claim 1 recites:

> A cap valve (12) to shut off a runaway high pressure flow pipe (P) comprising:
> a hydraulic controlled connector (14)
> to attach to a cylindrical valve connector (16), **or**
> to attach to an intermittent pipe (18) connectable to a cylindrical valve
>    chamber (16), to the flow pipe (P) in which the connector (14) has a
>    hydraulic clamp (20) to grab the pipe (P), or to grab a flange (F) on the
>    pipe (P), to hold the cap valve (12) in position; outlet ports (22)
>    disposed in the cap valve (12), or in the intermittent pipe (18), above the
>    hydraulic clamp (20) to permit high pressure flow to continue while the
>    connector (14) is being installed on the pipe (P); and
> … .

Claim 10 recites:

> A cap valve (12) to shut off a runaway high pressure flow pipe (P) comprising:
> a hydraulic controlled connector (14) to attach to a cylindrical valve
>    connector (16), **or**

17

to attach to an intermittent pipe (18) connectable to a cylindrical valve chamber (16), to the flow pipe (P) in which the connector (14) has a hydraulic clamp (20) to grab the pipe (P), or to grab a flange (F) on the pipe (P), to hold the cap valve (12) in position; outlet ports (22) disposed in the cap valve (12), or in the intermittent pipe (18), above the hydraulic clamp (20) to permit high pressure flow to continue while the connector (14) is being installed on the pipe (P); and

… .

In other words, it is indefinite whether the second and third paragraphs of claim 1 are alternatives to each other or whether just one or more portions of the third paragraph of claim 1 is/are alternatives to the second paragraph of claim 1.  Similarly, it is indefinite whether the first and second paragraphs of claim 10 are alternative claim limitations, or whether just one or more portions of the second paragraph of claim 10 is/are alternatives to the first paragraph of claim 10 or to the preamble of claim 10.  To the extent the claims claim more than one embodiment of the alleged invention, they are invalid.  To the extent the claims are construed to include prior art, they are also invalid as anticipatory and/or obvious.

## B.    Lack of Written Description

The '393 patent fails to provide a written description as required by 35 USC § 112 for the following reasons:

1.    In its Final Infringement Contentions, Deep Fix alleges that the Accused Instrumentalities have "six outlet ports" – "four outlet ports in intermittent pipes" and "four [or six] outlet ports in the valve chambers."   The quantity of "Gate valve[s]," "Diverter spool[s]," and "Choke[s]" is identified as evidence of outlet ports in valve chambers.

18

2.      The '393 Patent describes, and its Figures show, only outlet ports as being disposed within a single cylindrical valve chamber or in a single intermittent pipe.

3.      The '393 Patent provides no written description for the outlet ports to be disposed within multiple cylindrical valve chambers.

4.      The '393 Patent provides no written description for the outlet ports to be disposed in side/auxiliary pipes or choke and kill lines.

5.      The '393 Patent provides no written description describing the cylindrical valve chamber as a diverter spool, a gate valve, or a choke valve.

6.      The '393 Patent and its claims distinguish between the cylindrical valve chamber and the hydraulic ram, as being two distinct types of components.

7.      In its Final Infringement Contentions, Deep Fix alleges that the accused instrumentalities include 4 gate valves and 2 chokes with "[s]ix outlet ports in the valve chambers," the "combination of six cap valves, each with a single ram" that "telescopically closes or opens access" to a single port.

8.      The '393 Patent provides only a description for a single hydraulic ram to move telescopically back and forth to both open and close each and all of the outlet ports in the cylindrical chamber of the cap valve.

9.      The '393 Patent provides no written description for a hydraulic ram that moves telescopically to only close flow access through the outlet ports, without the ability to open or re-open flow access through the outlet ports.

10.     The '393 Patent provides no written description for a hydraulic ram that moves telescopically across the cylindrical valve chamber.

11. The '393 Patent provides no written description for a hydraulic ram that extends but does not retract.

12. The '393 Patent provides no written description for multiple hydraulic rams, with each hydraulic ram opening and closing flow access to at least one but less than all of the outlet ports.

13. As discussed above, the '393 Patent describes, and its Figures show, only outlet ports as being disposed within a single cylindrical valve chamber. The '393 Patent provides no written description of outlet ports being side hydraulic cylinders having a telescoping ram.

14. The '393 Patent provides no written description for multiple hydraulic rams, with each hydraulic ram opening and closing flow access to at least one but less than all of the outlet ports.

15. In its Final Infringement Contentions, Deep Fix alleges that the Accused Instrumentalities include valve hydraulic cylinders (including the diverter spools, gate valves and choke valves) having a ram and the "devices telescopically close or open access to the outlet ports" and open or block "fluid communication" through the outlet ports."

16. The '393 Patent provides that the "valve hydraulic cylinder encompasses a primary hydraulic ram."

17. The '393 Patent provides no written description for the valve hydraulic cylinder merely utilizing, but not encompassing, a ram to allow telescopically

20

opening and closing of outlet ports, allowing flow or restricting flow from these outlet ports.

18.     Deep Fix's interpretation of the claims as applied to the Accused Instrumentalities is well beyond the scope of the written description of the '393 Patent. All asserted claims of the '393 Patent are invalid for lack of written description if construed consistently with the Final Infringement Contentions.

Date: June 10, 2019

Respectfully submitted,

*/s/ Suzanne E. Lecocke*
Peter. C. Schechter
State Bar No. 24090761
SDTX No. 185917
schechter@oshaliang.com

Suzanne E. Lecocke
State Bar No. 12100735
SDTX No. 130267
lecocke@oshaliang.com

**OSHA LIANG LLP**
909 Fannin Street, Suite 3500
Houston, Texas 77010
713.228.8600 Telephone
713.228.8778 Facsimile

***Attorneys for Defendant Marine Well Containment Company LLC***

21

## CERTIFICATE OF SERVICE

I certify that on June 10, 2019 the foregoing documents, MWCC's Final Invalidity Contentions and attached Exhibits, were served via email delivery on all counsel of record.

*/s/ Suzanne E. Lecocke*
Suzanne E. Lecocke

**EXHIBIT B: Marine Well Containment Company's Local P.R. 3-6(c)(1), P.R. 3-6(c)(2), and P.R. 3-6(a) Claim Chart - Claims 1 and 10 of U.S. Patent No. 8,833,393 are Anticipated by U.S. Patent No. 9,004,176 ("MWCC '176 Patent") if the claims and the Court's claim constructions are interpreted as broadly as Deep Fix has done in its Final Infringement Contentions***

*The Court construed the claim terms "outlet ports," "primary hydraulic ram," and "to telescopically close or open / telescopically" as used in claims 1 and 10. (Dkt No. 127, pp. 7-13).  Certain of Deep Fix's claim charts indicate application of the claim terms as defined in the Court's Order, but appear to be more broadly interpreted than provided by the Court.  To the extent that Deep Fix's broad and incorrect interpretations of the Court's claim constructions are upheld, then MWCC asserts the MWCC '176 Patent anticipates claims 1 and 10 of the '393 Patent as shown in the chart below, following Deep Fix's apparent interpretation of the claims.

| U.S. Patent No. 8,833,393 | MWCC '176 Patent |
|---|---|
| 1. A cap valve (12) to shut off a runaway high pressure flow pipe (P), comprising: | The MWCC '176 Patent discloses a cap valve to shut off a runaway high pressure flow pipe.<br><br>"A system and method for rapidly responding to and regaining control of uncontrolled flow from offshore hydrocarbon wells, comprising a subsea containment assembly, optionally including a capture caisson assembly installed around the assembly, riser systems for production of hydrocarbons to capture vessels on the surface of the sea, and modularized subsystems facilitating communication between and fluid flow from the subsea containment assembly through the riser to the capture vessel." (MWCC '176 Patent, Abstract) |
| a hydraulic controlled connector (**14**) to attach a cylindrical valve chamber (**16**), or to attach to an intermittent pipe (**18**) connectable to a cylindrical valve chamber (**16**), to the flow pipe (P) in which the connector (**14**) has a hydraulic clamp (**20**) to grab the pipe (P), or to grab a flange (F) on the pipe (P), to hold the cap valve (**12**) in position; | If this claim element is interpreted as broadly as Deep Fix proposes in its Final Infringement Contentions, then the MWCC '176 Patent discloses a hydraulic controlled connector to attach a cylindrical valve chamber that attaches a cylindrical valve chamber to a flow pipe or wellhead.  The connector has a hydraulic clamp to grab the pipe to hold the cap valve in position.<br><br>"The containment assembly (**112**) is equipped with a suite of adapters and connectors to interact with various interface points such as the wellhead, blowout preventer stack, lower marine riser package casing strings, and capture caisson." (MWCC '176 Patent, col. 4, ll. 48-52).  "For example, FIG. 3 provides a schematic of the subsea containment assembly illustrating an embodiment in which the subsea containment assembly comprises a plurality of adaptors and connectors (**143**)."  (MWCC '176 Patent, col. 10, ll. 48-51).  A person of ordinary skill in the art at the time of the invention would have understood the phrase "suite |

| | of adapters and connectors to interact with … the wellhead, blowout preventer stack, lower marine riser package casing strings" to include hydraulic controlled connectors such as the Cameron HC Collet Connector which had been in common use in the industry for many years.<br><br>"The accumulator unit (**114**) for example, whose purpose is to trickle charge, through an umbilical (**113**) stored hydraulic pressure, to subsea components is a generally standard operation in industry. However, in the MWCS it is envisioned that embodiments involve a self-contained module for reliability and convenience, in contrast to the standard approach of installing such units directly on the subsea equipment at issue. For example, the accumulator unit (**114**) may be installed on the seabed as shown in FIG. 1." (MWCC '176 Patent, col. 7, ll. 28-36). |
|---|---|



Fig. 1 of the MWCC '176 Patent.



FIG. 3

FIG. 4

Figs. 3 and 4 of the MWCC '176 Patent.

| | |
|---|---|
| outlet ports (**22**) disposed in the cap valve (**12**), or in the intermittent pipe (**18**), above the hydraulic clamp (**20**) to permit high pressure flow to continue while the connector (**14**) is being installed on the pipe (P); and | If this claim element and the claim terms therein construed by the Court are interpreted as broadly as Deep Fix proposes in its Final Infringement Contentions, then the MWCC '176 Patent discloses outlet ports disposed in the cap valve, or in the intermittent pipe, above the hydraulic clamp to permit high pressure flow to continue while the connector is being installed on the pipe. |

4

The Court construed "outlet ports" to be "multiple openings in the cylindrical valve chamber or in the intermittent pipe that can permit outward flow of high pressure fluids." (Dkt. No. 127, pp. 7-12).

Deep Fix purports the Court's construction includes multiple pipes ("intermittent pipes") each with its own bore, *i.e.,* multiple intermittent pipes, each pipe having one "outlet," and one "valve chamber." (Deep Fix's Final Infringement Contentions, SRCS Claim Chart 8, pg. 2; DRCS, Chart 2, pg. 2; SCA Claim Chart 2, pg. 2). Deep Fix also appears to assert incorrectly that the valve chambers include a diverter spool, gate valves, and chokes. (*Id.*). MWCC does not agree with these incorrect interpretations. However, assuming such a broad and incorrect interpretation of the Court's construction (which MWCC does not concede), then the MWCC '176 Patent discloses multiple outlet ports in intermittent pipes.

"For example, as shown in FIG. 3, the ram portion (**141**) of the containment assembly (**112**) is separated from the BOP (**111**) by the multiple collection and venting outlets (**142**) of the subsea containment assembly. In an alternate embodiment, the ram portion (**141**) of the containment assembly (**112**) is not separated from the BOP (**111**) by the multiple collection and venting outlets (**142**) of the subsea containment assembly. In this alternate embodiment, the multiple collection and venting outlets (**142**) of the subsea containment assembly (**112**) are separated from the BOP (**111**) by the ram portion (**141**) of the subsea containment assembly. In additional embodiments, the subsea containment assembly comprises more than one set of multiple collection and venting outlets (**142**) separated by at least one ram." (MWCC '176 Patent, col. 5, ll. 21-35). "Every ram has choke and kill ability which may be used [to] facilitate the various operations that are required." (MWCC '176 Patent, col. 5, ll. 15-16).

"The marine well containment system selected from any one of the examples disclosed herein is modified such that at least one of the plurality of adaptors and connectors is configured to vent fluids, configured to provide a port through which an inhibitor may be injected, configured to accommodate at least one subsea gauge, configured to control well backpressure, configured to facilitate a well shut-in or any combination thereof." (MWCC '176 Patent, col. 10, l. 63-col. 11, l. 3).

"The subsea containment assembly (**112**) includes multiple production and venting outlets, which can be used for producing or venting." (MWCC '176 Patent, col. 4, ll. 56-58).

5

| | According to Deep Fix's incorrect interpretation of the Court's claim construction, the choke and kill ability of each ram of the BOP as well as the venting outlets provide outlet ports disposed in the cap valve, or in the intermittent pipe, above the hydraulic clamp to permit high pressure flow to continue while the connector is being installed on the pipe. |
|---|---|
| a valve hydraulic cylinder (**24**) encompassing a primary hydraulic ram (**26**) which has an adjustable flow primary seal (**28**) thereon disposed within the cylindrical valve chamber (**16**) to telescopically close or open access to the outlet ports (**22**) by moving the primary seal (**28**) into position to open or block fluid communication through the outlet ports (**22**). | If this claim element and the claim terms therein construed by the Court are interpreted as broadly as Deep Fix proposes in its Final Infringement Contentions, then the MWCC '176 Patent discloses a cap valve that includes a valve hydraulic cylinder encompassing a primary hydraulic ram which has an adjustable flow primary seal thereon disposed within the cylindrical valve chamber to telescopically close or open access to the outlet ports by moving the primary seal into position to open or block fluid communication through the outlet ports.<br><br>The Court construed "primary hydraulic ram" to be a "unitary piston-like device located in the valve chamber that moves in response to fluid pressure" and "to telescopically close or open/telescopically" to be "extend to close and retract to open."  As noted above, "outlet ports" was construed by the Court to mean "multiple openings in the cylindrical valve chamber or in the intermittent pipe that can permit outward flow of high pressure fluids." (Dkt. No. 127, pp. 7-13).<br><br>Deep Fix purports the Court's construction of "primary hydraulic ram" reads on "a combination of six cap valves, each with a single ram." (Deep Fix's Final Infringement Contentions, SRCS Claim Chart 8, pg. 2; DRCS Claim Chart 2, pg. 2; SCA Claim Chart 2, pg. 2). Deep Fix also appears to assert incorrectly that the valve chambers include a diverter spool, gate valves, and chokes and that the passages the valves close constitute outlet ports in the valve chambers.  (*Id.*).<br><br>Deep Fix further incorrectly identifies an isolation valve (gate valve) and a choke valve as examples of the shapes of "a single ram" covered by the Court's construction of "a primary hydraulic ram."  (Deep Fix's Final Infringement Contentions, SRCS Claim Chart 8, pg. 3; DRCS Claim Chart 2, pg. 3; SCA Claim Chart 2, pg. 4).  Deep Fix does not specifically address the claim element of "a valve hydraulic cylinder encompassing" the alleged rams. However, the isolation and choke valves indicated in the Final Infringement Contentions as meeting the limitation of "a valve hydraulic cylinder (24) encompassing a primary hydraulic ram (26)" are actuated by a ROV hot stab, not a hydraulic cylinder encompassing the primary hydraulic ram.  (Deep Fix's Final Infringement Contentions, SRCS Claim Chart 8, |

6

|  | pg. 3; DRCS Claim Chart 2, pg. 3; SCA Claim Chart 2, pg. 4, citing https://www.marinewellcontainment.com/mwcc-cap-only-containment-scenario-animation/).

Assuming Deep Fix's broad and incorrect interpretation of the Court's construction (which MWCC does not concede), then the MWCC '176 Patent discloses a valve hydraulic cylinder encompassing a primary hydraulic ram which has an adjustable flow primary seal thereon disposed within the cylindrical valve chamber to telescopically close or open access to the outlet ports by moving the primary seal into position to open or block fluid communication through the outlet ports.

The MWCC '176 Patent discloses an embodiment of a containment system with three ram BOPs.  Every ram has choke and kill ability, which inherently includes kill and choke valves. As shown in Figs. 3 and 4, the multiple collection and venting outlets (142) include valves which facilitate venting when necessary.

Following Deep Fix's incorrect claim interpretation, the choke valves, kill valves, and/or valves on the venting outlets of the device disclosed in the MWCC '176 Patent include cylindrical valve chambers or chambers that include a cylindrical valve, as shown in Figs. 3 and 4 below.

"Every ram has choke and kill ability which may be used facilitate the various operations that are required."  (MWCC '176 Patent, col. 5, ll. 15-17).

"The marine well containment system selected from any one of the examples disclosed herein is modified such that each ram has choke and kill ability."  (MWCC '176 Patent, col. 11, ll. 19-21). |
|---|---|



FIG. 3

FIG. 4

Figs. 3 and 4 of the MWCC '176 Patent.

Deep Fix does not specifically address the limitation "which has an adjustable flow primary seal thereon."  However, Deep Fix appears to assert incorrectly that isolation valves (gate valve) and choke valves read upon the claimed limitation.  The MWCC '176 Patent discloses every ram of the system has choke and kill ability.  Such choke and kill ability inherently includes kill and choke valves. Each choke valve and each kill valve includes a valve chamber and a valve member.  These choke and kill valves individually close or open

8

| | the passageway through the choke and kill lines.<br><br>Further, the MWCC '176 Patent provides for an adjustable flow of hydraulic fluid by the accumulator using well-known valves and ram BOPs.  (*See* MWCC '176 Patent, col. 4, ll. 43-45, indicating subsystems of the MWCC '176 Patent cap are well-known in the industry). Therefore, the choke and kill ability of the MWCC '176 Patent discloses "a primary hydraulic ram which has an adjustable flow primary seal thereon disposed within the cylindrical valve chamber to telescopically close or open access to the outlet ports by moving the primary seal into position to open or block fluid communication through the outlet ports," according to Deep Fix's incorrect interpretation of the claim.<br><br>Standard or well-known BOPs and valves on venting outlets and kill and choke valves receive hydraulic fluid to cause the ram, piston or plunger within each of the valves to telescopically close or open access to the outlet ports by moving the primary seal into position to open or block fluid communication through the outlet ports.<br><br>"The accumulator unit (**114**) for example, whose purpose is to trickle charge, through an umbilical (**113**) stored hydraulic pressure, to subsea components is a generally standard operation in industry. However, in the MWCS it is envisioned that embodiments involve a self-contained module for reliability and convenience, in contrast to the standard approach of installing such units directly on the subsea equipment at issue. For example, the accumulator unit (**114**) may be installed on the seabed as shown in FIG. 1." (MWCC '176 Patent, col. 7, ll. 28-36). |
| 10. A cap valve (**12**) to shut off a runaway high pressure flow pipe (P), comprising: | The MWCC '176 Patent discloses a cap valve to shut off a runaway high pressure flow pipe.<br><br>"A system and method for rapidly responding to and regaining control of uncontrolled flow from offshore hydrocarbon wells, comprising a subsea containment assembly, optionally including a capture caisson assembly installed around the assembly, riser systems for production of hydrocarbons to capture vessels on the surface of the sea, and modularized subsystems facilitating communication between and fluid flow from the subsea containment assembly through the riser to the capture vessel." (MWCC '176 Patent, Abstract) |
| a hydraulic controlled connector (**14**) to attach a cylindrical valve chamber (**16**), or<br>to attach to an intermittent pipe (**18**) | If this claim element is interpreted as broadly as Deep Fix proposes in its Final Infringement Contentions, then the MWCC '176 Patent discloses a hydraulic controlled connector to attach a cylindrical valve chamber that attaches a cylindrical valve chamber to a flow pipe or wellhead.  The connector has a hydraulic clamp to grab the pipe to hold the cap valve in |

| | |
|---|---|
| connectable to a cylindrical valve chamber (**16**), to the flow pipe (P) in which the connector (**14**) has a hydraulic clamp (**20**) to grab the pipe (P), or to grab a flange (F) on the pipe (P), to hold the cap valve (**12**) in position; and | position.<br><br>"The containment assembly (**112**) is equipped with a suite of adapters and connectors to interact with various interface points such as the wellhead, blowout preventer stack, lower marine riser package casing strings, and capture caisson." (MWCC '176 Patent, col. 4, ll. 48-52).  "For example, FIG. 3 provides a schematic of the subsea containment assembly illustrating an embodiment in which the subsea containment assembly comprises a plurality of adaptors and connectors (**143**)."  (MWCC '176 Patent, col. 10, ll. 48-51). A person of ordinary skill in the art at the time of the invention would have understood the phrase "suite of adapters and connectors to interact with … the wellhead, blowout preventer stack, lower marine riser package casing strings" to include hydraulic controlled connectors such as the Cameron HC Collet Connector which had been in common use in the industry for many years.<br><br>"The accumulator unit (**114**) for example, whose purpose is to trickle charge, through an umbilical (**113**) stored hydraulic pressure, to subsea components is a generally standard operation in industry. However, in the MWCS it is envisioned that embodiments involve a self-contained module for reliability and convenience, in contrast to the standard approach of installing such units directly on the subsea equipment at issue. For example, the accumulator unit (**114**) may be installed on the seabed as shown in FIG. 1." (MWCC '176 Patent, col. 7, ll. 28-36). |



Fig. 1 of the MWCC '176 Patent.



FIG. 3

FIG. 4

Figs. 3 and 4 of the MWCC '176 Patent.

| a valve hydraulic cylinder (**24**) encompassing a primary hydraulic ram (**26**) which has an adjustable flow primary seal (**28**) thereon disposed within the cylindrical valve chamber (**16**) to telescopically close or open to | If this claim element and the claim terms therein construed by the Court are interpreted as broadly as Deep Fix proposes in its Final Infringement Contentions, then the MWCC '176 Patent discloses a cap valve that includes a valve hydraulic cylinder encompassing a primary hydraulic ram which has an adjustable flow primary seal thereon disposed within the cylindrical valve chamber to telescopically close or open access to the outlet ports by moving the primary seal into position to open or block fluid communication through the |

12

| | |
|---|---|
| outlet ports (**22**) by moving the primary seal (**28**) into position to open or block fluid communication through the outlet ports (**22**). | outlet ports.<br><br>The Court construed "primary hydraulic ram" to be a "unitary piston-like device located in the valve chamber that moves in response to fluid pressure" and "to telescopically close or open/telescopically" to be "extend to close and retract to open." "Outlet ports" was construed by the Court to mean "multiple openings in the cylindrical valve chamber or in the intermittent pipe that can permit outward flow of high pressure fluids." (Dkt. No. 127, pp. 7-13).<br><br>Deep Fix purports the Court's construction of "primary hydraulic ram" reads on "a combination of six cap valves, each with a single ram." (Deep Fix's Final Infringement Contentions, SRCS Claim Chart 8, pg. 10; DRCS Claim Chart 2, pg. 10; SCA Claim Chart 2, pg. 12). Deep Fix also appears to assert incorrectly that the valve chambers include a diverter spool, gate valves, and chokes and that the passages the valves close constitute outlet ports in the valve chambers. (*Id*.).<br><br>Deep Fix further identifies an isolation valve (gate valve) and a choke valve as examples of the shapes of "a single ram" covered by the Court's construction of "a primary hydraulic ram." (Deep Fix's Final Infringement Contentions, SRCS Claim Chart 8, pg. 7; DRCS Claim Chart 2, pg. 7; SCA Claim Chart 2, pg. 9). Deep Fix does not specifically address the claim element of "a valve hydraulic cylinder encompassing" the alleged rams. However, the isolation and choke valves indicated in the Final Infringement Contentions as meeting the limitation of "a valve hydraulic cylinder (24) encompassing a primary hydraulic ram (26)" are actuated by a ROV hot stab, not a valve hydraulic cylinder encompassing the primary hydraulic ram. (Deep Fix's Final Infringement Contentions, SRCS Claim Chart 8, pg. 7; DRCS Claim Chart 2, pg. 7; SCA Claim Chart 2, pg. 9, citing https://www.marinewellcontainment.com/mwcc-cap-only-containment-scenario-animation/).<br><br>Deep Fix purports the Court's construction of "outlet ports" includes multiple pipes ("intermittent pipes") each with its own bore, *i.e.,* multiple intermittent pipes, each pipe having one "outlet," and one "valve chamber." (Deep Fix's Final Infringement Contentions, SRCS Claim Chart 8, pg. 10; DRCS, Chart 2, pg. 10; SCA Claim Chart 2, pg. 12).<br><br>Assuming Deep Fix's broad and incorrect interpretation of the Court's construction (which MWCC does not concede), then the MWCC '176 Patent discloses a valve hydraulic cylinder encompassing a primary hydraulic ram which has an adjustable flow primary seal thereon |

13

| | disposed within the cylindrical valve chamber to telescopically close or open access to the outlet ports by moving the primary seal into position to open or block fluid communication through the outlet ports.<br><br>The MWCC '176 Patent discloses an embodiment of a containment system with three ram BOPs. Every ram has choke and kill ability, which inherently includes kill and choke valves. As shown in Figs. 3 and 4, the multiple collection and venting outlets (142) include valves which facilitate venting when necessary.<br><br>Following Deep Fix's incorrect claim interpretation, the choke valves, kill valves, and/or valves on the venting outlets include cylindrical valve chambers or chambers that include a cylindrical valve, as shown in Figs. 3 and 4 below.<br><br>"Every ram has choke and kill ability which may be used facilitate the various operations that are required." (MWCC '176 Patent, col. 5, ll. 15-17).<br><br>"The marine well containment system selected from any one of the examples disclosed herein is modified such that each ram has choke and kill ability." (MWCC '176 Patent, col. 11, ll. 19-21). |
|---|---|

14



Figs. 3 and 4 of the MWCC '176 Patent.

Deep Fix appears to assert incorrectly that isolation valves (gate valve) and choke valves read upon the claimed limitation, "which has an adjustable flow primary seal thereon." The MWCC '176 Patent discloses every ram of the system has choke and kill ability. Such choke and kill ability inherently includes kill and choke valves. Each choke valve and each kill valve includes a valve chamber and a valve member. These choke and kill valves individually close or open the passageway through the choke and kill lines. Further, the

15

| | MWCC '176 Patent provides for an adjustable flow of hydraulic fluid by the accumulator using well-known valves and ram BOPs.  (*See* MWCC '176 Patent, col. 4, ll. 43-45, indicating subsystems of the MWCC '176 Patent cap are well-known in the industry). Therefore, the choke and kill ability of the MWCC '176 Patent discloses "a primary hydraulic ram which has an adjustable flow primary seal thereon disposed within the cylindrical valve chamber to telescopically close or open access to the outlet ports by moving the primary seal into position to open or block fluid communication through the outlet ports," according to Deep Fix's incorrect interpretation of the claim.<br><br>Standard or well-known BOPs and valves on venting outlets and kill and choke valves receive hydraulic fluid to cause the ram, piston or plunger (seal) within each of the valves to telescopically close or open access to the outlet ports by moving the primary seal into position to open or block fluid communication through the outlet ports. |
|---|---|

16

**EXHIBIT C: Marine Well Containment Company's Local P.R. 3-6(c)(1), P.R. 3-6(c)(2) and P.R. 3-6(a) Claim Chart - Claims 1 and 10 of U.S. Patent No. 8,833,393 are Anticipated by the Composite Catalog of Oil Field Equipment and Services ("1966 Composite Catalog") if the claims and the Court's claim constructions are interpreted as broadly as Deep Fix has done in its Final Infringement Contentions\***

\*The Court construed the claim terms "outlet ports," "primary hydraulic ram," and "to telescopically close or open / telescopically" as used in claims 1 and 10. (Dkt No. 127, pp. 7-13).  Certain of Deep Fix's claim charts indicate application of the claim terms as defined in the Court's Order, but appear to be more broadly interpreted than required.  To the extent that Deep Fix's broad and incorrect interpretation of the Court's claim construction is upheld, then MWCC asserts the 1966 Composite Catalog anticipates claims 1 and 10 of the '393 Patent as shown in the chart below, following Deep Fix's apparent interpretation of the claims.

| U.S. Patent No. 8,833,393 | 1966 Composite Catalog |
|---|---|
| 1. A cap valve (12) to shut off a runaway high pressure flow pipe (P), comprising: | The 1966 Composite Catalog discloses a cap valve to shut off a runaway high pressure flow pipe.<br><br>The 1966 Composite Catalog discloses a Cameron underwater control equipment including the Cameron Underwater Blowout Preventer Stack. (1966 Composite Catalog, pgs. 1246-1247).  The 1966 Composite Catalog discloses drilling and completion equipment for offshore drilling that includes universal hubs that allow for use of interchangeable mechanical clamp or hydraulic connector. (*Id.*). |



HUB FACE

Composite Catalog, pg. 1247.

| | |
|---|---|
| a hydraulic controlled connector (**14**) to attach a cylindrical valve chamber (**16**), or to attach to an intermittent pipe (**18**) connectable to a cylindrical valve chamber (**16**), to the flow pipe (P) in which the connector (**14**) has a hydraulic clamp (**20**) to grab the pipe (P), or to grab a flange (F) on the pipe (P), to hold the cap valve (**12**) in position; | If this claim element is interpreted as broadly as Deep Fix proposes in its Final Infringement Contentions, the 1966 Composite Catalog discloses a hydraulic controlled connector that attaches a cylindrical valve chamber to a flow pipe.  The HC Collet Connector has a hydraulic clamp that grabs the pipe to hold the cap valve in position. <br><br> Specifically, the 1966 Composite Catalog discloses an underwater blowout preventer stack that includes a Cameron hydraulically operated Collet Connector that connects to hub on casing head.  (1966 Composite Catalog, pg. 1247).  The Collet Connector includes tapered clamp segments to align mating parts.  (1966 Composite Catalog, pg. 1248).  The Collet Connector is operated from the surface using two hydraulic lines. (*Id.*). Four hydraulic pistons lower and raise the actuator ring to lock and unlock clamp segments around a mating sub. (*Id.*).  Clamp connections with "AX" gasket design provide for interchangeability in drilling and wellhead hookups.  (*Id.*). |



A typical 13⅝"—5000 psi working pressure underwater preventer stack is shown with guide structure, choke and kill lines, but less hydraulic control lines.

1. Cameron hydraulically operated Collet Connector connects to hub on 13⅝" casing head. (For details see page 1248)

2. Cameron Type "U" Blowout Preventers with Cameron Clamp Connections. Number of preventers, single or double, size, working pressure, as desired. Hydraulic ram locks on preventers, if desired. (For preventer features see pages 1168-1175)

3. Annular or bag type preventer

4. Mandrel to which marine conductor is connected by means of Collet Connector.

5. Choke and kill lines, with Cameron hydraulically controlled "Fail-Safe" Valves. (See page 1249)

6. Choke and kill line stab subs, with Cameron hydraulic connectors.

7. Guide structure, cross bracing to preventers, furnished by Cameron, if desired.

8. Retrievable guide frame for choke and kill lines permits extending lines to surface independent of marine riser system.

1966 Composite Catalog, pg. 1247.

4



1966 Composite Catalog, pg. 1248.

| outlet ports (**22**) disposed in the cap valve (**12**), or in the intermittent pipe (**18**), above the hydraulic clamp (**20**) to permit high pressure flow to continue while the connector (**14**) is being installed on the pipe (P); and | If this claim element and the claim terms therein construed by the Court are interpreted as broadly as Deep Fix proposes in its Final Infringement Contentions, then 1966 Composite Catalog comprises outlet ports disposed in the cap valve, or in the intermittent pipe, above the hydraulic clamp to permit high pressure flow to continue while the connector is being installed on the pipe.<br><br>The Court construed "outlet ports" to be "multiple openings in the cylindrical valve chamber or in the intermittent pipe that can permit outward flow of high pressure fluids." (Dkt. 127, pp. 7-13).<br><br>Deep Fix purports the Court's construction includes multiple pipes ("intermittent pipes") each with its own bore, *i.e.,* multiple intermittent pipes, each pipe having one "outlet," and one "valve chamber." (Deep Fix's Final Infringement Contentions, SRCS Claim Chart 8, pg. 2; DRCS, Chart 2, pg. 2; SCA Claim Chart 2, pg. 2). Deep Fix also appears to assert incorrectly that the valve chambers include a diverter spool, gate valves, and chokes and that the passages the valves close constitute outlet ports in the valve chambers. (*Id.*). MWCC does not agree with these incorrect interpretations. However, assuming such a broad and incorrect interpretation of the Court's construction (which MWCC does not concede), then the 1966 Composite Catalog discloses multiple outlet ports in intermittent |

5

|  | pipes. |
|  | Specifically, the 1966 Composite Catalog discloses an underwater blowout preventer stack that includes choke and kill lines, with Cameron hydraulically controlled "Fail-Safe" valves. (1966 Composite Catalog, 1247).  Each of the choke valves and kill valves include cylindrical valve chambers, according to Deep Fix's incorrect interpretation of the Court's construction of the claim.  As shown, the choke and kill lines and respective choke and kill valves are disposed at locations above the hydraulic clamp.  Both the central bore and choke and kill lines permit high pressure flow to continue while the connector is being installed. |



HUB FACE

1966 Composite Catalog, pg. 1247, showing choke and kill lines (5) with fail-safe valves.

| | According to Deep Fix's incorrect interpretation of the Court's claim construction, the choke and kill lines and fail-safe valves provide outlet ports disposed in the cap valve, or in the intermittent pipe, above the hydraulic clamp to permit high pressure flow to continue while the connector is being installed on the pipe. |
|---|---|
| a valve hydraulic cylinder (**24**) encompassing a primary hydraulic ram (**26**) which has an adjustable flow primary seal (**28**) thereon disposed within the cylindrical valve chamber (**16**) to telescopically close or open access to the outlet ports (**22**) by moving the primary seal (**28**) into position to open or block fluid communication through the outlet ports (**22**). | If this claim element and the claim terms therein construed by the Court are interpreted as broadly as Deep Fix proposes in its Final Infringement Contentions, then the 1966 Composite Catalog discloses a valve hydraulic cylinder encompassing a primary hydraulic ram which has an adjustable flow primary seal thereon disposed within the cylindrical valve chamber to telescopically close or open access to the outlet ports by moving the primary seal into position to open or block fluid communication through the outlet ports.<br><br>The Court construed "primary hydraulic ram" to be a "unitary piston-like device located in the valve chamber that moves in response to fluid pressure" and "to telescopically close or open/telescopically" to be "extend to close and retract to open." As noted above, "outlet ports" was construed by the Court to mean "multiple openings in the cylindrical valve chamber or in the intermittent pipe that can permit outward flow of high pressure fluids." (Dkt. No. 127, pp. 7-13).<br><br>Deep Fix purports the Court's construction of "primary hydraulic ram" reads on "a combination of six cap valves, each with a single ram." (Deep Fix's Final Infringement Contentions, SRCS Claim Chart 8, pg. 2; DRCS Claim Chart 2, pg. 2; SCA Claim Chart 2, pg. 2). Deep Fix also appears to assert incorrectly that the valve chambers include a diverter spool, gate valves, and chokes and that the passages the valves close constitute outlet ports in the valve chambers. (*Id*.).<br><br>Deep Fix further identifies an isolation valve (gate valve) and a choke valve as examples of the shapes of "a single ram" covered by the Court's construction of "a primary hydraulic ram." (Deep Fix's Final Infringement Contentions, SRCS Claim Chart 8, pg. 3; DRCS Claim Chart 2, pg. 3; SCA Claim Chart 2, pg. 4). Deep Fix does not specifically address the claim element of "a valve hydraulic cylinder encompassing" the alleged rams. However, the isolation and choke valves indicated in the Final Infringement Contentions as meeting the limitation of "a valve hydraulic cylinder (24) encompassing a primary hydraulic ram (26)" are actuated by a ROV hot stab. (See https://www.marinewellcontainment.com/mwcc-cap-only-containment-scenario-animation/). |

8

|  | Assuming Deep Fix's broad and incorrect interpretation of the Court's construction (which MWCC does not concede), then the 1966 Composite Catalog discloses a valve hydraulic cylinder encompassing a primary hydraulic ram which has an adjustable flow primary seal thereon disposed within the cylindrical valve chamber to telescopically close or open access to the outlet ports by moving the primary seal into position to open or block fluid communication through the outlet ports.

Specifically, the 1966 Composite Catalog discloses an underwater blowout preventer stack that includes choke and kill lines, with Cameron hydraulically controlled "Fail-Safe" valves. (1966 Composite Catalog, 1247).  Each of the choke valves and kill valves include cylindrical valve chambers, according to Deep Fix's incorrect interpretation of the Court's construction of the claim.  As disclosed by the 1966 Composite Catalog, various fail-safe valves are operable with the Cameron underwater blowout preventer stack.  (1966 Composite Catalog, pg. 1249).  One example fail-safe valve is shown below and includes a gate and seat assembly, a primary cylinder, a spring cartridge assembly, and a primary piston.  (*Id*.). Operator fluid conduits are integral within the body and cylinder wall.  (*Id*.). |

9



Type "C" "Fail-Safe" Valve

1966 Composite Catalog, pg. 1249.

Deep Fix does not specifically address the limitation "which has an adjustable flow primary seal thereon." However, Deep Fix appears to assert incorrectly that isolation valves (gate valve) and choke valves read upon the claimed limitation. The gates of the fail-safe valves close or open the passageway through the choke and kill lines. Therefore, the fail-safe valves of the 1966 Composite Catalog have "a primary hydraulic ram which has an adjustable flow primary seal thereon disposed within the cylindrical valve chamber to telescopically close or open access to the outlet ports by moving the primary seal into position to open or block fluid communication through the outlet ports," according to Deep Fix's incorrect interpretation of the claim.

| | |
|---|---|
| 10. A cap valve (**12**) to shut off a runaway high pressure flow pipe (P), comprising: | The 1966 Composite Catalog discloses a cap valve to shut off a runaway high pressure flow pipe.<br><br>The 1966 Composite Catalog discloses a Cameron underwater control equipment including the Cameron Underwater Blowout Preventer Stack. (1966 Composite Catalog, pgs. 1246-1247).  The 1966 Composite Catalog discloses drilling and completion equipment for offshore drilling that includes universal hubs that allow for use of interchangeable mechanical clamp or hydraulic connector. (*Id*.). |



Composite Catalog, pg. 1247.

12

| | |
|---|---|
| a hydraulic controlled connector (**14**) to attach a cylindrical valve chamber (**16**), or to attach to an intermittent pipe (**18**) connectable to a cylindrical valve chamber (**16**), to the flow pipe (P) in which the connector (**14**) has a hydraulic clamp (**20**) to grab the pipe (P), or to grab a flange (F) on the pipe (P), to hold the cap valve (**12**) in position; and | If this claim element is interpreted as broadly as Deep Fix proposes in its Final Infringement Contentions, the 1966 Composite Catalog discloses a hydraulic controlled connector that attaches a cylindrical valve chamber to a flow pipe. The HC Collet Connector has a hydraulic clamp that grabs the pipe to hold the cap valve in position.<br><br>Specifically, the 1966 Composite Catalog discloses an underwater blowout preventer stack that includes a Cameron hydraulically operated Collet Connector that connects to hub on casing head. (1966 Composite Catalog, pg. 1247). The Collet Connector includes tapered clamp segments to align mating parts. (1966 Composite Catalog, pg. 1248). The Collet Connector is operated from the surface using two hydraulic lines. (*Id*.). Four hydraulic pistons lower and raise the actuator ring to lock and unlock clamp segments around a mating sub. (*Id*.). Clamp connections with "AX" gasket design provide for interchangeability in drilling and wellhead hookups. (*Id*.). |



A typical 13⅝″—5000 psi working pressure underwater preventer stack is shown with guide structure, choke and kill lines, but less hydraulic control lines.

1. Cameron hydraulically operated Collet Connector connects to hub on 13⅝″ casing head. (For details see page 1248)

2. Cameron Type "U" Blowout Preventers with Cameron Clamp Connections. Number of preventers, single or double, size, working pressure, as desired. Hydraulic ram locks on preventers, if desired. (For preventer features see pages 1168-1175)

3. Annular or bag type preventer

4. Mandrel to which marine conductor is connected by means of Collet Connector.

5. Choke and kill lines, with Cameron hydraulically controlled "Fail-Safe" Valves. (See page 1249)

6. Choke and kill line stab subs, with Cameron hydraulic connectors.

7. Guide structure, cross bracing to preventers, furnished by Cameron, if desired.

8. Retrievable guide frame for choke and kill lines permits extending lines to surface independent of marine riser system.

1966 Composite Catalog, pg. 1247.

14



1966 Composite Catalog, pg. 1248.

| | |
|---|---|
| a valve hydraulic cylinder (**24**) encompassing a primary hydraulic ram (**26**) which has an adjustable flow primary seal (**28**) thereon disposed within the cylindrical valve chamber (**16**) to telescopically close or open to outlet ports (**22**) by moving the primary seal (**28**) into position to open or block fluid communication through the outlet ports (**22**). | If this claim element and the claim terms therein construed by the Court are interpreted as broadly as Deep Fix proposes in its Final Infringement Contentions, then the 1966 Composite Catalog discloses a valve hydraulic cylinder encompassing a primary hydraulic ram which has an adjustable flow primary seal thereon disposed within the cylindrical valve chamber to telescopically close or open access to the outlet ports by moving the primary seal into position to open or block fluid communication through the outlet ports.<br><br>The Court construed "primary hydraulic ram" to be a "unitary piston-like device located in the valve chamber that moves in response to fluid pressure" and "to telescopically close or open/telescopically" to be "extend to close and retract to open." "Outlet ports" was construed by the Court to mean "multiple openings in the cylindrical valve chamber or in the intermittent pipe that can permit outward flow of high pressure fluids." (Dkt. No. 127, pp. 7-13).<br><br>Deep Fix purports the Court's construction of "primary hydraulic ram" reads on "a combination of six cap valves, each with a single ram." (Deep Fix's Final Infringement Contentions, SRCS Claim Chart 8, pg. 10; DRCS Claim Chart 2, pg. 10; SCA Claim Chart 2, pg. 12). Deep Fix also appears to assert incorrectly that the valve chambers include a diverter spool, gate valves, and chokes and appear to contend that the passage the valves close constitute outlet ports in the valve chambers. (*Id.*). |

| | Deep Fix further identifies an isolation valve (gate valve) and a choke valve as examples of the shapes of "a single ram" covered by the Court's construction of "a primary hydraulic ram." (Deep Fix's Final Infringement Contentions, SRCS Claim Chart 8, pg. 7; DRCS Claim Chart 2, pg. 7; SCA Claim Chart 2, pg. 9).  Deep Fix does not specifically address the claim element of "a valve hydraulic cylinder encompassing" the alleged rams.  However, the isolation and choke valves indicated in the Final Infringement Contentions as meeting the limitation of "a valve hydraulic cylinder (24) encompassing a primary hydraulic ram (26)" are actuated by a ROV hot stab, not a valve hydraulic cylinder encompassing the primary hydraulic ram.  (Deep Fix's Final Infringement Contentions, SRCS Claim Chart 8, pg. 7; DRCS Claim Chart 2, pg. 7; SCA Claim Chart 2, pg. 9, citing https://www.marinewellcontainment.com/mwcc-cap-only-containment-scenario-animation/).

Deep Fix purports the Court's construction of "outlet ports" includes multiple pipes ("intermittent pipes") each with its own bore, *i.e.,* multiple intermittent pipes, each pipe having one "outlet," and one "valve chamber."  (Deep Fix's Final Infringement Contentions, SRCS Claim Chart 8, pg. 10; DRCS, Chart 2, pg. 10; SCA Claim Chart 2, pg. 12).

Assuming such a broad and incorrect interpretation of the Court's construction (which MWCC does not concede), then the 1966 Composite Catalog discloses a valve hydraulic cylinder encompassing a primary hydraulic ram which has an adjustable flow primary seal thereon disposed within the cylindrical valve chamber to telescopically close or open access to the outlet ports by moving the primary seal into position to open or block fluid communication through the outlet ports.

Specifically, the 1966 Composite Catalog discloses an underwater blowout preventer stack that includes choke and kill lines, with Cameron hydraulically controlled "Fail-Safe" valves. (1966 Composite Catalog, pg. 1247).  Each of the choke valves and kill valves include cylindrical valve chambers, according to Deep Fix's incorrect interpretation of the Court's construction of the claim.  According to Deep Fix's incorrect interpretation of the Court's claim construction, the choke and kill lines and fail-safe valves provide outlet ports disposed in the cap valve, or in the intermittent pipe.

As disclosed by the 1966 Composite Catalog, various fail-safe valves are operable with the Cameron underwater blowout preventer stack.  (1966 Composite Catalog, pg. 1249).  One example fail-safe valve is shown below and includes a gate and seat assembly, a primary cylinder, a spring cartridge assembly, and a primary piston.  (*Id*.).  Operator fluid conduits are |

16

integral within the body and cylinder wall.  (*Id*.).



Type "C" "Fail-Safe" Valve

1966 Composite Catalog, pg. 1249.

Deep Fix appears to assert incorrectly that isolation valves (gate valve) and choke valves read upon the claimed limitation "which has an adjustable flow primary seal thereon."  The gates of the fail-safe valves close or open the passageway through the choke and kill lines.  Therefore, the fail-safe valves of the 1966 Composite Catalog have "a primary hydraulic ram which has an adjustable flow primary seal thereon disposed within the cylindrical valve chamber to telescopically close or open access to the outlet ports by moving the primary seal into position to open or block fluid communication through the outlet ports," according to Deep Fix's incorrect interpretation of the claim.

17

**EXHIBIT D: Marine Well Containment Company's Local P.R. 3-6(c)(1) , P.R. 3-6(c)(2), and P.R. 3-6(a) Claim Chart - Claims 1 and 10 of U.S. Patent No. 8,833,393 are Rendered Obvious by U.S. Patent No. 9,004,176 ("MWCC '176 Patent") in view of U.S. Patent No. 7,779,917 ("'917 Patent") or U.S. Patent No. 6,609,572 ("'572 Patent") or 1988-1989 General Catalog Cameron Iron Works USA, Inc. ("Cameron Catalog") and the Composite Catalog of Oil Field Equipment and Services ("1966 Composite Catalog") if the claims and the Court's claim constructions are interpreted as broadly as Deep Fix has done in its Final Infringement Contentions***

*The Court construed the claim terms "outlet ports," "primary hydraulic ram," and "to telescopically close or open / telescopically" as used in claims 1 and 10. (Dkt. 127, pp. 8-13).  Certain of Deep Fix's claim charts indicate application of the claim terms as defined in the Court's Order, but appear to be more broadly interpreted than provided by the Court.  To the extent that Deep Fix's broad and incorrect interpretations of the Court's claim constructions are upheld, then MWCC asserts claims 1 and 10 of the '393 Patent are rendered obvious by the MWCC '176 Patent in view of the '917 Patent or the '572 Patent or the Cameron Catalog and the Composite Catalog as shown in the chart below, following Deep Fix's apparent interpretation of the claims.

| U.S. Patent No. 8,833,393 | MWCC '176 Patent, the '917 Patent, the '572 Patent, the Cameron Catalog, and the 1966 Composite Catalog |
|---|---|
| 1. A cap valve (12) to shut off a runaway high pressure flow pipe (P), comprising: | The MWCC '176 Patent discloses a cap valve to shut off a runaway high pressure flow pipe.<br><br>"A system and method for rapidly responding to and regaining control of uncontrolled flow from offshore hydrocarbon wells, comprising a subsea containment assembly, optionally including a capture caisson assembly installed around the assembly, riser systems for production of hydrocarbons to capture vessels on the surface of the sea, and modularized subsystems facilitating communication between and fluid flow from the subsea containment assembly through the riser to the capture vessel." (MWCC '176 Patent, Abstract) |
| a hydraulic controlled connector (14) to attach a cylindrical valve chamber (16), or to attach to an intermittent pipe (18) connectable to a cylindrical valve chamber (16), to the flow pipe (P) in which the connector (14) has a hydraulic clamp (20) to grab the pipe (P), or to grab a flange (F) on the pipe | If this claim element is interpreted as broadly as Deep Fix proposes in its Final Infringement Contentions, then the MWCC '176 Patent discloses a hydraulic controlled connector to attach a cylindrical valve chamber that attaches a cylindrical valve chamber to a flow pipe or wellhead.  The connector has a hydraulic clamp to grab the pipe to hold the cap valve in position.<br><br>"The containment assembly (112) is equipped with a suite of adapters and connectors to interact with various interface points such as the wellhead, blowout preventer stack, lower marine riser package casing strings, and capture caisson." (MWCC '176 Patent, col. 4, ll. |

1

| | |
|---|---|
| (P), to hold the cap valve (**12**) in position; | 48-52).  "For example, FIG. 3 provides a schematic of the subsea containment assembly illustrating an embodiment in which the subsea containment assembly comprises a plurality of adaptors and connectors (**143**)."  (MWCC '176 Patent, col. 10, ll. 48-51).  A person of ordinary skill in the art at the time of the application for the '393 Patent would have understood the phrase "suite of adapters and connectors to interact with … the wellhead, blowout preventer stack, lower marine riser package casing strings" to include hydraulic controlled connectors such as the Cameron HC Collet Connector which had been in common use in the industry for many years. <br><br> "The accumulator unit (**114**) for example, whose purpose is to trickle charge, through an umbilical (**113**) stored hydraulic pressure, to subsea components is a generally standard operation in industry. However, in the MWCS it is envisioned that embodiments involve a self-contained module for reliability and convenience, in contrast to the standard approach of installing such units directly on the subsea equipment at issue. For example, the accumulator unit (**114**) may be installed on the seabed as shown in FIG. 1." (MWCC '176 Patent, col. 7, ll. 28-36). |



Fig. 1 of the MWCC '176 Patent.

3

Case 4:18-cv-00948    Document 227-9    Filed 03/16/20 in TXSD    Page 60 of 241



FIG. 3

FIG. 4

Figs. 3 and 4 of the MWCC '176 Patent.

To the extent MWCC '176 Patent is found not to anticipate a hydraulic controlled connector in which the connector has a hydraulic clamp to grab the pipe, or to grab a flange on the pipe, such a connector was known to one of ordinary skill in the art at the time of the application for the '393 Patent as disclosed by each of the '917 Patent, the '572 Patent, and the Cameron Catalog, separately.

4

| | Specifically, the '917 Patent discloses a "subsea connection apparatus to allow connecting a surface blowout preventer stack and a riser to a subsea wellhead." ('917 Patent, Abstract). The connector of the '917 Patent allows for remote connection of a standard surface blowout preventer (BOP) stack to a wellhead. ('917 Patent, col. 2, ll. 9-21). Specifically, the '917 Patent provides "[h]ydraulically actuated wellhead connectors" secured to the BOP that are "operable by control system for disconnecting and reconnecting to wellhead housing." ('917 Patent, col. 2, ll. 14-16; col. 3, ll. 67-col. 4, ll. 4, Fig. 3). |
|---|---|



Fig. 3 of the '917 Patent.

| | It would have been obvious to one of ordinary skill in the art to include the connector described in the '917 Patent with the cap valve of the MWCC '176 Patent, because the '917 Patent describes a Cameron collet connector, like the Cameron HC Collet Connector, which had been in common use in the industry for many years for subsea connections between various subsea equipment such as a riser, the wellhead, blowout preventer stack, lower marine riser package casing strings.<br><br>Alternatively, or in addition to the '917 Patent, the '572 Patent discloses a hydraulic controlled connector to attach a cylindrical valve chamber or to attach to an intermittent pipe connectable to a cylindrical valve chamber, to the flow pipe in which the connector has a hydraulic clamp to grab the pipe, or to grab a flange on the pipe.<br><br>The '572 Patent discloses a riser connector that connects a riser to a blowout preventer stack (BOP stack). ('572 Patent, col. 3, ll. 20-24).  "The riser connector **19** includes gripping members **26** which are illustrated in a clamping position in which they clamp an insert **64** which forms part of a hub **25**. The hub **25** is connected to a not illustrated marine riser by bolts **66**, i.e. the hub **25** forms a lower end of the riser." ('572 Patent, col. 3, ll. 26-31).<br><br>Furthermore, the '572 Patent describes the riser connector as being a "widely used riser connector manufactured by 'Cameron'." ('572 Patent, col. 3, ll. 37-38).  The riser connector is shown in Figure 1 of the '572 Patent. |
|---|---|



**FIG.1**
PRIOR ART

Figure 1 of '572 Patent.

"The gripping members **26** have the shape of gripping fingers. The gripping fingers **26** have projections **62**, which in the illustrated clamping position mate with and clamp corresponding projections **63** of the insert **64**. In the clamping position the gripping fingers **26** are radially locked by a lock element **27**, formed by a cam ring, which is then said to be in its lock position." ('572 Patent, col. 3, ll. 38-45). "The movement of the cam ring **27** between the lock position and the unlock position is done by hydraulic actuators **28**, located in a housing **65**, and hydraulic circuitry for [sic] pressurizing the actuators." ('572 Patent, col. 3, 59-62).

It would have been obvious to a person of ordinary skill in the art at the time of the

8

application for the '393 Patent to combine the hydraulic controlled connector of the '572 Patent with the MWCC '176 Patent to provide a hydraulic connection between the cap valve and the tubing that can be remotely opened and closed as taught by the '572 Patent.

The Cameron Catalog also discloses an HC Collet Connector for securing a blowout preventer stack to the wellhead. (Cameron Catalog, p. 682). The collet connector forms a tight seal while withstanding the bending stresses and separating forces caused by well pressure, riser tension, and vessel motion. (*Id.*). As disclosed in the Cameron Catalog, the HC collet connectors lock to the mating hub by means of pivoted locking segments shaped like tapered fingers, which guide the connector into position and clamp to the mating hub to secure the connection. (*Id.*). Additionally, the Cameron Catalog discloses that the collet connector is actuated by hydraulic cylinders.



Image from pg. 682 of the Cameron Catalog.

It would have been obvious to a person of ordinary skill in the art at the time of the application for the '393 Patent to combine the hydraulic controlled connector of the Cameron Catalog with the MWCC '176 Patent to provide a hydraulic connection between the cap valve and the flow pipe that provides a tight seal while withstanding the bending

9

| | |
|---|---|
| | stresses and separating forces caused by well pressure, as taught by the Cameron Catalog. |
| outlet ports (**22**) disposed in the cap valve (**12**), or in the intermittent pipe (**18**), above the hydraulic clamp (**20**) to permit high pressure flow to continue while the connector (**14**) is being installed on the pipe (P); and | If this claim element and the claim terms therein construed by the Court are interpreted as broadly as Deep Fix proposes in its Final Infringement Contentions, then the MWCC '176 Patent discloses outlet ports disposed in the cap valve, or in the intermittent pipe, above the hydraulic clamp to permit high pressure flow to continue while the connector is being installed on the pipe.<br><br>The Court construed "outlet ports" to be "multiple openings in the cylindrical valve chamber or in the intermittent pipe that can permit outward flow of high pressure fluids."  (Dkt. No. 127, pp. 7-8).<br><br>Deep Fix purports the Court's construction includes multiple pipes ("intermittent pipes") each with its own bore, *i.e.,* multiple intermittent pipes, each pipe having one "outlet," and one "valve chamber."  (Deep Fix's Final Infringement Contentions, SRCS Claim Chart 8, pg. 2; DRCS, Chart 2, pg. 2; SCA Claim Chart 2, pg. 2).  Deep Fix also appears to assert incorrectly that the valve chambers include a diverter spool, gate valves, and chokes.  (*Id*.). MWCC does not agree with these incorrect interpretations.  However, assuming such a broad and incorrect interpretation of the Court's construction (which MWCC does not concede), then the MWCC '176 Patent discloses multiple outlet ports in intermittent pipes.<br><br>"For example, as shown in FIG. 3, the ram portion (**141**) of the containment assembly (**112**) is separated from the BOP (**111**) by the multiple collection and venting outlets (**142**) of the subsea containment assembly. In an alternate embodiment, the ram portion (**141**) of the containment assembly (**112**) is not separated from the BOP (**111**) by the multiple collection and venting outlets (**142**) of the subsea containment assembly. In this alternate embodiment, the multiple collection and venting outlets (**142**) of the subsea containment assembly (**112**) are separated from the BOP (**111**) by the ram portion (**141**) of the subsea containment assembly. In additional embodiments, the subsea containment assembly comprises more than one set of multiple collection and venting outlets (**142**) separated by at least one ram." (MWCC '176 Patent, col. 5, ll. 21-35).<br><br>"The marine well containment system selected from any one of the examples disclosed herein is modified such that at least one of the plurality of adaptors and connectors is configured to vent fluids, configured to provide a port through which an inhibitor may be injected, configured to accommodate at least one subsea gauge, configured to control well |

10

| | |
|---|---|
| | backpressure, configured to facilitate a well shut-in or any combination thereof." (MWCC '176 Patent, col. 10, l. 63-col. 11, l. 3).<br><br>"The subsea containment assembly (**112**) includes multiple production and venting outlets, which can be used for producing or venting." (MWCC '176 Patent, col. 4, ll. 56-58).<br><br>According to Deep Fix's incorrect interpretation of the Court's claim construction, the choke and kill ability of each ram of the BOP as well as the venting outlets provide outlet ports disposed in the cap valve, or in the intermittent pipe, above the hydraulic clamp to permit high pressure flow to continue while the connector is being installed on the pipe. |
| a valve hydraulic cylinder (**24**) encompassing a primary hydraulic ram (**26**) which has an adjustable flow primary seal (**28**) thereon disposed within the cylindrical valve chamber (**16**) to telescopically close or open access to the outlet ports (**22**) by moving the primary seal (**28**) into position to open or block fluid communication through the outlet ports (**22**). | If this claim element and the claim terms therein construed by the Court are interpreted as broadly as Deep Fix proposes in its Final Infringement Contentions, then the MWCC '176 Patent discloses a cap valve that includes a valve hydraulic cylinder encompassing a primary hydraulic ram which has an adjustable flow primary seal thereon disposed within the cylindrical valve chamber to telescopically close or open access to the outlet ports by moving the primary seal into position to open or block fluid communication through the outlet ports.<br><br>The Court construed "primary hydraulic ram" to be a "unitary piston-like device located in the valve chamber that moves in response to fluid pressure" and "to telescopically close or open/telescopically" to be "extend to close and retract to open." As noted above, "outlet ports" was construed by the Court to mean "multiple openings in the cylindrical valve chamber or in the intermittent pipe that can permit outward flow of high pressure fluids." (Dkt. No. 127, pp. 7-13).<br><br>Deep Fix purports the Court's construction of "primary hydraulic ram" reads on "a combination of six cap valves, each with a single ram." (Deep Fix's Final Infringement Contentions, SRCS Claim Chart 8, pg. 2; DRCS Claim Chart 2, pg. 2; SCA Claim Chart 2, pg. 2). Deep Fix also appears to assert incorrectly that the valve chambers include a diverter spool, gate valves, and chokes and that the passages the valves close constitute outlet ports in the valve chambers. (*Id.*).<br><br>Deep Fix further identifies an isolation valve (gate valve) and a choke valve as examples of the shapes of "a single ram" covered by the Court's construction of "a primary hydraulic ram." (Deep Fix's Final Infringement Contentions, SRCS Claim Chart 8, pg. 3; DRCS Claim |

11

| | |
|---|---|
| | Chart 2, pg. 3; SCA Claim Chart 2, pg. 4).  Deep Fix does not specifically address the claim element of "a valve hydraulic cylinder encompassing" the alleged rams.  However, the isolation and choke valves indicated in the Final Infringement Contentions as meeting the limitation of "a valve hydraulic cylinder (24) encompassing a primary hydraulic ram (26)" are actuated by a ROV hot stab, not a hydraulic cylinder encompassing the primary hydraulic ram.  (Deep Fix's Final Infringement Contentions, SRCS Claim Chart 8, pg. 3; DRCS Claim Chart 2, pg. 3; SCA Claim Chart 2, pg. 4, citing https://www.marinewellcontainment.com/mwcc-cap-only-containment-scenario-animation/). <br><br> Assuming Deep Fix's broad and incorrect interpretation of the Court's construction (which MWCC does not concede), then the MWCC '176 Patent discloses a valve hydraulic cylinder encompassing a primary hydraulic ram which has an adjustable flow primary seal thereon disposed within the cylindrical valve chamber to telescopically close or open access to the outlet ports by moving the primary seal into position to open or block fluid communication through the outlet ports. <br><br> The MWCC '176 Patent discloses an embodiment of a containment system with three ram BOPs. Every ram has choke and kill ability, which inherently includes kill and choke valves. (MWCC '176 Patent, col. 5, ll. 15-17; col. 11, ll. 19-21). For example, the 1966 Composite Catalog discloses an underwater blowout preventer stack that includes choke and kill lines with Cameron hydraulically controlled "Fail-Safe" valves.  (1966 Composite Catalog, 1247). Each of the choke valves and kill valves include cylindrical valve chambers, according to Deep Fix's incorrect interpretation of the Court's construction of the claim.  As disclosed by the 1966 Composite Catalog, various fail-safe valves are operable with the Cameron underwater blowout preventer stack.  (1966 Composite Catalog, pg. 1249).  One example fail-safe valve is shown below and includes a gate and seat assembly, a primary cylinder, a spring cartridge assembly, and a primary piston.  (*Id*.).  Operator fluid conduits are integral within the body and cylinder wall.  (*Id*.). |



Type "C" "Fail-Safe" Valve

1966 Composite Catalog, pg. 1249.

Further, the MWCC '176 Patent also shows in Figs. 3 and 4 that the multiple collection and venting outlets (142) include valves which facilitate venting when necessary.

Following Deep Fix's incorrect claim interpretation, the choke valves, kill valves, and/or valves on the venting outlets of the device disclosed in the MWCC '176 Patent include cylindrical valve chambers or chambers that include a cylindrical valve.

13



FIG. 3

FIG. 4

Figs. 3 and 4 of the MWCC '176 Patent.

Deep Fix does not specifically address the limitation "which has an adjustable flow primary seal thereon." However, Deep Fix appears to assert incorrectly that isolation valves (gate valve) and choke valves read upon the claimed limitation. The MWCC '176 Patent discloses every ram of the system has choke and kill ability. Such choke and kill ability inherently includes kill and choke valves. Each choke valve and each kill valve includes a

| | valve chamber and a valve member. These choke and kill valves individually close or open the passageway through the choke and kill lines. Further, the MWCC '176 Patent provides for an adjustable flow of hydraulic fluid by the accumulator using well-known valves and ram BOPs. (*See* MWCC '176 Patent, col. 4, ll. 43-45, indicating subsystems of the MWCC '176 Patent cap are well-known in the industry).<br><br>"The accumulator unit (**114**) for example, whose purpose is to trickle charge, through an umbilical (**113**) stored hydraulic pressure, to subsea components is a generally standard operation in industry. However, in the MWCS it is envisioned that embodiments involve a self-contained module for reliability and convenience, in contrast to the standard approach of installing such units directly on the subsea equipment at issue. For example, the accumulator unit (**114**) may be installed on the seabed as shown in FIG. 1." (MWCC '176 Patent, col. 7, ll. 28-36).<br><br>Therefore, the choke and kill ability of the MWCC '176 Patent discloses "a primary hydraulic ram which has an adjustable flow primary seal thereon disposed within the cylindrical valve chamber to telescopically close or open access to the outlet ports by moving the primary seal into position to open or block fluid communication through the outlet ports," according to Deep Fix's incorrect interpretation of the claim.<br><br>Moreover, the gates of the fail-safe valves disclosed in the 1966 Composite Catalog close or open the passageway through the choke and kill lines. These types of valves were well-known and would have been obvious to one of ordinary skill in the art at the time of the application for the '393 Patent to use to accomplish the choke and kill ability on the apparatus of the MWCC '176 Patent. The fail-safe valves of the 1966 Composite Catalog have "a primary hydraulic ram which has an adjustable flow primary seal thereon disposed within the cylindrical valve chamber to telescopically close or open access to the outlet ports by moving the primary seal into position to open or block fluid communication through the outlet ports," according to Deep Fix's incorrect interpretation of the claim. |
| --- | --- |
| 10. A cap valve (**12**) to shut off a runaway high pressure flow pipe (P), comprising: | The MWCC '176 Patent discloses a cap valve to shut off a runaway high pressure flow pipe.<br><br>"A system and method for rapidly responding to and regaining control of uncontrolled flow from offshore hydrocarbon wells, comprising a subsea containment assembly, optionally including a capture caisson assembly installed around the assembly, riser systems for production of hydrocarbons to capture vessels on the surface of the sea, and modularized |

| | |
|---|---|
| | subsystems facilitating communication between and fluid flow from the subsea containment assembly through the riser to the capture vessel." (MWCC '176 Patent, Abstract) |
| a hydraulic controlled connector (**14**) to attach a cylindrical valve chamber (**16**), or to attach to an intermittent pipe (**18**) connectable to a cylindrical valve chamber (**16**), to the flow pipe (P) in which the connector (**14**) has a hydraulic clamp (**20**) to grab the pipe (P), or to grab a flange (F) on the pipe (P), to hold the cap valve (**12**) in position; and | If this claim element is interpreted as broadly as Deep Fix proposes in its Final Infringement Contentions, then the MWCC '176 Patent discloses a hydraulic controlled connector to attach a cylindrical valve chamber that attaches a cylindrical valve chamber to a flow pipe or wellhead.  The connector has a hydraulic clamp to grab the pipe to hold the cap valve in position.

"The containment assembly (**112**) is equipped with a suite of adapters and connectors to interact with various interface points such as the wellhead, blowout preventer stack, lower marine riser package casing strings, and capture caisson." (MWCC '176 Patent, col. 4, ll. 48-52).  "For example, FIG. 3 provides a schematic of the subsea containment assembly illustrating an embodiment in which the subsea containment assembly comprises a plurality of adaptors and connectors (**143**)."  (MWCC '176 Patent, col. 10, ll. 48-51).  A person of ordinary skill in the art at the time of the application for the '393 Patent would have understood the phrase "suite of adapters and connectors to interact with . . . the wellhead, blowout preventer stack, lower marine riser package casing strings" to include hydraulic controlled connectors such as the Cameron HC Collet Connector which had been in common use in the industry for many years.

"The accumulator unit (**114**) for example, whose purpose is to trickle charge, through an umbilical (**113**) stored hydraulic pressure, to subsea components is a generally standard operation in industry. However, in the MWCS it is envisioned that embodiments involve a self-contained module for reliability and convenience, in contrast to the standard approach of installing such units directly on the subsea equipment at issue. For example, the accumulator unit (**114**) may be installed on the seabed as shown in FIG. 1." (MWCC '176 Patent, col. 7, ll. 28-36). |

16



Fig. 2 of the MWCC '176 Patent.

17



**FIG. 3**

**FIG. 4**

Figs. 3 and 4 of the MWCC '176 Patent.

To the extent MWCC '176 Patent is found not to anticipate a hydraulic controlled connector in which the connector has a hydraulic clamp to grab the pipe, or to grab a flange on the pipe, such a connector is disclosed by the '917 Patent, the '572 Patent, and the Cameron Catalog, separately.

18

| | |
|---|---|
| | Specifically, the '917 Patent discloses a "subsea connection apparatus to allow connecting a surface blowout preventer stack and a riser to a subsea wellhead." ('917 Patent, Abstract). The connector of the '917 Patent allows for remote connection of a standard surface blowout preventer (BOP) stack to a wellhead. ('917 Patent, col. 2, ll. 9-21). Specifically, the '917 Patent provides "[h]ydraulically actuated wellhead connectors" secured to the BOP that are "operable by control system for disconnecting and reconnecting to wellhead housing." ('917 Patent, col. 2, ll. 14-16; col. 3, ll. 67-col. 4, ll. 4, Fig. 3). |



Fig. 3 of the '917 Patent.

It would have been obvious to one of ordinary skill in the art to include the connector

20

| | |
|---|---|
| | described in the '917 Patent with the cap valve of the MWCC '176 Patent, because the '917 Patent describes a Cameron collet connector, like the Cameron HC Collet Connector, which had been in common use in the industry for many years for subsea connections between various subsea equipment such as a riser, the wellhead, blowout preventer stack, lower marine riser package casing strings.<br><br>Alternatively, or in addition to the '917 Patent, the '572 Patent discloses a hydraulic controlled connector to attach a cylindrical valve chamber or to attach to an intermittent pipe connectable to a cylindrical valve chamber, to the flow pipe in which the connector has a hydraulic clamp to grab the pipe, or to grab a flange on the pipe.<br><br>The '572 Patent discloses a riser connector that connects a riser to a blowout preventer stack (BOP stack).  ('572 Patent, col. 3, ll. 20-24).  "The riser connector **19** includes gripping members **26** which are illustrated in a clamping position in which they clamp an insert **64** which forms part of a hub **25**. The hub **25** is connected to a not illustrated marine riser by bolts **66**, i.e. the hub **25** forms a lower end of the riser." ('572 Patent, col. 3, ll. 26-31).<br><br>Furthermore, the '572 Patent describes the riser connector as being a "widely used riser connector manufactured by 'Cameron'." ('572 Patent, col. 3, ll. 37-38).  The riser connector is shown in Figure 1 of the '572 Patent. |

21



## FIG.1
### PRIOR ART

Figure 1 of '572 Patent.

"The gripping members **26** have the shape of gripping fingers. The gripping fingers **26** have projections **62**, which in the illustrated clamping position mate with and clamp corresponding projections **63** of the insert **64**. In the clamping position the gripping fingers **26** are radially locked by a lock element **27**, formed by a cam ring, which is then said to be in its lock position."  ('572 Patent, col. 3, ll. 38-45).  "The movement of the cam ring **27** between the lock position and the unlock position is done by hydraulic actuators **28**, located in a housing **65**, and hydraulic circuitry for [sic] pressurizing the actuators." ('572 Patent, col. 3,

59-62).

It would have been obvious to a person of ordinary skill in the art at the time of the application for the '393 Patent to combine the hydraulic controlled connector of the '572 Patent with the MWCC '176 Patent to provide a hydraulic connection between the cap valve and the tubing that can be remotely opened and closed as taught by the '572 Patent.

The Cameron Catalog also discloses an HC Collet Connector for securing a blowout preventer stack to the wellhead. (Cameron Catalog, p. 682). The collet connector forms a tight seal while withstanding the bending stresses and separating forces caused by well pressure, riser tension, and vessel motion. (*Id*.). As disclosed in the Cameron Catalog, the HC Collet Connectors lock to the mating hub by means of pivoted locking segments shaped like tapered fingers, which guide the connector into position and clamp to the mating hub to secure the connection. (*Id*.). Additionally, the Cameron Catalog discloses that the collet connector is actuated by hydraulic cylinders.



Model 70 Collet Connector

23

| | |
|---|---|
| | Image from pg. 682 of the Cameron Catalog.<br><br>It would have been obvious to a person of ordinary skill in the art at the time of the application for the '393 Patent to combine the hydraulic controlled connector of the Cameron Catalog with the MWCC '176 Patent to provide a hydraulic connection between the cap valve and the flow pipe that provides a tight seal while withstanding the bending stresses and separating forces caused by well pressure, as taught by the Cameron Catalog. |
| a valve hydraulic cylinder (**24**) encompassing a primary hydraulic ram (**26**) which has an adjustable flow primary seal (**28**) thereon disposed within the cylindrical valve chamber (**16**) to telescopically close or open to outlet ports (**22**) by moving the primary seal (**28**) into position to open or block fluid communication through the outlet ports (**22**). | If this claim element and the claim terms therein construed by the Court are interpreted as broadly as Deep Fix proposes in its Final Infringement Contentions, then the MWCC '176 Patent discloses a cap valve that includes a valve hydraulic cylinder encompassing a primary hydraulic ram which has an adjustable flow primary seal thereon disposed within the cylindrical valve chamber to telescopically close or open access to the outlet ports by moving the primary seal into position to open or block fluid communication through the outlet ports.<br><br>The Court construed "primary hydraulic ram" to be a "unitary piston-like device located in the valve chamber that moves in response to fluid pressure" and "to telescopically close or open/telescopically" to be "extend to close and retract to open." "Outlet ports" was construed by the Court to mean "multiple openings in the cylindrical valve chamber or in the intermittent pipe that can permit outward flow of high pressure fluids." (Dkt. No. 127, pp. 7-13).<br><br>Deep Fix purports the Court's construction of "primary hydraulic ram" reads on "a combination of six cap valves, each with a single ram." (Deep Fix's Final Infringement Contentions, SRCS Claim Chart 8, pg. 10; DRCS Claim Chart 2, pg. 10; SCA Claim Chart 2, pg. 12). Deep Fix also appears to assert incorrectly that the valve chambers include a diverter spool, gate valves, and chokes and that the passages the valves close constitute outlet ports in the valve chambers. (*Id.*).<br><br>Deep Fix further identifies an isolation valve (gate valve) and a choke valve as examples of the shapes of "a single ram" covered by the Court's construction of "a primary hydraulic ram." (Deep Fix's Final Infringement Contentions, SRCS Claim Chart 8, pg. 7; DRCS Claim Chart 2, pg. 7; SCA Claim Chart 2, pg. 9). Deep Fix does not specifically address the claim element of "a valve hydraulic cylinder encompassing" the alleged rams. However, the isolation and choke valves indicated in the Final Infringement Contentions as meeting the |

24

limitation of "a valve hydraulic cylinder (24) encompassing a primary hydraulic ram (26)" are actuated by a ROV hot stab, not a valve hydraulic cylinder encompassing the primary hydraulic ram.  (Deep Fix's Final Infringement Contentions, SRCS Claim Chart 8, pg. 7; DRCS Claim Chart 2, pg. 7; SCA Claim Chart 2, pg. 9, citing https://www.marinewellcontainment.com/mwcc-cap-only-containment-scenario-animation/).

Deep Fix purports the Court's construction of "outlet ports" includes multiple pipes ("intermittent pipes") each with its own bore, *i.e.,* multiple intermittent pipes, each pipe having one "outlet," and one "valve chamber."  (Deep Fix's Final Infringement Contentions, SRCS Claim Chart 8, pg. 10; DRCS, Chart 2, pg. 10; SCA Claim Chart 2, pg. 12).

Assuming Deep Fix's broad and incorrect interpretation of the Court's construction (which MWCC does not concede), then the MWCC '176 Patent discloses a valve hydraulic cylinder encompassing a primary hydraulic ram which has an adjustable flow primary seal thereon disposed within the cylindrical valve chamber to telescopically close or open access to the outlet ports by moving the primary seal into position to open or block fluid communication through the outlet ports.

The MWCC '176 Patent discloses an embodiment of a containment system with three ram BOPs.  Every ram has choke and kill ability, which inherently includes kill and choke valves.  (MWCC '176 Patent, col. 5, ll. 15-17; col. 11, ll. 19-21).  For example, the 1966 Composite Catalog discloses an underwater blowout preventer stack that includes choke and kill lines with Cameron hydraulically controlled "Fail-Safe" valves.  (1966 Composite Catalog, 1247).  Each of the choke valves and kill valves include cylindrical valve chambers, according to Deep Fix's incorrect interpretation of the Court's construction of the claim.  As disclosed by the 1966 Composite Catalog, various fail-safe valves are operable with the Cameron underwater blowout preventer stack.  (1966 Composite Catalog, pg. 1249).  One example fail-safe valve is shown below and includes a gate and seat assembly, a primary cylinder, a spring cartridge assembly, and a primary piston.  (*Id*.).  Operator fluid conduits are integral within the body and cylinder wall.  (*Id*.).

25



1966 Composite Catalog, pg. 1249.

Further, the MWCC '176 Patent also shows in Figs. 3 and 4 that the multiple collection and venting outlets (142) include valves which facilitate venting when necessary.

Following Deep Fix's incorrect claim interpretation, the choke valves, kill valves, and/or valves on the venting outlets include cylindrical valve chambers or chambers that include a cylindrical valve.



FIG. 3

FIG. 4

Figs. 3 and 4 of the MWCC '176 Patent.

Deep Fix does not specifically address the limitation "which has an adjustable flow primary seal thereon."  However, Deep Fix appears to assert incorrectly that isolation valves (gate valve) and choke valves read upon the claimed limitation.  The MWCC '176 Patent discloses every ram of the system has choke and kill ability.  Such choke and kill ability inherently includes kill and choke valves. Each choke valve and each kill valve includes a valve chamber and a valve member.  These choke and kill valves individually close or open

27

|  | the passageway through the choke and kill lines.  Further, the MWCC '176 Patent provides for an adjustable flow of hydraulic fluid by the accumulator using well-known valves and ram BOPs.  (*See* MWCC '176 Patent, col. 4, ll. 43-45, indicating subsystems of the MWCC '176 Patent cap are well-known in the industry). |
|  | "The accumulator unit (**114**) for example, whose purpose is to trickle charge, through an umbilical (**113**) stored hydraulic pressure, to subsea components is a generally standard operation in industry. However, in the MWCS it is envisioned that embodiments involve a self-contained module for reliability and convenience, in contrast to the standard approach of installing such units directly on the subsea equipment at issue. For example, the accumulator unit (**114**) may be installed on the seabed as shown in FIG. 1." (MWCC '176 Patent, col. 7, ll. 28-36). |
|  | Therefore, the choke and kill ability of the MWCC '176 Patent discloses "a primary hydraulic ram which has an adjustable flow primary seal thereon disposed within the cylindrical valve chamber to telescopically close or open access to the outlet ports by moving the primary seal into position to open or block fluid communication through the outlet ports," according to Deep Fix's incorrect interpretation of the claim. |
|  | Moreover, the gates of the fail-safe valves disclosed in the 1966 Composite Catalog close or open the passageway through the choke and kill lines.  These types of valves were well-known and would have been obvious to one of ordinary skill in the art at the time of the application for the '393 Patent to use to accomplish the choke and kill ability on the apparatus of the MWCC '176 Patent.  The fail-safe valves of the 1966 Composite Catalog have "a primary hydraulic ram which has an adjustable flow primary seal thereon disposed within the cylindrical valve chamber to telescopically close or open access to the outlet ports by moving the primary seal into position to open or block fluid communication through the outlet ports," according to Deep Fix's incorrect interpretation of the claim. |

**EXHIBIT E: Marine Well Containment Company's Local P.R. 3-6(c)(1), P.R. 3-6(c)(2), and P.R. 3-6(a) Claim Chart - Claims 1 and 10 of U.S. Patent No. 8,833,393 are Rendered Obvious by G.B. Publication No. 2254632 ("GB '632"), in view of U.S. Patent No. 7,779,917 ("'917 Patent") or 1988-1989 General Catalog Cameron Iron Works USA, Inc. ("Cameron Catalog"), and further in view of U.S. Patent No. 4,567,915 ("'915 Patent") and U.S. Patent No. 3,272,222 ("'222 Patent")**

| U.S. Patent No. 8,833,393 | GB '632, '917 Patent, Cameron Catalog, '915 Patent, and/or '222 Patent |
|---|---|
| 1. A cap valve (12) to shut off a runaway high pressure flow pipe (P), comprising: | GB '632 discloses a cap valve to shut off a runway high pressure flow pipe.<br><br>"A device for re-establishing control over a damaged wellhead includes a heavy base (which may be anchored to the ground), a securing section which can be fixed to the damaged wellhead (e.g. by clamps and a bonding agent), a vent for allowing excess pressure to escape while fixing the securing section to the wellhead, and a control section including "christmas tree" type valves." (GB '632, Abstract). |

1

| | |
|---|---|
| | Drawing A of GB '632. |
| a hydraulic controlled connector (**14**) to attach a cylindrical valve chamber | GB '632 in view of the '917 Patent or Cameron Catalog and further in view of the '915 Patent teaches a hydraulic controlled connector to attach a cylindrical valve chamber, or to |

| | |
|---|---|
| (**16**), or to attach to an intermittent pipe (**18**) connectable to a cylindrical valve chamber (**16**), to the flow pipe (P) in which the connector (**14**) has a hydraulic clamp (**20**) to grab the pipe (P), or to grab a flange (F) on the pipe (P), to hold the cap valve (**12**) in position; | attach to an intermittent pipe connectable to a cylindrical valve chamber, to the flow pipe in which the connector has a hydraulic clamp to grab the pipe, or to grab a flange on the pipe, to hold the cap valve in position.<br><br>GB '632 discloses a device over a damaged wellhead that includes a "securing section which can be fixed to the damaged wellhead (e.g. by clamps and a bonding agent) . . . and a control section including 'christmas tree' type valves." (GB '632, Abstract).  The securing section of GB '632 contains a system of clamps that are remotely operated.  (GB '632, pg. 2, Drawings C and F).  The clamp of GB '632 grabs the pipe to hold the cap valve in place. |

3



Drawing C of GB '632.

4



DRAWING (F) | CLAMPS OPERATED

Drawing F of GB '632.

The '917 Patent discloses a "subsea connection apparatus to allow connecting a surface blowout preventer stack and a riser to a subsea wellhead." ('917 Patent, Abstract). The connector of the '917 Patent allows for remote connection of a standard surface blowout preventer (BOP) stack to a wellhead. ('917 Patent, col. 2, ll. 9-21). Specifically, the '917 Patent provides "[h]ydraulically actuated wellhead connectors" secured to the BOP that are "operable by control system for disconnecting and reconnecting to wellhead housing." ('917 Patent, col. 2, ll. 14-16; col. 3, l. 67-col. 4, l. 3, Fig. 3).



Fig. 3 of the '917 Patent.

6

It would have been obvious to one of ordinary skill in the art to modify GB '632 to include a hydraulic controlled connector like the one shown and disclosed in the '917 Patent to attach the cap valve of GB '632 remotely and provide operation by a control system.

The Cameron Catalog also discloses an HC Collect Connector for securing a blowout preventer stack to the wellhead. (Cameron Catalog, p. 682). The collet connector forms a tight seal while withstanding the bending stresses and separating forces caused by well pressure, riser tension, and vessel motion. (*Id*.). As disclosed in the Cameron Catalog, the HC Collet Connectors lock to the mating hub by means of pivoted locking segments shaped like tapered fingers, which guide the connector into position and clamp to the mating hub to secure the connection. (*Id*.). Additionally, the Cameron Catalog discloses that the collect connector is actuated by hydraulic cylinders.



Image from pg. 682 of the Cameron Catalog.

It would have been obvious to a person of ordinary skill in the art at the time of the application for the '393 Patent to combine the hydraulic controlled connector of the Cameron Catalog with GB '632 to provide a hydraulic connection between the cap valve and the flow pipe that provides a tight seal while withstanding the bending stresses and

| | separating forces caused by well pressure, as taught by the Cameron Catalog.<br><br>To the extent GB '632 does not explicitly disclose a cylindrical valve chamber, the '915 Patent does.  Specifically, the '915 Patent discloses a control valve used in high pressure fluid transfer systems.  ('915 Patent, col. 1, ll. 8-10).  The '915 Patent describes the valve and other prior art valves as designed to break up the flow through the valve into a multitude of small streams which are then led through convoluted paths to produce energy losses in the fluid. ('915 Patent, col. 1, ll. 20-26).<br><br>The valve includes housing 12 with a central fluid chamber 13.  ('915 Patent, col. 2, ll. 65-66). A valve trim cage 17 is positioned in the fluid chamber 13 and includes a cylindrical sleeve 23 (41, Figs. 4, 5) defining a bore 11. ('915 Patent, col. 3, ll. 12-13; 17-18).  Figure 1 of '915 Patent shows a flow-over-plug design where the flow enters the sleeve radially at 14 and exits through passage 15, while Figures 4 and 5 show a flow-under-plug design where the flow enters through passage 15 and exits radially through 14. ('915 Patent, col. 3, 31-34; col. 5, ll. 56-61).  However, it is noted that the valve trim performs in the same way to accomplish the same energy loss control result as that shown in Figs. 1-3. ('915 Patent, col. 5, l. 61-col. 6, l. 12). The passage 15 is closed when a plug is moved down within the bore 11.  ('915 Patent, col. 3, ll. 8-12).  Figure 1 of the '915 Patent, below, shows the cylindrical valve chamber defined by the cylindrical sleeve 23 (41, Figs. 4, 5). |
|---|---|



Fig. 1 of the '915 Patent.

It would have been obvious to a person of ordinary skill in the art at the time of the application for the '393 Patent to combine the valve trim cage assembly of the '915 Patent with GB '632 to provide the cap valve with a cylindrical valve chamber to produce energy losses in the fluid and thereby control the fluid through the cap valve and shut off a runway high pressure flow pipe.

Thus, GB '632, the '917 Patent or the Cameron Catalog, and the '915 Patent together disclose a cap valve to shut off a runaway high pressure flow pipe comprising a hydraulic controlled connector to attach a cylindrical valve chamber to the flow pipe in which the connector has a hydraulic clamp to grab the pipe, or to grab a flange on the pipe to hold the

9

| | cap valve in position. |
|---|---|
| outlet ports (**22**) disposed in the cap valve (**12**), or in the intermittent pipe (**18**), above the hydraulic clamp (**20**) to permit high pressure flow to continue while the connector (**14**) is being installed on the pipe (P); and | GB '632 in view of the '917 Patent and the '915 Patent teaches outlet ports disposed in the cap valve, or in the intermittent pipe, above the hydraulic clamp to permit high pressure flow to continue while the connector is being installed on the pipe.<br><br>GB '632 discloses that the cap valve allows for "escaping fuel to atmosphere whilst operations for re-control are going on." (GB '632, pg. 3).<br><br>The '915 Patent discloses multiple openings in the cylindrical valve chamber that can permit outward flow of high pressure fluids.  The valve includes housing 12 with a central fluid chamber 13.  ('915 Patent, col. 2, ll. 65-66). A valve trim cage 17 is positioned in the fluid chamber 13 and includes a cylindrical sleeve 23 (41, Figs. 4, 5) defining a bore 11.  As shown in Fig. 1 of the '915 Patent, each of the cylindrical trim cage sleeves (e.g., 23, 25, 41, 42, etc.) is provided with a multiplicity of radially extending plenum holes 34 (38).  ('915 Patent, col. 3, 36-39; col. 5, l. 56—col.6, l. 12). |



Fig. 1 of the '915 Patent.

The '917 Patent discloses a "subsea connection apparatus to allow connecting a surface blowout preventer stack and a riser to a subsea wellhead." ('917 Patent, Abstract). The connector of the '917 Patent allows for remote connection of a standard surface blowout preventer (BOP) stack to a wellhead. ('917 Patent, col. 2, ll. 9-21). Specifically, the '917 Patent provides "[h]ydraulically actuated wellhead connectors" secured to the BOP that are "operable by control system for disconnecting and reconnecting to wellhead housing." ('917 Patent, col. 2, ll. 14-16; col. 3, l. 67-col. 4, l. 4, Fig. 3).

It would have been obvious to one of ordinary skill in the art at the time of the application for the '393 Patent to provide the cap valve of GB '632 with outlet ports, specifically, with

<table>
<tr>
<td></td>
<td>multiple openings in the cylindrical valve chamber that can permit outward flow of high pressure fluids, to produce energy losses in the fluid and thereby control the fluid through the cap valve and shut off a runway high pressure flow pipe, as disclosed in the '915 Patent.

Further, it would have been obvious to one of ordinary skill in the art at the time of the application for the '393 Patent to modify GB '632 to include a hydraulic controlled connector (with hydraulic clamp) like the one shown and disclosed in the '917 Patent to attach the cap valve of GB '632 to a pipe or flange remotely and provide operation by a control system. Such configuration would also provide that the outlet ports – the multiple openings in the valve chamber – are above the hydraulic controlled connector with hydraulic clamp.</td>
</tr>
<tr>
<td>a valve hydraulic cylinder (24) encompassing a primary hydraulic ram (26) which has an adjustable flow primary seal (28) thereon disposed within the cylindrical valve chamber (16) to telescopically close or open access to the outlet ports (22) by moving the primary seal (28) into position to open or block fluid communication through the outlet ports (22).</td>
<td>GB '632 in view of the '915 Patent and the '222 Patent teaches a valve hydraulic cylinder encompassing a primary hydraulic ram which has an adjustable flow primary seal thereon disposed within the cylindrical valve chamber to telescopically close or open access to the outlet ports by moving the primary seal into position to open or block fluid communication through the outlet ports.

The '915 Patent discloses a primary hydraulic ram which has an adjustable flow primary seal thereon disposed within the cylindrical valve chamber to telescopically close or open access to the outlet ports  by moving the primary seal  into position to open or block fluid communication through the outlet ports.  Specifically, the '915 Patent discloses a unitary piston-like device located in the valve chamber that moves in response to fluid pressure and which has an adjustable flow primary seal thereon disposed within the cylindrical valve chamber to extend to close and retract to open access to the multiple openings in the cylindrical valve chamber that can permit outward flow of high pressure fluids by moving the primary seal into position to open or block fluid communication through the outlet ports.

The '915 Patent discloses a valve trim cage 17 is positioned in the fluid chamber 13 and includes a cylindrical sleeve 23 (41, Figs. 4, 5) defining a bore 11. ('915 Patent, col. 3, ll. 12-13; 17-18).  Figure 1 of '915 Patent shows a flow-over-plug design where the flow enters the sleeve radially at 14 and exits through passage 15, while Figures 4 and 5 show a flow-under-plug design where the flow enters through passage 15 and exits radially through 14. ('915 Patent, col. 3, 31-34; col. 5, ll. 56-61).  However, it is noted that the valve trim performs in the same way to accomplish the same energy loss control result as that shown in Figs. 1-3. ('915 Patent, col. 5, l. 61-col. 6, l. 12). As such, Fig. 1 is reproduced below and referenced herein but is equally applicable to fluid flow from passage 15 to passage 14 as</td>
</tr>
</table>

12

from passage 14 to passage 15.



Figure 1 of the '915 Patent.

The '915 Patent further discloses the control valve 10 includes a movable plug 18 slidable through bore 11 forming the central core of valve trim cage 17. ('915 Patent, col. 3, ll. 1-4). The plug 18 is mounted on one end of an axially movable rod 21 in alignment with seat ring 16. ('915 Patent, col. 3, 7-8). The seat ring 16 is positioned in a housing recess surrounding the passage 15 and the plug 18 is adapted to bear against the seat ring 16 to close passage 15. ('915 Patent, col. 3, 8-12). The plug 18 controls the flow through the valve trim cage by covering or uncovering plenum holes 34 in the inner sleeve 23 which open to the bore 11. ('915 Patent, col. 3, ll. 24-27). The movable rod 21 and the cylindrical plug 18 thereon are reciprocated (telescopically closed or opened) within bore 11 by means

of any suitable actuator.  ('915 Patent, col. 3, ll. 21-24).

To the extent the '915 Patent does not explicitly disclose the types of suitable actuators used to reciprocate the rod 21 and plug 18 within the bore 11, it would have been obvious to one of ordinary skill in the art that such "suitable actuator" includes a valve hydraulic cylinder, as disclosed in for example the '222 Patent.

The '222 Patent describes blowout preventers used in drilling oil and gas wells.  ('222 Patent, col. 1, ll. 7-9).  The '222 Patent discloses a valve hydraulic cylinder for axial movement of a piston and piston rod.  Specifically, the '222 Patent discloses "[e]ach bonnet 16 includes a body 18, a head 20 connected by bolts 21 across the inner end of the body 18, and a cylinder 19 formed partly in each of the bonnet and head." ('222 Patent, col. 4, ll. 32-35).  "A piston 25 reciprocable within each cylinder 19 has a rod 26 extending from its inner side through the head 20 for releasable connection with the ram 17." ('222 Patent, col. 4, ll. 43-45).  "[W]hen hydraulic fluid is admitted to the outer side and exhausted from the inner side of the piston 25,… the piston is moved inwardly toward the head 20 of the bonnet so as to move the ram away from the bonnet and into closed position; and, when such fluid is admitted to the inner side of the piston and exhausted from the outer side thereof, … the piston is moved outwardly or way from the head 20 of the bonnet so as to move the ram 17 toward the bonnet and into its open position." ('222 Patent, col. 4, ll. 50-61).



Figure 1 of the '222 Patent.

| | |
|---|---|
| | It would have been obvious to one of ordinary skill in the art at the time of the application for the '393 Patent that the "suitable actuators" disclosed in the '915 Patent includes a valve hydraulic cylinder as disclosed by the '222 Patent, as such a valve hydraulic cylinder is configured to axially move and reciprocate a piston and or rod therein and/or extending therefrom.<br><br>It would have been obvious to one of ordinary skill in the art at the time of the application for the '393 Patent to provide the cap valve of GB '632 with a primary hydraulic ram which has an adjustable flow primary seal thereon disposed within the cylindrical valve chamber to telescopically close or open access to the outlet ports by moving the primary seal into position to open or block fluid communication through the outlet ports as disclosed by the '915 Patent in view of '222 Patent, to produce energy losses in the fluid and thereby control the fluid through the cap valve and shut off a runway high pressure flow pipe.  Such combination of GB '632 and the '915 Patent in view of '222 Patent provides a valve hydraulic cylinder encompassing a unitary piston-like device located in the valve chamber that moves in response to fluid pressure and which has an adjustable flow primary seal thereon disposed within the cylindrical valve chamber to extend to close and retract to open access to the multiple openings in the cylindrical valve chamber that can permit outward flow of high pressure fluids by moving the primary seal into position to open or block fluid communication through the outlet ports.<br><br>Further still, the '917 Patent also discloses a control system mounted on a framework that may be electrically controlled and can operate both of the hydraulically actuated connectors and the blowout preventer independently.  ('917 patent, col. 2, ll. 22-28).<br><br>To the extent GB '632 does not specifically disclose hydraulic actuation of the rams of the lower and upper isolation valves, it would have been obvious to one of ordinary skill in the art to include the hydraulic actuation of valves of the '917 Patent and/or to provide hydraulic actuation of the movable rod 21 of the '915 Patent to provide remote and accurate actuation/operation of the upper and lower valves of GB '632 and/or to provide remote and accurate actuation/operation of the movable rod 21 and plug 18 to open and close the ports 34. |
| 10. A cap valve (**12**) to shut off a runaway high pressure flow pipe (P), comprising: | GB '632 discloses a cap valve to shut off a runway high pressure flow pipe.<br><br>"A device for re-establishing control over a damaged wellhead includes a heavy base (which may be anchored to the ground), a securing section which can be fixed to the damaged |

| | |
|---|---|
| | wellhead (e.g. by clamps and a bonding agent), a vent for allowing excess pressure to escape while fixing the securing section to the wellhead, and a control section including "christmas tree" type valves."  (GB '632, Abstract). |



VENT/FLUE

CONTROL SECTION

SECURING SECTION

BASE

DRAWING (A) | DESCRIPTION

| | |
|---|---|
| | Drawing A of GB '632. |
| a hydraulic controlled connector (**14**) | GB '803 in view of the '917 Patent or Cameron Catalog and further in view of the '915 |

17

| | |
|---|---|
| to attach a cylindrical valve chamber (**16**), or to attach to an intermittent pipe (**18**) connectable to a cylindrical valve chamber (**16**), to the flow pipe (P) in which the connector (**14**) has a hydraulic clamp (**20**) to grab the pipe (P), or to grab a flange (F) on the pipe (P), to hold the cap valve (**12**) in position; and | Patent discloses a hydraulic controlled connector to attach a cylindrical valve chamber, or to attach to an intermittent pipe connectable to a cylindrical valve chamber, to the flow pipe in which the connector has a hydraulic clamp to grab the pipe, or to grab a flange on the pipe, to hold the cap valve in position.<br><br>GB '632 discloses a device over a damaged wellhead that includes a "securing section which can be fixed to the damaged wellhead (e.g. by clamps and a bonding agent) . . . and a control section including 'christmas tree' type valves." (GB '632, Abstract).  The securing section of GB '632 contains a system of clamps that are remotely operated.  (GB '632, pg. 2, Drawings C and F).  The clamp of GB '632 grabs the pipe to hold the cap valve in place. |

18



Drawing C of GB '632.



| DRAWING (F) | CLAMPS OPERATED |

Drawing F of GB '632.

The '917 Patent discloses a "subsea connection apparatus to allow connecting a surface blowout preventer stack and a riser to a subsea wellhead." ('917 Patent, Abstract). The connector of the '917 Patent allows for remote connection of a standard surface blowout preventer (BOP) stack to a wellhead. ('917 Patent, col. 2, ll. 9-21). Specifically, the '917 Patent provides "[h]ydraulically actuated wellhead connectors" secured to the BOP that are "operable by control system for disconnecting and reconnecting to wellhead housing." ('917 Patent, col. 2, ll. 14-16; col. 3, l. 67-col. 4, l. 4, Fig. 3).



Fig. 3 of the '917 Patent.

It would have been obvious to one of ordinary skill in the art to modify GB '632 to include a

| | hydraulic controlled connector like the one shown and disclosed in the '917 Patent to attach the cap valve of GB '632 remotely and provide operation by a control system.<br><br>The Cameron Catalog also discloses an HC Collect Connector for securing a blowout preventer stack to the wellhead.  (Cameron Catalog, p. 682).  The collet connector forms a tight seal while withstanding the bending stresses and separating forces caused by well pressure, riser tension, and vessel motion.  (*Id*.).  As disclosed in the Cameron Catalog, the HC Collet Connectors lock to the mating hub by means of pivoted locking segments shaped like tapered fingers, which guide the connector into position and clamp to the mating hub to secure the connection.  (*Id*.).  Additionally, the Cameron Catalog discloses that the collect connector is actuated by hydraulic cylinders.<br><br><br><br>Image from pg. 682 of the Cameron Catalog.<br><br>It would have been obvious to a person of ordinary skill in the art at the time of the application for the '393 Patent to combine the hydraulic controlled connector of the Cameron Catalog with GB '632 to provide a hydraulic connection between the cap valve and the flow pipe that provides a tight seal while withstanding the bending stresses and separating forces caused by well pressure, as taught by the Cameron Catalog. |
| --- | --- |

| | To the extent GB '632 does not explicitly disclose a cylindrical valve chamber, the '915 Patent does.  Specifically, the '915 Patent discloses a control valve used in high pressure fluid transfer systems.  ('915 Patent, col. 1, ll. 8-10).  The '915 Patent describes the valve and other prior art valves as designed to break up the flow through the valve into a multitude of small streams which are then led through convoluted paths to produce energy losses in the fluid. ('915 Patent, col. 1, ll. 20-26).

The valve includes housing 12 with a central fluid chamber 13.  ('915 Patent, col. 2, ll. 65-66). A valve trim cage 17 is positioned in the fluid chamber 13 and includes a cylindrical sleeve 23 (41, Figs. 4, 5) defining a bore 11. ('915 Patent, col. 3, ll. 12-13; 17-18).  Figure 1 of '915 Patent shows a flow-over-plug design where the flow enters the sleeve radially at 14 and exits through passage 15, while Figures 4 and 5 show a flow-under-plug design where the flow enters through passage 15 and exits radially through 14.  ('915 Patent, col. 3, 31-34; col. 5, ll. 56-61).  However, it is noted that the valve trim performs in the same way to accomplish the same energy loss control result as that shown in Figs. 1-3. ('915 Patent, col. 5, l. 61-col. 6, l. 12). The passage 15 is closed when a plug is moved down within the bore 11.  ('915 Patent, col. 3, ll. 8-12).  Figure 1 of the '915 Patent, below, shows the cylindrical valve chamber defined by the cylindrical sleeve 23 (41, Figs. 4, 5). |
|---|---|

23



Fig. 1 of the '915 Patent.

It would have been obvious to a person of ordinary skill in the art at the time of the application for the '393 Patent to combine the valve trim cage assembly of the '915 Patent with GB '632 to provide the cap valve with a cylindrical valve chamber to produce energy losses in the fluid and thereby control the fluid through the cap valve and shut off a runway high pressure flow pipe.

Thus, GB '632, the '917 Patent or the Cameron Catalog, and the '915 Patent together disclose a cap valve to shut off a runaway high pressure flow pipe comprising a hydraulic controlled connector to attach a cylindrical valve chamber to the flow pipe in which the connector has a hydraulic clamp to grab the pipe, or to grab a flange on the pipe to hold the

| | cap valve in position. |
|---|---|
| a valve hydraulic cylinder (**24**) encompassing a primary hydraulic ram (**26**) which has an adjustable flow primary seal (**28**) thereon disposed within the cylindrical valve chamber (**16**) to telescopically close or open to outlet ports (**22**) by moving the primary seal (**28**) into position to open or block fluid communication through the outlet ports (**22**). | GB '632 in view of the '915 Patent and the '222 Patent teaches a valve hydraulic cylinder encompassing a primary hydraulic ram which has an adjustable flow primary seal thereon disposed within the cylindrical valve chamber to telescopically close or open access to the outlet ports by moving the primary seal into position to open or block fluid communication through the outlet ports.<br><br>The '915 Patent discloses a primary hydraulic ram which has an adjustable flow primary seal thereon disposed within the cylindrical valve chamber to telescopically close or open access to the outlet ports  by moving the primary seal  into position to open or block fluid communication through the outlet ports.  Specifically, the '915 Patent discloses a unitary piston-like device located in the valve chamber that moves in response to fluid pressure and which has an adjustable flow primary seal thereon disposed within the cylindrical valve chamber to extend to close and retract to open access to the multiple openings in the cylindrical valve chamber that can permit outward flow of high pressure fluids by moving the primary seal into position to open or block fluid communication through the outlet ports.<br><br>The '915 Patent discloses a valve trim cage 17 is positioned in the fluid chamber 13 and includes a cylindrical sleeve 23 (41, Figs. 4, 5) defining a bore 11. ('915 Patent, col. 3, ll. 12-13; 17-18).  Figure 1 of '915 Patent shows a flow-over-plug design where the flow enters the sleeve radially at 14 and exits through passage 15, while Figures 4 and 5 show a flow-under-plug design where the flow enters through passage 15 and exits radially through 14. ('915 Patent, col. 3, 31-34; col. 5, ll. 56-61).  However, it is noted that the valve trim performs in the same way to accomplish the same energy loss control result as that shown in Figs. 1-3. ('915 Patent, col. 5, l. 61-col. 6, l. 12). As such, Fig. 1 is reproduced below and referenced herein but is equally applicable to fluid flow from passage 15 to passage 14 as from passage 14 to passage 15. |

25



Figure 1 of the '915 Patent.

The '915 Patent further discloses the control valve 10 includes a movable plug 18 slidable through bore 11 forming the central core of valve trim cage 17. ('915 Patent, col. 3, ll. 1-4). The plug 18 is mounted on one end of an axially movable rod 21 in alignment with seat ring 16. ('915 Patent, col. 3, 7-8). The seat ring 16 is positioned in a housing recess surrounding the passage 15 and the plug 18 is adapted to bear against the seat ring 16 to close passage 15. ('915 Patent, col. 3, 8-12). The plug 18 controls the flow through the valve trim cage by covering or uncovering plenum holes 34 in the inner sleeve 23 which open to the bore 11. ('915 Patent, col. 3, ll. 24-27). The movable rod 21 and the cylindrical plug 18 thereon are reciprocated (telescopically closed or opened) within bore 11 by means of any suitable actuator. ('915 Patent, col. 3, ll. 21-24).

26

To the extent the '915 Patent does not explicitly disclose the types of suitable actuators used to reciprocate the rod 21 and plug 18 within the bore 11, it would have been obvious to one of ordinary skill in the art that such "suitable actuator" includes a valve hydraulic cylinder, as disclosed in for example the '222 Patent.

The '222 Patent describes blowout preventers used in drilling oil and gas wells. ('222 Patent, col. 1, ll. 7-9). The '222 Patent discloses a valve hydraulic cylinder for axial movement of a piston and piston rod. Specifically, the '222 Patent discloses "[e]ach bonnet 16 includes a body 18, a head 20 connected by bolts 21 across the inner end of the body 18, and a cylinder 19 formed partly in each of the bonnet and head." ('222 Patent, col. 4, ll. 32-35). "A piston 25 reciprocable within each cylinder 19 has a rod 26 extending from its inner side through the head 20 for releasable connection with the ram 17." ('222 Patent, col. 4, ll. 43-45). "[W]hen hydraulic fluid is admitted to the outer side and exhausted from the inner side of the piston 25,… the piston is moved inwardly toward the head 20 of the bonnet so as to move the ram away from the bonnet and into closed position; and, when such fluid is admitted to the inner side of the piston and exhausted from the outer side thereof, … the piston is moved outwardly or way from the head 20 of the bonnet so as to move the ram 17 toward the bonnet and into its open position." ('222 Patent, col. 4, ll. 50-61).



Figure 1 of the '222 Patent.

27

| | It would have been obvious to one of ordinary skill in the art at the time of the application for the '393 Patent that the "suitable actuators" disclosed in the '915 Patent includes a valve hydraulic cylinder as disclosed by the '222 Patent, as such a valve hydraulic cylinder is configured to axially move and reciprocate a piston and or rod therein and/or extending therefrom.

It would have been obvious to one of ordinary skill in the art at the time of the application for the '393 Patent to provide the cap valve of GB '632 with a primary hydraulic ram which has an adjustable flow primary seal thereon disposed within the cylindrical valve chamber to telescopically close or open access to the outlet ports by moving the primary seal into position to open or block fluid communication through the outlet ports as disclosed by the '915 Patent in view of '222 Patent, to produce energy losses in the fluid and thereby control the fluid through the cap valve and shut off a runway high pressure flow pipe. Such combination of GB '632 and the '915 Patent in view of '222 Patent provides a valve hydraulic cylinder encompassing a unitary piston-like device located in the valve chamber that moves in response to fluid pressure and which has an adjustable flow primary seal thereon disposed within the cylindrical valve chamber to extend to close and retract to open access to the multiple openings in the cylindrical valve chamber that can permit outward flow of high pressure fluids by moving the primary seal into position to open or block fluid communication through the outlet ports.

Further still, the '917 Patent discloses also a control system mounted on a framework that may be electrically controlled and can operate both of the hydraulically actuated connectors and the blowout preventer independently. ('917 patent, col. 2, ll. 22-28).

To the extent GB '632 does not specifically disclose hydraulic actuation of the rams of the lower and upper isolation valves, it would have been obvious to one of ordinary skill in the art to include the hydraulic actuation of valves of the '917 Patent and/or to provide hydraulic actuation of the movable rod 21 of the '915 Patent to provide remote and accurate actuation/operation of the upper and lower valves of GB '632 and/or to provide remote and accurate actuation/operation of the movable rod 21 and plug 18 to open and close the ports 34. |

**EXHIBIT F: Marine Well Containment Company's Local P.R. 3-6(c)(1), P.R. 3-6(c)(2), and P.R. 3-6(a) Claim Chart - Claims 1 and 10 of U.S. Patent No. 8,833,393 are Rendered Obvious by G.B. Publication No. 2254632 ("GB '632"), in view of U.S. Patent No. 7,779,917 ("'917 Patent") or 1988-1989 General Catalog Cameron Iron Works USA, Inc. ("Cameron Catalog"), and further in view of U.S. Patent No. 4,567,915 ("'915 Patent") and GB Patent No. 1,487,803 ("GB '803").**

| U.S. Patent No. 8,833,393 | GB '632, '917 Patent, Cameron Catalog, '915 Patent, and/or GB '803 |
|---|---|
| 1. A cap valve (12) to shut off a runaway high pressure flow pipe (P), comprising: | GB '632 discloses a cap valve to shut off a runway high pressure flow pipe.<br><br>"A device for re-establishing control over a damaged wellhead includes a heavy base (which may be anchored to the ground), a securing section which can be fixed to the damaged wellhead (e.g. by clamps and a bonding agent), a vent for allowing excess pressure to escape while fixing the securing section to the wellhead, and a control section including "christmas tree" type valves." (GB '632, Abstract). |

1



Drawing A of GB '632.

| a hydraulic controlled connector (**14**) to attach a cylindrical valve chamber | GB '632 in view of the '917 Patent or Cameron Catalog and further in view of the '915 Patent teaches a hydraulic controlled connector to attach a cylindrical valve chamber, or to |
| --- | --- |

2

| | |
|---|---|
| (**16**), or<br>to attach to an intermittent pipe (**18**) connectable to a cylindrical valve chamber (**16**), to the flow pipe (P) in which the connector (**14**) has a hydraulic clamp (**20**) to grab the pipe (P), or to grab a flange (F) on the pipe (P), to hold the cap valve (**12**) in position; | attach to an intermittent pipe connectable to a cylindrical valve chamber, to the flow pipe in which the connector has a hydraulic clamp to grab the pipe, or to grab a flange on the pipe, to hold the cap valve in position.<br><br>GB '632 discloses a device over a damaged wellhead that includes a "securing section which can be fixed to the damaged wellhead (e.g. by clamps and a bonding agent) . . . and a control section including 'christmas tree' type valves." (GB '632, Abstract).  The securing section of GB '632 contains a system of clamps that are remotely operated.  (GB '632, pg. 2, Drawings C and F).  The clamp of GB '632 grabs the pipe to hold the cap valve in place. |

3



Drawing C of GB '632.



DRAWING (F) | CLAMPS OPERATED

Drawing F of GB '632.

The '917 Patent discloses a "subsea connection apparatus to allow connecting a surface blowout preventer stack and a riser to a subsea wellhead." ('917 Patent, Abstract).  The connector of the '917 Patent allows for remote connection of a standard surface blowout preventer (BOP) stack to a wellhead.  ('917 Patent, col. 2, ll. 9-21).  Specifically, the '917 Patent provides "[h]ydraulically actuated wellhead connectors" secured to the BOP that are "operable by control system for disconnecting and reconnecting to wellhead housing."  ('917 Patent, col. 2, ll. 14-16; col. 3, l. 67-col. 4, l. 3, Fig. 3).

5



Fig. 3 of the '917 Patent.

It would have been obvious to one of ordinary skill in the art to modify GB '632 to include a hydraulic controlled connector like the one shown and disclosed in the '917 Patent to attach the cap valve of GB '632 remotely and provide operation by a control system.

The Cameron Catalog also discloses an HC Collect Connector for securing a blowout preventer stack to the wellhead. (Cameron Catalog, p. 682). The collet connector forms a tight seal while withstanding the bending stresses and separating forces caused by well pressure, riser tension, and vessel motion. (*Id*.). As disclosed in the Cameron Catalog, the HC Collet Connectors lock to the mating hub by means of pivoted locking segments shaped like tapered fingers, which guide the connector into position and clamp to the mating hub to secure the connection. (*Id*.). Additionally, the Cameron Catalog discloses that the collect connector is actuated by hydraulic cylinders.



Model 70 Collet Connector

Image from pg. 682 of the Cameron Catalog.

It would have been obvious to a person of ordinary skill in the art at the time of the application for the '393 Patent to combine the hydraulic controlled connector of the Cameron Catalog with GB '632 to provide a hydraulic connection between the cap valve and the flow pipe that provides a tight seal while withstanding the bending stresses and

7

|  | separating forces caused by well pressure, as taught by the Cameron Catalog.

To the extent GB '632 does not explicitly disclose a cylindrical valve chamber, the '915 Patent does.  Specifically, the '915 Patent discloses a control valve used in high pressure fluid transfer systems.  ('915 Patent, col. 1, ll. 8-10).  The '915 Patent describes the valve and other prior art valves as designed to break up the flow through the valve into a multitude of small streams which are then led through convoluted paths to produce energy losses in the fluid. ('915 Patent, col. 1, ll. 20-26).

The valve includes housing 12 with a central fluid chamber 13.  ('915 Patent, col. 2, ll. 65-66). A valve trim cage 17 is positioned in the fluid chamber 13 and includes a cylindrical sleeve 23 (41, Figs. 4, 5) defining a bore 11. ('915 Patent, col. 3, ll. 12-13; 17-18).  Figure 1 of '915 Patent shows a flow-over-plug design where the flow enters the sleeve radially at 14 and exits through passage 15, while Figures 4 and 5 show a flow-under-plug design where the flow enters through passage 15 and exits radially through 14.  ('915 Patent, col. 3, 31-34; col. 5, ll. 56-61).  However, it is noted that the valve trim performs in the same way to accomplish the same energy loss control result as that shown in Figs. 1-3. ('915 Patent, col. 5, l. 61-col. 6, l. 12). The passage 15 is closed when a plug is moved down within the bore 11.  ('915 Patent, col. 3, ll. 8-12).  Figure 1 of the '915 Patent, below, shows the cylindrical valve chamber defined by the cylindrical sleeve 23 (41, Figs. 4, 5). |
|---|---|



Fig. 1 of the '915 Patent.

It would have been obvious to a person of ordinary skill in the art at the time of the application for the '393 Patent to combine the valve trim cage assembly of the '915 Patent with GB '632 to provide the cap valve with a cylindrical valve chamber to produce energy losses in the fluid and thereby control the fluid through the cap valve and shut off a runway high pressure flow pipe.

Thus, GB '632, the '917 Patent or the Cameron Catalog, and the '915 Patent together disclose a cap valve to shut off a runaway high pressure flow pipe comprising a hydraulic controlled connector to attach a cylindrical valve chamber to the flow pipe in which the connector has a hydraulic clamp to grab the pipe, or to grab a flange on the pipe to hold the

| | cap valve in position. |
|---|---|
| outlet ports (**22**) disposed in the cap valve (**12**), or in the intermittent pipe (**18**), above the hydraulic clamp (**20**) to permit high pressure flow to continue while the connector (**14**) is being installed on the pipe (P); and | GB '632 in view of the '917 Patent and the '915 Patent teaches outlet ports disposed in the cap valve, or in the intermittent pipe, above the hydraulic clamp to permit high pressure flow to continue while the connector is being installed on the pipe.<br><br>GB '632 discloses that the cap valve allows for "escaping fuel to atmosphere whilst operations for re-control are going on." (GB '632, pg. 3).<br><br>The '915 Patent discloses multiple openings in the cylindrical valve chamber that can permit outward flow of high pressure fluids.  The valve includes housing 12 with a central fluid chamber 13.  ('915 Patent, col. 2, ll. 65-66). A valve trim cage 17 is positioned in the fluid chamber 13 and includes a cylindrical sleeve 23 (41, Figs. 4, 5) defining a bore 11.  As shown in Fig. 1 of the '915 Patent, each of the cylindrical trim cage sleeves (e.g., 23, 25, 41, 42, etc.) is provided with a multiplicity of radially extending plenum holes 34 (38).  ('915 Patent, col. 3, 36-39; col. 5, l. 56—col.6, l. 12). |

10



Fig. 1 of the '915 Patent.

The '917 Patent discloses a "subsea connection apparatus to allow connecting a surface blowout preventer stack and a riser to a subsea wellhead." ('917 Patent, Abstract). The connector of the '917 Patent allows for remote connection of a standard surface blowout preventer (BOP) stack to a wellhead. ('917 Patent, col. 2, ll. 9-21). Specifically, the '917 Patent provides "[h]ydraulically actuated wellhead connectors" secured to the BOP that are "operable by control system for disconnecting and reconnecting to wellhead housing." ('917 Patent, col. 2, ll. 14-16; col. 3, l. 67-col. 4, l. 4, Fig. 3).

It would have been obvious to one of ordinary skill in the art at the time of the application for the '393 Patent to provide the cap valve of GB '632 with outlet ports, specifically, with

11

| | |
|---|---|
| | multiple openings in the cylindrical valve chamber that can permit outward flow of high pressure fluids, to produce energy losses in the fluid and thereby control the fluid through the cap valve and shut off a runway high pressure flow pipe, as disclosed in the '915 Patent.<br><br>Further, it would have been obvious to one of ordinary skill in the art at the time of the application for the '393 Patent to modify GB '632 to include a hydraulic controlled connector (with hydraulic clamp) like the one shown and disclosed in the '917 Patent to attach the cap valve of GB '632 to a pipe or flange remotely and provide operation by a control system. Such configuration would also provide that the outlet ports – the multiple openings in the valve chamber – are above the hydraulic controlled connector with hydraulic clamp. |
| a valve hydraulic cylinder (**24**) encompassing a primary hydraulic ram (**26**) which has an adjustable flow primary seal (**28**) thereon disposed within the cylindrical valve chamber (**16**) to telescopically close or open access to the outlet ports (**22**) by moving the primary seal (**28**) into position to open or block fluid communication through the outlet ports (**22**). | GB '632 in view of the '915 Patent and GB '803 teaches a valve hydraulic cylinder encompassing a primary hydraulic ram which has an adjustable flow primary seal thereon disposed within the cylindrical valve chamber to telescopically close or open access to the outlet ports by moving the primary seal into position to open or block fluid communication through the outlet ports.<br><br>The '915 Patent discloses a primary hydraulic ram which has an adjustable flow primary seal thereon disposed within the cylindrical valve chamber to telescopically close or open access to the outlet ports  by moving the primary seal  into position to open or block fluid communication through the outlet ports.  Specifically, the '915 Patent discloses a unitary piston-like device located in the valve chamber that moves in response to fluid pressure and which has an adjustable flow primary seal thereon disposed within the cylindrical valve chamber to extend to close and retract to open access to the multiple openings in the cylindrical valve chamber that can permit outward flow of high pressure fluids by moving the primary seal into position to open or block fluid communication through the outlet ports.<br><br>The '915 Patent discloses a valve trim cage 17 is positioned in the fluid chamber 13 and includes a cylindrical sleeve 23 (41, Figs. 4, 5) defining a bore 11. ('915 Patent, col. 3, ll. 12-13; 17-18).  Figure 1 of '915 Patent shows a flow-over-plug design where the flow enters the sleeve radially at 14 and exits through passage 15, while Figures 4 and 5 show a flow-under-plug design where the flow enters through passage 15 and exits radially through 14. ('915 Patent, col. 3, 31-34; col. 5, ll. 56-61).  However, it is noted that the valve trim performs in the same way to accomplish the same energy loss control result as that shown in Figs. 1-3. ('915 Patent, col. 5, l. 61-col. 6, l. 12). As such, Fig. 1 is reproduced below and referenced herein but is equally applicable to fluid flow from passage 15 to passage 14 as |

12

from passage 14 to passage 15.



FIG. 1

Figure 1 of the '915 Patent.

The '915 Patent further discloses the control valve 10 includes a movable plug 18 slidable through bore 11 forming the central core of valve trim cage 17. ('915 Patent, col. 3, ll. 1-4). The plug 18 is mounted on one end of an axially movable rod 21 in alignment with seat ring 16. ('915 Patent, col. 3, 7-8). The seat ring 16 is positioned in a housing recess surrounding the passage 15 and the plug 18 is adapted to bear against the seat ring 16 to close passage 15. ('915 Patent, col. 3, 8-12). The plug 18 controls the flow through the valve trim cage by covering or uncovering plenum holes 34 in the inner sleeve 23 which open to the bore 11. ('915 Patent, col. 3, ll. 24-27). The movable rod 21 and the cylindrical plug 18 thereon are reciprocated (telescopically closed or opened) within bore 11 by means

| | |
|---|---|
| | of any suitable actuator.  ('915 Patent, col. 3, ll. 21-24).<br><br>To the extent the '915 Patent does not explicitly disclose the types of suitable actuators used to reciprocate the rod 21 and plug 18 within the bore 11, it would have been obvious to one of ordinary skill in the art that such "suitable actuator" includes a valve hydraulic cylinder, as disclosed in for example GB '803.<br><br>GB '803 also discloses a valve hydraulic cylinder (12) for actuation of a primary hydraulic ram.  Specifically, GB '803 discloses a valve hydraulic cylinder (12) encompassing a primary hydraulic ram (10) which has an adjustable flow primary seal (indicated at element 8) thereon disposed within the cylindrical valve chamber (4T) to telescopically close or open access to the outlet ports (7) by moving the primary seal into position to open or block fluid communication through the outlet ports. The hydraulic ram (10) is a unitary piston-like device located in the valve chamber 4T and moves in response to fluid pressure from pressure fluid conduit 21.  (GB '803, pg. 2, ll. 1-15; 28-45).  The piston 10 and valve 8 disposed thereon extend to close and retract to open the multiple openings (ports 7) in the cylindrical valve chamber 4T to permit outward flow of high pressure fluids from 1D to 1U. |



Figure of GB '803.

"A first valve 8 in the safety cap 4 can occupy two positions, a first position that opens the ports 7 (as shown in the Figure) when the lower surface of the valve 8 is on its lower seat 4B and a second position that closes said ports 7, the upper surface of the valve 8 bearing on an upper valve seat 4A.  The first valve 8 is connected to a movable piston assembly shown generally at 10 said piston assembly comprising a first piston 11 sliding in a first cylinder 12 in the safety cap which first piston 11 is biased by a first helical compression spring 13 toward GG1." (GB '803, pg. 1, ll. 67-80).

15

| | |
|---|---|
| | "Closure of the safety cap 4 is effected from the ground surface GG1 by reducing the fluid pressure of the propellant in the pressure fluid conduit 21 and hence in the first cylinder 12, so that the movable piston assembly slides upwards as a result of expansion of the first helical compression spring 13 and the pressure of the effluent on the exposed area of the extension 11B of first piston 11 and on the area of second piston 14 produced via the second duct 22." (GB '803, pg. 2, ll. 27-41).  "The first valve 8 is thereby forced to its seat 4A and this closes the ports 7 so that hydraulic communication between the upstream part 1U and the downstream part 1D of the tubing 1 is prevented." (GB '803, pg. 2, ll. 41-45).<br><br>It would have been obvious to one of ordinary skill in the art at the time of the application for the '393 Patent to provide the cap valve of GB '632 with a primary hydraulic ram which has an adjustable flow primary seal thereon disposed within the cylindrical valve chamber to telescopically close or open access to the outlet ports by moving the primary seal into position to open or block fluid communication through the outlet ports as disclosed by the '915 Patent in view of the GB '803, to produce energy losses in the fluid and thereby control the fluid through the cap valve and shut off a runway high pressure flow pipe.  Such combination of GB '632 and the '915 Patent in view of the GB '803 provides a valve hydraulic cylinder encompassing a unitary piston-like device located in the valve chamber that moves in response to fluid pressure and which has an adjustable flow primary seal thereon disposed within the cylindrical valve chamber to extend to close and retract to open access to the multiple openings in the cylindrical valve chamber that can permit outward flow of high pressure fluids by moving the primary seal into position to open or block fluid communication through the outlet ports.<br><br>Further still, the '917 Patent also discloses a control system mounted on a framework that may be electrically controlled and can operate both of the hydraulically actuated connectors and the blowout preventer independently.  ('917 patent, col. 2, ll. 22-28).<br><br>To the extent GB '632 does not specifically disclose hydraulic actuation of the rams of the lower and upper isolation valves, it would have been obvious to one of ordinary skill in the art to include the hydraulic actuation of valves of the '917 Patent and/or to provide hydraulic actuation of the movable rod 21 of the '915 Patent to provide remote and accurate actuation/operation of the upper and lower valves of GB '632 and/or to provide remote and accurate actuation/operation of the movable rod 21 and plug 18 to open and close the ports 34. |
| 10. A cap valve (**12**) to shut off a | GB '632 discloses a cap valve to shut off a runway high pressure flow pipe. |

| | |
|---|---|
| runaway high pressure flow pipe (P), comprising: | "A device for re-establishing control over a damaged wellhead includes a heavy base (which may be anchored to the ground), a securing section which can be fixed to the damaged wellhead (e.g. by clamps and a bonding agent), a vent for allowing excess pressure to escape while fixing the securing section to the wellhead, and a control section including "christmas tree" type valves."  (GB '632, Abstract). |

| | |
|---|---|
| |  |
| | Drawing A of GB '632. |
| a hydraulic controlled connector (**14**) | GB '803 in view of the '917 Patent or Cameron Catalog and further in view of the '915 |

18

| | |
|---|---|
| to attach a cylindrical valve chamber (**16**), or to attach to an intermittent pipe (**18**) connectable to a cylindrical valve chamber (**16**), to the flow pipe (P) in which the connector (**14**) has a hydraulic clamp (**20**) to grab the pipe (P), or to grab a flange (F) on the pipe (P), to hold the cap valve (**12**) in position; and | Patent discloses a hydraulic controlled connector to attach a cylindrical valve chamber, or to attach to an intermittent pipe connectable to a cylindrical valve chamber, to the flow pipe in which the connector has a hydraulic clamp to grab the pipe, or to grab a flange on the pipe, to hold the cap valve in position.<br><br>GB '632 discloses a device over a damaged wellhead that includes a "securing section which can be fixed to the damaged wellhead (e.g. by clamps and a bonding agent) . . . and a control section including 'christmas tree' type valves." (GB '632, Abstract).  The securing section of GB '632 contains a system of clamps that are remotely operated.  (GB '632, pg. 2, Drawings C and F).  The clamp of GB '632 grabs the pipe to hold the cap valve in place. |



Drawing C of GB '632.



DRAWING (F) | CLAMPS OPERATED

Drawing F of GB '632.

The '917 Patent discloses a "subsea connection apparatus to allow connecting a surface blowout preventer stack and a riser to a subsea wellhead." ('917 Patent, Abstract). The connector of the '917 Patent allows for remote connection of a standard surface blowout preventer (BOP) stack to a wellhead. ('917 Patent, col. 2, ll. 9-21). Specifically, the '917 Patent provides "[h]ydraulically actuated wellhead connectors" secured to the BOP that are "operable by control system for disconnecting and reconnecting to wellhead housing." ('917 Patent, col. 2, ll. 14-16; col. 3, l. 67-col. 4, l. 4, Fig. 3).



Fig. 3 of the '917 Patent.

It would have been obvious to one of ordinary skill in the art to modify GB '632 to include a

hydraulic controlled connector like the one shown and disclosed in the '917 Patent to attach the cap valve of GB '632 remotely and provide operation by a control system.

The Cameron Catalog also discloses an HC Collect Connector for securing a blowout preventer stack to the wellhead. (Cameron Catalog, p. 682). The collet connector forms a tight seal while withstanding the bending stresses and separating forces caused by well pressure, riser tension, and vessel motion. (*Id*.). As disclosed in the Cameron Catalog, the HC Collet Connectors lock to the mating hub by means of pivoted locking segments shaped like tapered fingers, which guide the connector into position and clamp to the mating hub to secure the connection. (*Id*.). Additionally, the Cameron Catalog discloses that the collect connector is actuated by hydraulic cylinders.



Image from pg. 682 of the Cameron Catalog.

It would have been obvious to a person of ordinary skill in the art at the time of the application for the '393 Patent to combine the hydraulic controlled connector of the Cameron Catalog with GB '632 to provide a hydraulic connection between the cap valve and the flow pipe that provides a tight seal while withstanding the bending stresses and separating forces caused by well pressure, as taught by the Cameron Catalog.

23

| | |
|---|---|
| | To the extent GB '632 does not explicitly disclose a cylindrical valve chamber, the '915 Patent does.  Specifically, the '915 Patent discloses a control valve used in high pressure fluid transfer systems.  ('915 Patent, col. 1, ll. 8-10).  The '915 Patent describes the valve and other prior art valves as designed to break up the flow through the valve into a multitude of small streams which are then led through convoluted paths to produce energy losses in the fluid. ('915 Patent, col. 1, ll. 20-26).<br><br>The valve includes housing 12 with a central fluid chamber 13.  ('915 Patent, col. 2, ll. 65-66). A valve trim cage 17 is positioned in the fluid chamber 13 and includes a cylindrical sleeve 23 (41, Figs. 4, 5) defining a bore 11. ('915 Patent, col. 3, ll. 12-13; 17-18).  Figure 1 of '915 Patent shows a flow-over-plug design where the flow enters the sleeve radially at 14 and exits through passage 15, while Figures 4 and 5 show a flow-under-plug design where the flow enters through passage 15 and exits radially through 14.  ('915 Patent, col. 3, 31-34; col. 5, ll. 56-61).  However, it is noted that the valve trim performs in the same way to accomplish the same energy loss control result as that shown in Figs. 1-3. ('915 Patent, col. 5, l. 61-col. 6, l. 12). The passage 15 is closed when a plug is moved down within the bore 11.  ('915 Patent, col. 3, ll. 8-12).  Figure 1 of the '915 Patent, below, shows the cylindrical valve chamber defined by the cylindrical sleeve 23 (41, Figs. 4, 5). |



Fig. 1 of the '915 Patent.

It would have been obvious to a person of ordinary skill in the art at the time of the application for the '393 Patent to combine the valve trim cage assembly of the '915 Patent with GB '632 to provide the cap valve with a cylindrical valve chamber to produce energy losses in the fluid and thereby control the fluid through the cap valve and shut off a runway high pressure flow pipe.

Thus, GB '632, the '917 Patent or the Cameron Catalog, and the '915 Patent together disclose a cap valve to shut off a runaway high pressure flow pipe comprising a hydraulic controlled connector to attach a cylindrical valve chamber to the flow pipe in which the connector has a hydraulic clamp to grab the pipe, or to grab a flange on the pipe to hold the

| | cap valve in position. |
|---|---|
| a valve hydraulic cylinder (**24**) encompassing a primary hydraulic ram (**26**) which has an adjustable flow primary seal (**28**) thereon disposed within the cylindrical valve chamber (**16**) to telescopically close or open to outlet ports (**22**) by moving the primary seal (**28**) into position to open or block fluid communication through the outlet ports (**22**). | GB '632 in view of the '915 Patent and GB '803 teaches a valve hydraulic cylinder encompassing a primary hydraulic ram which has an adjustable flow primary seal thereon disposed within the cylindrical valve chamber to telescopically close or open access to the outlet ports by moving the primary seal into position to open or block fluid communication through the outlet ports.

The '915 Patent discloses a primary hydraulic ram which has an adjustable flow primary seal thereon disposed within the cylindrical valve chamber to telescopically close or open access to the outlet ports  by moving the primary seal  into position to open or block fluid communication through the outlet ports.  Specifically, the '915 Patent discloses a unitary piston-like device located in the valve chamber that moves in response to fluid pressure and which has an adjustable flow primary seal thereon disposed within the cylindrical valve chamber to extend to close and retract to open access to the multiple openings in the cylindrical valve chamber that can permit outward flow of high pressure fluids by moving the primary seal into position to open or block fluid communication through the outlet ports.

The '915 Patent discloses a valve trim cage 17 is positioned in the fluid chamber 13 and includes a cylindrical sleeve 23 (41, Figs. 4, 5) defining a bore 11. ('915 Patent, col. 3, ll. 12-13; 17-18).  Figure 1 of '915 Patent shows a flow-over-plug design where the flow enters the sleeve radially at 14 and exits through passage 15, while Figures 4 and 5 show a flow-under-plug design where the flow enters through passage 15 and exits radially through 14. ('915 Patent, col. 3, 31-34; col. 5, ll. 56-61).  However, it is noted that the valve trim performs in the same way to accomplish the same energy loss control result as that shown in Figs. 1-3. ('915 Patent, col. 5, l. 61-col. 6, l. 12). As such, Fig. 1 is reproduced below and referenced herein but is equally applicable to fluid flow from passage 15 to passage 14 as from passage 14 to passage 15. |



Figure 1 of the '915 Patent.

The '915 Patent further discloses the control valve 10 includes a movable plug 18 slidable through bore 11 forming the central core of valve trim cage 17. ('915 Patent, col. 3, ll. 1-4). The plug 18 is mounted on one end of an axially movable rod 21 in alignment with seat ring 16. ('915 Patent, col. 3, 7-8). The seat ring 16 is positioned in a housing recess surrounding the passage 15 and the plug 18 is adapted to bear against the seat ring 16 to close passage 15. ('915 Patent, col. 3, 8-12). The plug 18 controls the flow through the valve trim cage by covering or uncovering plenum holes 34 in the inner sleeve 23 which open to the bore 11. ('915 Patent, col. 3, ll. 24-27). The movable rod 21 and the cylindrical plug 18 thereon are reciprocated (telescopically closed or opened) within bore 11 by means of any suitable actuator. ('915 Patent, col. 3, ll. 21-24).

| | |
|---|---|
| | To the extent the '915 Patent does not explicitly disclose the types of suitable actuators used to reciprocate the rod 21 and plug 18 within the bore 11, it would have been obvious to one of ordinary skill in the art that such "suitable actuator" includes a valve hydraulic cylinder, as disclosed in for example GB '803.<br><br>GB '803 also discloses a valve hydraulic cylinder (12) for actuation of a primary hydraulic ram. Specifically, GB '803 discloses a valve hydraulic cylinder (12) encompassing a primary hydraulic ram (10) which has an adjustable flow primary seal (indicated at element 8) thereon disposed within the cylindrical valve chamber (4T) to telescopically close or open access to the outlet ports (7) by moving the primary seal into position to open or block fluid communication through the outlet ports. The hydraulic ram (10) is a unitary piston-like device located in the valve chamber 4T and moves in response to fluid pressure from pressure fluid conduit 21. (GB '803, pg. 2, ll. 1-15; 28-45). The piston 10 and valve 8 disposed thereon extend to close and retract to open the multiple openings (ports 7) in the cylindrical valve chamber 4T to permit outward flow of high pressure fluids from 1D to 1U. |

28



Figure of GB '803.

"A first valve 8 in the safety cap 4 can occupy two positions, a first position that opens the ports 7 (as shown in the Figure) when the lower surface of the valve 8 is on its lower seat 4B and a second position that closes said ports 7, the upper surface of the valve 8 bearing on an upper valve seat 4A. The first valve 8 is connected to a movable piston assembly shown generally at 10 said piston assembly comprising a first piston 11 sliding in a first cylinder 12 in the safety cap which first piston 11 is biased by a first helical compression spring 13 toward GG1." (GB '803, pg. 1, ll. 67-80).

| | |
|---|---|
| | "Closure of the safety cap 4 is effected from the ground surface GG1 by reducing the fluid pressure of the propellant in the pressure fluid conduit 21 and hence in the first cylinder 12, so that the movable piston assembly slides upwards as a result of expansion of the first helical compression spring 13 and the pressure of the effluent on the exposed area of the extension 11B of first piston 11 and on the area of second piston 14 produced via the second duct 22." (GB '803, pg. 2, ll. 27-41).  "The first valve 8 is thereby forced to its seat 4A and this closes the ports 7 so that hydraulic communication between the upstream part 1U and the downstream part 1D of the tubing 1 is prevented." (GB '803, pg. 2, ll. 41-45).<br><br>It would have been obvious to one of ordinary skill in the art at the time of the application for the '393 Patent to provide the cap valve of GB '632 with a primary hydraulic ram which has an adjustable flow primary seal thereon disposed within the cylindrical valve chamber to telescopically close or open access to the outlet ports by moving the primary seal into position to open or block fluid communication through the outlet ports as disclosed by the '915 Patent in view of the GB '803, to produce energy losses in the fluid and thereby control the fluid through the cap valve and shut off a runway high pressure flow pipe.  Such combination of GB '632 and the '915 Patent in view of the GB '803 provides a valve hydraulic cylinder encompassing a unitary piston-like device located in the valve chamber that moves in response to fluid pressure and which has an adjustable flow primary seal thereon disposed within the cylindrical valve chamber to extend to close and retract to open access to the multiple openings in the cylindrical valve chamber that can permit outward flow of high pressure fluids by moving the primary seal into position to open or block fluid communication through the outlet ports.<br><br>Further still, the '917 Patent discloses also a control system mounted on a framework that may be electrically controlled and can operate both of the hydraulically actuated connectors and the blowout preventer independently.  ('917 patent, col. 2, ll. 22-28).<br><br>To the extent GB '632 does not specifically disclose hydraulic actuation of the rams of the lower and upper isolation valves, it would have been obvious to one of ordinary skill in the art to include the hydraulic actuation of valves of the '917 Patent and/or to provide hydraulic actuation of the movable rod 21 of the '915 Patent to provide remote and accurate actuation/operation of the upper and lower valves of GB '632 and/or to provide remote and accurate actuation/operation of the movable rod 21 and plug 18 to open and close the ports 34. |

**EXHIBIT G: Marine Well Containment Company's Local P.R. 3-6(c)(1), P.R. 3-6(c)(2), and P.R. 3-6(a) Claim Chart - Claims 1 and 10 of U.S. Patent No. 8,833,393 are Rendered Obvious by GB Publication No. 2254632 ("GB '632") in view of U.S. Patent No. 6,609,572 ("'572 Patent"), U.S. Patent No. 4,567,915 ("'915 Patent"), and U.S. Patent No. 3,272,222 ("'222 Patent") or GB Patent No. 1,487,803 ("GB '803").**

| U.S. Patent No. 8,833,393 | GB '632, the '572 Patent, the '915 Patent, the '222 Patent, and/or GB '803 |
|---|---|
| 1. A cap valve (12) to shut off a runaway high pressure flow pipe (P), comprising: | GB '632 discloses a cap valve to shut off a runaway high pressure flow pipe.<br><br>"A device for re-establishing control over a damaged wellhead includes a heavy base (which may be anchored to the ground), a securing section which can be fixed to the damaged wellhead (e.g. by clamps and a bonding agent), a vent for allowing excess pressure to escape while fixing the securing section to the wellhead, and a control section including "christmas tree" type valves." (GB '632, Abstract). |

1



VENT/FLUE

CONTROL SECTION

SECURING
SECTION

BASE

DRAWING (A) | DESCRIPTION

Drawing A of GB '632.

| a hydraulic controlled connector (**14**) to attach a cylindrical valve chamber (**16**), or | GB '632 in view of the '572 Patent and the '915 Patent teaches a hydraulic controlled connector to attach a cylindrical valve chamber, or to attach to an intermittent pipe connectable to a cylindrical valve chamber, to the flow pipe in which the connector has a |
|---|---|

2

| | |
|---|---|
| to attach to an intermittent pipe (**18**) connectable to a cylindrical valve chamber (**16**), to the flow pipe (P) in which the connector (**14**) has a hydraulic clamp (**20**) to grab the pipe (P), or to grab a flange (F) on the pipe (P), to hold the cap valve (**12**) in position; | hydraulic clamp to grab the pipe, or to grab a flange on the pipe, to hold the cap valve in position.<br><br>GB '632 discloses a device over a damaged wellhead that includes a "securing section which can be fixed to the damaged wellhead (e.g., by clamps and a bonding agent) and a control section including 'christmas tree' type valves." (GB '632, Abstract). The securing section of GB '632 contains a system of clamps that are remotely operated. (GB '632, pg. 2, Drawings C and F). The clamp of GB '632 grabs the pipe to hold the cap valve in place.<br><br><br><br>Drawing C of GB '632. |



DRAWING (F) | CLAMPS OPERATED

Drawing F of GB '632.

The '572 Patent discloses a hydraulic controlled connector to attach a cylindrical valve chamber or to attach to an intermittent pipe connectable to a cylindrical valve chamber, to the flow pipe in which the connector has a hydraulic clamp to grab the pipe, or to grab a flange on the pipe.

The '572 Patent discloses a riser connector that connects a riser to a blowout preventer stack (BOP stack).  ('572 Patent, col. 3, ll. 20-24).  "The riser connector **19** includes gripping

members **26** which are illustrated in a clamping position in which they clamp an insert **64** which forms part of a hub **25**. The hub **25** is connected to a not illustrated marine riser by bolts **66**, i.e. the hub **25** forms a lower end of the riser." ('572 Patent, col. 3, ll. 26-31).

Furthermore, the '572 Patent describes the riser connector as being a "widely used riser connector manufactured by 'Cameron'." ('572 Patent, col. 3, ll. 37-38). The riser connector is shown in Figure 1 of the '572 Patent.



FIG.1
PRIOR ART

Figure 1 of '572 Patent.

"The gripping members **26** have the shape of gripping fingers. The gripping fingers **26** have projections **62**, which in the illustrated clamping position mate with and clamp corresponding

5

| | projections **63** of the insert **64**. In the clamping position the gripping fingers **26** are radially locked by a lock element **27**, formed by a cam ring, which is then said to be in its lock position." ('572 Patent, col. 3, ll. 38-45). "The movement of the cam ring **27** between the lock position and the unlock position is done by hydraulic actuators **28**, located in a housing **65**, and hydraulic circuitry for [sic] pressurizing the actuators." ('572 Patent, col. 3, 59-62).<br><br>To the extent GB '632 does not explicitly disclose a cylindrical valve chamber, the '915 Patent does. Specifically, the '915 Patent discloses a control valve used in high pressure fluid transfer systems. ('915 Patent, col. 1, ll. 8-10). The '915 Patent describes the valve and other prior art valves as designed to break up the flow through the valve into a multitude of small streams which are then led through convoluted paths to produce energy losses in the fluid. ('915 Patent, col. 1, ll. 20-26).<br><br>The valve includes housing 12 with a central fluid chamber 13. ('915 Patent, col. 2, ll. 65-66). A valve trim cage 17 is positioned in the fluid chamber 13 and includes a cylindrical sleeve 23 (41, Figs. 4, 5) defining a bore 11. ('915 Patent, col. 3, ll. 12-13; 17-18). Figure 1 of '915 Patent shows a flow-over-plug design where the flow enters the sleeve radially at 14 and exits through passage 15, while Figures 4 and 5 show a flow-under-plug design where the flow enters through passage 15 and exits radially through 14. ('915 Patent, col. 3, 31-34; col. 5, ll. 56-61). However, it is noted that the valve trim performs in the same way to accomplish the same energy loss control result as that shown in Figs. 1-3. ('915 Patent, col. 5, l. 61-col. 6, l. 12). The passage 15 is closed when a plug is moved down within the bore 11. ('915 Patent, col. 3, ll. 8-12). Figure 1 of the '915 Patent, below, shows the cylindrical valve chamber defined by the cylindrical sleeve 23 (41, Figs. 4, 5). |
|---|---|



FIG. I

Fig. 1 of the '915 Patent.

It would have been obvious to a person of ordinary skill in the art at the time of the application for the '393 Patent to combine the valve trim cage assembly of the '915 Patent with GB '632 to provide the cap valve with a cylindrical valve chamber to produce energy losses in the fluid and thereby control the fluid through the cap valve and shut off a runway high pressure flow pipe.

Thus, GB '632, the '572 Patent and the '915 Patent together disclose a cap valve to shut off a runaway high pressure flow pipe comprising a hydraulic controlled connector to attach a cylindrical valve chamber to the flow pipe in which the connector has a hydraulic clamp to grab the pipe, or to grab a flange on the pipe to hold the cap valve in position.

7

| | |
|---|---|
| outlet ports (**22**) disposed in the cap valve (**12**), or in the intermittent pipe (**18**), above the hydraulic clamp (**20**) to permit high pressure flow to continue while the connector (**14**) is being installed on the pipe (P); and | GB '632 in view of the '572 Patent and the '915 Patent teaches outlet ports disposed in the cap valve, or in the intermittent pipe, above the hydraulic clamp to permit high pressure flow to continue while the connector is being installed on the pipe.<br><br>GB '632 discloses that the cap valve allows for "escaping fuel to atmosphere whilst operations for re-control are going on." (GB '632, pg. 3).<br><br>The '915 Patent discloses multiple openings in the cylindrical valve chamber that can permit outward flow of high pressure fluids.  The valve includes housing 12 with a central fluid chamber 13.  ('915 Patent, col. 2, ll. 65-66). A valve trim cage 17 is positioned in the fluid chamber 13 and includes a cylindrical sleeve 23 (41, Figs. 4, 5) defining a bore 11.  As shown in Fig. 1 of the '915 Patent, each of the cylindrical trim cage sleeves (e.g., 23, 25, 41, 42, etc.) is provided with a multiplicity of radially extending plenum holes 34 (38).  ('915 Patent, col. 3, 36-39; col. 5, l. 56—col.6, l. 12). |

8



Fig. 1 of the '915 Patent.

The '572 Patent discloses a hydraulic clamp. "The movement of the cam ring **27** between the lock position and the unlock position is done by hydraulic actuators **28**, located in a housing **65**, and hydraulic circuitry for [sic] pressurizing the actuators." ('572 Patent, col. 3, 59-62). "The riser connector **19** includes gripping members **26** which are illustrated in a clamping position in which they clamp an insert **64** which forms part of a hub **25**." ('572 Patent, col. 3, ll. 26-29).

It would have been obvious to one of ordinary skill in the art at the time of the application for the '393 Patent to provide the cap valve of GB '632 with outlet ports, specifically, with multiple openings in the cylindrical valve chamber that can permit outward flow of high

9

| | |
|---|---|
| | pressure fluids, to produce energy losses in the fluid and thereby control the fluid through the cap valve and shut off a runway high pressure flow pipe, as disclosed in the '915 Patent.<br><br>Further, it would have been obvious to one of ordinary skill in the art at the time of filing of the application for the '393 Patent to modify GB '632 to include a hydraulic controlled connector (with hydraulic clamp) like the one shown and disclosed in the '572 Patent to provide a connection between the cap valve of GB '632 and the pipe that can be remotely opened and closed as taught by the '572 Patent.  Such configuration would also provide that the outlet ports – the multiple openings in the valve chamber – are above the hydraulic controlled connector with hydraulic clamp. |
| a valve hydraulic cylinder (**24**) encompassing a primary hydraulic ram (**26**) which has an adjustable flow primary seal (**28**) thereon disposed within the cylindrical valve chamber (**16**) to telescopically close or open access to the outlet ports (**22**) by moving the primary seal (**28**) into position to open or block fluid communication through the outlet ports (**22**). | GB '632 in view of the '915 Patent and the '222 Patent or GB '803 teaches a valve hydraulic cylinder encompassing a primary hydraulic ram which has an adjustable flow primary seal thereon disposed within the cylindrical valve chamber to telescopically close or open access to the outlet ports by moving the primary seal into position to open or block fluid communication through the outlet ports.<br><br>The '915 Patent discloses a primary hydraulic ram which has an adjustable flow primary seal thereon disposed within the cylindrical valve chamber to telescopically close or open access to the outlet ports  by moving the primary seal  into position to open or block fluid communication through the outlet ports.  Specifically, the '915 Patent discloses a unitary piston-like device located in the valve chamber that moves in response to fluid pressure and which has an adjustable flow primary seal thereon disposed within the cylindrical valve chamber to extend to close and retract to open access to the multiple openings in the cylindrical valve chamber that can permit outward flow of high pressure fluids by moving the primary seal into position to open or block fluid communication through the outlet ports.<br><br>The '915 Patent discloses a valve trim cage 17 is positioned in the fluid chamber 13 and includes a cylindrical sleeve 23 (41, Figs. 4, 5) defining a bore 11. ('915 Patent, col. 3, ll. 12-13; 17-18).  Figure 1 of '915 Patent shows a flow-over-plug design where the flow enters the sleeve radially at 14 and exits through passage 15, while Figures 4 and 5 show a flow-under-plug design where the flow enters through passage 15 and exits radially through 14. ('915 Patent, col. 3, 31-34; col. 5, ll. 56-61).  However, it is noted that the valve trim performs in the same way to accomplish the same energy loss control result as that shown in Figs. 1-3. ('915 Patent, col. 5, l. 61-col. 6, l. 12). As such, Fig. 1 is reproduced below and referenced herein but is equally applicable to fluid flow from passage 15 to passage 14 as from |

passage 14 to passage 15.



Figure 1 of the '915 Patent.

The '915 Patent further discloses the control valve 10 includes a movable plug 18 slidable through bore 11 forming the central core of valve trim cage 17. ('915 Patent, col. 3, ll. 1-4). The plug 18 is mounted on one end of an axially movable rod 21 in alignment with seat ring 16. ('915 Patent, col. 3, 7-8).  The seat ring 16 is positioned in a housing recess surrounding the passage 15 and the plug 18 Is adapted to bear against the seat ring 16 to close passage 15. ('915 Patent, col. 3, 8-12). The plug 18 controls the flow through the valve trim cage by covering or uncovering plenum holes 34 in the inner sleeve 23 which open to the bore 11.  ('915 Patent, col. 3, ll. 24-27).  The movable rod 21 and the cylindrical plug 18 thereon are reciprocated (telescopically closed or opened) within bore 11 by means of any

11

suitable actuator.  ('915 Patent, col. 3, ll. 21-24).

To the extent the '915 Patent does not explicitly disclose the types of suitable actuators used to reciprocate the rod 21 and plug 18 within the bore 11, it would have been obvious to one of ordinary skill in the art that such "suitable actuator" includes a valve hydraulic cylinder, as disclosed in for example the '222 Patent and GB '803, separately.

The '222 Patent describes blowout preventers used in drilling oil and gas wells.  ('222 Patent, col. 1, ll. 7-9).  The '222 Patent discloses a valve hydraulic cylinder for axial movement of a piston and piston rod.  Specifically, the '222 Patent discloses "[e]ach bonnet 16 includes a body 18, a head 20 connected by bolts 21 across the inner end of the body 18, and a cylinder 19 formed partly in each of the bonnet and head."  ('222 Patent, col. 4, ll. 32-35).  "A piston 25 reciprocable within each cylinder 19 has a rod 26 extending from its inner side through the head 20 for releasable connection with the ram 17."  ('222 Patent, col. 4, ll. 43-45).  "[W]hen hydraulic fluid is admitted to the outer side and exhausted from the inner side of the piston 25,… the piston is moved inwardly toward the head 20 of the bonnet so as to move the ram away from the bonnet and into closed position; and, when such fluid is admitted to the inner side of the piston and exhausted from the outer side thereof, … the piston is moved outwardly or way from the head 20 of the bonnet so as to move the ram 17 toward the bonnet and into its open position." ('222 Patent, col. 4, ll. 50-61).



Figure 1 of the '222 Patent.

It would have been obvious to one of ordinary skill in the art at the time of the application for the '393 Patent that the "suitable actuators" disclosed in the '915 Patent includes a valve hydraulic cylinder as disclosed by the '222 Patent, as such a valve hydraulic cylinder is configured to axially move and reciprocate a piston and or rod therein and/or extending therefrom.

It would have been obvious to one of ordinary skill in the art at the time of the application for the '393 Patent to provide the cap valve of GB '632 with a primary hydraulic ram which has an adjustable flow primary seal thereon disposed within the cylindrical valve chamber to telescopically close or open access to the outlet ports by moving the primary seal into position to open or block fluid communication through the outlet ports as disclosed by the '915 Patent in view of the '222 Patent, to produce energy losses in the fluid and thereby control the fluid through the cap valve and shut off a runway high pressure flow pipe.  Such combination of GB '632 and the '915 Patent in view of the '222 Patent provides a valve hydraulic cylinder encompassing a unitary piston-like device located in the valve chamber that moves in response to fluid pressure and which has an adjustable flow primary seal thereon disposed within the cylindrical valve chamber to extend to close and retract to open access to the multiple openings in the cylindrical valve chamber that can permit outward flow of high pressure fluids by moving the primary seal into position to open or block fluid communication through the outlet ports.

GB '803 also discloses a valve hydraulic cylinder (12) for actuation of a primary hydraulic ram.  Specifically, GB '803 discloses a valve hydraulic cylinder (12) encompassing a primary hydraulic ram (10) which has an adjustable flow primary seal (indicated at element 8) thereon disposed within the cylindrical valve chamber (4T) to telescopically close or open access to the outlet ports (7) by moving the primary seal into position to open or block fluid communication through the outlet ports. The hydraulic ram (10) is a unitary piston-like device located in the valve chamber 4T and moves in response to fluid pressure from pressure fluid conduit 21.  (GB '803, pg. 2, ll. 1-15; 28-45).  The piston 10 and valve 8 disposed thereon extend to close and retract to open the multiple openings (ports 7) in the cylindrical valve chamber 4T to permit outward flow of high pressure fluids from 1D to 1U.

13



Figure of GB '803.

"A first valve 8 in the safety cap 4 can occupy two positions, a first position that opens the ports 7 (as shown in the Figure) when the lower surface of the valve 8 is on its lower seat 4B and a second position that closes said ports 7, the upper surface of the valve 8 bearing on an upper valve seat 4A.  The first valve 8 is connected to a movable piston assembly shown generally at 10 said piston assembly comprising a first piston 11 sliding in a first cylinder 12 in the safety cap which first piston 11 is biased by a first helical compression spring 13 toward GG1." (GB '803, pg. 1, ll. 67-80).

| | |
|---|---|
| | "Closure of the safety cap 4 is effected from the ground surface GG1 by reducing the fluid pressure of the propellant in the pressure fluid conduit 21 and hence in the first cylinder 12, so that the movable piston assembly slides upwards as a result of expansion of the first helical compression spring 13 and the pressure of the effluent on the exposed area of the extension 11B of first piston 11 and on the area of second piston 14 produced via the second duct 22." (GB '803, pg. 2, ll. 27-41).  "The first valve 8 is thereby forced to its seat 4A and this closes the ports 7 so that hydraulic communication between the upstream part 1U and the downstream part 1D of the tubing 1 is prevented." (GB '803, pg. 2, ll. 41-45).<br><br>It would have been obvious to one of ordinary skill in the art at the time of the application for the '393 Patent to provide the cap valve of GB '632 with a primary hydraulic ram which has an adjustable flow primary seal thereon disposed within the cylindrical valve chamber to telescopically close or open access to the outlet ports by moving the primary seal into position to open or block fluid communication through the outlet ports as disclosed by the '915 Patent in view of the GB '803, to produce energy losses in the fluid and thereby control the fluid through the cap valve and shut off a runway high pressure flow pipe.  Such combination of GB '632 and the '915 Patent in view of the GB '803 provides a valve hydraulic cylinder encompassing a unitary piston-like device located in the valve chamber that moves in response to fluid pressure and which has an adjustable flow primary seal thereon disposed within the cylindrical valve chamber to extend to close and retract to open access to the multiple openings in the cylindrical valve chamber that can permit outward flow of high pressure fluids by moving the primary seal into position to open or block fluid communication through the outlet ports. |
| 10. A cap valve (**12**) to shut off a runaway high pressure flow pipe (P), comprising: | GB '632 discloses a cap valve to shut off a runaway high pressure flow pipe.<br><br>"A device for re-establishing control over a damaged wellhead includes a heavy base (which may be anchored to the ground), a securing section which can be fixed to the damaged wellhead (e.g. by clamps and a bonding agent), a vent for allowing excess pressure to escape while fixing the securing section to the wellhead, and a control section including "christmas tree" type valves." (GB '632, Abstract). |



VENT/FLUE

CONTROL SECTION

SECURING
SECTION

BASE

DRAWING (A) | DESCRIPTION

Drawing A of GB '632.

| a hydraulic controlled connector (**14**) to attach a cylindrical valve chamber | GB '803 in view of the '572 Patent and the '915 Patent teaches a hydraulic controlled connector to attach a cylindrical valve chamber, or to attach to an intermittent pipe |
|---|---|

16

| | |
|---|---|
| (**16**), or to attach to an intermittent pipe (**18**) connectable to a cylindrical valve chamber (**16**), to the flow pipe (P) in which the connector (**14**) has a hydraulic clamp (**20**) to grab the pipe (P), or to grab a flange (F) on the pipe (P), to hold the cap valve (**12**) in position; and | connectable to a cylindrical valve chamber, to the flow pipe in which the connector has a hydraulic clamp to grab the pipe, or to grab a flange on the pipe, to hold the cap valve in position.<br><br>GB '632 discloses a device over a damaged wellhead that includes a "securing section which can be fixed to the damaged wellhead (e.g. by clamps and a bonding agent) . . . and a control section including 'christmas tree' type valves." (GB '632, Abstract).  The securing section of GB '632 contains a system of clamps that are remotely operated.  (GB '632, pg. 2, Drawings C and F).  The clamp of GB '632 grabs the pipe to hold the cap valve in place.<br><br><br><br>LIFTING POINTS<br><br>WELL HEAD<br><br>DRAWING (C)  PRIOR TO FINAL LOCATION |

17

Drawing C of GB '632.



DRAWING (F) | CLAMPS OPERATED

Drawing F of GB '632.

The '572 Patent discloses a hydraulic controlled connector to attach a cylindrical valve chamber or to attach to an intermittent pipe connectable to a cylindrical valve chamber, to the flow pipe in which the connector has a hydraulic clamp to grab the pipe, or to grab a flange on the pipe, to hold the cap valve in position.

18

The '572 Patent discloses a riser connector that connects a riser to a blowout preventer stack (BOP stack). ('572 Patent, col. 3, ll. 20-24). "The riser connector **19** includes gripping members **26** which are illustrated in a clamping position in which they clamp an insert **64** which forms part of a hub **25**. The hub **25** is connected to a not illustrated marine riser by bolts **66**, i.e. the hub **25** forms a lower end of the riser." ('572 Patent, col. 3, ll. 26-31).

Furthermore, the '572 Patent describes the riser connector as being a "widely used riser connector manufactured by 'Cameron'." ('572 Patent, col. 3, ll. 37-38).  The riser connector is shown in Figure 1 of the '572 Patent.



FIG.1

PRIOR ART

Figure 1 of '572 Patent.

|  | "The gripping members **26** have the shape of gripping fingers. The gripping fingers **26** have projections **62**, which in the illustrated clamping position mate with and clamp corresponding projections **63** of the insert **64**. In the clamping position the gripping fingers **26** are radially locked by a lock element **27**, formed by a cam ring, which is then said to be in its lock position." ('572 Patent, col. 3, ll. 38-45).  "The movement of the cam ring **27** between the lock position and the unlock position is done by hydraulic actuators **28**, located in a housing **65**, and hydraulic circuitry for [sic] pressurizing the actuators." ('572 Patent, col. 3, 59-62). <br><br> To the extent GB '632 does not explicitly disclose a cylindrical valve chamber, the '915 Patent does.  Specifically, the '915 Patent discloses a control valve used in high pressure fluid transfer systems.  ('915 Patent, col. 1, ll. 8-10).  The '915 Patent describes the valve and other prior art valves as designed to break up the flow through the valve into a multitude of small streams which are then led through convoluted paths to produce energy losses in the fluid. ('915 Patent, col. 1, ll. 20-26). <br><br> The valve includes housing 12 with a central fluid chamber 13.  ('915 Patent, col. 2, ll. 65-66). A valve trim cage 17 is positioned in the fluid chamber 13 and includes a cylindrical sleeve 23 (41, Figs. 4, 5) defining a bore 11. ('915 Patent, col. 3, ll. 12-13; 17-18).  Figure 1 of '915 Patent shows a flow-over-plug design where the flow enters the sleeve radially at 14 and exits through passage 15, while Figures 4 and 5 show a flow-under-plug design where the flow enters through passage 15 and exits radially through 14.  ('915 Patent, col. 3, 31-34; col. 5, ll. 56-61).  However, it is noted that the valve trim performs in the same way to accomplish the same energy loss control result as that shown in Figs. 1-3. ('915 Patent, col. 5, l. 61-col. 6, l. 12). The passage 15 is closed when a plug is moved down within the bore 11.  ('915 Patent, col. 3, ll. 8-12).  Figure 1 of the '915 Patent, below, shows the cylindrical valve chamber defined by the cylindrical sleeve 23 (41, Figs. 4, 5). |
|---|---|



Fig. 1 of the '915 Patent.

It would have been obvious to a person of ordinary skill in the art at the time of the application for the '393 Patent to combine the valve trim cage assembly of the '915 Patent with GB '632 to provide the cap valve with a cylindrical valve chamber to produce energy losses in the fluid and thereby control the fluid through the cap valve and shut off a runway high pressure flow pipe.

Thus, GB '632, the '572 Patent and the '915 Patent together disclose a cap valve to shut off a runaway high pressure flow pipe comprising a hydraulic controlled connector to attach a cylindrical valve chamber to the flow pipe in which the connector has a hydraulic clamp to grab the pipe, or to grab a flange on the pipe to hold the cap valve in position.

21

| | |
|---|---|
| a valve hydraulic cylinder (**24**) encompassing a primary hydraulic ram (**26**) which has an adjustable flow primary seal (**28**) thereon disposed within the cylindrical valve chamber (**16**) to telescopically close or open to outlet ports (**22**) by moving the primary seal (**28**) into position to open or block fluid communication through the outlet ports (**22**). | GB '632 in view of the '915 Patent and the '222 Patent or GB '803 teaches a valve hydraulic cylinder encompassing a primary hydraulic ram which has an adjustable flow primary seal thereon disposed within the cylindrical valve chamber to telescopically close or open access to outlet ports by moving the primary seal into position to open or block fluid communication through the outlet ports.<br><br>The '915 Patent discloses a primary hydraulic ram which has an adjustable flow primary seal thereon disposed within the cylindrical valve chamber to telescopically close or open access to the outlet ports  by moving the primary seal  into position to open or block fluid communication through the outlet ports.  Specifically, the '915 Patent discloses a unitary piston-like device located in the valve chamber that moves in response to fluid pressure and which has an adjustable flow primary seal thereon disposed within the cylindrical valve chamber to extend to close and retract to open access to the multiple openings in the cylindrical valve chamber that can permit outward flow of high pressure fluids by moving the primary seal into position to open or block fluid communication through the outlet ports.<br><br>The '915 Patent discloses a valve trim cage 17 is positioned in the fluid chamber 13 and includes a cylindrical sleeve 23 (41, Figs. 4, 5) defining a bore 11. ('915 Patent, col. 3, ll. 12-13; 17-18).  Figure 1 of '915 Patent shows a flow-over-plug design where the flow enters the sleeve radially at 14 and exits through passage 15, while Figures 4 and 5 show a flow-under-plug design where the flow enters through passage 15 and exits radially through 14. ('915 Patent, col. 3, 31-34; col. 5, ll. 56-61).  However, it is noted that the valve trim performs in the same way to accomplish the same energy loss control result as that shown in Figs. 1-3. ('915 Patent, col. 5, l. 61-col. 6, l. 12). As such, Fig. 1 is reproduced below and referenced herein but is equally applicable to fluid flow from passage 15 to passage 14 as from passage 14 to passage 15. |

22



Figure 1 of the '915 Patent.

The '915 Patent further discloses the control valve 10 includes a movable plug 18 slidable through bore 11 forming the central core of valve trim cage 17.  ('915 Patent, col. 3, ll. 1-4). The plug 18 is mounted on one end of an axially movable rod 21 in alignment with seat ring 16.  ('915 Patent, col. 3, 7-8).  The seat ring 16 is positioned in a housing recess surrounding the passage 15 and the plug 18 Is adapted to bear against the seat ring 16 to close passage 15. ('915 Patent, col. 3, 8-12). The plug 18 controls the flow through the valve trim cage by covering or uncovering plenum holes 34 in the inner sleeve 23 which open to the bore 11.  ('915 Patent, col. 3, ll. 24-27).  The movable rod 21 and the cylindrical plug 18 thereon are reciprocated (telescopically closed or opened) within bore 11 by means of any suitable actuator.  ('915 Patent, col. 3, ll. 21-24).

|  | To the extent the '915 Patent does not explicitly disclose the types of suitable actuators used to reciprocate the rod 21 and plug 18 within the bore 11, it would have been obvious to one of ordinary skill in the art that such "suitable actuator" includes a valve hydraulic cylinder, as disclosed in for example the '222 Patent and GB '803, separately.<br><br>The '222 Patent describes blowout preventers used in drilling oil and gas wells. ('222 Patent, col. 1, ll. 7-9). The '222 Patent discloses a valve hydraulic cylinder for axial movement of a piston and piston rod. Specifically, the '222 Patent discloses "[e]ach bonnet 16 includes a body 18, a head 20 connected by bolts 21 across the inner end of the body 18, and a cylinder 19 formed partly in each of the bonnet and head." ('222 Patent, col. 4, ll. 32-35). "A piston 25 reciprocable within each cylinder 19 has a rod 26 extending from its inner side through the head 20 for releasable connection with the ram 17." ('222 Patent, col. 4, ll. 43-45). "[W]hen hydraulic fluid is admitted to the outer side and exhausted from the inner side of the piston 25,… the piston is moved inwardly toward the head 20 of the bonnet so as to move the ram away from the bonnet and into closed position; and, when such fluid is admitted to the inner side of the piston and exhausted from the outer side thereof, … the piston is moved outwardly or way from the head 20 of the bonnet so as to move the ram 17 toward the bonnet and into its open position." ('222 Patent, col. 4, ll. 50-61).<br><br><br><br>Figure 1 of the '222 Patent.<br><br>It would have been obvious to one of ordinary skill in the art at the time of the application for |

|  | the '393 Patent that the "suitable actuators" disclosed in the '915 Patent includes a valve hydraulic cylinder as disclosed by the '222 Patent, as such a valve hydraulic cylinder is configured to axially move and reciprocate a piston and or rod therein and/or extending therefrom.<br><br>It would have been obvious to one of ordinary skill in the art at the time of the application for the '393 Patent to provide the cap valve of GB '632 with a primary hydraulic ram which has an adjustable flow primary seal thereon disposed within the cylindrical valve chamber to telescopically close or open access to the outlet ports by moving the primary seal into position to open or block fluid communication through the outlet ports as disclosed by the '915 Patent in view of the '222 Patent, to produce energy losses in the fluid and thereby control the fluid through the cap valve and shut off a runway high pressure flow pipe. Such combination of GB '632 and the '915 Patent in view of the '222 Patent provides a valve hydraulic cylinder encompassing a unitary piston-like device located in the valve chamber that moves in response to fluid pressure and which has an adjustable flow primary seal thereon disposed within the cylindrical valve chamber to extend to close and retract to open access to the multiple openings in the cylindrical valve chamber that can permit outward flow of high pressure fluids by moving the primary seal into position to open or block fluid communication through the outlet ports.<br><br>GB '803 also discloses a valve hydraulic cylinder (12) for actuation of a primary hydraulic ram. Specifically, GB '803 discloses a valve hydraulic cylinder (12) encompassing a primary hydraulic ram (10) which has an adjustable flow primary seal (indicated at element 8) thereon disposed within the cylindrical valve chamber (4T) to telescopically close or open access to the outlet ports (7) by moving the primary seal into position to open or block fluid communication through the outlet ports. The hydraulic ram (10) is a unitary piston-like device located in the valve chamber 4T and moves in response to fluid pressure from pressure fluid conduit 21. (GB '803, pg. 2, ll. 1-15; 28-45). The piston 10 and valve 8 disposed thereon extend to close and retract to open the multiple openings (ports 7) in the cylindrical valve chamber 4T to permit outward flow of high pressure fluids from 1D to 1U. |
|---|---|

25



Figure of GB '803.

"A first valve 8 in the safety cap 4 can occupy two positions, a first position that opens the ports 7 (as shown in the Figure) when the lower surface of the valve 8 is on its lower seat 4B and a second position that closes said ports 7, the upper surface of the valve 8 bearing on an upper valve seat 4A. The first valve 8 is connected to a movable piston assembly shown generally at 10 said piston assembly comprising a first piston 11 sliding in a first cylinder 12 in the safety cap which first piston 11 is biased by a first helical compression spring 13 toward GG1." (GB '803, pg. 1, ll. 67-80).

|  | "Closure of the safety cap 4 is effected from the ground surface GG1 by reducing the fluid pressure of the propellant in the pressure fluid conduit 21 and hence in the first cylinder 12, so that the movable piston assembly slides upwards as a result of expansion of the first helical compression spring 13 and the pressure of the effluent on the exposed area of the extension 11B of first piston 11 and on the area of second piston 14 produced via the second duct 22." (GB '803, pg. 2, ll. 27-41).  "The first valve 8 is thereby forced to its seat 4A and this closes the ports 7 so that hydraulic communication between the upstream part 1U and the downstream part 1D of the tubing 1 is prevented." (GB '803, pg. 2, ll. 41-45).<br><br>It would have been obvious to one of ordinary skill in the art at the time of the application for the '393 Patent to provide the cap valve of GB '632 with a primary hydraulic ram which has an adjustable flow primary seal thereon disposed within the cylindrical valve chamber to telescopically close or open access to the outlet ports by moving the primary seal into position to open or block fluid communication through the outlet ports as disclosed by the '915 Patent in view of the GB '803, to produce energy losses in the fluid and thereby control the fluid through the cap valve and shut off a runway high pressure flow pipe.  Such combination of GB '632 and the '915 Patent in view of the GB '803 provides a valve hydraulic cylinder encompassing a unitary piston-like device located in the valve chamber that moves in response to fluid pressure and which has an adjustable flow primary seal thereon disposed within the cylindrical valve chamber to extend to close and retract to open access to the multiple openings in the cylindrical valve chamber that can permit outward flow of high pressure fluids by moving the primary seal into position to open or block fluid communication through the outlet ports. |
|--|--|

27

**EXHIBIT H: Marine Well Containment Company's Local P.R. 3-6(c)(1), P.R. 3-6(c)(2), and P.R. 3-6(a) Claim Chart - Claims 1 and 10 of U.S. Patent No. 8,833,393 are Rendered Obvious by GB Patent No. 1,487,803 ("GB '803") in view of U.S. Patent No. 3,661,408 ("'408 Patent") or 1988-1989 General Catalog Cameron Iron Works USA, Inc. ("Cameron Catalog").**

**Claim 1 of U.S. Patent No. 8,833,393 is, in the alternative, Rendered Obvious by GB '803 in view of the '408 Patent or the Cameron Catalog, and further in view of U.S. Patent No. 5,135,024 ("'024 Patent")**

| U.S. Patent No. 8,833,393 | GB '803, the '408 Patent, the Cameron Catalog, and/or the '024 Patent |
|---|---|
| 1. A cap valve (12) to shut off a runaway high pressure flow pipe (P), comprising: | GB '803 discloses a cap valve to shut off a runaway high pressure flow pipe. |

1

<table>
<tr>
<td></td>
<td>



Figure 1 of GB '803.

"This invention relates to a safety cap for capping and uncapping an oil and or gas well." (GB '803, pg. 1, ll. 10-12).
</td>
</tr>
<tr>
<td>

a hydraulic controlled connector (**14**) to attach a cylindrical valve chamber (**16**), or
to attach to an intermittent pipe (**18**) connectable to a cylindrical valve chamber (**16**), to the flow pipe (P) in
</td>
<td>

GB '803 in view of the '408 Patent discloses a hydraulic controlled connector to attach a cylindrical valve chamber, or to attach to an intermittent pipe connectable to a cylindrical valve chamber, to the flow pipe in which the connector has a hydraulic clamp to grab the pipe, or to grab a flange on the pipe, to hold the cap valve in position.

GB '803 discloses an anchoring member for attaching a cylindrical valve chamber to the
</td>
</tr>
</table>

2

| | |
|---|---|
| which the connector (**14**) has a hydraulic clamp (**20**) to grab the pipe (P), or to grab a flange (F) on the pipe (P), to hold the cap valve (**12**) in position; | flow pipe to hold the cap valve in position. "The safety cap 4 is connected with the anchoring member 3 via threaded portions at P1 and sealed with sealing rings P2, P3." (GB '803, pg. 1, ll. 52-55). "The safety cap 4 has an open top chamber 4T with ports 7 providing communication between the downstream part 1D of said tubing and the upstream part 1U which is within the anchoring member 3." ('GB '803, pg. 1, ll. 55-60). "A first valve 8 in the safety cap 4 . . . is connected to a movable piston assembly shown generally at 10 said piston assembly comprising a first piston 11 sliding in a first cylinder 12 in the safety cap." (GB '803, pg. 1, ll. 67-78).<br><br><br><br>Figure of GB '803. |

| | To the extent GB '803 does not disclose a hydraulic controlled connector, the '408 Patent discloses a hydraulic controlled connector to attach a cylindrical valve chamber or to attach to an intermittent pipe connectable to a cylindrical valve chamber, to the flow pipe in which the connector has a hydraulic clamp to grab the pipe, or to grab a flange on the pipe, to hold the cap valve in position.<br><br>The '408 Patent discloses a clamping connection mechanism for coupling flanged pipe assemblies ('408 Patent, col. 1; ll. 5-7; Figs. 1-4) where the connecting mechanism is hydraulically actuated ('408 Patent, col. 1, ll. 66-74).<br><br>"The coupler includes a plurality of clamp assemblies mounted on and spaced circumferentially around the end flange of the arm, and power supplied by a hydraulic, pneumatic or electric motor is transmitted through a belt, chain or gear drive unit, a screw shaft, and a toggle link assembly to open and close hook-shaped clamp arms about the manifold flange." ('408 Patent, Abstract). |
|---|---|

4



Figure 1 of the '408 Patent.

"[T]his invention relates to quick connect and release-type pipe couplers with hook-shaped clamps for gripping and holding the end flanges of two pipes in fluid-tight contact, and with toggle link-type assemblies for transmitting hydraulic or electric power to the clamps for opening and closing them." ('408 Patent, col. 1, ll. 6-11).

It would have been obvious to a person of ordinary skill in the art at the time of the application for the '393 Patent to combine the hydraulic controlled connector of the '408 Patent with the cap valve of GB '803 to provide a quick connection between the cap valve and the tubing that can be opened and closed as taught by the '408 Patent.

Separately, the Cameron Catalog discloses an HC Collet Connector for securing a blowout preventer stack to the wellhead.  (Cameron Catalog, p. 682).  The collet connector forms a tight seal while withstanding the bending stresses and separating forces caused by well pressure, riser tension, and vessel motion.  (*Id.*).  As disclosed in the Cameron Catalog, the HC Collet Connectors lock to the mating hub by means of pivoted locking segments shaped like tapered fingers, which guide the connector into position and clamp to the mating hub to secure the connection.  (*Id.*).  Additionally, the Cameron Catalog discloses that the collet connector is actuated by hydraulic cylinders. (*Id.*).



Model 70 Collet Connector

Image from pg. 682 of the Cameron Catalog.

It would have been obvious to a person of ordinary skill in the art at the time of the application for the '393 Patent to combine the hydraulic controlled connector of the Cameron

6

| | |
|---|---|
| | Catalog with GB '803 to provide a hydraulic connection between the cap valve and the flow pipe that provides a tight seal while withstanding the bending stresses and separating forces caused by well pressure, as taught by the Cameron Catalog. |
| outlet ports (**22**) disposed in the cap valve (**12**), or in the intermittent pipe (**18**), above the hydraulic clamp (**20**) to permit high pressure flow to continue while the connector (**14**) is being installed on the pipe (P); and | GB '803 in view of the '408 Patent or the Cameron Catalog and the '024 Patent discloses outlet ports disposed in the cap valve, or in the intermittent pipe, above the hydraulic clamp to permit high pressure flow to continue while the connector is being installed on the pipe.<br><br>GB '803 discloses multiple openings in the cylindrical valve chamber that can permit outward flow of high pressure fluids.  As shown, GB '803 discloses outlet ports 7 disposed in the cylindrical valve chamber.  "[T]he invention [] provide[s] a controllable safety cap for capping and uncapping an oil and or gas well, said safety cap having an open top chamber adapted to be connected to an anchoring member, side ports in the said open top chamber." (GB '803, pg. 1, ll. 13-19).  "[P]orts 7 provid[e] communication between the downstream part 1D of said tubing and the upstream part 1U."  (GB '803, pg. 1, ll. 56-59). |

7



Figure of GB '803.

The '408 Patent discloses a hydraulic clamp. "[T]his invention relates to quick connect and release-type pipe couplers with hook-shaped clamps for gripping and holding the end flanges of two pipes in fluid-tight contact, and with toggle link-type assemblies for transmitting hydraulic or electric power to the clamps for opening and closing them." ('408 Patent, col. 1, ll. 6-11).

Separately, the Cameron Catalog discloses an HC Collet Connector for securing a blowout preventer stack to the wellhead. (Cameron Catalog, p. 682). The collet connector forms a

8

tight seal while withstanding the bending stresses and separating forces caused by well pressure, riser tension, and vessel motion. (*Id*.). As disclosed in the Cameron Catalog, the HC Collet Connectors lock to the mating hub by means of pivoted locking segments shaped like tapered fingers, which guide the connector into position and clamp to the mating hub to secure the connection. (*Id*.). Additionally, the Cameron Catalog discloses that the collet connector is actuated by hydraulic cylinders. (*Id*.).



Model 70 Collet Connector

Image from pg. 682 of the Cameron Catalog.

The hydraulic connector of the '408 Patent or the hydraulic connector of the Cameron Catalog coupled between the cap valve of GB '803 and a wellhead or tubular provides outlet ports positioned above the hydraulic clamp. Moreover, the spatial relationship between the outlet ports and the clamps of the hydraulic connector is an obvious matter of design choice.

Positioning the hydraulic connector to the lower end of the cap valve of GB '803 to connect the valve to the wellhead permits high pressure flow to continue while the connector is being installed on the pipe. Moreover, the fluid pressure in pressure fluid conduit 21 and therefore in first cylinder 12 may be maintained during installation so as to keep first valve 8 open. (GB '803, pg. 2, ll. 1-15; 28-45). That is, the movable piston assembly 10 remains withdrawn

within the first cylinder 12 so that the valve 8, disposed on the end of the piston assembly, is positioned within cylindrical chamber 4T with its lower end on seat 4B such that ports 7 remain open. (*Id.*)

To the extent GB '803 and the '408 Patent or Cameron Catalog do not specifically disclose the outlet ports permit high pressure flow to continue while the connector is being installed on the pipe, the '024 Patent discloses such a feature.  Specifically, the '024 Patent discloses a valve comprising a clamp, the valve comprising outlet ports, wherein the ports permit high pressure to continue to flow when required.  The '024 Patent discloses a pressure relief valve comprising a clamp (48, 46, 54), the valve comprising outlet ports (38), wherein the ports permit high pressure to continue to flow when required.  As shown in Fig. 1, the ports (38) are above the clamp.



Figure 1 of '024 Patent.

"The present invention is directed to a pressure relief valve utilized particularly on fuel delivery tank trucks to relieve the internal pressure developed within the tank in the event of a rollover or other accident in which the tank wall may be deformed in a manner reducing its internal volume." ('024 Patent, col. 1, ll. 5-10; Fig. 1). "If the pressure at the lower end of the housing exceeds the biasing action of the springs, the valve plate is lifted upwardly clear of the seat to permit fluid to flow upwardly in the housing past the valve seat and around the edges of the valve plate into the space between the top of the valve plate and the cover."

| | |
|---|---|
| | ('024 Patent, col. 1, ll. 51-57). |
| | It would have been obvious to one of ordinary skill in the art at the time of filing of the application for the '393 Patent to combine the cap valve and outlet ports of GB '803 with the hydraulic controlled connecting clamp of the '408 Patent and the mechanism of the '024 Patent, such that the valve is used with a cap to specifically shut off a runaway high pressure flow pipe, a hydraulic controlled connector to attach a cylindrical valve chamber, to the flow pipe in which the connector has a hydraulic clamp to grab the pipe, or to grab a flange on the pipe, to hold the cap valve in position, wherein the ports are above the hydraulic clamp to permit high pressure flow to continue while the connector is being installed on the pipe.  Such combination would be obvious so as to provide means to reliably actuate the clamp while providing sufficient coupling force to ensure a seal while relieving pressure within the pipe as required. |
| a valve hydraulic cylinder (**24**) encompassing a primary hydraulic ram (**26**) which has an adjustable flow primary seal (**28**) thereon disposed within the cylindrical valve chamber (**16**) to telescopically close or open access to the outlet ports (**22**) by moving the primary seal (**28**) into position to open or block fluid communication through the outlet ports (**22**). | GB '803 discloses a valve hydraulic cylinder encompassing a primary hydraulic ram which has an adjustable flow primary seal thereon disposed within the cylindrical valve chamber to telescopically close or open access to the outlet ports by moving the primary seal into position to open or block fluid communication through the outlet ports. |
| | Specifically, GB '803 discloses a valve hydraulic cylinder (12) encompassing a primary hydraulic ram (10) which has an adjustable flow primary seal (indicated at element 8) thereon disposed within the cylindrical valve chamber (4T) to telescopically close or open access to the outlet ports (7) by moving the primary seal into position to open or block fluid communication through the outlet ports. The hydraulic ram (10) is a unitary piston-like device located in the valve chamber 4T and moves in response to fluid pressure from pressure fluid conduit 21.  (GB '803, pg. 2, ll. 1-15; 28-45).  The piston 10 and valve 8 disposed thereon extend to close and retract to open the multiple openings (ports 7) in the cylindrical valve chamber 4T to permit outward flow of high pressure fluids from 1D to 1U. |



Figure of GB '803.

"A first valve 8 in the safety cap 4 can occupy two positions, a first position that opens the ports 7 (as shown in the Figure) when the lower surface of the valve 8 is on its lower seat 4B and a second position that closes said ports 7, the upper surface of the valve 8 bearing on an upper valve seat 4A. The first valve 8 is connected to a movable piston assembly shown generally at 10 said piston assembly comprising a first piston 11 sliding in a first cylinder 12 in the safety cap which first piston 11 is biased by a first helical compression spring 13 toward GG1." (GB '803, pg. 1, ll. 67-80).

12

| | |
|---|---|
| | "Closure of the safety cap 4 is effected from the ground surface GG1 by reducing the fluid pressure of the propellant in the pressure fluid conduit 21 and hence in the first cylinder 12, so that the movable piston assembly slides upwards as a result of expansion of the first helical compression spring 13 and the pressure of the effluent on the exposed area of the extension 11B of first piston 11 and on the area of second piston 14 produced via the second duct 22." (GB '803, pg. 2, ll. 27-41). "The first valve 8 is thereby forced to its seat 4A and this closes the ports 7 so that hydraulic communication between the upstream part 1U and the downstream part 1D of the tubing 1 is prevented." (GB '803, pg. 2, ll. 41-45). |
| 10. A cap valve (**12**) to shut off a runaway high pressure flow pipe (P), comprising: | GB '803 discloses a cap valve to shut off a runaway high pressure flow pipe. |

13



Figure of GB '803.

"This invention relates to a safety cap for capping and uncapping an oil and or gas well." (GB '803, pg. 1, ll. 10-12).

| a hydraulic controlled connector (**14**) to attach a cylindrical valve chamber (**16**), or<br><br>to attach to an intermittent pipe (**18**) connectable to a cylindrical valve | GB '803 in view of the '408 Patent discloses a hydraulic controlled connector to attach a cylindrical valve chamber, or to attach to an intermittent pipe connectable to a cylindrical valve chamber, to the flow pipe in which the connector has a hydraulic clamp to grab the pipe, or to grab a flange on the pipe, to hold the cap valve in position. |
|---|---|

14

| | |
|---|---|
| chamber (**16**), to the flow pipe (P) in which the connector (**14**) has a hydraulic clamp (**20**) to grab the pipe (P), or to grab a flange (F) on the pipe (P), to hold the cap valve (**12**) in position; and | GB '803 discloses an anchoring member for attaching a cylindrical valve chamber to the flow pipe to hold the cap valve in position. "The safety cap 4 is connected with the anchoring member 3 via threaded portions at P1 and sealed with sealing rings P2, P3." (GB '803, pg. 1, ll. 52-55). "The safety cap 4 has an open top chamber 4T with ports 7 providing communication between the downstream part 1D of said tubing and the upstream part 1U which is within the anchoring member 3." ('GB '803, pg. 1, ll. 55-60). "A first valve 8 in the safety cap 4 . . . is connected to a movable piston assembly shown generally at 10 said piston assembly comprising a first piston 11 sliding in a first cylinder 12 in the safety cap." (GB '803, pg. 1, ll. 67-78).<br><br><br><br>Figure of GB '803 |

15

| | |
|---|---|
| | To the extent GB '803 does not disclose a hydraulic controlled connector, the '408 Patent discloses a hydraulic controlled connector to attach a cylindrical valve chamber or to attach to an intermittent pipe connectable to a cylindrical valve chamber, to the flow pipe in which the connector has a hydraulic clamp to grab the pipe, or to grab a flange on the pipe, to hold the cap valve in position.<br><br>The '408 Patent discloses a clamping connection mechanism for coupling flanged pipe assemblies ('408 Patent, col. 1; ll. 5-7; Figs. 1-4) where the connecting mechanism is hydraulically actuated ('408 Patent, col. 1, ll. 66-74).<br><br>"The coupler includes a plurality of clamp assemblies mounted on and spaced circumferentially around the end flange of the arm, and power supplied by a hydraulic, pneumatic or electric motor is transmitted through a belt, chain or gear drive unit, a screw shaft, and a toggle link assembly to open and close hook-shaped clamp arms about the manifold flange." ('408 Patent, Abstract). |



Figure 1 of the '408 Patent.

"[T]his invention relates to quick connect and release-type pipe couplers with hook-shaped clamps for gripping and holding the end flanges of two pipes in fluid-tight contact, and with toggle link-type assemblies for transmitting hydraulic or electric power to the clamps for opening and closing them." ('408 Patent, col. 1, ll. 6-11).

17

It would have been obvious to a person of ordinary skill in the art at the time of the application for the '393 Patent to combine the hydraulic controlled connector of the '408 Patent with the cap valve of GB '803 to provide a quick connection between the cap valve and the tubing that can be opened and closed as taught by the '408 Patent.

Separately, the Cameron Catalog discloses an HC Collet Connector for securing a blowout preventer stack to the wellhead. (Cameron Catalog, p. 682). The collet connector forms a tight seal while withstanding the bending stresses and separating forces caused by well pressure, riser tension, and vessel motion. (*Id.*). As disclosed in the Cameron Catalog, the HC Collet Connectors lock to the mating hub by means of pivoted locking segments shaped like tapered fingers, which guide the connector into position and clamp to the mating hub to secure the connection. (*Id.*). Additionally, the Cameron Catalog discloses that the collet connector is actuated by hydraulic cylinders. (*Id.*).



Model 70 Collet Connector

Image from pg. 682 of the Cameron Catalog.

It would have been obvious to a person of ordinary skill in the art at the time of the application for the '393 Patent to combine the hydraulic controlled connector of the Cameron

18

| | |
|---|---|
| | Catalog with GB '803 to provide a hydraulic connection between the cap valve and the flow pipe that provides a tight seal while withstanding the bending stresses and separating forces caused by well pressure, as taught by the Cameron Catalog. |
| a valve hydraulic cylinder (**24**) encompassing a primary hydraulic ram (**26**) which has an adjustable flow primary seal (**28**) thereon disposed within the cylindrical valve chamber (**16**) to telescopically close or open to outlet ports (**22**) by moving the primary seal (**28**) into position to open or block fluid communication through the outlet ports (**22**). | GB '803 discloses a valve hydraulic cylinder encompassing a primary hydraulic ram which has an adjustable flow primary seal thereon disposed within the cylindrical valve chamber to telescopically close or open access to outlet ports by moving the primary seal into position to open or block fluid communication through the outlet ports.<br><br>Specifically, GB '803 discloses a valve hydraulic cylinder (12) encompassing a primary hydraulic ram (10) which has an adjustable flow primary seal (at element 8) thereon disposed within the cylindrical valve chamber (4T) to telescopically close or open access to the outlet ports (7) by moving the primary seal into position to open or block fluid communication through the outlet ports. The hydraulic ram (10) is a unitary piston-like device located in the valve chamber 4T and moves in response to fluid pressure from pressure fluid conduit 21.  (GB '803, pg. 2, ll. 1-15; 28-45).  The piston 10 and valve 8 disposed thereon extend to close and retract to open the multiple openings (ports 7) in the cylindrical valve chamber 4T to permit outward flow of high pressure fluids from 1D to 1U. |

19



Figure of GB '803.

"A first valve 8 in the safety cap 4 can occupy two positions, a first position that opens the ports 7 (as shown in the Figure) when the lower surface of the valve 8 is on its lower seat 4B and a second position that closes said ports 7, the upper surface of the valve 8 bearing on an upper valve seat 4A. The first valve 8 is connected to a movable piston assembly shown generally at 10 said piston assembly comprising a first piston 11 sliding in a first cylinder 12 in the safety cap which first piston 11 is biased by a first helical compression spring 13 toward GG1." (GB '803, pg, 1, ll. 67-80).

| | |
|---|---|
| | "Closure of the safety cap 4 is effected from the ground surface GG1 by reducing the fluid pressure of the propellant in the pressure fluid conduit 21 and hence in the first cylinder 12, so that the movable piston assembly slides upwards as a result of expansion of the first helical compression spring 13 and the pressure of the effluent on the exposed area of the extension 11B of first piston 11 and on the area of second piston 14 produced via the second duct 22." (GB '803, pg. 2, ll. 27-41).  "The first valve 8 is thereby forced to its seat 4A and this closes the ports 7 so that hydraulic communication between the upstream part 1U and the downstream part 1D of the tubing 1 is prevented." (GB '803, pg. 2, ll. 41-45). |

21

**EXHIBIT I: Marine Well Containment Company's Local P.R. 3-6(c)(1), P.R. 3-6(c)(2), and P.R. 3-6(a) Claim Chart - Claim 1 of U.S. Patent No. 8,833,393 is Rendered Obvious by GB Patent No. 1,487,803 ("GB '803") in view of U.S. Patent No. 3,661,408  ("'408 Patent") or 19988-1989 General Catalog Cameron Iron Works USA, Inc. ("Cameron Catalog") and further in view of U.S. Patent No. 4,461,354 ("'354 Patent")**

| U.S. Patent No. 8,833,393 | GB '803, the '408 Patent, the Cameron Catalog, and/or the '354 Patent |
|---|---|
| 1. A cap valve (12) to shut off a runaway high pressure flow pipe (P), comprising: | GB '803 discloses a cap valve to shut off a runaway high pressure flow pipe.<br><br><br><br>Figure 1 of GB '803. |

|  | "This invention relates to a safety cap for capping and uncapping an oil and or gas well." (GB '803, pg. 1, ll. 10-12). |
|---|---|
| a hydraulic controlled connector (**14**) to attach a cylindrical valve chamber (**16**), or to attach to an intermittent pipe (**18**) connectable to a cylindrical valve chamber (**16**), to the flow pipe (P) in which the connector (**14**) has a hydraulic clamp (**20**) to grab the pipe (P), or to grab a flange (F) on the pipe (P), to hold the cap valve (**12**) in position; | GB '803 in view of the '408 Patent discloses a hydraulic controlled connector to attach a cylindrical valve chamber, or to attach to an intermittent pipe connectable to a cylindrical valve chamber, to the flow pipe in which the connector has a hydraulic clamp to grab the pipe, or to grab a flange on the pipe, to hold the cap valve in position.<br><br>GB '803 discloses an anchoring member for attaching a cylindrical valve chamber to the flow pipe to hold the cap valve in position. "The safety cap 4 is connected with the anchoring member 3 via threaded portions at P1 and sealed with sealing rings P2, P3." (GB '803, pg. 1, ll. 52-55). "The safety cap 4 has an open top chamber 4T with ports 7 providing communication between the downstream part 1D of said tubing and the upstream part 1U which is within the anchoring member 3." ('GB '803, pg. 1, ll. 55-60). "A first valve 8 in the safety cap 4 . . . is connected to a movable piston assembly shown generally at 10 said piston assembly comprising a first piston 11 sliding in a first cylinder 12 in the safety cap." (GB '803, pg. 1, ll. 67-78). |

2



Figure of GB '803.

To the extent GB '803 does not disclose a hydraulic controlled connector, the '408 Patent discloses a hydraulic controlled connector to attach a cylindrical valve chamber or to attach to an intermittent pipe connectable to a cylindrical valve chamber, to the flow pipe in which the connector has a hydraulic clamp to grab the pipe, or to grab a flange on the pipe, to hold the cap valve in position.

The '408 Patent discloses a clamping connection mechanism for coupling flanged pipe assemblies ('408 Patent, col. 1; ll. 5-7; Figs. 1-4) where the connecting mechanism is

hydraulically actuated ('408 Patent, col. 1, ll. 66-74).

"The coupler includes a plurality of clamp assemblies mounted on and spaced circumferentially around the end flange of the arm, and power supplied by a hydraulic, pneumatic or electric motor is transmitted through a belt, chain or gear drive unit, a screw shaft, and a toggle link assembly to open and close hook-shaped clamp arms about the manifold flange." ('408 Patent, Abstract).



Figure 1 of the '408 Patent.

| | "[T]his invention relates to quick connect and release-type pipe couplers with hook-shaped clamps for gripping and holding the end flanges of two pipes in fluid-tight contact, and with toggle link-type assemblies for transmitting hydraulic or electric power to the clamps for opening and closing them." ('408 Patent, col. 1, ll. 6-11).<br><br>It would have been obvious to a person of ordinary skill in the art at the time of the application for the '393 Patent to combine the hydraulic controlled connector of the '408 Patent with the cap valve of GB '803 to provide a quick connection between the cap valve and the tubing that can be opened and closed as taught by the '408 Patent.<br><br>Separately, the Cameron Catalog discloses an HC Collect Connector for securing a blowout preventer stack to the wellhead. (Cameron Catalog, p. 682). The collet connector forms a tight seal while withstanding the bending stresses and separating forces caused by well pressure, riser tension, and vessel motion. (*Id.*). As disclosed in the Cameron Catalog, the HC Collet Connectors lock to the mating hub by means of pivoted locking segments shaped like tapered fingers, which guide the connector into position and clamp to the mating hub to secure the connection. (*Id.*). Additionally, the Cameron Catalog discloses that the collect connector is actuated by hydraulic cylinders. (*Id.*). |

<table>
<tr><td></td><td><br><br>Image from pg. 682 of the Cameron Catalog.<br><br>It would have been obvious to a person of ordinary skill in the art at the time of the application for the '393 Patent to combine the hydraulic controlled connector of the Cameron Catalog with GB '803 to provide a hydraulic connection between the cap valve and the flow pipe that provides a tight seal while withstanding the bending stresses and separating forces caused by well pressure, as taught by the Cameron Catalog.</td></tr>
<tr><td>outlet ports (**22**) disposed in the cap valve (**12**), or in the intermittent pipe (**18**), above the hydraulic clamp (**20**) to permit high pressure flow to continue while the connector (**14**) is being installed on the pipe (P); and</td><td>GB '803 in view of the '408 Patent or the Cameron Catalog and the '354 Patent discloses outlet ports disposed in the cap valve, or in the intermittent pipe, above the hydraulic clamp to permit high pressure flow to continue while the connector is being installed on the pipe.<br><br>GB '803 discloses multiple openings in the cylindrical valve chamber that can permit outward flow of high pressure fluids.  As shown, GB '803 discloses outlet ports 7 disposed in the cylindrical valve chamber.  "[T]he invention [] provide[s] a controllable safety cap for capping and uncapping an oil and or gas well, said safety cap having an open top chamber adapted to be connected to an anchoring member, side ports in the said open top chamber." (GB '803, pg. 1, ll. 13-19).  "[P]orts 7 provid[e] communication between the downstream part</td></tr>
</table>

6

1D of said tubing and the upstream part 1U." (GB '803, pg. 1, ll. 56-59).



Figure of GB '803.

The '408 Patent discloses a hydraulic clamp. "[T]his invention relates to quick connect and release-type pipe couplers with hook-shaped clamps for gripping and holding the end flanges of two pipes in fluid-tight contact, and with toggle link-type assemblies for transmitting hydraulic or electric power to the clamps for opening and closing them." ('408 Patent, col. 1, ll. 6-11).

Separately, the Cameron Catalog discloses an HC Collet Connector for securing a blowout preventer stack to the wellhead. (Cameron Catalog, p. 682). The collet connector forms a

7

tight seal while withstanding the bending stresses and separating forces caused by well pressure, riser tension, and vessel motion. (*Id*.). As disclosed in the Cameron Catalog, the HC Collet Connectors lock to the mating hub by means of pivoted locking segments shaped like tapered fingers, which guide the connector into position and clamp to the mating hub to secure the connection. (*Id*.). Additionally, the Cameron Catalog discloses that the collet connector is actuated by hydraulic cylinders. (*Id*.).



Image from pg. 682 of the Cameron Catalog.

The hydraulic connector of the '408 Patent or the hydraulic connector of the Cameron Catalog coupled between the cap valve of GB '803 and a wellhead or tubular provides outlet ports positioned above the hydraulic clamp. Moreover, the spatial relationship between the outlet ports and the clamps of the hydraulic connector is an obvious matter of design choice.

Positioning the hydraulic connector to the lower end of the cap valve of GB '803 to connect the valve to the wellhead permits high pressure flow to continue while the connector is being installed on the pipe. Moreover, the fluid pressure in pressure fluid conduit 21 and therefore in first cylinder 12 may be maintained during installation so as to keep first valve 8 open. (GB '803, pg. 2, ll. 1-15; 28-45). That is, the movable piston assembly 10 remains withdrawn

8

| | |
|---|---|
| | within the first cylinder 12 so that the valve 8, disposed on the end of the piston assembly, is positioned within cylindrical chamber 4T with its lower end on seat 4B such that ports 7 remain open. (*Id.*)

To the extent GB '803 and the '408 Patent or Cameron Catalog do not specifically disclose the outlet ports permit high pressure flow to continue while the connector is being installed on the pipe, the '354 Patent discloses such feature.  Specifically, the '354 Patent discloses an apparatus and method for capping a blowing well including a hydraulically activated clamp for engaging the exposed well pipe stem and a hydraulically operate shut off valve. ('354 Patent, Abstract).

The '354 Patent discloses activating (closing) the valve for finally throttling the flow through the pipe stem after the apparatus 20 is in place. ('354 Patent, col. 2, ll. 65-68).



Fig. 1 of the '354 Patent. |

|  | "In operation, the apparatus 20, with valve 22 being in the full-open position, is maneuvered [sic] over the flowing pipe stem 10 and lowered until clamp 54, also in the full-open position, surrounds the pipe stem 10 and the plug 42 just contacts the pipe stem end 16. The flow passage through the apparatus 20 afforded by valve passageway 24 and the plug bore 44 is expected to provide an acceptably low flow resistance to the maneuvering [sic] and lowering steps." ('354 Patent, col. 4, ll. 20-28).  "Following the clamping procedure, the hydraulic closure cylinders 72 are activated through hydraulic connections 80 to displace the tapered plug 42 axially into a press-fit engagement with pipe stem end 16 until sealing rings 50 are engaged and/or until a sufficient interference fit is obtained." ('354 Patent, col. 4, ll. 36-41). "Finally, BOP valve 22 is activated through hydraulic connections 30 and the double-ram pistons 26, 28 close off the passageway 24 to throttle and stop the fluid flow 14." ('354 Patent, col. 4, ll. 48-51).<br><br>It would have been obvious to one of ordinary skill in the art at the time of filing of the application for the '393 Patent to combine the hydraulic controlled connecting clamp of the '408 Patent with the cap valve and outlet ports of GB '803 such that the outlet ports are above the hydraulic clamp and to permit high pressure fluid flow through the ports of GB '803 while the connector is installed as taught by '354 Patent.  Such combination would be obvious so as to provide means to reliably actuate the clamp while providing sufficient coupling force to ensure a seal while relieving pressure within the pipe as required and to allow the cap valve to be installed with low flow resistance to the maneuvering and lowering of the cap valve onto the pipe while the clamp is actuated. |
| a valve hydraulic cylinder (**24**) encompassing a primary hydraulic ram (**26**) which has an adjustable flow primary seal (**28**) thereon disposed within the cylindrical valve chamber (**16**) to telescopically close or open access to the outlet ports (**22**) by moving the primary seal (**28**) into position to open or block fluid communication through the outlet ports (**22**). | GB '803 discloses a valve hydraulic cylinder encompassing a primary hydraulic ram which has an adjustable flow primary seal thereon disposed within the cylindrical valve chamber to telescopically close or open access to the outlet ports by moving the primary seal into position to open or block fluid communication through the outlet ports.<br><br>Specifically, GB '803 discloses a valve hydraulic cylinder (12) encompassing a primary hydraulic ram (10) which has an adjustable flow primary seal (at element indicated at 8) thereon disposed within the cylindrical valve chamber (4T) to telescopically close or open access to the outlet ports (7) by moving the primary seal into position to open or block fluid communication through the outlet ports. The hydraulic ram (10) is a unitary piston-like device located in the valve chamber 4T and moves in response to fluid pressure from pressure fluid conduit 21.  (GB '803, pg. 2, ll. 1-15; 28-45).  The piston 10 and valve 8 disposed thereon extend to close and retract to open the multiple openings (ports 7) in the cylindrical valve chamber 4T to permit outward flow of high pressure fluids from 1D to 1U. |



Figure of GB '803.

"A first valve 8 in the safety cap 4 can occupy two positions, a first position that opens the ports 7 (as shown in the Figure) when the lower surface of the valve 8 is on its lower seat 4B and a second position that closes said ports 7, the upper surface of the valve 8 bearing on an upper valve seat 4A. The first valve 8 is connected to a movable piston assembly shown generally at 10 said piston assembly comprising a first piston 11 sliding in a first cylinder 12 in the safety cap which first piston 11 is biased by a first helical compression spring 13 toward GG1." (GB '803, pg, 1, ll., 67-80).

11

| | |
|---|---|
| | "Closure of the safety cap 4 is effected from the ground surface GG1 by reducing the fluid pressure of the propellant in the pressure fluid conduit 21 and hence in the first cylinder 12, so that the movable piston assembly slides upwards as a result of expansion of the first helical compression spring 13 and the pressure of the effluent on the exposed area of the extension 11B of first piston 11 and on the area of second piston 14 produced via the second duct 22." (GB '803, pg. 2, ll. 27-41).  "The first valve 8 is thereby forced to its seat 4A and this closes the ports 7 so that hydraulic communication between the upstream part 1U and the downstream part 1D of the tubing 1 is prevented." (GB '803, pg. 2, ll. 41-45). |

**EXHIBIT J: Marine Well Containment Company's Local P.R. 3-6(c)(1), P.R. 3-6(c)(2), and P.R. 3-6(a) Claim Chart -
Claim 1 of U.S. Patent No. 8,833,393 is Rendered Obvious by GB Patent No. 1,487,803 ("GB '803") in view of U.S. Patent No.
6,609,572 ("'572 Patent"), and U.S. Patent No. 4,461,354 ("'354 Patent").**

**Claim 10 of U.S. Patent No. 8,833,393 is Rendered Obvious by GB '803 in view of the '572 Patent.**

| U.S. Patent No. 8,833,393 | GB '803, the '572 Patent, and the '354 Patent |
|---|---|
| 1. A cap valve (12) to shut off a runaway high pressure flow pipe (P), comprising: | GB '803 discloses a cap valve to shut off a runaway high pressure flow pipe. |

1



Figure 1 of GB '803.

"This invention relates to a safety cap for capping and uncapping an oil and or gas well." (GB '803, pg. 1, ll. 10-12).

| a hydraulic controlled connector (**14**) to attach a cylindrical valve chamber (**16**), or to attach to an intermittent pipe (**18**) connectable to a cylindrical valve chamber (**16**), to the flow pipe (P) in | GB '803 in view of the '572 Patent discloses a hydraulic controlled connector to attach a cylindrical valve chamber, or to attach to an intermittent pipe connectable to a cylindrical valve chamber, to the flow pipe in which the connector has a hydraulic clamp to grab the pipe, or to grab a flange on the pipe, to hold the cap valve in position.

GB '803 discloses an anchoring member for attaching a cylindrical valve chamber to the |

2

| | |
|---|---|
| which the connector (**14**) has a hydraulic clamp (**20**) to grab the pipe (P), or to grab a flange (F) on the pipe (P), to hold the cap valve (**12**) in position; | flow pipe to hold the cap valve in position.  "The safety cap 4 is connected with the anchoring member 3 via threaded portions at P1 and sealed with sealing rings P2, P3." (GB '803, pg. 1, ll. 52-55).   "The safety cap 4 has an open top chamber 4T with ports 7 providing communication between the downstream part 1D of said tubing and the upstream part 1U which is within the anchoring member 3." ('GB '803, pg. 1, ll. 55-60). "A first valve 8 in the safety cap 4 … is connected to a movable piston assembly shown generally at 10 said piston assembly comprising a first piston 11 sliding in a first cylinder 12 in the safety cap." (GB '803, pg. 1, ll. 67-78). <br><br>  <br> Figure 1 of GB '803 |

3

| | To the extent GB '803 does not disclose a hydraulic controlled connector, the '572 Patent discloses a hydraulic controlled connector to attach a cylindrical valve chamber or to attach to an intermittent pipe connectable to a cylindrical valve chamber, to the flow pipe in which the connector has a hydraulic clamp to grab the pipe, or to grab a flange on the pipe.

The '572 Patent discloses a riser connector that connects a riser to a blowout preventer stack (BOP stack).  ('572 Patent, col. 3, ll. 20-24).  "The riser connector **19** includes gripping members **26** which are illustrated in a clamping position in which they clamp an insert **64** which forms part of a hub **25**. The hub **25** is connected to a not illustrated marine riser by bolts **66**, i.e. the hub **25** forms a lower end of the riser." ('572 Patent, col. 3, ll. 26-31).

Furthermore, the '572 Patent describes the riser connector as being a "widely used riser connector manufactured by "Cameron"." ('572 Patent, col. 3, ll. 37-38).  The riser connector is shown in Figure 1 of the '572 Patent. |

4



### FIG.1
PRIOR ART

Figure 1 of '572 Patent.

"The gripping members **26** have the shape of gripping fingers. The gripping fingers **26**have projections **62**, which in the illustrated clamping position mate with and clamp corresponding projections **63** of the insert **64**. In the clamping position the gripping fingers **26** are radially locked by a lock element **27**, formed by a cam ring, which is then said to be in its lock position." ('572 Patent, col. 3, ll. 38-45).  "The movement of the cam ring **27** between the lock position and the unlock position is done by hydraulic actuators **28**, located in a housing **65**, and hydraulic circuitry for [sic] pressurizing the actuators." ('572 Patent, col. 3, ll. 59-62).

It would have been obvious to a person of ordinary skill in the art at the time of the application for the '393 Patent to combine the hydraulic controlled connector of the '572

5

| | |
|---|---|
| | Patent with the cap valve of GB '803 to provide a hydraulic connection between the cap valve and the pipe that can be remotely opened and closed as taught by the '572 Patent. |
| outlet ports (**22**) disposed in the cap valve (**12**), or in the intermittent pipe (**18**), above the hydraulic clamp (**20**) to permit high pressure flow to continue while the connector (**14**) is being installed on the pipe (P); and | GB '803 in view of the '572 Patent and the '354 Patent discloses outlet ports disposed in the cap valve, or in the intermittent pipe, above the hydraulic clamp to permit high pressure flow to continue while the connector is being installed on the pipe.<br><br>GB '803 discloses multiple openings in the cylindrical valve chamber that can permit outward flow of high pressure fluids. As shown, GB '803 discloses outlet ports 7 disposed in the cap valve, or in the intermittent pipe. "[T]he invention [] provide[s] a controllable safety cap for capping and uncapping an oil and or gas well, said safety cap having an open top chamber adapted to be connected to an anchoring member, side ports in the said open top chamber." (GB '803, pg. 1, ll. 13-19). "[P]orts 7 provid[e] communication between the downstream part 1D of said tubing and the upstream part 1U." (GB '803, pg. 1, ll. 56-59). |



Figure of GB '803.

The '572 Patent discloses a hydraulic clamp. "The movement of the cam ring **27** between the lock position and the unlock position is done by hydraulic actuators **28**, located in a housing **65**, and hydraulic circuitry for [sic] pressurizing the actuators." ('572 Patent, col. 3, ll. 59-62). "The riser connector **19** includes gripping members **26** which are illustrated in a clamping position in which they clamp an insert **64** which forms part of a hub **25**." ('572 Patent, col. 3, ll. 26-29).

Positioning the hydraulic connector to the lower end of the cap valve of GB '803 to connect the valve to the wellhead permits high pressure flow to continue while the connector is being

installed on the pipe.  Moreover, the fluid pressure in pressure fluid conduit 21 and therefore in first cylinder 12 may be maintained during installation so as to keep first valve 8 open. (GB '803, pg. 2, ll. 1-15; 28-45). That is, the movable piston assembly 10 remains withdrawn within the first cylinder 12 so that the valve 8, disposed on the end of the piston assembly, is positioned within cylindrical chamber 4T with its lower end on seat 4B such that ports 7 remain open. (*Id.*)

To the extent GB '803 and the '572 Patent do not specifically disclose the outlet ports permit high pressure flow to continue while the connector is being installed on the pipe, the '354 Patent discloses such feature.  Specifically, the '354 Patent discloses an apparatus and method for capping a blowing well including a hydraulically activated clamp for engaging the exposed well pipe stem and a hydraulically operate shut off valve.  ('354 Patent, Abstract). The '354 Patent discloses activating (closing) the valve for finally throttling the flow through the pipe stem after the apparatus 20 is in place.  ('354 Patent, col. 2, ll. 65-68).



8

| | Fig. 1 of the '354 Patent. |
|---|---|
| | "In operation, the apparatus 20, with valve 22 being in the full-open position, is maneuvered [sic] over the flowing pipe stem 10 and lowered until clamp 54, also in the full-open position, surrounds the pipe stem 10 and the plug 42 just contacts the pipe stem end 16. The flow passage through the apparatus 20 afforded by valve passageway 24 and the plug bore 44 is expected to provide an acceptably low flow resistance to the maneuvering [sic] and lowering steps." ('354 Patent, col. 4, ll. 20-28).  "Following the clamping procedure, the hydraulic closure cylinders 72 are activated through hydraulic connections 80 to displace the tapered plug 42 axially into a press-fit engagement with pipe stem end 16 until sealing rings 50 are engaged and/or until a sufficient interference fit is obtained." ('354 Patent, col. 4, ll. 36-41). "Finally, BOP valve 22 is activated through hydraulic connections 30 and the double-ram pistons 26, 28 close off the passageway 24 to throttle and stop the fluid flow 14." ('354 Patent, col. 4, ll. 48-51). |
| | It would have been obvious to one of ordinary skill in the art at the time of filing of the application for the '393 Patent to combine the cap valve and outlet ports of GB '803 with the hydraulic controlled connecting clamp of the '572 Patent such that the outlet ports are above the hydraulic clamp and to permit high pressure fluid flow through the ports of GB '803 while the connector is installed as taught by '354 Patent.  Such combination would be obvious so as to provide a hydraulic connection between the cap valve and the tubing that can be remotely opened and closed and to allow the cap valve to be installed with low flow resistance to the maneuvering and lowering of the cap valve onto the pipe while the clamp is actuated. |
| a valve hydraulic cylinder (**24**) encompassing a primary hydraulic ram (**26**) which has an adjustable flow primary seal (**28**) thereon disposed within the cylindrical valve chamber (**16**) to telescopically close or open access to the outlet ports (**22**) by moving the primary seal (**28**) into position to open or block fluid communication through the outlet ports (**22**). | GB '803 discloses a valve hydraulic cylinder encompassing a primary hydraulic ram which has an adjustable flow primary seal thereon disposed within the cylindrical valve chamber to telescopically close or open access to the outlet ports by moving the primary seal into position to open or block fluid communication through the outlet ports. Specifically, GB '803 discloses a valve hydraulic cylinder (12) encompassing a primary hydraulic ram (10) which has an adjustable flow primary seal (indicated at element 8) thereon disposed within the cylindrical valve chamber (4T) to telescopically close or open access to the outlet ports (7) by moving the primary seal into position to open or block fluid communication through the outlet ports. The hydraulic ram (10) is a unitary piston-like device located in the valve chamber 4T and moves in response to fluid pressure from pressure fluid conduit 21.  (GB '803, pg. 2, ll. 1-15; 28-45).  The piston 10 and valve 8 disposed thereon extend to close and retract to open the multiple openings (ports 7) in the |

9

cylindrical valve chamber 4T to permit outward flow of high pressure fluids from 1D to 1U.



Figure 1 of GB '803.

"A first valve 8 in the safety cap 4 can occupy two positions, a first position that opens the ports 7 (as shown in the Figure) when the lower surface of the valve 8 is on its lower seat 4B and a second position that closes said ports 7, the upper surface of the valve 8 bearing on an upper valve seat 4A. The first valve 8 is connected to a movable piston assembly shown generally at 10 said piston assembly comprising a first piston 11 sliding in a first cylinder 12 in the safety cap which first piston 11 is biased by a first helical compression spring 13

| | toward GG1." (GB '803, pg. 1, ll. 67-80).<br><br>"Closure of the safety cap 4 is effected from the ground surface GG1 by reducing the fluid pressure of the propellant in the pressure fluid conduit 21 and hence in the first cylinder 12, so that the movable piston assembly slides upwards as a result of expansion of the first helical compression spring 13 and the pressure of the effluent on the exposed area of the extension 11B of first piston 11 and on the area of second piston 14 produced via the second duct 22." (GB '803, pg. 2, ll. 27-41).  "The first valve 8 is thereby forced to its seat 4A and this closes the ports 7 so that hydraulic communication between the upstream part 1U and the downstream part 1D of the tubing 1 is prevented." (GB '803, pg. 2, ll. 41-45). |
|---|---|
| 10. A cap valve (**12**) to shut off a runaway high pressure flow pipe (P), comprising: | GB '803 discloses a cap valve to shut off a runaway high pressure flow pipe. |

11



Figure 1 of GB '803.

"This invention relates to a safety cap for capping and uncapping an oil and or gas well." (GB '803, pg. 1, ll. 10-12).

| a hydraulic controlled connector (**14**) to attach a cylindrical valve chamber (**16**), or to attach to an intermittent pipe (**18**) connectable to a cylindrical valve chamber (**16**), to the flow pipe (P) in which the connector (**14**) has a | GB '803 in view of the '572 Patent discloses a hydraulic controlled connector to attach a cylindrical valve chamber, or to attach to an intermittent pipe connectable to a cylindrical valve chamber, to the flow pipe in which the connector has a hydraulic clamp to grab the pipe, or to grab a flange on the pipe, to hold the cap valve in position.<br><br>GB '803 discloses an anchoring member for attaching a cylindrical valve chamber to the flow pipe to hold the cap valve in position. "The safety cap 4 is connected with the |

| | |
|---|---|
| hydraulic clamp (**20**) to grab the pipe (P), or to grab a flange (F) on the pipe (P), to hold the cap valve (**12**) in position; and | anchoring member 3 via threaded portions at P1 and sealed with sealing rings P2, P3." (GB '803, pg. 1, ll. 52-55).   "The safety cap 4 has an open top chamber 4T with ports 7 providing communication between the downstream part 1D of said tubing and the upstream part 1U which is within the anchoring member 3." ('GB '803, pg. 1, ll. 55-60). "A first valve 8 in the safety cap 4 . . .  is connected to a movable piston assembly shown generally at 10 said piston assembly comprising a first piston 11 sliding in a first cylinder 12 in the safety cap." (GB '803, pg. 1, ll. 67-78). <br><br>  <br><br> Figure 1 of GB '803. |

|  | To the extent GB '803 does not disclose a hydraulic controlled connector, the '572 Patent discloses a hydraulic controlled connector to attach a cylindrical valve chamber or to attach to an intermittent pipe connectable to a cylindrical valve chamber, to the flow pipe in which the connector has a hydraulic clamp to grab the pipe, or to grab a flange on the pipe, to hold the cap valve in position.<br><br>The '572 Patent discloses a riser connector that connects a riser to a blowout preventer stack (BOP stack).  ('572 Patent, col. 3, ll. 20-24).  "The riser connector **19** includes gripping members **26** which are illustrated in a clamping position in which they clamp an insert **64** which forms part of a hub **25**. The hub **25** is connected to a not illustrated marine riser by bolts **66**, i.e. the hub **25** forms a lower end of the riser." ('572 Patent, col. 3, ll. 26-31).<br><br>Furthermore, the '572 Patent describes the riser connector as being a "widely used riser connector manufactured by "Cameron"." ('572 Patent, col. 3, ll. 37-38).  The riser connector is shown in Figure 1 of the '572 Patent. |
|---|---|



## FIG.1
PRIOR ART

Figure 1 of '572 Patent.

"The gripping members **26** have the shape of gripping fingers. The gripping fingers **26** have projections **62**, which in the illustrated clamping position mate with and clamp corresponding projections **63** of the insert **64**. In the clamping position the gripping fingers **26** are radially locked by a lock element **27**, formed by a cam ring, which is then said to be in its lock position." ('572 Patent, col. 3, ll. 38-45). "The movement of the cam ring **27** between the lock position and the unlock position is done by hydraulic actuators **28**, located in a housing **65**, and hydraulic circuitry for [sic] pressurizing the actuators." ('572 Patent, col. 3, ll. 59-62).

It would have been obvious to a person of ordinary skill in the art at the time of the application for the '393 Patent to combine the hydraulic controlled connector of the '572

| | |
|---|---|
| | Patent with the cap valve of GB '803 to provide a hydraulic connection between the cap valve and the tubing that can be remotely opened and closed as taught by the '572 Patent. |
| a valve hydraulic cylinder (**24**) encompassing a primary hydraulic ram (**26**) which has an adjustable flow primary seal (**28**) thereon disposed within the cylindrical valve chamber (**16**) to telescopically close or open to outlet ports (**22**) by moving the primary seal (**28**) into position to open or block fluid communication through the outlet ports (**22**). | GB '803 discloses a valve hydraulic cylinder encompassing a primary hydraulic ram which has an adjustable flow primary seal thereon disposed within the cylindrical valve chamber to telescopically close or open access to outlet ports by moving the primary seal into position to open or block fluid communication through the outlet ports. <br><br> Specifically, GB '803 discloses a valve hydraulic cylinder (12) encompassing a primary hydraulic ram (10) which has an adjustable flow primary seal (at element 8) thereon disposed within the cylindrical valve chamber (4T) to telescopically close or open access to the outlet ports (7) by moving the primary seal into position to open or block fluid communication through the outlet ports. The hydraulic ram (10) is a unitary piston-like device located in the valve chamber 4T and moves in response to fluid pressure from pressure fluid conduit 21.  (GB '803, pg. 2, ll. 1-15; 28-45).  The piston 10 and valve 8 disposed thereon extend to close and retract to open the multiple openings (ports 7) in the cylindrical valve chamber 4T to permit outward flow of high pressure fluids from 1D to 1U. |



Figure 1 of GB '803.

"A first valve 8 in the safety cap 4 can occupy two positions, a first position that opens the ports 7 (as shown in the Figure) when the lower surface of the valve 8 is on its lower seat 4B and a second position that closes said ports 7, the upper surface of the valve 8 bearing on an upper valve seat 4A. The first valve 8 is connected to a movable piston assembly shown generally at 10 said piston assembly comprising a first piston 11 sliding in a first cylinder 12 in the safety cap which first piston 11 is biased by a first helical compression spring 13 toward GG1." (GB '803, pg. 1, ll. 67-80).

"Closure of the safety cap 4 is effected from the ground surface GG1 by reducing the fluid

| | |
|---|---|
| | pressure of the propellant in the pressure fluid conduit 21 and hence in the first cylinder 12, so that the movable piston assembly slides upwards as a result of expansion of the first helical compression spring 13 and the pressure of the effluent on the exposed area of the extension 11B of first piston 11 and on the area of second piston 14 produced via the second duct 22." (GB '803, pg. 2, ll. 27-41).  "The first valve 8 is thereby forced to its seat 4A and this closes the ports 7 so that hydraulic communication between the upstream part 1U and the downstream part 1D of the tubing 1 is prevented." (GB '803, pg. 2, ll. 41-45). |

**EXHIBIT L: Marine Well Containment Company's Local P.R. 3-6(c)(1), P.R. 3-6(c)(2), and P.R. 3-6(a) Claim Chart - Claims 1 and 10 of U.S. Patent No. 8,833,393 are Rendered Obvious by U.S. Patent No. 4,461,354 ("'354 Patent") in view of U.S. Patent No. 4,567,915 ("'915 Patent")**

| U.S. Patent No. 8,833,393 | The '354 Patent and the '915 Patent |
|---|---|
| 1. A cap valve (12) to shut off a runaway high pressure flow pipe (P), comprising: | The '354 Patent discloses a cap valve to shut off a runaway high pressure flow pipe. Fig. 1 of the '354 Patent. <br><br> "Apparatus and associated method for capping a blowing well, one embodiment of the apparatus including a hydraulically activated clamp for engaging the exposed well pipe stem, a hydraulically operated shut off valve having a tapered fitting and hydraulically activated pistons connecting the clamp and the valve for axially displacing the fitting into sealing |

1

| | engagement with the open end of the pipe stem." ('354 Patent, Abstract). |
|---|---|
| a hydraulic controlled connector (**14**) to attach a cylindrical valve chamber (**16**), or to attach to an intermittent pipe (**18**) connectable to a cylindrical valve chamber (**16**), to the flow pipe (P) in which the connector (**14**) has a hydraulic clamp (**20**) to grab the pipe (P), or to grab a flange (F) on the pipe (P), to hold the cap valve (**12**) in position; | The '354 Patent in view of the '915 patent discloses a hydraulic controlled connector to attach a cylindrical valve chamber, or to attach to an intermittent pipe connectable to a cylindrical valve chamber, to the flow pipe in which the connector has a hydraulic clamp to grab the pipe, or to grab a flange on the pipe, to hold the cap valve in position.<br><br>The '354 Patent discloses an apparatus 20 for capping a "blowing" well such as a well pipe stem 10 projecting above the ocean floor 12. ('354 Patent, col. 2, ll. 52-55).  The apparatus 20 includes a valve for finally throttling the flow through the pipe stem.  The valve may be a hydraulically activated blow-out preventer (BOP) valve, as shown in Figure 1. ('354 Patent, col. 2, l. 65 – col. 3, l. 8).<br><br> |

| | |
|---|---|
| | Fig. 1 of the '354 Patent.<br><br>The '354 Patent further discloses means for clamping the apparatus to the pipe stem.  ('354 Patent, col. 3, ll. 39-41).  "As embodied herein, and as seen in FIGS. 1 and 2, clamping means 52 includes a split-type hollow bore clamp 54 with opposing sections 54a, 54b. Preferably, a plurality of hardened jaws 56 are positioned in the bore 58 of clamp 54 to provide a non-slip engagement with OD 19 of pipe stem 10 upon activation of clamp 54. Jaws 56 can be permanently fixed to clamp 54 as shown or preferably can be adjustable to accommodate different pipe stems sizes." ('354 Patent, col. 3, ll. 41-49).<br><br>"In the embodiment shown in FIGS. 1 and 2, sections 54a, 54b are urged together by a hydraulic cylinder 60 acting between mounting frame 62 and clamp section 54b. A plurality of threaded rods 64 are attached to and connect the frame 62 and the clamp section 54a and guide the movement of clamp section 54b via guides 66 into engagement with pipe stem 10. Hydraulic cylinder 60 is activated through hydraulic connections 68. It is evident that other means can be utilized to activate clamp 54 and such variations are considered within the scope of the present invention." ('354 Patent, col. 3, ll. 50-60).<br><br>In operation, the '354 Patent discloses attaching the apparatus 20 to the flowing pipe stem by axially aligning and contacting the plug 42 of the apparatus 20 with pipe stem end 16, and activating the clamp closing hydraulic cylinder 60, thereby forcing the clamp sections 54a, 54b to engage pipe stem 10. (*See* '354 Patent, col. 4, ll. 20-35).<br><br>To the extent the '354 Patent does not explicitly disclose a cylindrical valve chamber, the '915 Patent does.  Specifically, the '915 Patent discloses a control valve used in high pressure fluid transfer systems.  ('915 Patent, col. 1, ll. 8-10).  The '915 Patent describes the valve and other prior art valves as designed to break up the flow through the valve into a multitude of small streams which are then led through convoluted paths to produce energy losses in the fluid. ('915 Patent, col. 1, ll. 20-26).<br><br>The valve includes housing 12 with a central fluid chamber 13.  ('915 Patent, col. 2, ll. 65-66). A valve trim cage 17 is positioned in the fluid chamber 13 and includes a cylindrical sleeve 23 (41, Figs. 4, 5) defining a bore 11. ('915 Patent, col. 3, ll. 12-13; 17-18).  Figure 1 of '915 Patent shows a flow-over-plug design where the flow enters the sleeve radially at 14 and exits through passage 15, while Figures 4 and 5 show a flow-under-plug design where the flow enters through passage 15 and exits radially through 14.  ('915 Patent, col. 3, 31-34; |

3

col. 5, ll. 56-61). However, it is noted that the valve trim performs in the same way to accomplish the same energy loss control result as that shown in Figs. 1-3. ('915 Patent, col. 5, l. 61-col. 6, l. 12). The passage 15 is closed when a plug is moved down within the bore 11. ('915 Patent, col. 3, ll. 8-12). Figure 1 of the '915 Patent, below, shows the cylindrical valve chamber defined by the cylindrical sleeve 23 (41, Figs. 4, 5).



Fig. 1 of the '915 Patent.

It would have been obvious to a person of ordinary skill in the art at the time of the application for the '393 Patent to combine the valve trim cage assembly of the '915 Patent with the capping apparatus of the '354 Patent to provide the cap valve with a cylindrical valve chamber to produce energy losses in the fluid and thereby control the fluid through the cap valve and shut off a runway high pressure flow pipe.

| | |
|---|---|
| | Thus, the '354 Patent in view of the '915 Patent together disclose a cap valve to shut off a runaway high pressure flow pipe having a hydraulic controlled connector to attach a cylindrical valve chamber to the flow pipe in which the connector has a hydraulic clamp to grab the pipe, or to grab a flange on the pipe to hold the cap valve in position. |
| outlet ports (**22**) disposed in the cap valve (**12**), or in the intermittent pipe (**18**), above the hydraulic clamp (**20**) to permit high pressure flow to continue while the connector (**14**) is being installed on the pipe (P); and | The '354 Patent in view of the '915 Patent discloses outlet ports disposed in the cap valve, or in the intermittent pipe, above the hydraulic clamp to permit high pressure flow to continue while the connector is being installed on the pipe.<br><br>The '354 Patent discloses an apparatus and method for capping a blowing well including a hydraulically activated clamp for engaging the exposed well pipe stem and a hydraulically operated shut off valve. ('354 Patent, Abstract). The '354 Patent discloses activating (closing) the valve for finally throttling the flow through the pipe stem after the apparatus 20 is in place. ('354 Patent, col. 2, ll. 65-68). |

5



Fig. 1 of the '354 Patent.

"In operation, the apparatus 20, with valve 22 being in the full-open position, is maneuvered [sic] over the flowing pipe stem 10 and lowered until clamp 54, also in the full-open position, surrounds the pipe stem 10 and the plug 42 just contacts the pipe stem end 16. The flow passage through the apparatus 20 afforded by valve passageway 24 and the plug bore 44 is expected to provide an acceptably low flow resistance to the maneuvering [sic] and lowering steps." ('354 Patent, col. 4, ll. 20-28).  "Following the clamping procedure, the hydraulic closure cylinders 72 are activated through hydraulic connections 80 to displace the tapered plug 42 axially into a press-fit engagement with pipe stem end 16 until sealing rings 50 are engaged and/or until a sufficient interference fit is obtained." ('354 Patent, col. 4, ll. 36-41). "Finally, BOP valve 22 is activated through hydraulic connections 30 and the double-ram pistons 26, 28 close off the passageway 24 to throttle and stop the fluid flow 14." ('354 Patent, col. 4, ll. 48-51).

| | The valve may be a hydraulically activated blow-out preventer (BOP) valve, as shown in Figure 1. ('354 Patent, col. 2, l. 65 – col. 3, l. 8).  More specifically, the '354 Patent discloses the valve may be an opposed double-piston type BOP valve similar to that shown in U.S. Pat. No. 3,272,222. ('354 Patent, col. 3, ll. 1-5).  These valves are characterized by a central fluid passageway 24 closable by opposing ram pistons 26, 28 which are pressure activated through appropriate hydraulic connections 30. ('354 Patent, col. 3, ll. 5-8).  Further, the '354 Patent discloses "other valve types such as hydraulically operated gate valves (not shown) can be used and are also considered within the scope of the invention." ('354 Patent, col. 3, ll. 15-18).<br><br>Thus, the '354 Patent discloses permitting high pressure flow to continue while the connector is being installed on the pipe.  To the extent that the '354 Patent does not explicitly disclose multiple openings in they cylindrical valve chamber or in the intermittent pipe that can permit outward flow of high pressure fluids, the '915 Patent does.<br><br>Specifically, the '915 Patent discloses multiple openings in the cylindrical valve chamber that can permit outward flow of high pressure fluids.  The valve includes housing 12 with a central fluid chamber 13.  ('915 Patent, col. 2, ll. 65-66). A valve trim cage 17 is positioned in the fluid chamber 13 and includes a cylindrical sleeve 23 (41, Figs. 4, 5) defining a bore 11.  As shown in Fig. 1 of the '915 Patent, each of the cylindrical trim cage sleeves (e.g., 23, 25, 41, 42, etc.) is provided with a multiplicity of radially extending plenum holes 34 (38).  ('915 Patent, col. 3, 36-39; col. 5, l. 56—col.6, l. 12). |
|---|---|



Fig. 1 of the '915 Patent.

It would have been obvious to one of ordinary skill in the art at the time of the application for the '393 Patent to provide the capping apparatus of the '354 Patent with outlet ports, specifically, with multiple openings in the cylindrical valve chamber that can permit outward flow of high pressure fluids, to produce energy losses in the fluid and thereby control the fluid through the cap valve and shut off a runway high pressure flow pipe, as disclosed in the '915 Patent. Such configuration would also provide that the outlet ports – the multiple openings in the cylindrical valve chamber – are above the hydraulic controlled connector with hydraulic clamp.

| | |
|---|---|
| a valve hydraulic cylinder (**24**) | The '354 Patent in view of the'915 Patent discloses a valve hydraulic cylinder encompassing |

| | |
|---|---|
| encompassing a primary hydraulic ram (**26**) which has an adjustable flow primary seal (**28**) thereon disposed within the cylindrical valve chamber (**16**) to telescopically close or open access to the outlet ports (**22**) by moving the primary seal (**28**) into position to open or block fluid communication through the outlet ports (**22**). | a primary hydraulic ram which has an adjustable flow primary seal thereon disposed within the cylindrical valve chamber to telescopically close or open access to the outlet ports by moving the primary seal into position to open or block fluid communication through the outlet ports.<br><br>Specifically, the '354 Patent discloses a capping apparatus 20 that includes a valve for finally throttling the flow through the pipe stem.  The valve may be a hydraulically activated blow-out preventer (BOP) valve, as shown in Figure 1. ('354 Patent, col. 2, l. 65 – col. 3, l. 8).  More specifically, the '354 Patent discloses the valve may be an opposed double-piston type BOP valve similar to that shown in U.S. Pat. No. 3,272,222. ('354 Patent, col. 3, ll. 1-5).  These valves are characterized by a central fluid passageway 24 closable by opposing ram pistons 26, 28 which are pressure activated through appropriate hydraulic connections 30. ('354 Patent, col. 3, ll. 5-8).  Further, the '354 Patent discloses "other valve types such as hydraulically operated gate valves (not shown) can be used and are also considered within the scope of the invention." ('354 Patent, col. 3, ll. 15-18).  The '354 Patent also discloses "BOP valve 22 is activated through hydraulic connections 30 and the double-ram pistons 26, 28 close off the passageway 24 to throttle and stop the fluid flow 14. Subsequently, drilling fluids can be pumped into the well to help "kill" it and/or fluid can be tapped off through the BOP valve 22 via the flange 36 connection." ('354 Patent, col. 4, ll. 48-53). |



Fig. 1 of the '354 Patent.

The '915 Patent discloses a primary hydraulic ram which has an adjustable flow primary seal thereon disposed within the cylindrical valve chamber to telescopically close or open access to the outlet ports  by moving the primary seal  into position to open or block fluid communication through the outlet ports.  Specifically, the '915 Patent discloses a unitary piston-like device located in the cylindrical valve chamber that moves in response to fluid pressure and which has an adjustable flow primary seal thereon disposed within the cylindrical valve chamber to extend to close and retract to open access to the multiple openings in the cylindrical valve chamber that can permit outward flow of high pressure fluids by moving the primary seal into position to open or block fluid communication through the outlet ports.

The '915 Patent discloses a valve trim cage 17 is positioned in the fluid chamber 13 and includes a cylindrical sleeve 23 (41, Figs. 4, 5) defining a bore 11. ('915 Patent, col. 3, ll. 12-13; 17-18).  Figure 1 of '915 Patent shows a flow-over-plug design where the flow enters the sleeve radially at 14 and exits through passage 15, while Figures 4 and 5 show a flow-under-plug design where the flow enters through passage 15 and exits radially through 14.  ('915 Patent, col. 3, 31-34; col. 5, ll. 56-61).  However, it is noted that the valve trim performs in the same way to accomplish the same energy loss control result as that shown in Figs. 1-3. ('915 Patent, col. 5, l. 61-col. 6, l. 12). As such, Fig. 1 is reproduced below and referenced herein but is equally applicable to fluid flow from passage 15 to passage 14 as from passage 14 to passage 15.



FIG. I

Figure 1 of the '915 Patent.

| | |
|---|---|
| | The '915 Patent further discloses the control valve 10 includes a movable plug 18 slidable through bore 11 forming the central core of valve trim cage 17.  ('915 Patent, col. 3, ll. 1-4). The plug 18 is mounted on one end of an axially movable rod 21 in alignment with seat ring 16.  ('915 Patent, col. 3, 7-8).  The seat ring 16 is positioned in a housing recess surrounding the passage 15 and the plug 18 is adapted to bear against the seat ring 16 to close passage 15. ('915 Patent, col. 3, 8-12). The plug 18 controls the flow through the valve trim cage by covering or uncovering plenum holes 34 in the inner sleeve 23 which open to the bore 11. ('915 Patent, col. 3, ll. 24-27).  The movable rod 21 and the cylindrical plug 18 thereon are reciprocated (telescopically closed or opened) within bore 11 by means of any suitable actuator.  ('915 Patent, col. 3, ll. 21-24). <br><br> To the extent the '915 Patent does not explicitly disclose the types of suitable actuators used to reciprocate the rod 21 and plug 18 within the bore 11, it would have been obvious to one of ordinary skill in the art that such "suitable actuator" includes a valve hydraulic cylinder, as disclosed in for example the '354 Patent. As discussed above, the '354 Patent discloses "other valve types such as hydraulically operated gate valves (not shown) can be used and are also considered within the scope of the invention." ('354 Patent, col. 3, ll. 15-18). <br><br> It would have been obvious to one of ordinary skill in the art at the time of the application for the '393 Patent to provide the capping apparatus of the '354 Patent with a primary hydraulic ram which has an adjustable flow primary seal thereon disposed within the cylindrical valve chamber to telescopically close or open access to the outlet ports by moving the primary seal into position to open or block fluid communication through the outlet ports as disclosed by the '915 Patent, to produce energy losses in the fluid and thereby control the fluid through the capping apparatus and shut off a runway high pressure flow pipe.  Such combination of the '354 Patent and the '915 Patent provides a valve hydraulic cylinder encompassing a unitary piston-like device located in the valve chamber that moves in response to fluid pressure and which has an adjustable flow primary seal thereon disposed within the cylindrical valve chamber to extend to close and retract to open access to the multiple openings in the cylindrical valve chamber that can permit outward flow of high pressure fluids by moving the primary seal into position to open or block fluid communication through the outlet ports. |
| 10. A cap valve (**12**) to shut off a runaway high pressure flow pipe (P), comprising: | The '354 Patent discloses a cap valve to shut off a runaway high pressure flow pipe. |



Fig. 1 of the '354 Patent.

"Apparatus and associated method for capping a blowing well, one embodiment of the apparatus including a hydraulically activated clamp for engaging the exposed well pipe stem, a hydraulically operated shut off valve having a tapered fitting and hydraulically activated pistons connecting the clamp and the valve for axially displacing the fitting into sealing engagement with the open end of the pipe stem." ('354 Patent, Abstract).

| a hydraulic controlled connector (**14**) to attach a cylindrical valve chamber (**16**), or to attach to an intermittent pipe (**18**) connectable to a cylindrical valve chamber (**16**), to the flow pipe (P) in which the connector (**14**) has a hydraulic clamp (**20**) to grab the pipe | The '354 Patent in view of the '915 Patent discloses a hydraulic controlled connector to attach a cylindrical valve chamber, or to attach to an intermittent pipe connectable to a cylindrical valve chamber, to the flow pipe in which the connector has a hydraulic clamp to grab the pipe, or to grab a flange on the pipe, to hold the cap valve in position.<br><br>The '354 Patent discloses an apparatus 20 for capping a "blowing" well such as a well pipe stem 10 projecting above the ocean floor 12. ('354 Patent, col. 2, ll. 52-55). The apparatus 20 includes a valve for finally throttling the flow through the pipe stem. The valve may be a |

13

| | |
|---|---|
| (P), or to grab a flange (F) on the pipe (P), to hold the cap valve (**12**) in position; and | hydraulically activated blow-out preventer (BOP) valve, as shown in Figure 1. ('354 Patent, col. 2, l. 65 – col. 3, l. 8).<br><br><br>Fig. 1 of the '354 Patent.<br><br>The '354 Patent further discloses means for clamping the apparatus to the pipe stem.  ('354 Patent, col. 3, ll. 39-41).  "As embodied herein, and as seen in FIGS. 1 and 2, clamping means 52 includes a split-type hollow bore clamp 54 with opposing sections 54a, 54b. Preferably, a plurality of hardened jaws 56 are positioned in the bore 58 of clamp 54 to provide a non-slip engagement with OD 19 of pipe stem 10 upon activation of clamp 54. Jaws 56 can be permanently fixed to clamp 54 as shown or preferably can be adjustable to accommodate different pipe stems sizes." ('354 Patent, col. 3, ll. 41-49).<br><br>"In the embodiment shown in FIGS. 1 and 2, sections 54a, 54b are urged together by a hydraulic cylinder 60 acting between mounting frame 62 and clamp section 54b. A plurality of threaded rods 64 are attached to and connect the frame 62 and the clamp section 54a and |

guide the movement of clamp section 54b via guides 66 into engagement with pipe stem 10. Hydraulic cylinder 60 is activated through hydraulic connections 68. It is evident that other means can be utilized to activate clamp 54 and such variations are considered within the scope of the present invention." ('354 Patent, col. 3, ll. 50-60).

In operation, the '354 Patent discloses attaching the apparatus 20 having a cylindrical valve chamber to the flowing pipe stem by axially aligning and contacting the plug 42 of the apparatus 20 with pipe stem end 16, and activating the clamp closing hydraulic cylinder 60, thereby forcing the clamp sections 54a, 54b to engage pipe stem 10. (*See* '354 Patent, col. 4, ll. 20-35).

To the extent the '354 Patent does not explicitly disclose a cylindrical valve chamber, the '915 Patent does.  Specifically, the '915 Patent discloses a control valve used in high pressure fluid transfer systems.  ('915 Patent, col. 1, ll. 8-10).  The '915 Patent describes the valve and other prior art valves as designed to break up the flow through the valve into a multitude of small streams which are then led through convoluted paths to produce energy losses in the fluid. ('915 Patent, col. 1, ll. 20-26).

The valve includes housing 12 with a central fluid chamber 13.  ('915 Patent, col. 2, ll. 65-66). A valve trim cage 17 is positioned in the fluid chamber 13 and includes a cylindrical sleeve 23 (41, Figs. 4, 5) defining a bore 11. ('915 Patent, col. 3, ll. 12-13; 17-18).  Figure 1 of '915 Patent shows a flow-over-plug design where the flow enters the sleeve radially at 14 and exits through passage 15, while Figures 4 and 5 show a flow-under-plug design where the flow enters through passage 15 and exits radially through 14.  ('915 Patent, col. 3, 31-34; col. 5, ll. 56-61).  However, it is noted that the valve trim performs in the same way to accomplish the same energy loss control result as that shown in Figs. 1-3. ('915 Patent, col. 5, l. 61-col. 6, l. 12). The passage 15 is closed when a plug is moved down within the bore 11.  ('915 Patent, col. 3, ll. 8-12).  Figure 1 of the '915 Patent, below, shows the cylindrical valve chamber defined by the cylindrical sleeve 23 (41, Figs. 4, 5).

15



Fig. 1 of the '915 Patent.

It would have been obvious to a person of ordinary skill in the art at the time of the application for the '393 Patent to combine the valve trim cage assembly of the '915 Patent with the capping apparatus of the '354 Patent to provide the cap valve with a cylindrical valve chamber to produce energy losses in the fluid and thereby control the fluid through the cap valve and shut off a runway high pressure flow pipe.

Thus, the '354 Patent in view of the '915 Patent together disclose a cap valve to shut off a runaway high pressure flow pipe having a hydraulic controlled connector to attach a cylindrical valve chamber to the flow pipe in which the connector has a hydraulic clamp to grab the pipe, or to grab a flange on the pipe to hold the cap valve in position.

16

| | |
|---|---|
| a valve hydraulic cylinder (**24**) encompassing a primary hydraulic ram (**26**) which has an adjustable flow primary seal (**28**) thereon disposed within the cylindrical valve chamber (**16**) to telescopically close or open to outlet ports (**22**) by moving the primary seal (**28**) into position to open or block fluid communication through the outlet ports (**22**). | The '354 Patent in view of the '915 Patent discloses a valve hydraulic cylinder encompassing a primary hydraulic ram which has an adjustable flow primary seal thereon disposed within the cylindrical valve chamber to telescopically close or open access to the outlet ports by moving the primary seal into position to open or block fluid communication through the outlet ports.<br><br>Specifically, the '354 Patent discloses a capping apparatus 20 that includes a valve for finally throttling the flow through the pipe stem. The valve may be a hydraulically activated blow-out preventer (BOP) valve, as shown in Figure 1. ('354 Patent, col. 2, l. 65 – col. 3, l. 8). More specifically, the '354 Patent discloses the valve may be an opposed double-piston type BOP valve similar to that shown in U.S. Pat. No. 3,272,222. ('354 Patent, col. 3, ll. 1-5). These valves are characterized by a central fluid passageway 24 closable by opposing ram pistons 26, 28 which are pressure activated through appropriate hydraulic connections 30. ('354 Patent, col. 3, ll. 5-8). Further, the '354 Patent discloses "other valve types such as hydraulically operated gate valves (not shown) can be used and are also considered within the scope of the invention." ('354 Patent, col. 3, ll. 15-18). The '354 Patent also discloses "BOP valve 22 is activated through hydraulic connections 30 and the double-ram pistons 26, 28 close off the passageway 24 to throttle and stop the fluid flow 14. Subsequently, drilling fluids can be pumped into the well to help "kill" it and/or fluid can be tapped off through the BOP valve 22 via the flange 36 connection." ('354 Patent, col. 4, ll. 48-53). |



Fig. 1 of the '354 Patent.

"In operation, the apparatus 20, with valve 22 being in the full-open position, is maneuvered [sic] over the flowing pipe stem 10 and lowered until clamp 54, also in the full-open position, surrounds the pipe stem 10 and the plug 42 just contacts the pipe stem end 16. The flow passage through the apparatus 20 afforded by valve passageway 24 and the plug bore 44 is expected to provide an acceptably low flow resistance to the maneuvering [sic] and lowering steps." ('354 Patent, col. 4, ll. 20-28). "Following the clamping procedure, the hydraulic closure cylinders 72 are activated through hydraulic connections 80 to displace the tapered plug 42 axially into a press-fit engagement with pipe stem end 16 until sealing rings 50 are engaged and/or until a sufficient interference fit is obtained." ('354 Patent, col. 4, ll. 36-41). "Finally, BOP valve 22 is activated through hydraulic connections 30 and the double-ram pistons 26, 28 close off the passageway 24 to throttle and stop the fluid flow 14." ('354 Patent, col. 4, ll. 48-51).

The valve may be a hydraulically activated blow-out preventer (BOP) valve, as shown in Figure 1. ('354 Patent, col. 2, l. 65 – col. 3, l. 8).  The '354 Patent discloses the valve may be an opposed double-piston type BOP valve similar to that shown in U.S. Pat. No. 3,272,222. ('354 Patent, col. 3, ll. 1-5).  These valves are characterized by a central fluid passageway 24 closable by opposing ram pistons 26, 28 which are pressure activated through appropriate hydraulic connections 30. ('354 Patent, col. 3, ll. 5-8).  Further, the '354 Patent discloses "other valve types such as hydraulically operated gate valves (not shown) can be used and are also considered within the scope of the invention." ('354 Patent, col. 3, ll. 15-18).

The '915 Patent discloses a primary hydraulic ram which has an adjustable flow primary seal thereon disposed within the cylindrical valve chamber to telescopically close or open access to the outlet ports  by moving the primary seal  into position to open or block fluid communication through the outlet ports.  Specifically, the '915 Patent discloses a unitary piston-like device located in the valve chamber that moves in response to fluid pressure and which has an adjustable flow primary seal thereon disposed within the cylindrical valve chamber to extend to close and retract to open access to the multiple openings in the cylindrical valve chamber that can permit outward flow of high pressure fluids by moving the primary seal into position to open or block fluid communication through the outlet ports.

The '915 Patent discloses a valve trim cage 17 is positioned in the fluid chamber 13 and includes a cylindrical sleeve 23 (41, Figs. 4, 5) defining a bore 11. ('915 Patent, col. 3, ll. 12-13; 17-18).  Figure 1 of '915 Patent shows a flow-over-plug design where the flow enters the sleeve radially at 14 and exits through passage 15, while Figures 4 and 5 show a flow-under-plug design where the flow enters through passage 15 and exits radially through 14.  ('915 Patent, col. 3, 31-34; col. 5, ll. 56-61).  However, it is noted that the valve trim performs in the same way to accomplish the same energy loss control result as that shown in Figs. 1-3. ('915 Patent, col. 5, l. 61-col. 6, l. 12). As such, Fig. 1 is reproduced below and referenced herein but is equally applicable to fluid flow from passage 15 to passage 14 as from passage 14 to passage 15.



Figure 1 of the '915 Patent.

The '915 Patent further discloses the control valve 10 includes a movable plug 18 slidable through bore 11 forming the central core of valve trim cage 17. ('915 Patent, col. 3, ll. 1-4). The plug 18 is mounted on one end of an axially movable rod 21 in alignment with seat ring 16. ('915 Patent, col. 3, 7-8). The seat ring 16 is positioned in a housing recess surrounding the passage 15 and the plug 18 is adapted to bear against the seat ring 16 to close passage 15. ('915 Patent, col. 3, 8-12). The plug 18 controls the flow through the valve trim cage by covering or uncovering plenum holes 34 in the inner sleeve 23 which open to the bore 11. ('915 Patent, col. 3, ll. 24-27). The movable rod 21 and the cylindrical plug 18 thereon are reciprocated (telescopically closed or opened) within bore 11 by means of any suitable actuator. ('915 Patent, col. 3, ll. 21-24).

20

| | To the extent the '915 Patent does not explicitly disclose the types of suitable actuators used to reciprocate the rod 21 and plug 18 within the bore 11, it would have been obvious to one of ordinary skill in the art that such "suitable actuator" includes a valve hydraulic cylinder, as disclosed in for example the '354 Patent. As discussed above, the '354 Patent discloses "other valve types such as hydraulically operated gate valves (not shown) can be used and are also considered within the scope of the invention." ('354 Patent, col. 3, ll. 15-18). |
| | It would have been obvious to one of ordinary skill in the art at the time of the application for the '393 Patent to provide the capping apparatus of the '354 Patent with a primary hydraulic ram which has an adjustable flow primary seal thereon disposed within the cylindrical valve chamber to telescopically close or open access to the outlet ports by moving the primary seal into position to open or block fluid communication through the outlet ports as disclosed by the '915 Patent, to produce energy losses in the fluid and thereby control the fluid through the capping apparatus and shut off a runway high pressure flow pipe.  Such combination of the '354 Patent and the '915 Patent provides a valve hydraulic cylinder encompassing a unitary piston-like device located in the valve chamber that moves in response to fluid pressure and which has an adjustable flow primary seal thereon disposed within the cylindrical valve chamber to extend to close and retract to open access to the multiple openings in the cylindrical valve chamber that can permit outward flow of high pressure fluids by moving the primary seal into position to open or block fluid communication through the outlet ports. |