**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| DEEP FIX, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:18-cv-948 |
| | § | |
| MARINE WELL CONTAINMENT | § | Jury Trial Demanded |
| COMPANY LLC, | § | |
| | § | |
| Defendant. | § | |
| | § | |

**SUPPLEMENTAL DECLARATION OF SUZANNE E. LECOCKE
IN SUPPORT OF DKT. 226**

I, Suzanne E. Lecocke, pursuant to 28 U.S.C. § 1746, state and declare:

1.      I am admitted to practice Law in the State of Texas and I am admitted in the U.S. District Court for the Southern District of Texas.

2.      I am Of Counsel at the law firm of Osha Liang, LLP and am counsel of record in the above-styled case.

3.      I make this declaration in support of Defendant Marine Well Containment Company LLC's Motion for an Award of Attorney Fees (Dkt. 226).

4.      **<u>Exhibit 20</u>** is. a true and correct copy of the AIPLA 2019 Report of Economic Survey.

5.      **Exhibit 21** is a true and correct copy of the invoices for non-taxable costs incurred by MWCC in this litigation, dated April 2018 through April 2020, along with a summary of the invoices prepared by Osha Liang.

6.      **Exhibit 22** is a true and correct copy of the attorney fee invoices from Osha Liang LLP to MWCC for this litigation, dated April 2018 through April 2020, along with a summary of the invoices prepared by Osha Liang.

7.      **Exhibit 23** is a true and correct copy of an email chain between MWCC Counsel and Deep Fix Counsel, dated April 14-24, 2020.


Executed in Houston, Texas on May 7, 2020.


*/s/ Suzanne E. Lecocke*
Suzanne E. Lecocke