EXHIBIT 21

**MWCC'S EXPENSES (NON-TAXABLE COSTS)**

| EXPENSE DATE | OL INVOICE NO. | OTHER INVOICE NO. | DESC. | LITIGATION ACTIVITY | TOTAL COSTS | COSTS APPLIED TO BOC | NON-TAXABLE COSTS[1] |
|---|---|---|---|---|---|---|---|
| 5/25/2018 | 543449 | 45643 | Hand delivery Courier Charge for courtesy copies of Motion to Dismiss to be delivered to chambers (Mach 5) | Initial Case Matters / Answer / Patent Ownership / Standing / Adams False Declarations / Status Reports | $16.70 | $0.00 | $16.70 |
| 5/30/2018 | 543449 | N/A | Outside Data Search: Texas SOS re Deep Fix as an entity / patent ownership | Initial Case Matters / Answer / Patent Ownership / Standing / Adams False Declarations / Status Reports | $1.03 | $0.00 | $1.03 |
| 6/19/2018 | 544826 | N/A | Patent Searches / File History for Adams patent | Initial Case Matters / Answer / Patent Ownership / Standing / Adams False Declarations / Status Reports | $3.08 | $0.00 | $3.08 |
| 7/31/2018 | N/A | 26835 | TERIS Relativity Database: ediscovery vendor charges for processing ESI, hosting ESI, and/or document and ESI production from | Claim Construction / Markman / Infringement Invalidity | $1,270.74 | $58.08 | $1,212.66 |

---

[1] This summary does not include costs already accounted for in full in MWCC's Bill of Costs (ECF No. 225) and awarded (ECF No. 254) that would amount to $0.00 in recoverable non-taxable costs.

## MWCC'S EXPENSES (NON-TAXABLE COSTS)

| EXPENSE DATE | OL INVOICE NO. | OTHER INVOICE NO. | DESC. | LITIGATION ACTIVITY | TOTAL COSTS | COSTS APPLIED TO BOC | NON-TAXABLE COSTS[1] |
|---|---|---|---|---|---|---|---|
| | | | TERIS Relativity Database | | | | |
| 8/11/2018 | 547486 | 08014-18 | Payment to foreign associate - Prior Art Search: IdeationIP | Claim Construction / Markman / Infringement Invalidity | $800.00 | $0.00 | $800.00 |
| 8/28/2018 | 547486 | N/A | Outside Professional Services: Lu Chi - research on prior art | Claim Construction / Markman / Infringement Invalidity | $200.00 | $0.00 | $200.00 |
| 8/28/2018 | 547486 | N/A | Outside Data Search for article relating to prior art (OnePetro.org, "Managing a Blow Out: A Case Study") | Claim Construction / Markman / Infringement Invalidity | $2.17 | $0.00 | $2.17 |
| 8/31/2018 | N/A | 26862 | TERIS Relativity Database: ediscovery vendor charges for processing ESI, hosting ESI, and/or document and ESI production from TERIS Relativity Database | Claim Construction / Markman / Infringement Invalidity | $2,400.62 | $33.66 | $2,366.96 |
| 9/19/2018 | 550461 | N/A | Air Courier Charges for Witness Fee Check to Process Server for first attempt at taking deposition of Mary Jacq Holroyd | Inequitable Conduct / Trial / Post-trial | $38.75 | $0.00 | $38.75 |

**MWCC'S EXPENSES (NON-TAXABLE COSTS)**

| EXPENSE DATE | OL INVOICE NO. | OTHER INVOICE NO. | DESC. | LITIGATION ACTIVITY | TOTAL COSTS | COSTS APPLIED TO BOC | NON-TAXABLE COSTS[1] |
|---|---|---|---|---|---|---|---|
| 9/30/2018 | N/A | 26945 | TERIS Relativity Database: ediscovery vendor charges for processing ESI, hosting ESI, and/or document and ESI production from TERIS Relativity Database | Claim Construction / Markman / Infringement Invalidity | $4,011.22 | $434.19 | $3,577.03 |
| 10/2/2018 | 550461 | PS1878-1 | Outside Professional Services: Wayne Tonker & Associates: Service of Subpoena on Malcolm Woodward | Inequitable Conduct / Trial / Post-trial | $151.32 | $0.00 | $151.32 |
| 10/22/2018 | 554439 | 102218 | Outside Professional Services: Minuteman Process Service - Subpoena to Johnston Holroyd IP | Inequitable Conduct / Trial / Post-trial | $143.03 | $0.00 | $143.03 |
| 10/26/2018 | 554439 | PS1878-2 | Outside Professional Services: Wayne Tonker & Associates: Service of Subpoena on Bart Walz and Malcolm Woodward | Inequitable Conduct / Trial / Post-trial | $178.27 | $0.00 | $178.27 |
| 10/31/2018 | 554439 | 27038 | TERIS Relativity Database: ediscovery vendor charges for processing ESI, hosting | Claim Construction / Markman / Infringement Invalidity | $2,737.57 | $163.65 | $2,573.92 |

**MWCC'S EXPENSES (NON-TAXABLE COSTS)**

| EXPENSE DATE | OL INVOICE NO. | OTHER INVOICE NO. | DESC. | LITIGATION ACTIVITY | TOTAL COSTS | COSTS APPLIED TO BOC | NON-TAXABLE COSTS[1] |
|---|---|---|---|---|---|---|---|
| | | | ESI, and/or document and ESI production from TERIS Relativity Database | | | | |
| 11/29/2018 | 556163 | N/A | Air Courier Charge for MWCC Letter to Barton Walz regarding production deficiencies. | Discovery Issues | $28.22 | $0.00 | $28.22 |
| 11/30/2018 | 554439 | 35611 | Outside Professional Services - IMS (Benton Baugh): Expert witness and consulting services including review of file wrapper, work on expert report, and review and final changes to report | Claim Construction / Markman / Infringement Invalidity | $20,212.50 | $0.00 | $20,212.50 |
| 11/30/2018 | N/A | 27135 | TERIS Relativity Database: ediscovery vendor charges for processing ESI, hosting ESI, and/or document and ESI production from TERIS Relativity Database | Claim Construction / Markman / Infringement Invalidity | $765.70 | $1.20 | $764.50 |

4

**MWCC'S EXPENSES (NON-TAXABLE COSTS)**

| EXPENSE DATE | OL INVOICE NO. | OTHER INVOICE NO. | DESC. | LITIGATION ACTIVITY | TOTAL COSTS | COSTS APPLIED TO BOC | NON-TAXABLE COSTS[1] |
|---|---|---|---|---|---|---|---|
| 12/31/2018 | 556163 | 35871 | Outside Professional Services - IMS (Benton Baugh): Expert witness and consulting services including work on locating court appointed experts, drafting of a tutorial example, review materials, and work on MWCC tutorial | Claim Construction / Markman / Infringement Invalidity | $17,889.99 | $0.00 | $17,889.99 |
| 12/31/2018 | N/A | 27211 | TERIS Relativity Database:  ediscovery vendor charges for processing ESI, hosting ESI, and/or document and ESI production from TERIS Relativity Database | Claim Construction / Markman / Infringement Invalidity | $598.36 | $0.00 | $598.36 |
| 1/4/2019 | 558576 | N/A | Air Courier Charge for MWCC Letter to Mary-Jacq Holroyd related to deposition and document production | Inequitable Conduct / Trial / Post-trial | $35.85 | $0.00 | $35.85 |
| 1/11/2019 | 558576 | 192886 | Outside Professional Services (NRV Processing Services, LLC): | Inequitable Conduct / Trial / Post-trial | $313.04 | $90.00 | $223.04 |

**MWCC'S EXPENSES (NON-TAXABLE COSTS)**

| EXPENSE DATE | OL INVOICE NO. | OTHER INVOICE NO. | DESC. | LITIGATION ACTIVITY | TOTAL COSTS | COSTS APPLIED TO BOC | NON-TAXABLE COSTS[1] |
|---|---|---|---|---|---|---|---|
| | | | Service of Deposition Subpoena on George Harvey, Sr (1st round) | | | | |
| 1/11/2019 | 558576 | N/A | Air Courier Charge for Witness Fee Check to Process Server for Mary Jacq Holroyd | Inequitable Conduct / Trial / Post-trial | $43.55 | $0.00 | $43.55 |
| 1/14/2019 | 558576 | 86098 | Naegeli Deposition and Trial: Copy of DF deposition of Benton Baugh | Claim Construction / Markman / Infringement Invalidity | $914.80 | $0.00 | $914.80 |
| 1/14/2019 | 558576 | 1149 | Outside Professional Services (Kingston & Associates): Service of document subpoena to Heather and Jarrad West | Inequitable Conduct / Trial / Post-trial | $85.00 | $0.00 | $85.00 |
| 1/23/2019 | 560162 | N/A | Air Courier Charge for MWCC Letter to Bev Davis, counsel for George Harvey Sr. at the time, related to deposition and document production deficiencies. | Inequitable Conduct / Trial / Post-trial | $25.01 | $0.00 | $25.01 |
| 1/23/2019 | 560162 | N/A | Air Courier Charge for MWCC Letter to Barton | Inequitable Conduct / Trial / Post-trial | $25.01 | $0.00 | $25.01 |

6

## MWCC's Expenses (Non-Taxable Costs)

| EXPENSE DATE | OL INVOICE NO. | OTHER INVOICE NO. | DESC. | LITIGATION ACTIVITY | TOTAL COSTS | COSTS APPLIED TO BOC | NON-TAXABLE COSTS[1] |
|---|---|---|---|---|---|---|---|
| | | | Walz related to rescheduling deposition. | | | | |
| 1/23/2019 | 560162 | N/A | Air Courier Charge for MWCC Letter to Malcolm Woodward related to rescheduling deposition. | Inequitable Conduct / Trial / Post-trial | $29.68 | $0.00 | $29.68 |
| 1/31/2019 | N/A | 27285 | TERIS Relativity Database: ediscovery vendor charges for processing ESI, hosting ESI, and/or document and ESI production from TERIS Relativity Database | Claim Construction / Markman / Infringement Invalidity | $1,399.50 | $44.58 | $1,354.92 |
| 2/4/2019 | N/A | 1550 | ASQ (Tom Britven): Expert witness services associated with analysis of Deep Fix's damages theories, value of Deep Fix, and value of case. | Damages | $10,950.00 | $0.00 | $10,950.00 |
| 2/7/2019 | 560162 | N/A | Air Courier Charge for delivery of check to court reporter for transcript of Benton Baugh deposition noticed by Deep Fix. | Claim Construction / Markman / Infringement Invalidity | $22.93 | $0.00 | $22.93 |

## MWCC's Expenses (Non-Taxable Costs)

| EXPENSE DATE | OL INVOICE NO. | OTHER INVOICE NO. | DESC. | LITIGATION ACTIVITY | TOTAL COSTS | COSTS APPLIED TO BOC | NON-TAXABLE COSTS[1] |
|---|---|---|---|---|---|---|---|
| 2/25/2019 | 561690 | 3104452 | Outside Professional Services: All Texas Companies; Service of document subpoena on Charles Adams as non-party inventor | Inequitable Conduct / Trial / Post-trial | $65.00 | $0.00 | $65.00 |
| 2/28/2019 | N/A | 27351 | TERIS Relativity Database: ediscovery vendor charges for processing ESI, hosting ESI, and/or document and ESI production from TERIS Relativity Database | Claim Construction / Markman / Infringement Invalidity | $1,642.64 | $65.05 | $1,577.59 |
| **3/7/2019 & 3/8/2010: Entry of Deep Fix's new counsel (W. Burns, D. Nicholson, S. Houtteman, T. Richa, J. Davidow, J. Wallace, V. Sims, C. LaDuca)** | | | | | | | |
| 3/28/2019 | 563824 | 36612 | Outside Professional Services - IMS (Benton Baugh): Expert witness and consulting services including draft tutorial remarks, modify presentation and written tutorials, review tutorial, review Deep Fix claim construction, | Claim Construction / Markman / Infringement Invalidity | $12,650.00 | $0.00 | $12,650.00 |

8

**MWCC'S EXPENSES (NON-TAXABLE COSTS)**

| EXPENSE DATE | OL INVOICE NO. | OTHER INVOICE NO. | DESC. | LITIGATION ACTIVITY | TOTAL COSTS | COSTS APPLIED TO BOC | NON-TAXABLE COSTS[1] |
|---|---|---|---|---|---|---|---|
| | | | review MWCC responsive brief, and preparation and meetings at Osha Liang | | | | |
| 3/31/2019 | N/A | 27438 | TERIS Relativity Database: ediscovery vendor charges for processing ESI, hosting ESI, and/or document and ESI production from TERIS Relativity Database | Claim Construction / Markman / Infringement Invalidity | $1,709.18 | $65.18 | $1,644.00 |
| 4/8/2019 | N/A | 1583 | ASQ (Tom Britven): Expert witness services associated with analysis of Deep Fix's damages theories, value of Deep Fix, and value of case. | Damages | $1,923.75 | $0.00 | $1,923.75 |
| 4/10/2019 | 563824 | 6646 | Outside Professional Services - Trinity Legal Discovery (Duplicating): Printouts of Markman Hearing transcript necessary for review and use in case | Claim Construction / Markman / Infringement Invalidity | $112.58 | $97.58 | $15.00 |

**MWCC'S EXPENSES (NON-TAXABLE COSTS)**

| EXPENSE DATE | OL INVOICE NO. | OTHER INVOICE NO. | DESC. | LITIGATION ACTIVITY | TOTAL COSTS | COSTS APPLIED TO BOC | NON-TAXABLE COSTS[1] |
|---|---|---|---|---|---|---|---|
| 4/26/2019 | 563824 | 36907 | Outside Professional Services - IMS (Benton Baugh): Expert witness and consulting service related to Markman hearing | Claim Construction / Markman / Infringement Invalidity | $11,550.00 | $0.00 | $11,550.00 |
| 4/30/2019 | N/A | 27530 | TERIS Relativity Database: ediscovery vendor charges for processing ESI, hosting ESI, and/or document and ESI production from TERIS Relativity Database | Claim Construction / Markman / Infringement Invalidity | $957.12 | $24.00 | $933.12 |
| 5/1/2019 | 565538 | N/A | Attorney Travel Expenses for Suzanne Lecocke to attend depositions of Mary-Jacq Holroyd, George Harvey Sr., Malcolm Woodward, and Bart Walz in VA (airfare) | Inequitable Conduct / Trial / Post-trial | $476.30 | $0.00 | $476.30 |
| 5/6/2019 | N/A | 1600 | ASQ (Tom Britven): Expert witness services associated with analysis of Deep Fix's damages theories, value of Deep Fix, and value of case. | Damages | $3,350.00 | $0.00 | $3,350.00 |

## MWCC'S EXPENSES (NON-TAXABLE COSTS)

| EXPENSE DATE | OL INVOICE NO. | OTHER INVOICE NO. | DESC. | LITIGATION ACTIVITY | TOTAL COSTS | COSTS APPLIED TO BOC | NON-TAXABLE COSTS[1] |
|---|---|---|---|---|---|---|---|
| 5/9/2019 | 565538 | PS19411 | Outside Professional Services (Wayne Tonker & Associates): Service of Deposition Subpoena on Malcolm Woodward and Bart Walz (CIG) - 2nd round of subpoenas | Inequitable Conduct / Trial / Post-trial | $174.00 | $150.00 | $24.00 |
| 5/13/2019 | 570080 | 7157 | Outside Professional Services - Trinity Legal Discovery (Duplicating): Printouts necessary for depositions of third-party witnesses in VA | Inequitable Conduct / Trial / Post-trial | $104.35 | $89.85 | $14.50 |
| 5/28/2019 | 572806 | 2-2805-2019-20 | Payment to foreign associate - Prior Art Search: PatentSapde IP | Claim Construction / Markman / Infringement Invalidity | $1,000.00 | $0.00 | $1,000.00 |
| 5/29/2019 | 567871 | 7137 | Outside Professional Services - Trinity Legal Discovery (Duplicating): Printouts necessary for depositions of third-party witnesses in VA | Inequitable Conduct / Trial / Post-trial | $524.85 | $509.75 | $15.10 |
| 5/30/2019 | 567871 | 7147 | Outside Professional Services - Trinity Legal Discovery (Duplicating): Printouts necessary for | Inequitable Conduct / Trial / Post-trial | $389.21 | $344.21 | $45.00 |

11

**MWCC'S EXPENSES (NON-TAXABLE COSTS)**

| EXPENSE DATE | OL INVOICE NO. | OTHER INVOICE NO. | DESC. | LITIGATION ACTIVITY | TOTAL COSTS | COSTS APPLIED TO BOC | NON-TAXABLE COSTS[1] |
|---|---|---|---|---|---|---|---|
| | | | depositions of third-party witnesses in VA | | | | |
| 5/31/2019 | 567871 | 7153 | Outside Professional Services - Trinity Legal Discovery (Duplicating): Printouts necessary for depositions of third-party witnesses in VA | Inequitable Conduct / Trial / Post-trial | $66.09 | $59.59 | $6.50 |
| 5/31/2019 | 570080 | N/A | Air Courier Charge for shipments of documents for depositions of Barton Walz, George Harvey Sr., Malcolm Woodward, and Mary-Jacq Holroyd. | Inequitable Conduct / Trial / Post-trial | $243.54 | $0.00 | $243.54 |
| 5/31/2019 | 570080 | N/A | Air Courier Charge for shipments of documents for depositions of Barton Walz, George Harvey Sr., Malcolm Woodward, and Mary-Jacq Holroyd. | Inequitable Conduct / Trial / Post-trial | $189.06 | $0.00 | $189.06 |
| 5/31/2019 | 570080 | N/A | Air Courier Charge for shipments of documents for depositions of Barton Walz, George Harvey Sr., Malcolm Woodward, and Mary-Jacq Holroyd. | Inequitable Conduct / Trial / Post-trial | $138.29 | $0.00 | $138.29 |

## MWCC'S EXPENSES (NON-TAXABLE COSTS)

| EXPENSE DATE | OL INVOICE NO. | OTHER INVOICE NO. | DESC. | LITIGATION ACTIVITY | TOTAL COSTS | COSTS APPLIED TO BOC | NON-TAXABLE COSTS[1] |
|---|---|---|---|---|---|---|---|
| 5/31/2019 | 570080 | N/A | Air Courier Charge for shipments of documents for depositions of Barton Walz, George Harvey Sr., Malcolm Woodward, and Mary-Jacq Holroyd. | Inequitable Conduct / Trial / Post-trial | $276.10 | $0.00 | $276.10 |
| 5/31/2019 | 570080 | N/A | Air Courier Charge for shipments of documents for depositions of Barton Walz, George Harvey Sr., Malcolm Woodward, and Mary-Jacq Holroyd. | Inequitable Conduct / Trial / Post-trial | $196.31 | $0.00 | $196.31 |
| 5/31/2019 | 570080 | N/A | Air Courier Charge for shipments of documents for depositions of Barton Walz, George Harvey Sr., Malcolm Woodward, and Mary-Jacq Holroyd. | Inequitable Conduct / Trial / Post-trial | $203.57 | $0.00 | $203.57 |
| 5/31/2019 | 570080 | N/A | Air Courier Charge for shipments of documents for depositions of Barton Walz, George Harvey Sr., Malcolm Woodward, and Mary-Jacq Holroyd. | Inequitable Conduct / Trial / Post-trial | $203.63 | $0.00 | $203.63 |
| 5/31/2019 | N/A | 27641 | TERIS Relativity Database:  ediscovery vendor charges for processing ESI, hosting | Inequitable Conduct / Trial / Post-trial | $2,576.28 | $203.86 | $2,372.42 |

13

## MWCC'S EXPENSES (NON-TAXABLE COSTS)

| EXPENSE DATE | OL INVOICE NO. | OTHER INVOICE NO. | DESC. | LITIGATION ACTIVITY | TOTAL COSTS | COSTS APPLIED TO BOC | NON-TAXABLE COSTS[1] |
|---|---|---|---|---|---|---|---|
| | | | ESI, and/or document and ESI production from TERIS Relativity Database | | | | |
| 6/10/2019 | 567871 | N/A | Attorney Travel Expenses for Peter Schechter to attend depositions of Mary-Jacq Holroyd, George Harvey Sr., Malcolm Woodward, and Barton Walz in VA | Inequitable Conduct / Trial / Post-trial | $2,367.55 | $0.00 | $2,367.55 |
| 6/12/2019 | N/A | 1617 | ASQ (Tom Britven): Expert witness services associated with analysis of Deep Fix's damages theories, value of Deep Fix, and value of case. | Damages | $8,418.75 | $0.00 | $8,418.75 |
| 6/13/2019 | 567871 | N/A | Attorney Travel Expenses for Suzanne Lecocke to attend depositions of Mary-Jacq Holroyd, George Harvey Sr., Malcolm Woodward, and Bart Walz in VA (hotel, meals, tips, other) | Inequitable Conduct / Trial / Post-trial | $2,148.68 | $0.00 | $2,148.68 |

**MWCC's Expenses (Non-Taxable Costs)**

| EXPENSE DATE | OL INVOICE NO. | OTHER INVOICE NO. | DESC. | LITIGATION ACTIVITY | TOTAL COSTS | COSTS APPLIED TO BOC | NON-TAXABLE COSTS[1] |
|---|---|---|---|---|---|---|---|
| 6/18/2019 | 567871 | 140074537 | Outside Professional Services (U.S. Legal): Conference room rental fees for depositions of Mary-Jacq Holroyd, George Harvey Sr., Malcolm Woodward, and Bart Walz in VA | Inequitable Conduct / Trial / Post-trial | $1,030.00 | $0.00 | $1,030.00 |
| 6/25/2019 | N/A | 1626 | ASQ (Tom Britven): Expert witness services associated with analysis of Deep Fix's damages theories, value of Deep Fix, and value of case. | Damages | $28,672.50 | $0.00 | $28,672.50 |
| 6/28/2019 | 567871 | 37625 | Outside Professional Services - IMS (Benton Baugh): Expert witness and consulting services related to Deep Fix's Motion for Reconsideration of Claim Construction Ruling. | Claim Construction / Markman / Infringement Invalidity | $3,437.50 | $0.00 | $3,437.50 |
| 6/28/2019 | 567871 | 140074898 | Outside Professional Services (U.S. Legal): 6/6/2019 depostion of Mary-Jacq Holroyd | Inequitable Conduct / Trial / Post-trial | $2,545.70 | $2,190.50 | $355.20 |

**MWCC'S EXPENSES (NON-TAXABLE COSTS)**

| EXPENSE DATE | OL INVOICE NO. | OTHER INVOICE NO. | DESC. | LITIGATION ACTIVITY | TOTAL COSTS | COSTS APPLIED TO BOC | NON-TAXABLE COSTS[1] |
|---|---|---|---|---|---|---|---|
| 6/28/2019 | 567871 | 140074738 | Outside Professional Services (U.S. Legal): 6/5/2019 deposition of George Harvey Sr. | Inequitable Conduct / Trial / Post-trial | $1,228.00 | $1,194.85 | $33.15 |
| 6/28/2019 | 567871 | 140075052 | Outside Professional Services (U.S. Legal): 6/4/2019 deposition of Malcolm Woodward | Inequitable Conduct / Trial / Post-trial | $2,065.10 | $2,031.90 | $33.20 |
| 6/29/2019 | 567871 | 140075054 | Outside Professional Services (U.S. Legal): 6/2/2019 deposition of Bart Walz | Inequitable Conduct / Trial / Post-trial | $1,550.65 | $1,530.65 | $20.00 |
| 6/30/2019 | N/A | 27714 | TERIS Relativity Database: ediscovery vendor charges for processing ESI, hosting ESI, and/or document and ESI production from TERIS Relativity Database | Inequitable Conduct / Trial / Post-trial | $1,490.13 | $13.51 | $1,476.62 |
| 7/1/2019 | N/A | 1638 | ASQ (Tom Britven): Expert witness services associated with analysis of Deep Fix's damages theories, value of Deep Fix, and value of case. | Damages | $4,323.75 | $0.00 | $4,323.75 |

16

**MWCC'S EXPENSES (NON-TAXABLE COSTS)**

| EXPENSE DATE | OL INVOICE NO. | OTHER INVOICE NO. | DESC. | LITIGATION ACTIVITY | TOTAL COSTS | COSTS APPLIED TO BOC | NON-TAXABLE COSTS[1] |
|---|---|---|---|---|---|---|---|
| 7/8/2019 | 570080 | N/A | Air Courier Charge for shipment of external hard drive containing documents collected by Osha Liang attorneys from MWCC for production in response to FRCP 30(b)(6) deposition notice and request for production by Deep Fix, for deposition that never occurred. | Discovery Issues | $21.62 | $0.00 | $21.62 |
| 7/31/2019 | N/A | 27782 | TERIS Relativity Database: ediscovery vendor charges for processing ESI, hosting ESI, and/or document and ESI production from TERIS Relativity Database | Inequitable Conduct / Trial / Post-trial | $2,534.23 | $48.31 | $2,485.92 |
| 8/13/2019 | N/A | 1652 | ASQ (Tom Britven): Expert witness services associated with preparation of MWCC corporate representative. | Damages | $4,896.25 | $0.00 | $4,896.25 |
| 8/31/2019 | N/A | 27852 | TERIS Relativity Database: ediscovery vendor charges for | Inequitable Conduct / Trial / Post-trial | $1,434.93 | $4.66 | $1,430.27 |

## MWCC'S EXPENSES (NON-TAXABLE COSTS)

| EXPENSE DATE | OL INVOICE NO. | OTHER INVOICE NO. | DESC. | LITIGATION ACTIVITY | TOTAL COSTS | COSTS APPLIED TO BOC | NON-TAXABLE COSTS[1] |
|---|---|---|---|---|---|---|---|
| | | | processing ESI, hosting ESI, and/or document and ESI production from TERIS Relativity Database | | | | |
| 9/16/2019 | N/A | 1670 | ASQ (Tom Britven): Expert witness services associated with preparation of MWCC corporate representative. | Inequitable Conduct / Trial / Post-trial | $2,857.50 | $0.00 | $2,857.50 |
| 9/20/2019 | N/A | 1682 | ASQ (Tom Britven): Expert witness services associated with preparation of MWCC corporate representative. | Damages | $13,926.25 | $0.00 | $13,926.25 |
| 9/30/2019 | N/A | 27936 | TERIS Relativity Database: ediscovery vendor charges for processing ESI, hosting ESI, and/or document and ESI production from TERIS Relativity Database | Inequitable Conduct / Trial / Post-trial | $2,440.45 | $300.04 | $2,140.41 |
| 10/4/2019 | 575829 | 38776 | Outside Professional Services - IMS (Benton Baugh): Expert witness and consulting services | Claim Construction / Markman / Infringement Invalidity | $15,125.00 | $0.00 | $15,125.00 |

## MWCC'S EXPENSES (NON-TAXABLE COSTS)

| EXPENSE DATE | OL INVOICE NO. | OTHER INVOICE NO. | DESC. | LITIGATION ACTIVITY | TOTAL COSTS | COSTS APPLIED TO BOC | NON-TAXABLE COSTS[1] |
|---|---|---|---|---|---|---|---|
| | | | including review memorandum and order, teleconference, review reports, and work on state of the art. | | | | |
| 10/7/2019 | N/A | 1692 | ASQ (Tom Britven): Expert witness services associated with analysis of Deep Fix's damages theories, value of Deep Fix, and value of case. | Damages | $32,355.00 | $0.00 | $32,355.00 |
| 10/9/2019 | 581576 | 15299513 | Outside Professional Services - Drinker Biddle & Reath: (Robert Stoll): Expert witness services associated with MWCC's inequitable conduct defense. | Inequitable Conduct / Trial / Post-trial | $14,110.00 | $0.00 | $14,110.00 |
| 10/23/2019 | N/A | 1698 | ASQ (Tom Britven): Expert witness services associated with analysis of Deep Fix's damages theories, value of Deep Fix, and value of case. | Damages | $13,316.25 | $0.00 | $13,316.25 |
| 10/28/2019 | 575829 | 38971 | Outside Professional Services - IMS (Benton Baugh): Expert witness and | Claim Construction / Markman / Infringement Invalidity | $20,762.50 | $0.00 | $20,762.50 |

**MWCC'S EXPENSES (NON-TAXABLE COSTS)**

| EXPENSE DATE | OL INVOICE NO. | OTHER INVOICE NO. | DESC. | LITIGATION ACTIVITY | TOTAL COSTS | COSTS APPLIED TO BOC | NON-TAXABLE COSTS[1] |
|---|---|---|---|---|---|---|---|
| | | | consulting services including work on invalidity report and associated discussions. | | | | |
| 10/29/2019 | 580023 | N/A | Air Courier Charge for returning original binders of documents to non-party Trendsetter | Inequitable Conduct / Trial / Post-trial | $19.83 | $0.00 | $19.83 |
| 10/31/2019 | N/A | 28025 | TERIS Relativity Database: ediscovery vendor charges for processing ESI, hosting ESI, and/or document and ESI production from TERIS Relativity Database | Inequitable Conduct / Trial / Post-trial | $1,416.43 | $0.96 | $1,415.47 |
| 11/8/2019 | 580023 | N/A | Parking for Meeting with Damages Expert at Osha Liang | Damages | $5.00 | $0.00 | $5.00 |
| 11/8/2019 | 580023 | N/A | Parking for Meeting with Damages Expert at Osha Liang | Damages | $12.00 | $0.00 | $12.00 |
| 11/12/2019 | N/A | 1709 | ASQ (Tom Britven): Expert witness services associated with analysis of Deep Fix's damages theories, value of Deep Fix, and value of case; | Damages | $33,691.25 | $0.00 | $33,691.25 |

**MWCC'S EXPENSES (NON-TAXABLE COSTS)**

| EXPENSE DATE | OL INVOICE NO. | OTHER INVOICE NO. | DESC. | LITIGATION ACTIVITY | TOTAL COSTS | COSTS APPLIED TO BOC | NON-TAXABLE COSTS[1] |
|---|---|---|---|---|---|---|---|
| | | | preparation of rebuttal expert report responding to Deep Fix's Report on Damages | | | | |
| 11/14/2019 | 578328 | 15299513 | Outside Professional Services - Drinker Biddle & Reath: (Robert Stoll): Expert witness services associated with MWCC's inequitable conduct defense. | Inequitable Conduct / Trial / Post-trial | $5,890.50 | $0.00 | $5,890.50 |
| 11/21/2019 | N/A | 1718 | ASQ (Tom Britven): Expert witness services associated with analysis of Deep Fix's damages theories, value of Deep Fix, and value of case; preparation of rebuttal expert report responding to Deep Fix's Report on Damages | Damages | $35,691.25 | $0.00 | $35,691.25 |
| 11/26/2019 | 580023 | 140092978 | Outside Professional Services (U.S. Legal): 11/25/2019 depositions of Paul Janicke and John Hughett Transcript and Video | Inequitable Conduct / Trial / Post-trial | $2,029.70 | $2,016.10 | $13.60 |

**MWCC'S EXPENSES (NON-TAXABLE COSTS)**

| EXPENSE DATE | OL INVOICE NO. | OTHER INVOICE NO. | DESC. | LITIGATION ACTIVITY | TOTAL COSTS | COSTS APPLIED TO BOC | NON-TAXABLE COSTS[1] |
|---|---|---|---|---|---|---|---|
| 11/30/2019 | N/A | 28140 | TERIS Relativity Database: ediscovery vendor charges for processing ESI, hosting ESI, and/or document and ESI production from TERIS Relativity Database | Inequitable Conduct / Trial / Post-trial | $895.07 | $16.11 | $878.96 |
| 12/1/2019 | 580023 | 140093529 | Outside Professional Services (U.S. Legal): 11/25/2019 depositions of Paul Janicke and John Hughett Video Synch for TrailDirector | Inequitable Conduct / Trial / Post-trial | $975.00 | $940.00 | $35.00 |
| 12/20/2019 | 581576 | 7886 | Outside Professional Services - Trinity Legal Discovery (Duplicating): Printout necessary for trial (set of MWCC exhibits for court) | Inequitable Conduct / Trial / Post-trial | $447.96 | $390.36 | $57.60 |
| 12/20/2019 | 581576 | 7890 | Outside Professional Services - Trinity Legal Discovery (Duplicating): Printout necessary for trial (set of supplemental MWCC Exhibits for atty reference in courtroom | Inequitable Conduct / Trial / Post-trial | $808.41 | $693.01 | $115.40 |

**MWCC's Expenses (Non-Taxable Costs)**

| EXPENSE DATE | OL INVOICE NO. | OTHER INVOICE NO. | DESC. | LITIGATION ACTIVITY | TOTAL COSTS | COSTS APPLIED TO BOC | NON-TAXABLE COSTS[1] |
|---|---|---|---|---|---|---|---|
| | | | and to add to Court set x3) | | | | |
| 12/20/2019 | 581576 | 7892 | Outside Professional Services - Trinity Legal Discovery (Duplicating): Printout necessary for trial (set of DF Exhibits for atty reference in courtroom x2) | Inequitable Conduct / Trial / Post-trial | $123.19 | $106.39 | $16.80 |
| 12/31/2019 | N/A | 28207 | TERIS Relativity Database: ediscovery vendor charges for processing ESI, hosting ESI, and/or document and ESI production from TERIS Relativity Database | Inequitable Conduct / Trial / Post-trial | $649.50 | $0.00 | $649.50 |
| 1/6/2020 | 581576 | 4122295 | Outside Professional Services - Veritext: Transcript of Hearing held on December 18, 2019, regarding docket call and pretrial issues for bench trial on inequitable conduct. | Inequitable Conduct / Trial / Post-trial | $182.75 | $0.00 | $182.75 |

**MWCC'S EXPENSES (NON-TAXABLE COSTS)**

| EXPENSE DATE | OL INVOICE NO. | OTHER INVOICE NO. | DESC. | LITIGATION ACTIVITY | TOTAL COSTS | COSTS APPLIED TO BOC | NON-TAXABLE COSTS[1] |
|---|---|---|---|---|---|---|---|
| 1/6/2020 | N/A | 1748 | ASQ (Tom Britven): Expert witness services associated with wrapping up damages work in view of pending bench trial on inequitable conduct. | Inequitable Conduct / Trial / Post-trial | $1,843.75 | $0.00 | $1,843.75 |
| 1/13/2020 | 581576 | 341755 | Outside Professional Services - We Serve Law: Service of trial subpoena on Paul Janicke | Inequitable Conduct / Trial / Post-trial | $240.00 | $215.00 | $25.00 |
| 1/24/2020 | 581576 | 7980 | Outside Professional Services - Trinity Legal Discovery (Duplicating): Printout necessary for trial (set of MWCC Exhibits for atty reference in courtroom x2) | Inequitable Conduct / Trial / Post-trial | $637.19 | $544.79 | $92.40 |
| 1/28/2020 | 581576 | 7991 | Outside Professional Services - Trinity Legal Discovery (Duplicating): Printout necessary for trial (sets of binders of documents for use in Baugh Redirect Examination) | Inequitable Conduct / Trial / Post-trial | $213.49 | $200.29 | $13.20 |

**MWCC'S EXPENSES (NON-TAXABLE COSTS)**

| EXPENSE DATE | OL INVOICE NO. | OTHER INVOICE NO. | DESC. | LITIGATION ACTIVITY | TOTAL COSTS | COSTS APPLIED TO BOC | NON-TAXABLE COSTS[1] |
|---|---|---|---|---|---|---|---|
| 1/28/2020 | 581576 | 7992 | Outside Professional Services - Trinity Legal Discovery (Duplicating): Printout necessary for trial (sets of binders of documents for use in possible Holroyd Cross and Baugh Redirect Examination) | Inequitable Conduct / Trial / Post-trial | $960.05 | $671.30 | $288.75 |
| 1/28/2020 | 581576 | 7993 | Outside Professional Services - Trinity Legal Discovery (Duplicating): Printout necessary for trial (sets of binders of documents for use in Holroyd Direct Examination) | Inequitable Conduct / Trial / Post-trial | $643.31 | $417.74 | $225.57 |
| 1/29/2020 | 583149 | N/A | Trial Expenses - Attorney, Witness, and Expert Transportation to and from courthouse | Inequitable Conduct / Trial / Post-trial | $650.72 | $0.00 | $650.72 |
| 1/30/2020 | 581576 | 8001 | Outside Professional Services - Trinity Legal Discovery (Duplicating): Printouts of reference materials for use at trial (Transcripts, SJ Motion in IC, MILs, JPTO) | Inequitable Conduct / Trial / Post-trial | $728.34 | $524.34 | $204.00 |

## MWCC'S EXPENSES (NON-TAXABLE COSTS)

| EXPENSE DATE | OL INVOICE NO. | OTHER INVOICE NO. | DESC. | LITIGATION ACTIVITY | TOTAL COSTS | COSTS APPLIED TO BOC | NON-TAXABLE COSTS[1] |
|---|---|---|---|---|---|---|---|
| 1/30/2020 | 581576 | 8002 | Outside Professional Services - Trinity Legal Discovery (Duplicating): Printouts of reference materials for use at trial (Transcripts, SJ Motion in IC, MILs, JPTO) | Inequitable Conduct / Trial / Post-trial | $677.68 | $665.68 | $12.00 |
| 1/30/2020 | 581576 | 8015 | Outside Professional Services - Trinity Legal Discovery (Duplicating): Printouts of all MWCC Exhibits for use at trial for cross examinations | Inequitable Conduct / Trial / Post-trial | $4,141.13 | $3,806.63 | $334.50 |
| 1/31/2020 | 581576 | 40092 | Outside Professional Services - IMS (Benton Baugh): Expert witness and consulting services associated with testifying at inequitable conduct bench trial, including preparation for and testifying at trial. | Inequitable Conduct / Trial / Post-trial | $15,713.00 | $0.00 | $15,713.00 |
| 1/31/2020 | 581576 | 15320277 | Outside Professional Services - Drinker Biddle & Reath (Robert L. Stoll): Expert witness services associated with | Inequitable Conduct / Trial / Post-trial | $38,363.84 | $0.00 | $38,363.84 |

**MWCC'S EXPENSES (NON-TAXABLE COSTS)**

| EXPENSE DATE | OL INVOICE NO. | OTHER INVOICE NO. | DESC. | LITIGATION ACTIVITY | TOTAL COSTS | COSTS APPLIED TO BOC | NON-TAXABLE COSTS[1] |
|---|---|---|---|---|---|---|---|
| | | | testifying at inequitable conduct bench trial, including preparation for and testifying at trial. | | | | |
| 1/31/2020 | 583149 | N/A | Attorney Travel Expenses for Tammy Dunn to attend Pretrial Preparations and Trial on Inequitable Conduct | Inequitable Conduct / Trial / Post-trial | $331.38 | $0.00 | $331.38 |
| 1/31/2020 | N/A | 28318 | TERIS Relativity Database: ediscovery vendor charges for processing ESI, hosting ESI, and/or document and ESI production from TERIS Relativity Database | Inequitable Conduct / Trial / Post-trial | $649.50 | $0.00 | $649.50 |
| 2/24/2020 | 583149 | N/A | Attorney Travel Expenses for Lisa Margonis to attend Pretrial Preparations and Trial on Inequitable Conduct | Inequitable Conduct / Trial / Post-trial | $1,257.51 | $0.00 | $1,257.51 |
| 2/29/2020 | N/A | 28365 | TERIS Relativity Database: ediscovery vendor charges for processing ESI, hosting ESI, and/or document | Inequitable Conduct / Trial / Post-trial | $649.50 | $0.00 | $649.50 |

27

**MWCC'S EXPENSES (NON-TAXABLE COSTS)**

| EXPENSE DATE | OL INVOICE NO. | OTHER INVOICE NO. | DESC. | LITIGATION ACTIVITY | TOTAL COSTS | COSTS APPLIED TO BOC | NON-TAXABLE COSTS[1] |
|---|---|---|---|---|---|---|---|
| | | | and ESI production from TERIS Relativity Database | | | | |
| 3/31/2020 | N/A | 28426 | TERIS Relativity Database: ediscovery vendor charges for processing ESI, hosting ESI, and/or document and ESI production from TERIS Relativity Database | Inequitable Conduct / Trial / Post-trial | $649.50 | $0.00 | $649.50 |
| 4/30/2020 | N/A | 28528 | TERIS Relativity Database: ediscovery vendor charges for processing ESI, hosting ESI, and/or document and ESI production from TERIS Relativity Database | | $519.60 | $0.00 | $519.60 |
| | | | | **SUBTOTAL PRE-03/07/2019 =** | **$67,001.28** | **$890.41** | **$66,110.87** |
| | | | | **SUBTOTAL POST-03/07/2019 =** | **$373,779.83** | **$20,067.14** | **$353,712.69** |
| | | | | **TOTALS =** | **$440,781.11** | **$20,957.55** | **$419,823.56** |



# Invoice

**2600 Via Fortuna Dr.**
**Suite 350**
**Austin, TX 78746**
**O: 512-476-3371**
**F: 512-476-3372**

| Date | Invoice # |
|---|---|
| 7/31/2018 | 26835 |

| **Bill To** | **Ship To** |
|---|---|
| MWCC<br>Humberto Molina<br>9807 Katy Freeway<br>Ste 1200<br>Houston TX 77024 | MWCC<br>Humberto Molina<br>9807 Katy Freeway<br>Ste 1200<br>Houston, TX 77024 |

| Client / Matter # | Terms | Rep | Project | Job Number | Ordered By: |
|---|---|---|---|---|---|
| Deep Fix v Marine Well | Due on receipt | RS | | | Osha Ling |

| Description | Quantity | Price Each | Amount |
|---|---|---|---|
| Relativity: Monthly Storage - per GB/month | 1.14 | 15.00 | 17.10 |
| Relativity: Reviewer Access - per user/month | 1 | 120.00 | 120.00 |
| | | | |
| File Conversion to Tiff Image | 708 | 0.03 | 21.24 |
| Text Creation, files w/o extracted text or OCR as required | 1,842 | 0.02 | 36.84 |
| Electronic Numbering, per image | 19 | 0.02 | 0.38 |
| Project Management Fee | 3.5 | 175.00 | 612.50 |
| | | | |
| 07/17/2018 - Receipt and download of data for new matter, discussion of processing and load options, access to Relativity for the Osha Liang team. | | | |
| | | | |
| 7/18/2018 - Added issue tags to the coding layout. | | | |
| | | | |
| 7/23/2018 - Call with Suzanne and added a field to the coding layout. | | | |
| | | | |
| 7/25/2018 - Email conversation with Suzanne, assist with coding layout and filtering on tagged items. | | | |
| | | | |
| 7/28/2018 - Identify production set, confirm production specs and prepare project for operations. | | | |
| | | | |
| 8/7/2018 - Download and track data, prepare project for operations. | | | |
| | | | |
| 08/07/2018: Download and track data; prepare project for operations. | | | |

Any sum under this invoice owed TERIS that is over thirty (30) days delinquent shall bear interest at the simple, not compounded, rate of eighteen percent (18.00%) per annum, until fully paid by Client.

| | |
|---|---|
| **Remit Payment to:** | **Total** |
| **TERIS** | |
| **2600 Via Fortuna Dr.** | **Payments/Credits** |
| **Suite 350** | |
| **Austin, TX 78746** | **Balance Due** |
| **Tax ID: 06-1714383** | |

**Thank you for your business**



**2600 Via Fortuna Dr.
Suite 350
Austin, TX 78746
O: 512-476-3371
F: 512-476-3372**

# Invoice

| Date | Invoice # |
|---|---|
| 7/31/2018 | 26835 |

| Bill To | Ship To |
|---|---|
| MWCC<br>Humberto Molina<br>9807 Katy Freeway<br>Ste 1200<br>Houston TX 77024 | MWCC<br>Humberto Molina<br>9807 Katy Freeway<br>Ste 1200<br>Houston, TX 77024 |

| Client / Matter # | Terms | Rep | Project | Job Number | Ordered By: |
|---|---|---|---|---|---|
| Deep Fix v Marine Well | Due on receipt | RS | | | Osha Ling |

| Description | Quantity | Price Each | Amount |
|---|---|---|---|
| EDD Technical Time<br>7/17/2018: Staging data and preparing loadfiles for loading to Relativity.<br><br>7/25/2018: Data staging for production imaging and delivery.<br><br>8/7/2018: Staging & mapping 3rd Party loadfile for Relativity.<br><br>8/7/2018: Staging data and preparing loadfiles for loading to Relativity | 1.25 | 175.00 | 218.75 |
| Native File Processing to Load: De-Dupe, Type,Date,Keyword Filter and export to Load | 1.31 | 125.00 | 163.75 |
| State & City Tax | | 8.25% | 80.18 |

Any sum under this invoice owed TERIS that is over thirty (30) days delinquent shall bear interest at the simple, not compounded, rate of eighteen percent (18.00%) per annum, until fully paid by Client.

| | |
|---|---|
| **Total** | **$1,270.74** |
| **Payments/Credits** | **$0.00** |
| **Balance Due** | **$1,270.74** |

**Remit Payment to:
TERIS
2600 Via Fortuna Dr.
Suite 350
Austin, TX 78746
Tax ID:  06-1714383**

**Thank you for your business**



# Invoice

**2600 Via Fortuna Dr.**
**Suite 350**
**Austin, TX 78746**
**O: 512-476-3371**
**F: 512-476-3372**

| Date | Invoice # |
|---|---|
| 8/31/2018 | 26862 |

| Bill To |
|---|
| MWCC<br>Humberto Molina<br>9807 Katy Freeway<br>Ste 1200<br>Houston TX 77024 |

| Ship To |
|---|
| MWCC<br>Humberto Molina<br>9807 Katy Freeway<br>Ste 1200<br>Houston, TX 77024 |

| Client / Matter # | Terms | Rep | Project | Job Number | Ordered By: |
|---|---|---|---|---|---|
| Deep Fix v Marine Well | Due on receipt | RS | | | Osha Ling |

| Description | Quantity | Price Each | Amount |
|---|---|---|---|
| Relativity: Monthly Storage - per GB/month | 1.79 | 15.00 | 26.85 |
| Relativity: Reviewer Access - per user/month | 4 | 120.00 | 480.00 |
| | | | |
| File Conversion to Tiff Image | 358 | 0.03 | 10.74 |
| Text Creation, files w/o extracted text or OCR as required | 1,146 | 0.02 | 22.92 |
| Electronic Numbering, per image | 358 | 0.02 | 7.16 |
| Project Management Fee | 6.75 | 175.00 | 1,181.25 |
| 8/1/2018 - Created user account for Jason, read, reviewed and signed the NDA provided. | | | |
| | | | |
| 8/10/2018 - Search assistance for Jason | | | |
| | | | |
| 8/15/2018 - Call with Jason regarding "email Link" issues, needed to speak with IT for email server identification | | | |
| | | | |
| 8/17/2018 - create and validate production search, prepare project for operations. | | | |
| | | | |
| 8/17/2018 - Identify production set and review instructions, prepare project for operations. | | | |
| | | | |
| 8/23/2018 - Assist Jason in locating the produced items in this matter and how they are now linked to the original document | | | |
| | | | |
| 8/23/2018 - Download and track data, prepare project for operations. | | | |
| | | | |
| 8/24/2018 - Download and track data, prepare project for operations. | | | |
| | | | |
| 8/29/2018 - Download and track data, prepare project for operations. | | | |

Any sum under this invoice owed TERIS that is over thirty (30) days delinquent shall bear interest at the simple, not compounded, rate of eighteen percent (18.00%) per annum, until fully paid by Client.

| | |
|---|---|
| **Total** | |
| **Payments/Credits** | |
| **Balance Due** | |

**Remit Payment to:**
**TERIS**
**2600 Via Fortuna Dr.**
**Suite 350**
**Austin, TX 78746**
**Tax ID:  06-1714383**

**Thank you for your business**



# Invoice

| Date | Invoice # |
|------|-----------|
| 8/31/2018 | 26862 |

**2600 Via Fortuna Dr.
Suite 350
Austin, TX 78746
O: 512-476-3371
F: 512-476-3372**

| **Bill To** | **Ship To** |
|-------------|-------------|
| MWCC<br>Humberto Molina<br>9807 Katy Freeway<br>Ste 1200<br>Houston TX 77024 | MWCC<br>Humberto Molina<br>9807 Katy Freeway<br>Ste 1200<br>Houston, TX 77024 |

| Client / Matter # | Terms | Rep | Project | Job Number | Ordered By: |
|-------------------|-------|-----|---------|------------|-------------|
| Deep Fix v Marine Well | Due on receipt | RS | | | Osha Ling |

| Description | Quantity | Price Each | Amount |
|-------------|----------|------------|--------|
| 8/30/2018 - Download and track data, prepare project for operations.<br><br>Call with Jason discussing production and format,review ESI order, review notes from client and prepare project for operations.<br><br>08/09/2018- Update Issues Tags for Jason in coding layout.<br><br>08/13/18: updated issues tags field for Jason L. Tucker-added the following tags: •Reviewed (For DF Docs) •Attachments Missing •Adams 833 Patent •Hot Docs<br><br>08/15/18- Download and track data; prepare project for operations.<br> 08/16/18: Download and track data; prepare project for operations. | | | |

Any sum under this invoice owed TERIS that is over thirty (30) days delinquent shall bear interest at the simple, not compounded, rate of eighteen percent (18.00%) per annum, until fully paid by Client.

| **Total** | |
|-----------|--|
| **Payments/Credits** | |
| **Balance Due** | |

**Remit Payment to:
TERIS
2600 Via Fortuna Dr.
Suite 350
Austin, TX 78746
Tax ID:  06-1714383**

**Thank you for your business**



# Invoice

| Date | Invoice # |
|---|---|
| 8/31/2018 | 26862 |

**2600 Via Fortuna Dr.**
**Suite 350**
**Austin, TX 78746**
**O: 512-476-3371**
**F: 512-476-3372**

| **Bill To** | **Ship To** |
|---|---|
| MWCC<br>Humberto Molina<br>9807 Katy Freeway<br>Ste 1200<br>Houston TX 77024 | MWCC<br>Humberto Molina<br>9807 Katy Freeway<br>Ste 1200<br>Houston, TX 77024 |

| Client / Matter # | Terms | Rep | Project | Job Number | Ordered By: |
|---|---|---|---|---|---|
| Deep Fix v Marine Well | Due on receipt | RS | | | Osha Ling |

| Description | Quantity | Price Each | Amount |
|---|---|---|---|
| EDD Technical Time<br>8/9/2018: Data staging for production imaging and delivery; endorsing confidentiality on a page level.<br><br>8/15/2018: Staging data and preparing loadfiles for loading to Relativity<br><br>8/16/2018: Staging data and preparing loadfiles for loading to Relativity<br><br>8/17/2018: Applying endorsements on a page level; finalizing production volume.<br><br>8/23 - Staging new data for processing and loading to Relativity<br><br>8/29 - .25 hours - Volume staging<br><br>8/30 - Volume staging | 2.25 | 175.00 | 393.75 |
| Native File Processing to Load: De-Dupe, Type,Date,Keyword Filter and export to Load | 1 | 125.00 | 125.00 |
| State & City Tax | | 8.25% | 152.95 |

Any sum under this invoice owed TERIS that is over thirty (30) days delinquent shall bear interest at the simple, not compounded, rate of eighteen percent (18.00%) per annum, until fully paid by Client.

| | |
|---|---|
| **Total** | **$2,400.62** |
| **Payments/Credits** | **$0.00** |
| **Balance Due** | **$2,400.62** |

**Remit Payment to:**
**TERIS**
**2600 Via Fortuna Dr.**
**Suite 350**
**Austin, TX 78746**
**Tax ID:  06-1714383**

**Thank you for your business**



# Invoice

**2600 Via Fortuna Dr.**
**Suite 350**
**Austin, TX 78746**
**O: 512-476-3371**
**F: 512-476-3372**

| Date | Invoice # |
|---|---|
| 9/30/2018 | 26945 |

| **Bill To** | **Ship To** |
|---|---|
| Synrad<br>4600 Campus Place<br>Mukilteo, WA 98034 | Synrad<br>4600 Campus Place<br>Mukilteo, WA 98034 |

| Client / Matter # | Terms | Rep | Project | Job Number | Ordered By: |
|---|---|---|---|---|---|
| Deep Fix v Marine Well | Due on receipt | RS | | AUS-021600080 | Deborah A. Skolaski |

| Description | Quantity | Price Each | Amount |
|---|---|---|---|
| Relativity: Monthly Storage - per GB/month | 3.82 | 15.00 | 57.30 |
| Relativity: Reviewer Access - per user/month | 4 | 120.00 | 480.00 |
| Native File Processing to Load: De-Dupe, Type,Date,Keyword Filter and export to Load | 1 | 125.00 | 125.00 |
| File Conversion to Tiff Image | 12,111 | 0.03 | 363.33 |
| File Conversion to Tiff Image-Color | 1,019 | 0.06 | 61.14 |
| Text Creation, files w/o extracted text or OCR as required | 481 | 0.02 | 9.62 |
| Electronic Numbering, per image | 13,130 | 0.02 | 262.60 |

Any sum under this invoice owed TERIS that is over thirty (30) days delinquent shall bear interest at the simple, not compounded, rate of eighteen percent (18.00%) per annum, until fully paid by Client.

| | |
|---|---|
| **Total** | |
| **Payments/Credits** | |
| **Balance Due** | |

**Remit Payment to:**
**TERIS**
**2600 Via Fortuna Dr.**
**Suite 350**
**Austin, TX 78746**
**Tax ID:  06-1714383**

**Thank you for your business**



**2600 Via Fortuna Dr.**
**Suite 350**
**Austin, TX 78746**
**O: 512-476-3371**
**F: 512-476-3372**

# Invoice

| Date | Invoice # |
|---|---|
| 9/30/2018 | 26945 |

| **Bill To** |
|---|
| Synrad |
| 4600 Campus Place |
| Mukilteo, WA 98034 |

| **Ship To** |
|---|
| Synrad |
| 4600 Campus Place |
| Mukilteo, WA 98034 |

| Client / Matter # | Terms | Rep | Project | Job Number | Ordered By: |
|---|---|---|---|---|---|
| Deep Fix v Marine Well | Due on receipt | RS | | AUS-021600080 | Deborah A. Skolaski |

| Description | Quantity | Price Each | Amount |
|---|---|---|---|
| Project Management Fee- | 7.25 | 175.00 | 1,268.75 |
| 9/10/2018 - Download and track data, prepare project for operations. | | | |
| 9/11/2018 - Identify production set, clarify production instructions and prepare project for operations. | | | |
| 9/12/2018 - Download and track data, prepare project for operations. | | | |
| 9/12/2018 - Download and track data, prepare project for operations. | | | |
| 9/17/2018 - Download and track data, prepare project for operations. | | | |
| 9/19/2018 - Identify production set and clarify instructions, prepare project for operations. | | | |
| 9/25/2018 - Download and track data, prepare project for operations. | | | |
| 9/5/2018 - Identify production set and confirm instruction, run production checks and provide Jason with items to update, prepare project for operations. Revise WO and confirm changes when Jason changed some confidentiality calls. | | | |
| 9/7/2018 - Download and track data, prepare project for operations. | | | |
| 09/25/18: Identify production set and prepare project for operations. (0.25) | | | |
| Project Management Fee-Download and track data; prepare project for operations (0.25) | | | |
| | 8.5 | 125.00 | 1,062.50 |

Any sum under this invoice owed TERIS that is over thirty (30) days delinquent shall bear interest at the simple, not compounded, rate of eighteen percent (18.00%) per annum, until fully paid by Client.

| | |
|---|---|
| **Total** | |
| **Payments/Credits** | |
| **Balance Due** | |

**Remit Payment to:**
**TERIS**
**2600 Via Fortuna Dr.**
**Suite 350**
**Austin, TX 78746**
**Tax ID:  06-1714383**

**Thank you for your business**



# Invoice

**2600 Via Fortuna Dr.**
**Suite 350**
**Austin, TX 78746**
**O: 512-476-3371**
**F: 512-476-3372**

| Date | Invoice # |
|---|---|
| 9/30/2018 | 26945 |

| **Bill To** |
|---|
| Synrad<br>4600 Campus Place<br>Mukilteo, WA 98034 |

| **Ship To** |
|---|
| Synrad<br>4600 Campus Place<br>Mukilteo, WA 98034 |

| Client / Matter # | Terms | Rep | Project | Job Number | Ordered By: |
|---|---|---|---|---|---|
| Deep Fix v Marine Well | Due on receipt | RS | | AUS-021600080 | Deborah A. Skolaski |

| Description | Quantity | Price Each | Amount |
|---|---|---|---|
| EDD Technical Time<br> 9/10/2018: Staging data and preparing loadfiles for loading to Relativity.<br><br>9/11/2018: Production data staging and finalization of export volume.<br><br>9/12/2018: Production data staging and finalization of export volume.<br><br>9/12/2018: Staging data and preparing loadfiles for loading to Relativity<br><br>9/12/2018: Staging data and preparing loadfiles for loading to Relativity<br><br>9/12/2018: Staging data and preparing loadfiles for loading to Relativity.<br><br>9/14/2018 and 9/15/2018: Manual tiffing of html/htm files; finalizing export volume.<br><br>9/14/2018: Staging data and preparing loadfiles for loading to Relativity<br><br>9/17/2018: Staging data and preparing loadfiles for loading to Relativity<br><br>9/25/2018 - 15 min - Staging data and preparing loadfiles for loading to Relativity | | | |

Any sum under this invoice owed TERIS that is over thirty (30) days delinquent shall bear interest at the simple, not compounded, rate of eighteen percent (18.00%) per annum, until fully paid by Client.

| **Total** | |
|---|---|
| **Payments/Credits** | |
| **Balance Due** | |

**Remit Payment to:**
**TERIS**
**2600 Via Fortuna Dr.**
**Suite 350**
**Austin, TX 78746**
**Tax ID:  06-1714383**

**Thank you for your business**



# Invoice

**2600 Via Fortuna Dr.
Suite 350
Austin, TX 78746
O: 512-476-3371
F: 512-476-3372**

| Date | Invoice # |
|---|---|
| 9/30/2018 | 26945 |

**Bill To**

Synrad
4600 Campus Place
Mukilteo, WA 98034

**Ship To**

Synrad
4600 Campus Place
Mukilteo, WA 98034

| Client / Matter # | Terms | Rep | Project | Job Number | Ordered By: |
|---|---|---|---|---|---|
| Deep Fix v Marine Well | Due on receipt | RS | | AUS-021600080 | Deborah A. Skolaski |

| Description | Quantity | Price Each | Amount |
|---|---|---|---|
| 9/6 - Revising production to reflect new confidentiality calls | | | |
| 9/11 - .25 hours - Volume staging | | | |
| 9/12 - .25 hours - Volume staging | | | |
| 9/14 - .25 hours - Review volume staging | | | |
| 9/14 - 1.5 hours - Manually tiffing htm/html files | | | |
| 9/18 - .25 hours - Volume staging | | | |
| 9/19 - .25 hours - Staging/processing replacement file for production | | | |
| 9/25 - .25 hours - Staging data for production | | | |
| 9/5 - .25 hours - Creating custom slipsheet format | | | |
| 9/7 - .25 hours - Volume staging | | | |
| Data Delivery via FTP (per volume) | 1 | 25.00 | 25.00 |
| Native File Processing to Load: De-Dupe, Type,Date,Keyword Filter and export to Load | 0.57 | 125.00 | 71.25 |
| State & City Tax | | 8.25% | 224.73 |

Any sum under this invoice owed TERIS that is over thirty (30) days delinquent shall bear interest at the simple, not compounded, rate of eighteen percent (18.00%) per annum, until fully paid by Client.

| | |
|---|---|
| **Total** | **$4,011.22** |
| **Payments/Credits** | **$0.00** |
| **Balance Due** | **$4,011.22** |

**Remit Payment to:
TERIS
2600 Via Fortuna Dr.
Suite 350
Austin, TX 78746
Tax ID: 06-1714383**

**Thank you for your business**



# Invoice

**2600 Via Fortuna Dr.**
**Suite 350**
**Austin, TX 78746**
**O: 512-476-3371**
**F: 512-476-3372**

| Date | Invoice # |
|---|---|
| 10/31/2018 | 27038 |

| **Bill To** | **Ship To** |
|---|---|
| Osha Liang, LLP<br>909 Fannin Street, Suite 3500<br>Houston, Texas 77010 | Osha Liang, LLP<br>909 Fannin Street, Suite 3500<br>Houston, Texas 77010 |

| Client / Matter # | Terms | Rep | Project | Job Number | Ordered By: |
|---|---|---|---|---|---|
| Deep Fix v Marine Well | Due on receipt | RS | | AUS-021600080 | Deborah A. Skolaski |

| Description | Quantity | Price Each | Amount |
|---|---|---|---|
| Relativity: Monthly Storage - per GB/month | 4.85 | 15.00 | 72.75 |
| Relativity: Reviewer Access - per user/month | 4 | 120.00 | 480.00 |
| Electronic Bates (ONLY SCANNED DOCS) | 640 | 0.02 | 12.80 |
| Native File Processing to Load: De-Dupe, Type,Date,Keyword Filter and export to Load | 1 | 125.00 | 125.00 |
| File Conversion to Tiff Image | 2,523 | 0.03 | 75.69 |
| File Conversion to Tiff Image-Color | 786 | 0.06 | 47.16 |
| Text Creation, files w/o extracted text or OCR as required | 2,030 | 0.02 | 40.60 |
| Electronic Numbering, per image | 2,456 | 0.02 | 49.12 |

Any sum under this invoice owed TERIS that is over thirty (30) days delinquent shall bear interest at the simple, not compounded, rate of eighteen percent (18.00%) per annum, until fully paid by Client.

| | |
|---|---|
| **Total** | |
| **Payments/Credits** | |
| **Balance Due** | |

**Remit Payment to:**
**TERIS**
**2600 Via Fortuna Dr.**
**Suite 350**
**Austin, TX 78746**
**Tax ID: 06-1714383**

**Thank you for your business**



# Invoice

| Date | Invoice # |
|---|---|
| 10/31/2018 | 27038 |

**2600 Via Fortuna Dr.**
**Suite 350**
**Austin, TX 78746**
**O: 512-476-3371**
**F: 512-476-3372**

| **Bill To** | **Ship To** |
|---|---|
| Osha Liang, LLP<br>909 Fannin Street, Suite 3500<br>Houston, Texas 77010 | Osha Liang, LLP<br>909 Fannin Street, Suite 3500<br>Houston, Texas 77010 |

| Client / Matter # | Terms | Rep | Project | Job Number | Ordered By: |
|---|---|---|---|---|---|
| Deep Fix v Marine Well | Due on receipt | RS | | AUS-021600080 | Deborah A. Skolaski |

| Description | Quantity | Price Each | Amount |
|---|---|---|---|
| Project Management Fee-<br>10/17/2018 - Email and call with Jason relating to reproduction of previously produced, some slip-sheeted, items.<br><br>10/19/2018 - Identify set for production, run production checks and provide confirmation searches for Jason, prepare project for operations.<br><br>10/23/2018 - Download and track data, prepare project for operations.<br><br>10/24/2018 - Created new field called "produced as slip sheet" per Jason's request<br><br>10/25/2018 - Identify production set, discuss production order with Jason and investigate "issue" works files, prepare project for operations.<br><br>10/29/2018 - Assist Jason with a search<br><br>10/3/2018 - Email conversation with Jason regarding reproduction of a new page within previously produced items, call with Jason, prepare project for operations.<br><br>10/30/2018 - Download and track data, prepare project for operations.<br><br>10/10/2018: Download and track data; prepare project for operations. | 5.75 | 175.00 | 1,006.25 |

| Any sum under this invoice owed TERIS that is over thirty (30) days delinquent shall bear interest at the simple, not compounded, rate of eighteen percent (18.00%) per annum, until fully paid by Client. | **Total** | |
|---|---|---|
| **Remit Payment to:**<br>**TERIS**<br>**2600 Via Fortuna Dr.**<br>**Suite 350**<br>**Austin, TX 78746**<br>**Tax ID:  06-1714383** | **Payments/Credits** | |
| **Thank you for your business** | **Balance Due** | |



# Invoice

**2600 Via Fortuna Dr.**
**Suite 350**
**Austin, TX 78746**
**O: 512-476-3371**
**F: 512-476-3372**

| Date | Invoice # |
|---|---|
| 10/31/2018 | 27038 |

| Bill To | Ship To |
|---|---|
| Osha Liang, LLP<br>909 Fannin Street, Suite 3500<br>Houston, Texas 77010 | Osha Liang, LLP<br>909 Fannin Street, Suite 3500<br>Houston, Texas 77010 |

| Client / Matter # | Terms | Rep | Project | Job Number | Ordered By: |
|---|---|---|---|---|---|
| Deep Fix v Marine Well | Due on receipt | RS | | AUS-021600080 | Deborah A. Skolaski |

| Description | Quantity | Price Each | Amount |
|---|---|---|---|
| EDD Technical Time<br>10/10/2018 - 15 min: Staging data and preparing loadfiles for loading to Relativity<br><br>10/19/2018 - 1 hour: Production data staging and finalization of export volume; extra handling for special instructions.<br><br>10/22/2018 - Rotate landscape prod image to portrait and re-Bates page.<br><br>10/23/2018 - 15 min: Staging data and preparing loadfiles for loading to Relativity<br><br>10/26/2018 - 15 min: Production data staging and finalization of export volume.<br><br>Data staging for production imaging and delivery Standardizing loadfiles for ORC processing and loading to Relativity<br><br>10/3 - .25 hours - Splitting document to isolate MWCC00006192, applying updated confidentiality endorsement and document reconstruction | 2.75 | 175.00 | 481.25 |
| Data Delivery via FTP (per volume) | 2 | 25.00 | 50.00 |
| Native File Processing to Load: De-Dupe, Type,Date,Keyword Filter and export to Load | 1 | 125.00 | 125.00 |
| State & City Tax | | 8.25% | 171.95 |

Any sum under this invoice owed TERIS that is over thirty (30) days delinquent shall bear interest at the simple, not compounded, rate of eighteen percent (18.00%) per annum, until fully paid by Client.

| | |
|---|---|
| **Total** | **$2,737.57** |
| **Payments/Credits** | **-$2,737.57** |
| **Balance Due** | **$0.00** |

**Remit Payment to:**
**TERIS**
**2600 Via Fortuna Dr.**
**Suite 350**
**Austin, TX 78746**
**Tax ID:  06-1714383**

**Thank you for your business**



# Invoice

**2600 Via Fortuna Dr.**
**Suite 350**
**Austin, TX 78746**
**O: 512-476-3371**
**F: 512-476-3372**

| Date | Invoice # |
|---|---|
| 11/30/2018 | 27135 |

| **Bill To** | **Ship To** |
|---|---|
| Osha Liang, LLP<br>909 Fannin Street, Suite 3500<br>Houston, Texas 77010 | Osha Liang, LLP<br>909 Fannin Street, Suite 3500<br>Houston, Texas 77010 |

| Client / Matter # | Terms | Rep | Project | Job Number | Ordered By: |
|---|---|---|---|---|---|
| Deep Fix v Marine Well | Due on receipt | RS | | AUS-021600080 | Deborah A. Skolaski |

| Description | Quantity | Price Each | Amount |
|---|---|---|---|
| Relativity: Monthly Storage - per GB/month | 4.85 | 15.00 | 72.75 |
| Relativity: Reviewer Access - per user/month | 4 | 120.00 | 480.00 |
| Electronic Numbering, per image | 24 | 0.02 | 0.48 |
| File Conversion to Tiff Image | 24 | 0.03 | 0.72 |
| Text Creation, files w/o extracted text or OCR as required | 16 | 0.03 | 0.48 |
| Project Management Fee<br>11/19/2018 - Download and track data, prepare project for operations. | 0.5 | 175.00 | 87.50 |
| EDD Technical Time<br>11/19/2018 - 15 min: Production data staging and finalization of export volume | 0.25 | 175.00 | 43.75 |
| Data Delivery via FTP (per volume) | 1 | 25.00 | 25.00 |
| State & City Tax | | 8.25% | 55.02 |

Any sum under this invoice owed TERIS that is over thirty (30) days delinquent shall bear interest at the simple, not compounded, rate of eighteen percent (18.00%) per annum, until fully paid by Client.

| | |
|---|---|
| **Total** | **$765.70** |
| **Payments/Credits** | **-$765.70** |
| **Balance Due** | **$0.00** |

**Remit Payment to:**
**TERIS**
**2600 Via Fortuna Dr.**
**Suite 350**
**Austin, TX 78746**
**Tax ID:  06-1714383**

**Thank you for your business**



# Invoice

**2600 Via Fortuna Dr.**
**Suite 350**
**Austin, TX 78746**
**O: 512-476-3371**
**F: 512-476-3372**

| Date | Invoice # |
|---|---|
| 12/31/2018 | 27211 |

| **Bill To** | **Ship To** |
|---|---|
| Osha Liang, LLP<br>909 Fannin Street, Suite 3500<br>Houston, Texas 77010 | Osha Liang, LLP<br>909 Fannin Street, Suite 3500<br>Houston, Texas 77010 |

| Client / Matter # | Terms | Rep | Project | Job Number | Ordered By: |
|---|---|---|---|---|---|
| Deep Fix v Marine Well | Due on receipt | RS | | AUS-021600080 | Deborah A. Skolaski |

| Description | Quantity | Price Each | Amount |
|---|---|---|---|
| Relativity: Monthly Storage - per GB/month | 4.85 | 15.00 | 72.75 |
| Relativity: Reviewer Access - per user/month | 4 | 120.00 | 480.00 |
| State & City Tax | | 8.25% | 45.61 |

Any sum under this invoice owed TERIS that is over thirty (30) days delinquent shall bear interest at the simple, not compounded, rate of eighteen percent (18.00%) per annum, until fully paid by Client.

| | |
|---|---|
| **Total** | **$598.36** |
| **Payments/Credits** | **-$598.36** |
| **Balance Due** | **$0.00** |

**Remit Payment to:**
**TERIS**
**2600 Via Fortuna Dr.**
**Suite 350**
**Austin, TX 78746**
**Tax ID:  06-1714383**

**Thank you for your business**



# Invoice

**2600 Via Fortuna Dr.**
**Suite 350**
**Austin, TX 78746**
**O: 512-476-3371**
**F: 512-476-3372**

| Date | Invoice # |
|---|---|
| 1/31/2019 | 27285 |

| **Bill To** | **Ship To** |
|---|---|
| Osha Liang, LLP<br>909 Fannin Street, Suite 3500<br>Houston, Texas 77010 | Osha Liang, LLP<br>909 Fannin Street, Suite 3500<br>Houston, Texas 77010 |

| Client / Matter # | Terms | Rep | Project | Job Number | Ordered By: |
|---|---|---|---|---|---|
| Deep Fix v Marine Well | Due on receipt | RS | | AUS-021600080 | Deborah A. Skolaski |

| Description | Quantity | Price Each | Amount |
|---|---|---|---|
| Relativity: Monthly Storage - per GB/month | 4.94 | 15.00 | 74.10 |
| Relativity: Reviewer Access - per user/month | 4 | 120.00 | 480.00 |
| Native File Processing to Load: De-Dupe, Type,Date,Keyword Filter and export to Load | 0.01 | 125.00 | 1.25 |
| OCR (Scanned Docs) | 1,110 | 0.02 | 22.20 |
| File Conversion to Tiff Image-Color | 2 | 0.06 | 0.12 |
| Text Creation, files w/o extracted text or OCR as required | 1,113 | 0.02 | 22.26 |
| Project Management Fee | 2.75 | 175.00 | 481.25 |
| 1/15/2019 - Email conversation assisting Jason with PDFing items out of Relativity with and without images. | | | |
| 1/15/2019 - Identify set for PDFs, clarify instructions and prepare project for operations. | | | |
| 1/30/2019 - Download and track data, prepare project for operations. | | | |
| 1/17/2019 - Email conversation with Jason regarding PSD files, downloading of new files, clarifying loading instructions and prepare project for operations. | | | |
| 01/16/19-Identify and confirm PDF set; prepare project for operations. | | | |
| Create new field layout per Jason Tucker's request. | | | |

| Any sum under this invoice owed TERIS that is over thirty (30) days delinquent shall bear interest at the simple, not compounded, rate of eighteen percent (18.00%) per annum, until fully paid by Client. | **Total** | |
|---|---|---|
| **Remit Payment to:**<br>**TERIS**<br>**2600 Via Fortuna Dr.**<br>**Suite 350**<br>**Austin, TX 78746**<br>**Tax ID:  06-1714383** | **Payments/Credits** | |
| | **Balance Due** | |

**Thank you for your business**



# Invoice

| Date | Invoice # |
|---|---|
| 1/31/2019 | 27285 |

**2600 Via Fortuna Dr.**
**Suite 350**
**Austin, TX 78746**
**O: 512-476-3371**
**F: 512-476-3372**

| **Bill To** | **Ship To** |
|---|---|
| Osha Liang, LLP<br>909 Fannin Street, Suite 3500<br>Houston, Texas 77010 | Osha Liang, LLP<br>909 Fannin Street, Suite 3500<br>Houston, Texas 77010 |

| Client / Matter # | Terms | Rep | Project | Job Number | Ordered By: |
|---|---|---|---|---|---|
| Deep Fix v Marine Well | Due on receipt | RS | | AUS-021600080 | Deborah A. Skolaski |

| Description | Quantity | Price Each | Amount |
|---|---|---|---|
| EDD Technical Time<br> 1/17/2019 - 15 minutes: Loading new images to existing documents in Relativity.<br><br>Data staging for imaging and delivery of searchable pdf volume. | 1 | 175.00 | 175.00 |
| Data Delivery via FTP (per volume) | 2 | 25.00 | 50.00 |
| State & City Tax | | 8.25% | 93.32 |

Any sum under this invoice owed TERIS that is over thirty (30) days delinquent shall bear interest at the simple, not compounded, rate of eighteen percent (18.00%) per annum, until fully paid by Client.

| | |
|---|---|
| **Total** | **$1,399.50** |
| **Payments/Credits** | **-$1,399.50** |
| **Balance Due** | **$0.00** |

**Remit Payment to:**
**TERIS**
**2600 Via Fortuna Dr.**
**Suite 350**
**Austin, TX 78746**
**Tax ID:  06-1714383**

**Thank you for your business**



# Invoice

**2600 Via Fortuna Dr.**
**Suite 350**
**Austin, TX 78746**
**O: 512-476-3371**
**F: 512-476-3372**

| Date | Invoice # |
|---|---|
| 2/28/2019 | 27351 |

| **Bill To** | **Ship To** |
|---|---|
| Synrad<br>4600 Campus Place<br>Mukilteo, WA 98034 | Synrad<br>4600 Campus Place<br>Mukilteo, WA 98034 |

| Client / Matter # | Terms | Rep | Project | Job Number | Ordered By: |
|---|---|---|---|---|---|
| Deep Fix v Marine Well | Due on receipt | RS | | AUS-021600080 | Suzanne E. Lecocke |

| Description | Quantity | Price Each | Amount |
|---|---|---|---|
| Relativity: Monthly Storage - per GB/month | 4.96 | 15.00 | 74.40 |
| Relativity: Reviewer Access - per user/month | 4 | 120.00 | 480.00 |
| Native File Processing to Load: De-Dupe, Type,Date,Keyword Filter and export to Load | 1 | 125.00 | 125.00 |
| OCR (Scanned Docs) | 82 | 0.02 | 1.64 |
| Electronic bates | 85 | 0.02 | 1.70 |
| Tiff to PDF | 1,285 | 0.03 | 38.55 |
| Text Creation, files w/o extracted text or OCR as required | 1,287 | 0.02 | 25.74 |
| Project Management Fee | 2.5 | 175.00 | 437.50 |
| 2/11/2019 - Download and track data, prepare project for operations. | | | |
| 2/11/2019 - Identify production set, prepare project to for operations. | | | |
| 02/15/19: Download and track data; prepare project for operations. | | | |
| 02/21/2019- Searchable PDF request of 38 documents from the WALZ002 Production; prepare project for operations. | | | |
| 02/14/19: Download and track data; prepare project for operations. | | | |
| 02/20/19: Identify production set; prepare project for operations. | | | |

Any sum under this invoice owed TERIS that is over thirty (30) days delinquent shall bear interest at the simple, not compounded, rate of eighteen percent (18.00%) per annum, until fully paid by Client.

| | |
|---|---|
| **Total** | |
| **Payments/Credits** | |
| **Balance Due** | |

**Remit Payment to:**
**TERIS**
**2600 Via Fortuna Dr.**
**Suite 350**
**Austin, TX 78746**
**Tax ID:  06-1714383**

**Thank you for your business**



# Invoice

| Date | Invoice # |
|---|---|
| 2/28/2019 | 27351 |

**2600 Via Fortuna Dr.**
**Suite 350**
**Austin, TX 78746**
**O: 512-476-3371**
**F: 512-476-3372**

**Bill To**

Synrad
4600 Campus Place
Mukilteo, WA 98034

**Ship To**

Synrad
4600 Campus Place
Mukilteo, WA 98034

| Client / Matter # | Terms | Rep | Project | Job Number | Ordered By: |
|---|---|---|---|---|---|
| Deep Fix v Marine Well | Due on receipt | RS | | AUS-021600080 | Suzanne E. Lecocke |

| Description | Quantity | Price Each | Amount |
|---|---|---|---|
| EDD Technical Time<br>2/11/2019 - 15 min: Production data staging and finalization of export volume<br><br>2/14/2019 - 15 min: Data staging for PDF request imaging and delivery<br><br>2/18/2019 - 15 min: Staging data and preparing loadfiles for loading to Relativity<br><br>Data staging for production imaging and delivery. Staging data and preparing loadfiles for loading to Relativity. | 1.75 | 175.00 | 306.25 |
| Data Delivery via FTP (per volume) | 2 | 25.00 | 50.00 |
| State & City Tax | | 8.25% | 101.86 |

Any sum under this invoice owed TERIS that is over thirty (30) days delinquent shall bear interest at the simple, not compounded, rate of eighteen percent (18.00%) per annum, until fully paid by Client.

**Remit Payment to:**
**TERIS**
**2600 Via Fortuna Dr.**
**Suite 350**
**Austin, TX 78746**
**Tax ID: 06-1714383**

**Thank you for your business**

| | |
|---|---|
| **Total** | **$1,642.64** |
| **Payments/Credits** | **-$1,642.64** |
| **Balance Due** | **$0.00** |



# Invoice

| Date | Invoice # |
|---|---|
| 3/31/2019 | 27438 |

**2600 Via Fortuna Dr.**
**Suite 350**
**Austin, TX 78746**
**O: 512-476-3371**
**F: 512-476-3372**

| **Bill To** | **Ship To** |
|---|---|
| Synrad<br>4600 Campus Place<br>Mukilteo, WA 98034 | Synrad<br>4600 Campus Place<br>Mukilteo, WA 98034 |

| Client / Matter # | Terms | Rep | Project | Job Number | Ordered By: |
|---|---|---|---|---|---|
| Deep Fix v Marine Well | Due on receipt | RS | | AUS-021600080 | Suzanne E. Lecocke |

| Description | Quantity | Price Each | Amount |
|---|---|---|---|
| Relativity: Monthly Storage - per GB/month | 5.47 | 15.00 | 82.05 |
| Relativity: Reviewer Access - per user/month | 4 | 120.00 | 480.00 |
| Native File Processing to Load: De-Dupe, Type,Date,Keyword Filter and export to Load | 1 | 125.00 | 125.00 |
| File Conversion to Tiff Image | 444 | 0.03 | 13.32 |
| File Conversion to Tiff Image-Color | 712 | 0.06 | 42.72 |
| Text Creation, files w/o extracted text or OCR as required | 457 | 0.02 | 9.14 |
| Electronic Numbering, per image | 939 | 0.02 | 18.78 |

Any sum under this invoice owed TERIS that is over thirty (30) days delinquent shall bear interest at the simple, not compounded, rate of eighteen percent (18.00%) per annum, until fully paid by Client.

| **Total** | |
|---|---|
| **Payments/Credits** | |
| **Balance Due** | |

**Remit Payment to:**
**TERIS**
**2600 Via Fortuna Dr.**
**Suite 350**
**Austin, TX 78746**
**Tax ID: 06-1714383**

**Thank you for your business**



# Invoice

| Date | Invoice # |
|---|---|
| 3/31/2019 | 27438 |

**2600 Via Fortuna Dr.**
**Suite 350**
**Austin, TX 78746**
**O: 512-476-3371**
**F: 512-476-3372**

| **Bill To** | **Ship To** |
|---|---|
| Synrad<br>4600 Campus Place<br>Mukilteo, WA 98034 | Synrad<br>4600 Campus Place<br>Mukilteo, WA 98034 |

| Client / Matter # | Terms | Rep | Project | Job Number | Ordered By: |
|---|---|---|---|---|---|
| Deep Fix v Marine Well | Due on receipt | RS | | AUS-021600080 | Suzanne E. Lecocke |

| Description | Quantity | Price Each | Amount |
|---|---|---|---|
| Project Management Fee<br>3/14/2019 - Email conversation with Jason regarding third party production format and what we would expect to receive<br><br>3/18/2019 - Email conversation with Jason regarding questions related to database files<br><br>3/6/2019 - Provide screenshot to Jason on how to print/save to PDF of produced images of documents.<br><br>03/14/18: Download and track data; prepare project for operations.<br><br>03/14/19: Download and track data; prepare project for operations.<br><br>03/18/19: Download and track data; prepare project for operations. (.25)<br><br>03/19/19: Created new issue tag "Adams Credibility" per Jason's request.<br><br>03/19/19: Identify production set, download, and track data; prepare project for operations. | 3 | 175.00 | 525.00 |

Any sum under this invoice owed TERIS that is over thirty (30) days delinquent shall bear interest at the simple, not compounded, rate of eighteen percent (18.00%) per annum, until fully paid by Client.

| | |
|---|---|
| **Total** | |
| **Payments/Credits** | |
| **Balance Due** | |

**Remit Payment to:**
**TERIS**
**2600 Via Fortuna Dr.**
**Suite 350**
**Austin, TX 78746**
**Tax ID:  06-1714383**

**Thank you for your business**



# Invoice

**2600 Via Fortuna Dr.**
**Suite 350**
**Austin, TX 78746**
**O: 512-476-3371**
**F: 512-476-3372**

| Date | Invoice # |
|---|---|
| 3/31/2019 | 27438 |

| **Bill To** | **Ship To** |
|---|---|
| Synrad<br>4600 Campus Place<br>Mukilteo, WA 98034 | Synrad<br>4600 Campus Place<br>Mukilteo, WA 98034 |

| Client / Matter # | Terms | Rep | Project | Job Number | Ordered By: |
|---|---|---|---|---|---|
| Deep Fix v Marine Well | Due on receipt | RS | | AUS-021600080 | Suzanne E. Lecocke |

| Description | Quantity | Price Each | Amount |
|---|---|---|---|
| EDD Technical Time<br>3/14/2019 - 15 min: Staging data and preparing loadfiles for loading to Relativity<br><br>Data staging for production imaging and delivery<br><br>Staging & mapping 3rd Party loadfile for Relativity, Bates matching.<br><br>Staging 3rd Party data in NUIX and preparing loadfiles for loading to Relativity. | 1.75 | 175.00 | 306.25 |
| Data Delivery via FTP (per volume) | 0 | 25.00 | 0.00 |
| State & City Tax | | 8.25% | 106.92 |

Any sum under this invoice owed TERIS that is over thirty (30) days delinquent shall bear interest at the simple, not compounded, rate of eighteen percent (18.00%) per annum, until fully paid by Client.

| | |
|---|---|
| **Total** | **$1,709.18** |
| **Payments/Credits** | **-$1,709.18** |
| **Balance Due** | **$0.00** |

**Remit Payment to:**
**TERIS**
**2600 Via Fortuna Dr.**
**Suite 350**
**Austin, TX 78746**
**Tax ID:  06-1714383**

**Thank you for your business**



# Invoice

| Date | Invoice # |
|---|---|
| 4/30/2019 | 27530 |

**2600 Via Fortuna Dr.**
**Suite 350**
**Austin, TX 78746**
**O: 512-476-3371**
**F: 512-476-3372**

| **Bill To** | **Ship To** |
|---|---|
| Osha Liang, LLP<br>909 Fannin Street, Suite 3500<br>Houston, Texas 77010 | Osha Liang, LLP<br>909 Fannin Street, Suite 3500<br>Houston, Texas 77010 |

| Client / Matter # | Terms | Rep | Project | Job Number | Ordered By: |
|---|---|---|---|---|---|
| Deep Fix v Marine Well | Due on receipt | RS | | AUS-021600080 | Deborah A. Skolaski |

| Description | Quantity | Price Each | Amount |
|---|---|---|---|
| Relativity: Monthly Storage - per GB/month | 5.64 | 15.00 | 84.60 |
| Relativity: Reviewer Access - per user/month | 4 | 120.00 | 480.00 |
| File Conversion to Tiff Image-Color | 300 | 0.06 | 18.00 |
| Text Creation, files w/o extracted text or OCR as required | 300 | 0.02 | 6.00 |
| Electronic Numbering, per image | 300 | 0.02 | 6.00 |
| Project Management Fee | 0.5 | 175.00 | 87.50 |
| 04/05/19: Download and track data; prepare project for operations. | | | |
| 04/08/19: Identify, review, and confirm production set; prepare project for operations. | | | |
| EDD Technical Time | 1.25 | 175.00 | 218.75 |
| 4/8/2019 - 15 min: Data staging for production imaging and delivery | | | |
| Suzanne Lecocke: Standardizing loadfiles from scan vendor for ORC processing and loading to Relativity | | | |
| State & City Tax | | 8.25% | 56.27 |

Any sum under this invoice owed TERIS that is over thirty (30) days delinquent shall bear interest at the simple, not compounded, rate of eighteen percent (18.00%) per annum, until fully paid by Client.

| | |
|---|---|
| **Total** | **$957.12** |
| **Payments/Credits** | **-$957.12** |
| **Balance Due** | **$0.00** |

**Remit Payment to:**
**TERIS**
**2600 Via Fortuna Dr.**
**Suite 350**
**Austin, TX 78746**
**Tax ID: 06-1714383**

**Thank you for your business**



# Invoice

**2600 Via Fortuna Dr.**
**Suite 350**
**Austin, TX 78746**
**O: 512-476-3371**
**F: 512-476-3372**

| Date | Invoice # |
|---|---|
| 5/31/2019 | 27641 |

| **Bill To** | **Ship To** |
|---|---|
| Osha Liang, LLP<br>909 Fannin Street, Suite 3500<br>Houston, Texas 77010 | Osha Liang, LLP<br>909 Fannin Street, Suite 3500<br>Houston, Texas 77010 |

| Client / Matter # | Terms | Rep | Project | Job Number | Ordered By: |
|---|---|---|---|---|---|
| Deep Fix v Marine Well | Due on receipt | RS | | AUS-021600080 | Deborah A. Skolaski |

| Description | Quantity | Price Each | Amount |
|---|---|---|---|
| Relativity: Monthly Storage - per GB/month | 6.66 | 15.00 | 99.90 |
| Relativity: Reviewer Access - per user/month | 4 | 120.00 | 480.00 |
| File Conversion to Tiff Image | 3,424 | 0.03 | 102.72 |
| File Conversion to Tiff Image-Color | 793 | 0.06 | 47.58 |
| Text Creation, files w/o extracted text or OCR as required | 2,678 | 0.02 | 53.56 |
| Electronic Numbering, per image | 810 | 0.02 | 16.20 |

Any sum under this invoice owed TERIS that is over thirty (30) days delinquent shall bear interest at the simple, not compounded, rate of eighteen percent (18.00%) per annum, until fully paid by Client.

| | |
|---|---|
| **Total** | |
| **Payments/Credits** | |
| **Balance Due** | |

**Remit Payment to:**
**TERIS**
**2600 Via Fortuna Dr.**
**Suite 350**
**Austin, TX 78746**
**Tax ID:  06-1714383**

**Thank you for your business**



# Invoice

| Date | Invoice # |
|------|-----------|
| 5/31/2019 | 27641 |

**2600 Via Fortuna Dr.**
**Suite 350**
**Austin, TX 78746**
**O: 512-476-3371**
**F: 512-476-3372**

| **Bill To** | **Ship To** |
|-------------|-------------|
| Osha Liang, LLP<br>909 Fannin Street, Suite 3500<br>Houston, Texas 77010 | Osha Liang, LLP<br>909 Fannin Street, Suite 3500<br>Houston, Texas 77010 |

| Client / Matter # | Terms | Rep | Project | Job Number | Ordered By: |
|-------------------|-------|-----|---------|------------|-------------|
| Deep Fix v Marine Well | Due on receipt | RS | | AUS-021600080 | Deborah A. Skolaski |

| Description | Quantity | Price Each | Amount |
|-------------|----------|------------|--------|
| Project Management Fee<br>6/4/2019 - Download and track data, prepare project for operations.<br><br>6/5/2019 - Prepare project for operations<br><br>05/02/19: Identify production set, confirm production instructions with Jason, and prepare project for operations.<br><br>05/13/19: Download and track data; prepare project for operations.<br><br>05/14/19: Download and track data; prepare project for operations.<br><br>05/20/2019: Identify production set, create searches, and prepare project for operations.<br><br>05/23/19: Identify production set, create searches and prepare project for operations.<br><br>05/24/19: Download and track data; prepare project for operations.<br><br>06/03/19: Download and track data; prepare project for operations.<br><br>06/6/2019: Project Management Fee: 06/06/19: Download and track data; prepare project for operations.<br><br>06/6/2019: Project Management Fee: 06/06/19: Identify and confirm production set, create searches, and prepare project for operations | 3.75 | 175.00 | 656.25 |
| EDD Technical Time<br>5 hour: Creating production volume in LAW. Data staging for | 5.25 | 175.00 | 918.75 |

Any sum under this invoice owed TERIS that is over thirty (30) days delinquent shall bear interest at the simple, not compounded, rate of eighteen percent (18.00%) per annum, until fully paid by Client.

| | |
|---|---|
| **Total** | |
| **Payments/Credits** | |
| **Balance Due** | |

**Remit Payment to:**
**TERIS**
**2600 Via Fortuna Dr.**
**Suite 350**
**Austin, TX 78746**
**Tax ID: 06-1714383**

**Thank you for your business**



**2600 Via Fortuna Dr.**
**Suite 350**
**Austin, TX 78746**
**O: 512-476-3371**
**F: 512-476-3372**

# Invoice

| Date | Invoice # |
|---|---|
| 5/31/2019 | 27641 |

| **Bill To** | **Ship To** |
|---|---|
| Osha Liang, LLP<br>909 Fannin Street, Suite 3500<br>Houston, Texas 77010 | Osha Liang, LLP<br>909 Fannin Street, Suite 3500<br>Houston, Texas 77010 |

| Client / Matter # | Terms | Rep | Project | Job Number | Ordered By: |
|---|---|---|---|---|---|
| Deep Fix v Marine Well | Due on receipt | RS | | AUS-021600080 | Deborah A. Skolaski |

| Description | Quantity | Price Each | Amount |
|---|---|---|---|
| production imaging and delivery to FTP.<br><br>5/03/2019 - .25 hour: Exported production overlay from LAW and uploaded to Relativity DB along with updated production values.<br><br>5/13/2019 - .50 hour: Staging data for OCR processing and preparing loadfiles for loading to Relativity.<br><br>5/14/2019 - 15 min: Staging data and preparing loadfiles for loading to Relativity<br><br>5/20/2019 - .5 hour: Data staging for production imaging and delivery. Exported production overlay from LAW and uploaded to Relativity DB along with updated production values.<br><br>5/24/2019 - .5 hour: Stage production data in LAW for imaging, endorsement, and numbering. Exported production deliverables and production overlay from LAW. Uploaded production overlay to Relativity DB along with updated production values.<br><br>5/24/2019 - 15 min: Staging data and preparing loadfiles for loading to Relativity<br><br>6/4/2019 - 30 min: Staging data and preparing loadfiles for loading to Relativity; bates matching<br><br>6/4/2019- .25 hour: Staging data for tiffing and OCR. Preparing loadfiles for loading to Relativity.<br><br>6/5/2019- 1.0 hour: Clawback of several files. Deleted files from | | | |

Any sum under this invoice owed TERIS that is over thirty (30) days delinquent shall bear interest at the simple, not compounded, rate of eighteen percent (18.00%) per annum, until fully paid by Client.

| **Total** | |
|---|---|
| **Payments/Credits** | |
| **Balance Due** | |

**Remit Payment to:**
**TERIS**
**2600 Via Fortuna Dr.**
**Suite 350**
**Austin, TX 78746**
**Tax ID:  06-1714383**

**Thank you for your business**



# Invoice

| Date | Invoice # |
| --- | --- |
| 5/31/2019 | 27641 |

**2600 Via Fortuna Dr.
Suite 350
Austin, TX 78746
O: 512-476-3371
F: 512-476-3372**

**Bill To**

Osha Liang, LLP
909 Fannin Street, Suite 3500
Houston, Texas 77010

**Ship To**

Osha Liang, LLP
909 Fannin Street, Suite 3500
Houston, Texas 77010

| Client / Matter # | Terms | Rep | Project | Job Number | Ordered By: |
| --- | --- | --- | --- | --- | --- |
| Deep Fix v Marine Well | Due on receipt | RS | | AUS-021600080 | Deborah A. Skolaski |

| Description | Quantity | Price Each | Amount |
| --- | --- | --- | --- |
| Relativity. Removed Production set. Staging data and preparing loadfiles for loading to Relativity. Updated images for production set. Updated Natives, Text and Images for 3rd Party Production and loaded to Relativity.<br><br>6/7/2019 - 15 min: Data staging for production imaging and delivery<br><br>6/7/2019 - 15 min: Staging data and preparing loadfiles for loading to Relativity | | | |
| Data Delivery via FTP (per volume) | 3 | 25.00 | 75.00 |
| State & City Tax | | 8.25% | 126.32 |

Any sum under this invoice owed TERIS that is over thirty (30) days delinquent shall bear interest at the simple, not compounded, rate of eighteen percent (18.00%) per annum, until fully paid by Client.

| | |
| --- | --- |
| **Total** | **$2,576.28** |
| **Payments/Credits** | **-$2,576.28** |
| **Balance Due** | **$0.00** |

**Remit Payment to:
TERIS
2600 Via Fortuna Dr.
Suite 350
Austin, TX 78746
Tax ID: 06-1714383**

**Thank you for your business**



# Invoice

| Date | Invoice # |
|---|---|
| 6/30/2019 | 27714 |

**2600 Via Fortuna Dr.**
**Suite 350**
**Austin, TX 78746**
**O: 512-476-3371**
**F: 512-476-3372**

| **Bill To** | **Ship To** |
|---|---|
| Osha Liang, LLP<br>909 Fannin Street, Suite 3500<br>Houston, Texas 77010 | Osha Liang, LLP<br>909 Fannin Street, Suite 3500<br>Houston, Texas 77010 |

| Client / Matter # | Terms | Rep | Project | Job Number | Ordered By: |
|---|---|---|---|---|---|
| Deep Fix v Marine Well | Due on receipt | RS | | AUS-021600080 | Deborah A. Skolaski |

| Description | Quantity | Price Each | Amount |
|---|---|---|---|
| Relativity: Monthly Storage - per GB/month | 6.66 | 15.00 | 99.90 |
| Relativity: Reviewer Access - per user/month | 4 | 120.00 | 480.00 |
| File Conversion to Tiff Image | 437 | 0.03 | 13.11 |
| Text Creation, files w/o extracted text or OCR as required | 20 | 0.02 | 0.40 |
| Electronic Numbering, per image | 70 | 0.02 | 1.40 |
| Project Management Fee | 2.25 | 175.00 | 393.75 |
| 6/12/2019 - Download and track data, prepare project for operations. | | | |
| 6/20/2019 - Download and track data, prepare project for operations. | | | |
| 06/06/19: Download and track data; prepare project for operations. | | | |
| 6/11/19: Download and track data for claw-back request and prepare project for operations. | | | |
| 6/17/19: Create new field - "Deposition Exhibit" and add tags per Jason's request and add to coding layout. | | | |

Any sum under this invoice owed TERIS that is over thirty (30) days delinquent shall bear interest at the simple, not compounded, rate of eighteen percent (18.00%) per annum, until fully paid by Client.

| **Total** | |
|---|---|
| **Payments/Credits** | |
| **Balance Due** | |

**Remit Payment to:**
**TERIS**
**2600 Via Fortuna Dr.**
**Suite 350**
**Austin, TX 78746**
**Tax ID: 06-1714383**

**Thank you for your business**



# Invoice

**2600 Via Fortuna Dr.
Suite 350
Austin, TX 78746
O: 512-476-3371
F: 512-476-3372**

| Date | Invoice # |
|---|---|
| 6/30/2019 | 27714 |

| **Bill To** | **Ship To** |
|---|---|
| Osha Liang, LLP<br>909 Fannin Street, Suite 3500<br>Houston, Texas 77010 | Osha Liang, LLP<br>909 Fannin Street, Suite 3500<br>Houston, Texas 77010 |

| Client / Matter # | Terms | Rep | Project | Job Number | Ordered By: |
|---|---|---|---|---|---|
| Deep Fix v Marine Well | Due on receipt | RS | | AUS-021600080 | Deborah A. Skolaski |

| Description | Quantity | Price Each | Amount |
|---|---|---|---|
| EDD Technical Time<br>6/20/2019: 06/20/2019 - .4 - Staging new data for processing and production<br><br>6/12/2019 - 1.5 hrs - Removal of claw back data from Relativity and network, process redacted version, create new production set in Relativity<br><br>6/13/2019 - 15 min: Staging data and preparing loadfiles for loading to Relativity<br><br>6/6/2019- .25 hour: Processed data in NUIX, removed immaterial items, and created review volume for Relativity. | 2.4 | 175.00 | 420.00 |
| State & City Tax | | 8.25% | 81.57 |

Any sum under this invoice owed TERIS that is over thirty (30) days delinquent shall bear interest at the simple, not compounded, rate of eighteen percent (18.00%) per annum, until fully paid by Client.

| | |
|---|---|
| **Total** | **$1,490.13** |
| **Payments/Credits** | **-$1,490.13** |
| **Balance Due** | **$0.00** |

**Remit Payment to:
TERIS
2600 Via Fortuna Dr.
Suite 350
Austin, TX 78746
Tax ID:  06-1714383**

**Thank you for your business**



**2600 Via Fortuna Dr.**
**Suite 350**
**Austin, TX 78746**
**O: 512-476-3371**
**F: 512-476-3372**

# Invoice

| Date | Invoice # |
|---|---|
| 7/31/2019 | 27782 |

| **Bill To** | **Ship To** |
|---|---|
| Osha Liang, LLP<br>909 Fannin Street, Suite 3500<br>Houston, Texas 77010 | Osha Liang, LLP<br>909 Fannin Street, Suite 3500<br>Houston, Texas 77010 |

| Client / Matter # | Terms | Rep | Project | Job Number | Ordered By: |
|---|---|---|---|---|---|
| Deep Fix v Marine Well | Due on receipt | RS | | AUS-021600080 | Deborah A. Skolaski |

| Description | Quantity | Price Each | Amount |
|---|---|---|---|
| Relativity: Monthly Storage - per GB/month | 16 | 15.00 | 240.00 |
| Relativity: Reviewer Access - per user/month | 4 | 120.00 | 480.00 |
| Native File Processing to Load: De-Dupe, Type,Date,Keyword Filter and export to Load | 7.24 | 125.00 | 905.00 |
| File Conversion to Tiff Image | 207 | 0.03 | 6.21 |
| File Conversion to Tiff Image-Color | 720 | 0.05 | 36.00 |
| Text Creation, files w/o extracted text or OCR as required | 305 | 0.02 | 6.10 |
| Electronic Numbering, per image | 1,410 | 0.02 | 28.20 |
| Project Management Fee | 2.5 | 175.00 | 437.50 |

7/11/2019 - Added issue tags for Jason

7/19/2019 - Search for and confirm production set, prepare project for operations.

7/23/2019 - Emails/call with Jason regarding reproduction, prepare project for operations(.5)

7/23/2019 - Run production checks, requested coding updates for an uncoded item, prepare project for operations.

7/9/2019 - Data intake and logging, prepare project for operations.

Any sum under this invoice owed TERIS that is over thirty (30) days delinquent shall bear interest at the simple, not compounded, rate of eighteen percent (18.00%) per annum, until fully paid by Client.

| **Total** | |
|---|---|
| **Payments/Credits** | |
| **Balance Due** | |

**Remit Payment to:**
**TERIS**
**2600 Via Fortuna Dr.**
**Suite 350**
**Austin, TX 78746**
**Tax ID:  06-1714383**

**Thank you for your business**



# Invoice

**2600 Via Fortuna Dr.**
**Suite 350**
**Austin, TX 78746**
**O: 512-476-3371**
**F: 512-476-3372**

| Date | Invoice # |
|---|---|
| 7/31/2019 | 27782 |

| **Bill To** | **Ship To** |
|---|---|
| Osha Liang, LLP<br>909 Fannin Street, Suite 3500<br>Houston, Texas 77010 | Osha Liang, LLP<br>909 Fannin Street, Suite 3500<br>Houston, Texas 77010 |

| Client / Matter # | Terms | Rep | Project | Job Number | Ordered By: |
|---|---|---|---|---|---|
| Deep Fix v Marine Well | Due on receipt | RS | | AUS-021600080 | Deborah A. Skolaski |

| Description | Quantity | Price Each | Amount |
|---|---|---|---|
| EDD Technical Time<br><br>7/19/2019 - .25 hour: Exported production overlay from LAW and uploaded to Relativity DB along with updated production values.<br><br>7/23/2019 - 15 min: Production data staging and finalization of export volume<br><br>7/24/2019 - .25 hour: Updated Confidentiality Statement per client request. Exported production overlay from LAW and uploaded to Relativity DB along with updated production values.<br><br>7/25/2019 - 15 min: Data processing and preparing loadfiles for loading to Relativity<br><br>7/9/2019 - 15 min: Data processing and preparing loadfiles for loading to Relativity | 1.25 | 175.00 | 218.75 |
| State & City Tax | | 8.25% | 176.47 |

Any sum under this invoice owed TERIS that is over thirty (30) days delinquent shall bear interest at the simple, not compounded, rate of eighteen percent (18.00%) per annum, until fully paid by Client.

| | |
|---|---|
| **Total** | **$2,534.23** |
| **Payments/Credits** | **-$2,534.23** |
| **Balance Due** | **$0.00** |

**Remit Payment to:**
**TERIS**
**2600 Via Fortuna Dr.**
**Suite 350**
**Austin, TX 78746**
**Tax ID: 06-1714383**

**Thank you for your business**



**2600 Via Fortuna Dr.**
**Suite 350**
**Austin, TX 78746**
**O: 512-476-3371**
**F: 512-476-3372**

# Invoice

| Date | Invoice # |
|---|---|
| 8/31/2019 | 27852 |

| Bill To | Ship To |
|---|---|
| Osha Liang, LLP<br>909 Fannin Street, Suite 3500<br>Houston, Texas 77010 | Osha Liang, LLP<br>909 Fannin Street, Suite 3500<br>Houston, Texas 77010 |

| Client / Matter # | Terms | Rep | Project | Job Number | Ordered By: |
|---|---|---|---|---|---|
| Deep Fix v Marine Well | Due on receipt | RS | | AUS-021600080 | Deborah A. Skolaski |

| Description | Quantity | Price Each | Amount |
|---|---|---|---|
| Relativity: Monthly Storage - per GB/month | 16 | 15.00 | 240.00 |
| Relativity: Reviewer Access - per user/month (Credit for July user fee) | 3 | 120.00 | 360.00 |
| Native File Processing to Load: De-Dupe, Type,Date,Keyword Filter and export to Load | 0.2 | 100.00 | 20.00 |
| File Conversion to Tiff Image | 1 | 0.04 | 0.04 |
| File Conversion to Tiff Image-Color | 44 | 0.06 | 2.64 |
| Text Creation, files w/o extracted text or OCR as required | 99 | 0.02 | 1.98 |
| Electronic Numbering, per image | 45 | 0.02 | 0.90 |
| Project Management Fee - | 2.5 | 175.00 | 437.50 |
| 8/19/2019 - Download and track data, prepare project for operations. | | | |
| 8/19/2019 - Identify producible item, confirm numbering and prepare project for operations | | | |
| 8/23/2019 - Download and track data, prepare project for operations | | | |
| 8/26/2019 - Added two choices to the Exhibit and Witness fields(.25) | | | |
| 8/30/2019 - Download and track data, prepare project for operations | | | |
| 9/5/2019 - Download and track data, prepare project for operation | | | |

Any sum under this invoice owed TERIS that is over thirty (30) days delinquent shall bear interest at the simple, not compounded, rate of eighteen percent (18.00%) per annum, until fully paid by Client.

| | |
|---|---|
| **Total** | |
| **Payments/Credits** | |
| **Balance Due** | |

**Remit Payment to:**
**TERIS**
**2600 Via Fortuna Dr.**
**Suite 350**
**Austin, TX 78746**
**Tax ID:  06-1714383**

**Thank you for your business**



# Invoice

| Date | Invoice # |
|---|---|
| 8/31/2019 | 27852 |

**2600 Via Fortuna Dr.**
**Suite 350**
**Austin, TX 78746**
**O: 512-476-3371**
**F: 512-476-3372**

| **Bill To** | **Ship To** |
|---|---|
| Osha Liang, LLP<br>909 Fannin Street, Suite 3500<br>Houston, Texas 77010 | Osha Liang, LLP<br>909 Fannin Street, Suite 3500<br>Houston, Texas 77010 |

| Client / Matter # | Terms | Rep | Project | Job Number | Ordered By: |
|---|---|---|---|---|---|
| Deep Fix v Marine Well | Due on receipt | RS | | AUS-021600080 | Deborah A. Skolaski |

| Description | Quantity | Price Each | Amount |
|---|---|---|---|
| EDD Technical Time<br>8/19/2019-Data staging in LAW for production imaging and delivery. Exported production overlay from LAW and uploaded to Relativity DB along with updated production values.<br><br>8/23/2019 -Exported production overlay from LAW and uploaded to Relativity DB along with updated production values.<br><br>8/23/209 -Data processing in NUIX, removed immaterial items, and created review volume for Relativity.<br><br>8/30/2019 -Data processing in NUIX, removed immaterial items, and created review volume for Relativity. Edited dat file and loaded to database.<br><br>9/5/2019 -Data processing and preparing loadfiles for loading to Relativity | 1.5 | 175.00 | 262.50 |
| State & City Tax | | 8.25% | 109.37 |

Any sum under this invoice owed TERIS that is over thirty (30) days delinquent shall bear interest at the simple, not compounded, rate of eighteen percent (18.00%) per annum, until fully paid by Client.

| | |
|---|---|
| **Total** | **$1,434.93** |
| **Payments/Credits** | **$0.00** |
| **Balance Due** | **$1,434.93** |

**Remit Payment to:**
**TERIS**
**2600 Via Fortuna Dr.**
**Suite 350**
**Austin, TX 78746**
**Tax ID:  06-1714383**

**Thank you for your business**



# Invoice

**2600 Via Fortuna Dr.**
**Suite 350**
**Austin, TX 78746**
**O: 512-476-3371**
**F: 512-476-3372**

| Date | Invoice # |
|---|---|
| 9/30/2019 | 27936 |

| **Bill To** | **Ship To** |
|---|---|
| Osha Liang, LLP<br>909 Fannin Street, Suite 3500<br>Houston, Texas 77010 | Osha Liang, LLP<br>909 Fannin Street, Suite 3500<br>Houston, Texas 77010 |

| Client / Matter # | Terms | Rep | Project | Job Number | Ordered By: |
|---|---|---|---|---|---|
| Deep Fix v Marine Well | Due on receipt | RS | | AUS-021600080 | Deborah A. Skolaski |

| Description | Quantity | Price Each | Amount |
|---|---|---|---|
| Relativity: Monthly Storage - per GB/month | 16 | 15.00 | 240.00 |
| Relativity: Reviewer Access - per user/month (Credit for July user fee) | 3 | 120.00 | 360.00 |
| Electronic bates | 512 | 0.02 | 10.24 |
| Native File Processing to Load: De-Dupe, Type,Date,Keyword Filter and export to Load | 1 | 100.00 | 100.00 |
| File Conversion to Tiff Image | 369 | 0.04 | 14.76 |
| File Conversion to Tiff Image-Color | 790 | 0.06 | 47.40 |
| Conversion -  TIFF to PDF | 688 | 0.04 | 27.52 |
| Text Creation, files w/o extracted text or OCR as required | 10,518 | 0.02 | 210.36 |
| Electronic Numbering, per image | 647 | 0.02 | 12.94 |

Any sum under this invoice owed TERIS that is over thirty (30) days delinquent shall bear interest at the simple, not compounded, rate of eighteen percent (18.00%) per annum, until fully paid by Client.

| | |
|---|---|
| **Total** | |
| **Payments/Credits** | |
| **Balance Due** | |

**Remit Payment to:**
**TERIS**
**2600 Via Fortuna Dr.**
**Suite 350**
**Austin, TX 78746**
**Tax ID:  06-1714383**

**Thank you for your business**



# Invoice

| Date | Invoice # |
|---|---|
| 9/30/2019 | 27936 |

**2600 Via Fortuna Dr.**
**Suite 350**
**Austin, TX 78746**
**O: 512-476-3371**
**F: 512-476-3372**

| **Bill To** | **Ship To** |
|---|---|
| Osha Liang, LLP<br>909 Fannin Street, Suite 3500<br>Houston, Texas 77010 | Osha Liang, LLP<br>909 Fannin Street, Suite 3500<br>Houston, Texas 77010 |

| Client / Matter # | Terms | Rep | Project | Job Number | Ordered By: |
|---|---|---|---|---|---|
| Deep Fix v Marine Well | Due on receipt | RS | | AUS-021600080 | Deborah A. Skolaski |

| Description | Quantity | Price Each | Amount |
|---|---|---|---|
| Project Management Fee -<br>9/13/2019 - 15 min: Production data staging and finalization of export volume<br><br>9/10/2019 - Download and track data, prepare project for operations.<br><br>9/10/2019 - Identify production set and prepare project for operations<br><br>9/12/2019 - review PDF request, prepare project for operations<br><br>9/13/2019 - Download and track data, prepare project for operations<br><br>9/15/2019 - Prepare project for operations<br><br>9/16/2019 - Call with Suzanne regarding Relativity timeout and settings, emails with Jason regarding this as well<br><br>9/16/2019 - Download and track data, prepare project for operations<br><br>9/6/2019 - Identify production set, confirm the documents that will be removed and prepare project for operations. | 4.5 | 175.00 | 787.50 |
| EDD Technical Time<br>09/10/2019 - .25 hour: Exported production overlay from LAW and uploaded to Relativity DB along with updated production values.<br><br>09/10/2019- .25 hour: Data staging for production imaging and delivery<br><br>09/15/2019- .25 hour: Data staging for delivery of searchable pdf | 2.25 | 175.00 | 393.75 |

Any sum under this invoice owed TERIS that is over thirty (30) days delinquent shall bear interest at the simple, not compounded, rate of eighteen percent (18.00%) per annum, until fully paid by Client.

| | |
|---|---|
| **Total** | |
| **Payments/Credits** | |
| **Balance Due** | |

**Remit Payment to:**
**TERIS**
**2600 Via Fortuna Dr.**
**Suite 350**
**Austin, TX 78746**
**Tax ID: 06-1714383**

**Thank you for your business**



# Invoice

**2600 Via Fortuna Dr.**
**Suite 350**
**Austin, TX 78746**
**O: 512-476-3371**
**F: 512-476-3372**

| Date | Invoice # |
|---|---|
| 9/30/2019 | 27936 |

| Bill To |
|---|

Osha Liang, LLP
909 Fannin Street, Suite 3500
Houston, Texas 77010

| Ship To |
|---|

Osha Liang, LLP
909 Fannin Street, Suite 3500
Houston, Texas 77010

| Client / Matter # | Terms | Rep | Project | Job Number | Ordered By: |
|---|---|---|---|---|---|
| Deep Fix v Marine Well | Due on receipt | RS | | AUS-021600080 | Deborah A. Skolaski |

| Description | Quantity | Price Each | Amount |
|---|---|---|---|
| volume.<br><br>9/06/2019 - .25 hour: Exported production overlay from LAW and uploaded to Relativity DB along with updated production values. Exported Production set for delivery to client.<br><br>9/10/2019 - .25 hour: Data processing in NUIX, removed immaterial items, and created review volume for Relativity. Edited dat file and loaded to database.<br><br>9/12/2019 - 15 min: Data staging for PDF request imaging and delivery<br><br>9/13/2019 - 15 min: Data processing and preparing loadfiles for loading to Relativity<br><br>9/16/2019 - 15 min: Data processing and preparing loadfiles for loading to Relativity<br><br>9/16/2019 - 15 min: Production data staging and finalization of export volume | | | |

Any sum under this invoice owed TERIS that is over thirty (30) days delinquent shall bear interest at the simple, not compounded, rate of eighteen percent (18.00%) per annum, until fully paid by Client.

| | |
|---|---|
| **Total** | |
| **Payments/Credits** | |
| **Balance Due** | |

**Remit Payment to:**
**TERIS**
**2600 Via Fortuna Dr.**
**Suite 350**
**Austin, TX 78746**
**Tax ID: 06-1714383**

**Thank you for your business**



# Invoice

| Date | Invoice # |
|------|-----------|
| 9/30/2019 | 27936 |

**2600 Via Fortuna Dr.**
**Suite 350**
**Austin, TX 78746**
**O: 512-476-3371**
**F: 512-476-3372**

| **Bill To** | **Ship To** |
|---|---|
| Osha Liang, LLP<br>909 Fannin Street, Suite 3500<br>Houston, Texas 77010 | Osha Liang, LLP<br>909 Fannin Street, Suite 3500<br>Houston, Texas 77010 |

| Client / Matter # | Terms | Rep | Project | Job Number | Ordered By: |
|---|---|---|---|---|---|
| Deep Fix v Marine Well | Due on receipt | RS | | AUS-021600080 | Deborah A. Skolaski |

| Description | Quantity | Price Each | Amount |
|---|---|---|---|
| Data Delivery via FTP (per volume) | 2 | 25.00 | 50.00 |
| State & City Tax | | 8.25% | 185.98 |

Any sum under this invoice owed TERIS that is over thirty (30) days delinquent shall bear interest at the simple, not compounded, rate of eighteen percent (18.00%) per annum, until fully paid by Client.

| | |
|---|---|
| **Total** | **$2,440.45** |
| **Payments/Credits** | **$0.00** |
| **Balance Due** | **$2,440.45** |

**Remit Payment to:**
**TERIS**
**2600 Via Fortuna Dr.**
**Suite 350**
**Austin, TX 78746**
**Tax ID: 06-1714383**

**Thank you for your business**



# Invoice

**2600 Via Fortuna Dr.**
**Suite 350**
**Austin, TX 78746**
**O: 512-476-3371**
**F: 512-476-3372**

| Date | Invoice # |
|---|---|
| 10/31/2019 | 28025 |

| Bill To |
|---|
| Osha Liang, LLP<br>909 Fannin Street, Suite 3500<br>Houston, Texas 77010 |

| Ship To |
|---|
| Osha Liang, LLP<br>909 Fannin Street, Suite 3500<br>Houston, Texas 77010 |

| Client / Matter # | Terms | Rep | Project | Job Number | Ordered By: |
|---|---|---|---|---|---|
| Deep Fix v Marine Well | Due on receipt | RS | | AUS-021600080 | Deborah A. Skolaski |

| Description | Quantity | Price Each | Amount |
|---|---|---|---|
| Relativity: Monthly Storage - per GB/month | 16 | 15.00 | 240.00 |
| Relativity: Reviewer Access - per user/month (Credit for July user fee) | 3 | 120.00 | 360.00 |
| File Conversion to Tiff Image-Color | 4 | 0.06 | 0.24 |
| Text Creation, files w/o extracted text or OCR as required | 36 | 0.02 | 0.72 |
| Electronic Numbering, per image | 64 | 0.02 | 1.28 |
| Project Management Fee - <br>10/10/2019 - Download and track data, prepare project for operations | 1.5 | 175.00 | 262.50 |
| 10/11/2019: Project Management Fee - 10/11/2019 - Download and track data, prepare project for operations | | | |
| 11/4/2019 - Download and track data, prepare project for operations. | | | |

Any sum under this invoice owed TERIS that is over thirty (30) days delinquent shall bear interest at the simple, not compounded, rate of eighteen percent (18.00%) per annum, until fully paid by Client.

| | |
|---|---|
| **Total** | |
| **Payments/Credits** | |
| **Balance Due** | |

**Remit Payment to:**
**TERIS**
**2600 Via Fortuna Dr.**
**Suite 350**
**Austin, TX 78746**
**Tax ID:  06-1714383**

**Thank you for your business**



# Invoice

| Date | Invoice # |
|---|---|
| 10/31/2019 | 28025 |

**2600 Via Fortuna Dr.**
**Suite 350**
**Austin, TX 78746**
**O: 512-476-3371**
**F: 512-476-3372**

| **Bill To** | **Ship To** |
|---|---|
| Osha Liang, LLP<br>909 Fannin Street, Suite 3500<br>Houston, Texas 77010 | Osha Liang, LLP<br>909 Fannin Street, Suite 3500<br>Houston, Texas 77010 |

| Client / Matter # | Terms | Rep | Project | Job Number | Ordered By: |
|---|---|---|---|---|---|
| Deep Fix v Marine Well | Due on receipt | RS | | AUS-021600080 | Deborah A. Skolaski |

| Description | Quantity | Price Each | Amount |
|---|---|---|---|
| EDD Technical Time<br>Data processing in NUIX, removed immaterial items, and created review volume for Relativity. Edited dat file and loaded to database.<br><br>Exported production overlay from LAW and uploaded to Relativity DB along with updated production values.<br><br>Data processing in NUIX, removed immaterial items, and created review volume for Relativity. Edited dat file and loaded to database.<br><br>Exported production overlay from LAW and uploaded to Relativity DB along with updated production values.<br><br>Data processing and preparing loadfiles for loading to Relativity | 1 | 175.00 | 175.00 |

Any sum under this invoice owed TERIS that is over thirty (30) days delinquent shall bear interest at the simple, not compounded, rate of eighteen percent (18.00%) per annum, until fully paid by Client.

| | |
|---|---|
| **Total** | |
| **Payments/Credits** | |
| **Balance Due** | |

**Remit Payment to:**
**TERIS**
**2600 Via Fortuna Dr.**
**Suite 350**
**Austin, TX 78746**
**Tax ID:  06-1714383**

**Thank you for your business**



# Invoice

| Date | Invoice # |
|---|---|
| 10/31/2019 | 28025 |

**2600 Via Fortuna Dr.**
**Suite 350**
**Austin, TX 78746**
**O: 512-476-3371**
**F: 512-476-3372**

| **Bill To** | **Ship To** |
|---|---|
| Osha Liang, LLP<br>909 Fannin Street, Suite 3500<br>Houston, Texas 77010 | Osha Liang, LLP<br>909 Fannin Street, Suite 3500<br>Houston, Texas 77010 |

| Client / Matter # | Terms | Rep | Project | Job Number | Ordered By: |
|---|---|---|---|---|---|
| Deep Fix v Marine Well | Due on receipt | RS | | AUS-021600080 | Deborah A. Skolaski |

| Description | Quantity | Price Each | Amount |
|---|---|---|---|
| EDD Technical Time<br>10/10/2019 - .25 hour: Data processing in NUIX, removed immaterial items, and created review volume for Relativity. Edited dat file and loaded to database.<br><br>10/10/2019 - .25 hour: Exported production overlay from LAW and uploaded to Relativity DB along with updated production values.<br><br>10/11/2019 - .25 hour: Data processing in NUIX, removed immaterial items, and created review volume for Relativity. Edited dat file and loaded to database.<br><br>10/11/2019 - .25 hour: Exported production overlay from LAW and uploaded to Relativity DB along with updated production values.<br><br>11/4/2019 - 15 min: Data processing and preparing loadfiles for loading to Relativity | 1.25 | 175.00 | 218.75 |
| Data Delivery via FTP (per volume) | 2 | 25.00 | 50.00 |
| State & City Tax | | 8.25% | 107.94 |

Any sum under this invoice owed TERIS that is over thirty (30) days delinquent shall bear interest at the simple, not compounded, rate of eighteen percent (18.00%) per annum, until fully paid by Client.

| | |
|---|---|
| **Total** | **$1,416.43** |
| **Payments/Credits** | **$0.00** |
| **Balance Due** | **$1,416.43** |

**Remit Payment to:**
**TERIS**
**2600 Via Fortuna Dr.**
**Suite 350**
**Austin, TX 78746**
**Tax ID:  06-1714383**

**Thank you for your business**



# Invoice

**2600 Via Fortuna Dr.**
**Suite 350**
**Austin, TX 78746**
**O: 512-476-3371**
**F: 512-476-3372**

| Date | Invoice # |
|---|---|
| 11/30/2019 | 28140 |

| **Bill To** | **Ship To** |
|---|---|
| Osha Liang, LLP<br>909 Fannin Street, Suite 3500<br>Houston, Texas 77010 | Osha Liang, LLP<br>909 Fannin Street, Suite 3500<br>Houston, Texas 77010 |

| Client / Matter # | Terms | Rep | Project | Job Number | Ordered By: |
|---|---|---|---|---|---|
| Deep Fix v Marine Well | Due on receipt | RS | | AUS-021600080 | Deborah A. Skolaski |

| Description | Quantity | Price Each | Amount |
|---|---|---|---|
| Relativity: Monthly Storage - per GB/month | 16 | 15.00 | 240.00 |
| Relativity: Reviewer Access - per user/month (Credit for July user fee) | 3 | 120.00 | 360.00 |
| File Conversion to Tiff Image | 537 | 0.03 | 16.11 |
| Electronic Numbering, per image | 537 | 0.02 | 10.74 |
| Project Management Fee - 12/3/2019 *- Download and track data, prepare project for operations. | 0.5 | 175.00 | 87.50 |
| EDD Technical Time<br>12/03/2019 - .25 hour: Data processing in NUIX, removed immaterial items, and created review volume for Relativity. Edited dat file and loaded to database.<br><br>12/03/2019 - .25 hour: Exported production overlay from LAW and uploaded to Relativity DB along with updated production values. | 0.5 | 175.00 | 87.50 |
| Data Delivery via FTP (per volume) | 1 | 25.00 | 25.00 |
| State & City Tax | | 8.25% | 68.22 |

Any sum under this invoice owed TERIS that is over thirty (30) days delinquent shall bear interest at the simple, not compounded, rate of eighteen percent (18.00%) per annum, until fully paid by Client.

| | |
|---|---|
| **Total** | **$895.07** |
| **Payments/Credits** | **$0.00** |
| **Balance Due** | **$895.07** |

**Remit Payment to:**
**TERIS**
**2600 Via Fortuna Dr.**
**Suite 350**
**Austin, TX 78746**
**Tax ID: 06-1714383**

**Thank you for your business**



# Invoice

**2600 Via Fortuna Dr.**
**Suite 350**
**Austin, TX 78746**
**O: 512-476-3371**
**F: 512-476-3372**

| Date | Invoice # |
|---|---|
| 12/31/2019 | 28207 |

| Bill To | Ship To |
|---|---|
| Osha Liang, LLP<br>909 Fannin Street, Suite 3500<br>Houston, Texas 77010 | Osha Liang, LLP<br>909 Fannin Street, Suite 3500<br>Houston, Texas 77010 |

| Client / Matter # | Terms | Rep | Project | Job Number | Ordered By: |
|---|---|---|---|---|---|
| Deep Fix v Marine Well | Due on receipt | RS | | AUS-021600080 | Deborah A. Skolaski |

| Description | Quantity | Price Each | Amount |
|---|---|---|---|
| Relativity: Monthly Storage - per GB/month | 16 | 15.00 | 240.00 |
| Relativity: Reviewer Access - per user/month (Credit for July user fee) | 3 | 120.00 | 360.00 |
| State & City Tax | | 8.25% | 49.50 |

Any sum under this invoice owed TERIS that is over thirty (30) days delinquent shall bear interest at the simple, not compounded, rate of eighteen percent (18.00%) per annum, until fully paid by Client.

**Remit Payment to:**
**TERIS**
**2600 Via Fortuna Dr.**
**Suite 350**
**Austin, TX 78746**
**Tax ID:  06-1714383**

**Thank you for your business**

| | |
|---|---|
| **Total** | **$649.50** |
| **Payments/Credits** | **$0.00** |
| **Balance Due** | **$649.50** |



# Invoice

**2600 Via Fortuna Dr.**
**Suite 350**
**Austin, TX 78746**
**O: 512-476-3371**
**F: 512-476-3372**

| Date | Invoice # |
|---|---|
| 1/31/2020 | 28318 |

| **Bill To** | **Ship To** |
|---|---|
| Osha Liang, LLP<br>909 Fannin Street, Suite 3500<br>Houston, Texas 77010 | Osha Liang, LLP<br>909 Fannin Street, Suite 3500<br>Houston, Texas 77010 |

| Client / Matter # | Terms | Rep | Project | Job Number | Ordered By: |
|---|---|---|---|---|---|
| Deep Fix v Marine Well | Due on receipt | RS | | AUS-021600080 | Deborah A. Skolaski |

| Description | Quantity | Price Each | Amount |
|---|---|---|---|
| Relativity: Monthly Storage - per KGB/month | 16 | 15.00 | 240.00 |
| Relativity: Reviewer Access - per user/month (Credit for July user fee) | 3 | 120.00 | 360.00 |
| State & City Tax | | 8.25% | 49.50 |

Any sum under this invoice owed TERIS that is over thirty (30) days delinquent shall bear interest at the simple, not compounded, rate of eighteen percent (18.00%) per annum, until fully paid by Client.

| | |
|---|---|
| **Total** | **$649.50** |
| **Payments/Credits** | **$0.00** |
| **Balance Due** | **$649.50** |

**Remit Payment to:**
**TERIS**
**2600 Via Fortuna Dr.**
**Suite 350**
**Austin, TX 78746**
**Tax ID:  06-1714383**

**Thank you for your business**



**2600 Via Fortuna Dr.**
**Suite 350**
**Austin, TX 78746**
**O: 512-476-3371**
**F: 512-476-3372**

# Invoice

| Date | Invoice # |
|---|---|
| 2/29/2020 | 28365 |

**Bill To**

Osha Liang, LLP
909 Fannin Street, Suite 3500
Houston, Texas 77010

**Ship To**

Osha Liang, LLP
909 Fannin Street, Suite 3500
Houston, Texas 77010

| Client / Matter # | Terms | Rep | Project | Job Number | Ordered By: |
|---|---|---|---|---|---|
| Deep Fix v Marine Well | Due on receipt | RS | | AUS-021600080 | Deborah A. Skolaski |

| Description | Quantity | Price Each | Amount |
|---|---|---|---|
| Relativity: Monthly Storage - per KGB/month | 16 | 15.00 | 240.00 |
| Relativity: Reviewer Access - per user/month | 3 | 120.00 | 360.00 |
| Project Management Fee | 0.5 | 175.00 | 87.50 |
| 2/26/2020 - Gather and send invoices per Jason's request | | | |
| State & City Tax | | 8.25% | 56.73 |

Any sum under this invoice owed TERIS that is over thirty (30) days delinquent shall bear interest at the simple, not compounded, rate of eighteen percent (18.00%) per annum, until fully paid by Client.

**Remit Payment to:**
**TERIS**
**2600 Via Fortuna Dr.**
**Suite 350**
**Austin, TX 78746**
**Tax ID:  06-1714383**

**Thank you for your business**

| | |
|---|---|
| **Total** | **$744.23** |
| **Payments/Credits** | **$0.00** |
| **Balance Due** | **$744.23** |



# Invoice

**2600 Via Fortuna Dr.**
**Suite 350**
**Austin, TX 78746**
**O: 512-476-3371**
**F: 512-476-3372**

| Date | Invoice # |
|---|---|
| 3/31/2020 | 28426 |

| **Bill To** | **Ship To** |
|---|---|
| Osha Liang, LLP<br>909 Fannin Street, Suite 3500<br>Houston, Texas 77010 | Osha Liang, LLP<br>909 Fannin Street, Suite 3500<br>Houston, Texas 77010 |

| Client / Matter # | Terms | Rep | Project | Job Number | Ordered By: |
|---|---|---|---|---|---|
| Deep Fix v Marine Well | Due on receipt | RS | | AUS-021600080 | Deborah A. Skolaski |

| Description | Quantity | Price Each | Amount |
|---|---|---|---|
| Relativity: Monthly Storage - per KGB/month | 16 | 15.00 | 240.00 |
| Relativity: Reviewer Access - per user/month | 3 | 120.00 | 360.00 |
| State & City Tax | | 8.25% | 49.50 |

Any sum under this invoice owed TERIS that is over thirty (30) days delinquent shall bear interest at the simple, not compounded, rate of eighteen percent (18.00%) per annum, until fully paid by Client.

**Remit Payment to:**
**TERIS**
**2600 Via Fortuna Dr.**
**Suite 350**
**Austin, TX 78746**
**Tax ID:  06-1714383**

**Thank you for your business**

| | |
|---|---|
| **Total** | **$649.50** |
| **Payments/Credits** | **$0.00** |
| **Balance Due** | **$649.50** |



# Invoice

**2600 Via Fortuna Dr.**
**Suite 350**
**Austin, TX 78746**
**O: 512-476-3371**
**F: 512-476-3372**

| Date | Invoice # |
|---|---|
| 4/30/2020 | 28528 |

| **Bill To** | **Ship To** |
|---|---|
| Osha Liang, LLP<br>909 Fannin Street, Suite 3500<br>Houston, Texas 77010 | Osha Liang, LLP<br>909 Fannin Street, Suite 3500<br>Houston, Texas 77010 |

| Client / Matter # | Terms | Rep | Project | Job Number | Ordered By: |
|---|---|---|---|---|---|
| Deep Fix v Marine Well | Due on receipt | RS | | AUS-021600080 | Deborah A. Skolaski |

| Description | Quantity | Price Each | Amount |
|---|---|---|---|
| Relativity: Monthly Storage - per KGB/month | 16 | 15.00 | 240.00 |
| Relativity: Reviewer Access - per user/month | 2 | 120.00 | 240.00 |
| State & City Tax | | 8.25% | 39.60 |

Any sum under this invoice owed TERIS that is over thirty (30) days delinquent shall bear interest at the simple, not compounded, rate of eighteen percent (18.00%) per annum, until fully paid by Client.

| | |
|---|---|
| **Total** | **$519.60** |
| **Payments/Credits** | **$0.00** |
| **Balance Due** | **$519.60** |

**Remit Payment to:**
**TERIS**
**2600 Via Fortuna Dr.**
**Suite 350**
**Austin, TX 78746**
**Tax ID: 06-1714383**

**Thank you for your business**



# Invoice

**BILL TO**
Jason L. Tucker
Osha Liang
26418 Oak Ridge Dr.
The Woodlands, TX  77380

**INVOICE #** 6646
**DATE** 04/10/2019
**DUE DATE** 05/10/2019
**TERMS** Net 30

| CM# | CASE | AM |
|---|---|---|
| 18566-005001 | Claim Contruction | Bryan Kreitz |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| Prints | 890 | 0.10 | 89.00T |
| Binding | 5 | 3.00 | 15.00T |

Thank you for your business!

Please Remit Payment to:
Trinity Legal Discovery
Attn: Accounts Receivable
945 McKinney Suite 388
Houston, TX 77002

For Billing questions please call: 832.802.4696

| | |
|---|---|
| SUBTOTAL | 104.00 |
| TAX | 8.58 |
| TOTAL | 112.58 |
| BALANCE DUE | **$112.58** |



# Invoice

**BILL TO**
Jason L. Tucker
Osha Liang
26418 Oak Ridge Dr.
The Woodlands, TX  77380

**INVOICE #** 7157
**DATE** 05/31/2019
**DUE DATE** 06/30/2019
**TERMS** Net 30

| CM# | CASE | AM |
|---|---|---|
| 18566.005001 | Deep Fix v. MWCC | Bryan Kreitz |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| Prints | 910 | 0.09 | 81.90T |
| Folders | 29 | 0.50 | 14.50T |
| Printing documents for deep fix depo | | | |

Thank you for your business!

Please Remit Payment to:
Trinity Legal Discovery
Attn: Accounts Receivable
945 McKinney Suite 388
Houston, TX 77002

For Billing questions please call: 832.802.4696

| | |
|---|---|
| SUBTOTAL | 96.40 |
| TAX (8.25%) | 7.95 |
| TOTAL | 104.35 |
| BALANCE DUE | **$104.35** |



# Invoice

**BILL TO**
Jason L. Tucker
Osha Liang
26418 Oak Ridge Dr.
The Woodlands, TX  77380

**INVOICE #** 7137
**DATE** 05/29/2019
**DUE DATE** 06/28/2019
**TERMS** Net 30

| CM# | CASE | AM |
|---|---|---|
| 18566.005001 | Deep Fix v. MWCC | Bryan Kreitz |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| Prints | 4,700 | 0.09 | 423.00T |
| Prints- Color 8.5 x 11 | 55 | 0.85 | 46.75T |
| Redweld | 4 | 2.50 | 10.00T |
| Labels | 85 | 0.06 | 5.10T |
| Printing 5 copies of exhibits for depo | | | |

Thank you for your business!

Please Remit Payment to:
Trinity Legal Discovery
Attn: Accounts Receivable
945 McKinney Suite 388
Houston, TX 77002

For Billing questions please call: 832.802.4696

| | |
|---|---|
| SUBTOTAL | 484.85 |
| TAX (8.25%) | 40.00 |
| TOTAL | 524.85 |
| BALANCE DUE | **$524.85** |



# Invoice

**BILL TO**
Jason L. Tucker
Osha Liang
26418 Oak Ridge Dr.
The Woodlands, TX  77380

**INVOICE #** 7147
**DATE** 05/30/2019
**DUE DATE** 06/29/2019
**TERMS** Net 30

| CM# | CASE | AM |
|---|---|---|
| 18566.005001 | Deep Fix v. MWCC | Bryan Kreitz |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| Prints | 3,495 | 0.09 | 314.55T |
| Folders | 65 | 0.50 | 32.50T |
| Redweld | 5 | 2.50 | 12.50T |
| Print request for Deep fix v. MWCC | | | |

Thank you for your business!

Please Remit Payment to:
Trinity Legal Discovery
Attn: Accounts Receivable
945 McKinney Suite 388
Houston, TX 77002

For Billing questions please call: 832.802.4696

| | |
|---|---|
| SUBTOTAL | 359.55 |
| TAX (8.25%) | 29.66 |
| TOTAL | 389.21 |
| BALANCE DUE | **$389.21** |



# Invoice

**BILL TO**
Jason L. Tucker
Osha Liang
26418 Oak Ridge Dr.
The Woodlands, TX  77380

**INVOICE #** 7153
**DATE** 05/31/2019
**DUE DATE** 06/30/2019
**TERMS** Net 30

| CM# | CASE | AM |
|---|---|---|
| 18566.005001 | Deep Fix v. MWCC | Bryan Kreitz |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| Prints | 595 | 0.09 | 53.55T |
| Folders | 10 | 0.50 | 5.00T |
| Redweld | 1 | 2.50 | 2.50T |
| Printing depo exhibits for Deep Fix | | | |

Thank you for your business!

Please Remit Payment to:
Trinity Legal Discovery
Attn: Accounts Receivable
945 McKinney Suite 388
Houston, TX 77002

For Billing questions please call: 832.802.4696

| | |
|---|---|
| SUBTOTAL | 61.05 |
| TAX (8.25%) | 5.04 |
| TOTAL | 66.09 |
| BALANCE DUE | **$66.09** |



# INVOICE

**BILL TO**
Jason L. Tucker
Osha Liang
909 Fannin St Suite 3500,
Houston, TX  77010

| | |
|---|---|
| **INVOICE #** | 7886 |
| **DATE** | 12/20/2019 |
| **DUE DATE** | 01/19/2020 |
| **TERMS** | Net 30 |

| CM# | CASE | AM |
|---|---|---|
| 18566.005001 | Deep Fix v. MWCC | Bryan Kreitz |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| Prints | 3,158 | 0.10 | 315.80T |
| Tabs | 192 | 0.30 | 57.60T |
| Project Management Time<br>download and verify data; stage for printing<br>Deep Fix v. MWCC: print request | 0.25 | 175.00 | 43.75 |

Thank you for your business!

Please Remit Payment to:
Trinity Legal Discovery
Attn: Accounts Receivable
945 McKinney Suite 388
Houston, TX 77002

For Billing questions please call: 832.802.4696

| | |
|---|---|
| SUBTOTAL | 417.15 |
| TAX (8.25%) | 30.81 |
| TOTAL | 447.96 |
| **BALANCE DUE** | **$447.96** |

Storage Time Before Deletion
Print Projects: One Week
Scanned Projects: Three Months
Electronic Discovery Projects: Six Months

Please Contact Your Trinity Rep To Discuss Storage Options



# INVOICE

**BILL TO**
Jason L. Tucker
Osha Liang
909 Fannin St Suite 3500,
Houston, TX  77010

**INVOICE #** 7890
**DATE** 12/20/2019
**DUE DATE** 01/19/2020
**TERMS** Net 30

| CM# | CASE | AM |
|---|---|---|
| 18566.005001 | Deep Fix v. MWCC | Bryan Kreitz |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| Prints | 6,316 | 0.10 | 631.60T |
| Tabs | 384 | 0.30 | 115.20T |
| Deep Fix v. MWCC: additional print request | | | |

Thank you for your business!

Please Remit Payment to:
Trinity Legal Discovery
Attn: Accounts Receivable
945 McKinney Suite 388
Houston, TX 77002

For Billing questions please call: 832.802.4696

| | |
|---|---|
| SUBTOTAL | 746.80 |
| TAX (8.25%) | 61.61 |
| TOTAL | 808.41 |
| BALANCE DUE | **$808.41** |

Storage Time Before Deletion
Print Projects: One Week
Scanned Projects: Three Months
Electronic Discovery Projects: Six Months

Please Contact Your Trinity Rep To Discuss Storage Options



# INVOICE

**BILL TO**
Jason L. Tucker
Osha Liang
909 Fannin St Suite 3500,
Houston, TX  77010

**INVOICE #** 7892
**DATE** 12/20/2019
**DUE DATE** 01/19/2020
**TERMS** Net 30

| CM# | CASE | AM |
|---|---|---|
| 18566.005001 | Deep Fix v. MWCC | Bryan Kreitz |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| Prints | 970 | 0.10 | 97.00T |
| Tabs<br>df exhibits. zip | 56 | 0.30 | 16.80T |

Thank you for your business!

| | | |
|---|---|---|
| SUBTOTAL | | 113.80 |
| TAX (8.25%) | | 9.39 |
| TOTAL | | 123.19 |
| BALANCE DUE | | **$123.19** |

Please Remit Payment to:
Trinity Legal Discovery
Attn: Accounts Receivable
945 McKinney Suite 388
Houston, TX 77002

For Billing questions please call: 832.802.4696

Storage Time Before Deletion
Print Projects: One Week
Scanned Projects: Three Months
Electronic Discovery Projects: Six Months

Please Contact Your Trinity Rep To Discuss Storage Options



# INVOICE

**BILL TO**

Jason L. Tucker
Osha Liang
909 Fannin St Suite 3500,
Houston, TX  77010

**INVOICE #** 7980
**DATE** 01/24/2020
**DUE DATE** 02/23/2020
**TERMS** Net 30

| CM# | CASE | AM |
|-----|------|-----|
| 18566.005001 | Deep Fix v. MWCC | Bryan Kreitz |

| ACTIVITY | QTY | RATE | AMOUNT |
|----------|-----|------|--------|
| Prints | 4,154 | 0.10 | 415.40T |
| Tabs | 308 | 0.30 | 92.40T |
| Project Management Time<br>Download and Verify Data Received from Client and Advise on Issues | 0.50 | 175.00 | 87.50 |
| Printing of MWCC Exhibits and MWCC Supp Exhibits | | | |

Thank you for your business!

Please Remit Payment to:
Trinity
Attn: Accounts Receivable
945 McKinney Suite 388
Houston, TX 77002

For Billing questions please call: 832.802.4696

| | |
|---|---|
| SUBTOTAL | 595.30 |
| TAX (8.25%) | 41.89 |
| TOTAL | 637.19 |
| BALANCE DUE | **$637.19** |

Storage Time Before Deletion
Print Projects: One Week
Scanned Projects: Three Months
Electronic Discovery Projects: Six Months

Please Contact Your Trinity Rep To Discuss Storage Options



# INVOICE

**BILL TO**
Jason L. Tucker
Osha Liang
909 Fannin St Suite 3500,
Houston, TX  77010

**INVOICE #** 7992
**DATE** 01/28/2020
**DUE DATE** 02/27/2020
**TERMS** Net 30

**CM#**
18566-005001

**AM**
Bryan Kreitz

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| Prints | 5,173 | 0.10 | 517.30T |
| Custom Tabs | 385 | 0.75 | 288.75T |
| Project Management Time<br>Download and Verify Data Received from Client and Advise on Issues create and apply labels to tabs<br>Holroyd Exhibits | 0.50 | 175.00 | 87.50 |

Thank you for your business!

Please Remit Payment to:
Trinity
Attn: Accounts Receivable
945 McKinney Suite 388
Houston, TX 77002

For Billing questions please call: 832.802.4696

| | |
|---|---|
| SUBTOTAL | 893.55 |
| TAX (8.25%) | 66.50 |
| TOTAL | 960.05 |
| BALANCE DUE | **$960.05** |

Storage Time Before Deletion
Print Projects: One Week
Scanned Projects: Three Months
Electronic Discovery Projects: Six Months

Please Contact Your Trinity Rep To Discuss Storage Options



# INVOICE

**BILL TO**
Jason L. Tucker
Osha Liang
909 Fannin St Suite 3500,
Houston, TX  77010

**INVOICE #** 7993
**DATE** 01/28/2020
**DUE DATE** 02/27/2020
**TERMS** Net 30

**CM#**
18566-005001

**AM**
Bryan Kreitz

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| Prints | 2,877 | 0.10 | 287.70T |
| Custom Tabs | 301 | 0.75 | 225.75T |
| Project Management Time<br>Download and Verify Data Received from Client and Advise on Issues create and apply labels to tabs<br>Baugh Binder 1 & 2 | 0.50 | 175.00 | 87.50 |

Thank you for your business!

Please Remit Payment to:
Trinity
Attn: Accounts Receivable
945 McKinney Suite 388
Houston, TX 77002

For Billing questions please call: 832.802.4696

| | |
|---|---|
| SUBTOTAL | 600.95 |
| TAX (8.25%) | 42.36 |
| TOTAL | 643.31 |
| BALANCE DUE | **$643.31** |

Storage Time Before Deletion
Print Projects: One Week
Scanned Projects: Three Months
Electronic Discovery Projects: Six Months

Please Contact Your Trinity Rep To Discuss Storage Options



# INVOICE

**BILL TO**

Jason L. Tucker
Osha Liang
909 Fannin St Suite 3500,
Houston, TX  77010

**INVOICE #** 7991
**DATE** 01/28/2020
**DUE DATE** 02/27/2020
**TERMS** Net 30

**CM#**
18566-005001

**AM**
Bryan Kreitz

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| Prints | 1,436 | 0.10 | 143.60T |
| Tabs | 44 | 0.30 | 13.20T |
| Project Management Time | 0.25 | 175.00 | 43.75 |
| Download and Verify Data Received from Client and Advise on Issues | | | |
| Baugh Print request | | | |

Thank you for your business!

Please Remit Payment to:
Trinity
Attn: Accounts Receivable
945 McKinney Suite 388
Houston, TX 77002

For Billing questions please call: 832.802.4696

| | |
|---|---|
| SUBTOTAL | 200.55 |
| TAX (8.25%) | 12.94 |
| TOTAL | 213.49 |
| BALANCE DUE | **$213.49** |

Storage Time Before Deletion
Print Projects: One Week
Scanned Projects: Three Months
Electronic Discovery Projects: Six Months

Please Contact Your Trinity Rep To Discuss Storage Options



# INVOICE

**BILL TO**

Jason L. Tucker
Osha Liang
909 Fannin St Suite 3500,
Houston, TX  77010

**INVOICE #** 8015
**DATE** 01/30/2020
**DUE DATE** 02/29/2020
**TERMS** Net 30

| CM# | CASE | AM |
|---|---|---|
| 18566.005001 | Deep Fix v. MWCC | Bryan Kreitz |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| Prints | 15,785 | 0.12 | 1,894.20T |
| Prints- Color 8.5 x 11 | 1,415 | 0.90 | 1,273.50T |
| Folders | 223 | 1.50 | 334.50T |
| Project Management Time<br>Create Case for printing<br>Printing Five Sets of Trial Exhibits | 2 | 175.00 | 350.00 |

Thank you for your business!

Please Remit Payment to:
Trinity
Attn: Accounts Receivable
945 McKinney Suite 388
Houston, TX 77002

For Billing questions please call: 832.802.4696

| | |
|---|---|
| SUBTOTAL | 3,852.20 |
| TAX (8.25%) | 288.93 |
| TOTAL | 4,141.13 |
| BALANCE DUE | **$4,141.13** |

Storage Time Before Deletion
Print Projects: One Week
Scanned Projects: Three Months
Electronic Discovery Projects: Six Months

Please Contact Your Trinity Rep To Discuss Storage Options



# INVOICE

**BILL TO**
Jason L. Tucker
Osha Liang
909 Fannin St Suite 3500,
Houston, TX  77010

**INVOICE #** 8002
**DATE** 01/30/2020
**DUE DATE** 02/29/2020
**TERMS** Net 30

| CM# | CASE | AM |
|---|---|---|
| 18566.005001 | Deep Fix v. MWCC | Bryan Kreitz |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| Prints | 5,332 | 0.10 | 533.20T |
| Tabs | 40 | 0.30 | 12.00T |
| Project Management Time<br>• Download and Verify Data Received from Client and Advise on Issues | 0.50 | 175.00 | 87.50 |

Thank you for your business!

Please Remit Payment to:
Trinity
Attn: Accounts Receivable
945 McKinney Suite 388
Houston, TX 77002

For Billing questions please call: 832.802.4696

| | |
|---|---|
| SUBTOTAL | 632.70 |
| TAX (8.25%) | 44.98 |
| TOTAL | 677.68 |
| BALANCE DUE | **$677.68** |

Storage Time Before Deletion
Print Projects: One Week
Scanned Projects: Three Months
Electronic Discovery Projects: Six Months

Please Contact Your Trinity Rep To Discuss Storage Options



# INVOICE

**BILL TO**
Jason L. Tucker
Osha Liang
909 Fannin St Suite 3500,
Houston, TX  77010

**INVOICE #** 8001
**DATE** 01/30/2020
**DUE DATE** 02/29/2020
**TERMS** Net 30

| CM# | CASE | AM |
|---|---|---|
| 18566.005001 | Deep Fix v. MWCC | Bryan Kreitz |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| Prints | 3,880 | 0.10 | 388.00T |
| Custom Tabs | 272 | 0.75 | 204.00T |
| Project Management Time | 0.50 | 175.00 | 87.50 |
| Download and Verify Data Received from Client and Advise on Issues | | | |
| DTX For Use Zip to print | | | |

Thank you for your business!

Please Remit Payment to:
Trinity
Attn: Accounts Receivable
945 McKinney Suite 388
Houston, TX 77002

For Billing questions please call: 832.802.4696

| | |
|---|---|
| SUBTOTAL | 679.50 |
| TAX (8.25%) | 48.84 |
| TOTAL | 728.34 |
| BALANCE DUE | **$728.34** |

Storage Time Before Deletion
Print Projects: One Week
Scanned Projects: Three Months
Electronic Discovery Projects: Six Months

Please Contact Your Trinity Rep To Discuss Storage Options



**Corporate Headquarters**
**111 SW Fifth Avenue**
**Suite 2020**
**Portland, OR 97204**

## DEPOSITION AND TRIAL
NAEGELIUSA.COM
**(800) 528-3335**

**SUZANNE E. LECOCKE ATTORNEY**
**OSHA LIANG LLP**
909 FANNIN, SUITE 3500
HOUSTON,TX 77010

| | | | |
|---|---|---|---|
| **Asg. Date:** | 01/08/2019 | **Invoice #** | 86098 |
| **Case\Assg No.** | 28825-1 | **Invoice Date** | 01/14/2019 |
| **Case Caption:** | DEEP FIX, LLC   vs.  MARINE WELL CONTAINMENT COMPANY, LLC - UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION | | |

*185Lele. 005001*

**COPY / INDEX / CONDENSED DEPOSITION OF  BENTON  BAUGH**

| **Remarks** | | |
|---|---|---|
| FREE ENCRYPTED REPOSITORY! | **Total Amount $** | **$914.80** |
| TRANSCRIPT $791.80, EXHIBITS $93.00, DELIVERY $30.00. | **Interest** | **$.00** |
| THANK YOU FOR YOUR BUSINESS! | **Total Tax** | **$.00** |
| | **Less Paid To Date** | **$.00** |
| | **Balance Due** | **$914.80** |

**Phone: (800) 528-3335**
**Fax: (503) 227-7123**

**Invoice Due Upon Receipt**
**Tax Number: 93-1079908**

Clients are responsible for a late charge at the rate of 1.5% per month, compounded every 30 days, on an invoice more than 30-days delinquent.

Method of Payment:
☐Check Enclosed

Please Make Checks Payable to:
**NAEGELI DEPOSITION AND TRIAL**

Charge My Credit Card:
☐ VISA   ☐ MasterCard
☐ American Express

SIGNATURE (AS IT APPEARS ON   **CREDIT CARD**

PRINT NAME (AS IT APPEARS ON   **CREDIT CARD**

CREDIT CARD #

EXPIRATION DATE

SECURITY CODE

ADDRESS WITH ZIP CODE (AS IT APPEARS ON **BILLING STATEMENT**)

# INVOICE

U.S. Legal Support
16825 Northchase Dr.
Suite 800
Houston, TX  77060
Phone:713-653-7100   Fax:713-653-7143

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 140074537 | 6/18/2019 | 299935 |
| **Job Date** | **Case No.** | |
| 6/3/2019 | 418CV948 | |

| Case Name |
|---|
| Deep Fix, LLC v. Marine Well Containment Company LLC |

| **Payment Terms** |
|---|
| Due upon receipt |

Suzanne E. LeCocke
Osha Liang, L.L.P.
909 Fannin, Suite 3500
Houston, TX  77010

| CONFERENCE ROOM | | |
|---|---|---|
| Conference Room June 3rd Residence Inn Charlottesville, VA | | |
| Conference Room | 285.00 | 285.00 |
| CONFERENCE ROOM | | |
| Conference Room June 4th Residence Inn Charlottesville, VA | | |
| Conference Room | 285.00 | 285.00 |
| CONFERENCE ROOM | | |
| Conference Room June 5th Hotel Roanoke and Conference Center | | |
| Conference Room | 230.00 | 230.00 |
| CONFERENCE ROOM | | |
| Conference Room June 6th Hotel Roanoke and Conference Center | | |
| Conference Room | 230.00 | 230.00 |

TOTAL DUE  >>>                    **$1,030.00**
AFTER 8/2/2019  PAY                  $1,184.50

Thank you for your business.  If you have any billing questions, please email swbilling@uslegalsupport.com.  We will respond within 24 hours.

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

**Tax ID:** 76-0523238                                  Phone: 713-228-8600    Fax:713-228-8778

*Please detach bottom portion and return with payment.*

Suzanne E. LeCocke
Osha Liang, L.L.P.
909 Fannin, Suite 3500
Houston, TX  77010

| | | | |
|---|---|---|---|
| Job No. | : 299935 | BU ID | : 1-HOU |
| Case No. | : 418CV948 | | |
| Case Name | : Deep Fix, LLC v. Marine Well Containment Company LLC | | |
| Invoice No. | : 140074537 | Invoice Date | : 6/18/2019 |
| **Total Due** | : **$1,030.00** | | |

AFTER 8/2/2019 PAY  $1,184.50

Remit To:   **U.S. Legal Support**
**P.O. Box 4772-14**
**Houston, TX   77210-4772**

### PAYMENT WITH CREDIT CARD

Cardholder's Name: _____

Card Number: _____

Exp. Date: _____   Phone#: _____

Billing Address: _____

Zip: _____   Card Security Code: _____

Amount to Charge: _____

Cardholder's Signature: _____

# I N V O I C E

U.S. Legal Support
16825 Northchase Dr.
Suite 800
Houston, TX  77060
Phone:713-653-7100   Fax:713-653-7143

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 140074738 | 6/28/2019 | 296090 |
| **Job Date** | **Case No.** | |
| 6/5/2019 | 418CV948 | |
| **Case Name** | | |
| Deep Fix, LLC v. Marine Well Containment Company LLC | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Suzanne E. LeCocke
Osha Liang, L.L.P.
909 Fannin, Suite 3500
Houston, TX  77010

ORIGINAL TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| George M. Harvey, Sr. | 146.00 Pages | @ | 5.75 | 839.50 |
| Hourly | 3.50 Hours | @ | 35.00 | 122.50 |
| Administrative Fee | | | 65.00 | 65.00 |
| Video Pages Org. & 1 | 134.00 | @ | 0.30 | 40.20 |
| Exhibit Tabs | 25.00 | @ | 0.55 | 13.75 |
| Exhibit Scanning | 123.00 | @ | 0.55 | 67.65 |
| Lit Support Package | | | 35.00 | 35.00 |
| Obtain Signature (Read & Sign Fee) | | | 25.00 | 25.00 |
| Delivery Original Waived or After R&S | | | 20.00 | 20.00 |

**TOTAL DUE  >>>**          **$1,228.60**
AFTER 8/12/2019  PAY          $1,412.89

Thank you.  We appreciate your business.
Please contact Jewel Nealon @ 469-619-4341 or e-mail jnealon@uslegalsupport.com should you have any billing questions.

**Tax ID:** 76-0523238                                      Phone: 713-228-8600   Fax:713-228-8778

*Please detach bottom portion and return with payment.*

Suzanne E. LeCocke
Osha Liang, L.L.P.
909 Fannin, Suite 3500
Houston, TX  77010

| | | |
|---|---|---|
| Invoice No. | : | 140074738 |
| Invoice Date | : | 6/28/2019 |
| **Total Due** | : | **$1,228.60** |
| AFTER 8/12/2019  PAY  $1,412.89 | | |

Remit To:  **U.S. Legal Support**
           **P.O. Box 4772-14**
           **Houston, TX  77210-4772**

| | | |
|---|---|---|
| Job No. | : | 296090 |
| BU ID | : | 1-HOU |
| Case No. | : | 418CV948 |
| Case Name | : | Deep Fix, LLC v. Marine Well Containment Company LLC |

# I N V O I C E

U.S. Legal Support
16825 Northchase Dr.
Suite 800
Houston, TX  77060
Phone:713-653-7100   Fax:713-653-7143

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 140074898 | 6/28/2019 | 296095 |

| Job Date | Case No. | |
|---|---|---|
| 6/6/2019 | 418CV948 | |

| Case Name | | |
|---|---|---|
| Deep Fix, LLC v. Marine Well Containment Company LLC | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Peter Schechter
Osha Liang, L.L.P.
909 Fannin, Suite 3500
Houston, TX  77010

ORIGINAL TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Mary-Jacq Holroyd | 227.00 Pages | @ | 5.75 | 1,305.25 |
| Hourly | 7.00 Hours | @ | 35.00 | 245.00 |
| Conference Room | | | 300.00 | 300.00 |
| After/Before Hours | 0.50 | @ | 50.00 | 25.00 |
| Administrative Fee | | | 65.00 | 65.00 |
| Video Pages Org. & 1 | 206.00 | @ | 0.30 | 61.80 |
| Exhibit Tabs | 64.00 | @ | 0.55 | 35.20 |
| Exhibit Scanning | 779.00 | @ | 0.55 | 428.45 |
| Lit Support Package | | | 35.00 | 35.00 |
| Obtain Signature (Read & Sign Fee) | | | 25.00 | 25.00 |
| Delivery Original Waived or After R&S | | | 20.00 | 20.00 |

| | |
|---|---|
| TOTAL DUE  >>> | **$2,545.70** |
| AFTER 8/12/2019  PAY | $2,927.56 |

Thank you.  We appreciate your business.
Please contact Jewel Nealon @ 469-619-4341 or e-mail jnealon@uslegalsupport.com should you have any billing questions.

**Tax ID:** 76-0523238

Phone: 713-228-8600    Fax:713-228-8778

*Please detach bottom portion and return with payment.*

Peter Schechter
Osha Liang, L.L.P.
909 Fannin, Suite 3500
Houston, TX  77010

| | | |
|---|---|---|
| Invoice No. | : | 140074898 |
| Invoice Date | : | 6/28/2019 |
| **Total Due** | : | **$2,545.70** |
| AFTER 8/12/2019  PAY | | $2,927.56 |

Remit To:    **U.S. Legal Support**
**P.O. Box 4772-14**
**Houston, TX  77210-4772**

| | | |
|---|---|---|
| Job No. | : | 296095 |
| BU ID | : | 1-HOU |
| Case No. | : | 418CV948 |
| Case Name | : | Deep Fix, LLC v. Marine Well Containment Company LLC |

# I N V O I C E

U.S. Legal Support
16825 Northchase Dr.
Suite 800
Houston, TX  77060
Phone:713-653-7100   Fax:713-653-7143

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 140075052 | 6/28/2019 | 296078 |
| **Job Date** | **Case No.** | |
| 6/4/2019 | 418CV948 | |
| **Case Name** | | |
| Deep Fix, LLC v. Marine Well Containment Company LLC | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Suzanne E. LeCocke
Osha Liang, L.L.P.
909 Fannin, Suite 3500
Houston, TX  77010

ORIGINAL TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Malcolm "Mac" Woodward | 236.00 | Pages | @ | 5.75 | 1,357.00 |
| Hourly | 6.00 | Hours | @ | 35.00 | 210.00 |
| Administrative Fee | | | | 65.00 | 65.00 |
| Video Pages Org. & 1 | 209.00 | | @ | 0.30 | 62.70 |
| Exhibit Tabs | 24.00 | | @ | 0.55 | 13.20 |
| Exhibit Scanning | 504.00 | | @ | 0.55 | 277.20 |
| Lit Support Package | | | | 35.00 | 35.00 |
| Obtain Signature (Read & Sign Fee) | | | | 25.00 | 25.00 |
| Delivery Original Waived or After R&S | | | | 20.00 | 20.00 |

**TOTAL DUE  >>>**                         **$2,065.10**

AFTER 8/12/2019  PAY                    $2,374.87

Thank you.  We appreciate your business.
Please contact Jewel Nealon @ 469-619-4341 or e-mail jnealon@uslegalsupport.com should you have any billing questions.

**Tax ID:** 76-0523238                    Phone: 713-228-8600   Fax:713-228-8778

*Please detach bottom portion and return with payment.*

Suzanne E. LeCocke
Osha Liang, L.L.P.
909 Fannin, Suite 3500
Houston, TX  77010

| | | |
|---|---|---|
| Invoice No. | : | 140075052 |
| Invoice Date | : | 6/28/2019 |
| **Total Due** | : | **$2,065.10** |

AFTER 8/12/2019  PAY  $2,374.87

Remit To:    **U.S. Legal Support**
             **P.O. Box 4772-14**
             **Houston, TX  77210-4772**

| | | |
|---|---|---|
| Job No. | : | 296078 |
| BU ID | : | 1-HOU |
| Case No. | : | 418CV948 |
| Case Name | : | Deep Fix, LLC v. Marine Well Containment Company LLC |

# I N V O I C E

U.S. Legal Support
16825 Northchase Dr.
Suite 800
Houston, TX 77060
Phone:713-653-7100   Fax:713-653-7143

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 140075054 | 6/29/2019 | 296073 |
| **Job Date** | **Case No.** | |
| 6/3/2019 | 418CV948 | |
| **Case Name** | | |
| Deep Fix, LLC v. Marine Well Containment Company LLC | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Suzanne E. LeCocke
Osha Liang, L.L.P.
909 Fannin, Suite 3500
Houston, TX 77010

ORIGINAL TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Barton "Bart" A. Walz | 193.00 Pages | @ | 5.75 | 1,109.75 |
| Hourly | 4.00 Hours | @ | 35.00 | 140.00 |
| Administrative Fee | | | 65.00 | 65.00 |
| Video Pages Org. & 1 | 175.00 | @ | 0.30 | 52.50 |
| Exhibit Tabs | 30.00 | @ | 0.00 | 0.00 |
| Exhibit Scanning | 188.00 | @ | 0.55 | 103.40 |
| Lit Support Package | | | 35.00 | 35.00 |
| Obtain Signature (Read & Sign Fee) | | | 25.00 | 25.00 |
| Delivery Original Waived or After R&S | | | 20.00 | 20.00 |

**TOTAL DUE  >>>**                          **$1,550.65**
AFTER 8/13/2019  PAY                        $1,783.25

Thank you.  We appreciate your business.
Please contact Jewel Nealon @ 469-619-4341 or e-mail jnealon@uslegalsupport.com should you have any billing questions.

**Tax ID:** 76-0523238                                    Phone: 713-228-8600   Fax:713-228-8778

*Please detach bottom portion and return with payment.*

Suzanne E. LeCocke
Osha Liang, L.L.P.
909 Fannin, Suite 3500
Houston, TX 77010

| | | |
|---|---|---|
| Invoice No. | : | 140075054 |
| Invoice Date | : | 6/29/2019 |
| **Total Due** | : | **$1,550.65** |
| AFTER 8/13/2019  PAY | | $1,783.25 |

Remit To:   **U.S. Legal Support**
            **P.O. Box 4772-14**
            **Houston, TX  77210-4772**

| | | |
|---|---|---|
| Job No. | : | 296073 |
| BU ID | : | 1-HOU |
| Case No. | : | 418CV948 |
| Case Name | : | Deep Fix, LLC v. Marine Well Containment Company LLC |

# I N V O I C E

U.S. Legal Support
16825 Northchase Dr.
Suite 800
Houston, TX  77060
Phone:713-653-7100   Fax:713-653-7143

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 140092978 | 11/26/2019 | 316833 |
| **Job Date** | **Case No.** | |
| 11/25/2019 | 418CV948 | |
| **Case Name** | | |
| Deep Fix, LLC v. Marine Well Containment Company LLC | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Suzanne E. Lecocke
Osha Liang, L.L.P.
909 Fannin, Suite 3500
Houston, TX  77010

| | | | | | |
|---|---|---|---|---|---|
| ORIGINAL TRANSCRIPT OF: | | | | | |
| Paul M. Janicke | 79.00 | Pages | @ | 5.75 | 454.25 |
| OVERNIGHT RUSH | | | | | 454.25 |
| Hourly | 3.75 | Hours | @ | 35.00 | 131.25 |
| Administrative Fee | | | | 70.00 | 70.00 |
| Video Pages Org. & 1 | 70.00 | | @ | 0.30 | 21.00 |
| Exhibit Tabs | 7.00 | | @ | 0.55 | 3.85 |
| Exhibit Scanning | 127.00 | | @ | 0.55 | 69.85 |
| Lit Support Package | | | | 55.00 | 55.00 |
| Delivery Original Waived or After R&S | | | | 15.00 | 15.00 |
| Parking | | | | 22.00 | 22.00 |
| Rough Draft | 70.00 | Pages | @ | 1.50 | 105.00 |
| ORIGINAL TRANSCRIPT OF: | | | | | |
| John P. Hughett, P.E. | 35.00 | Pages | @ | 5.75 | 201.25 |
| OVERNIGHT RUSH | | | | | 201.25 |
| Administrative Fee | | | | 70.00 | 70.00 |
| Video Pages Org. & 1 | 30.00 | | @ | 0.30 | 9.00 |
| Exhibit Scanning | 80.00 | | @ | 0.55 | 44.00 |
| Exhibit Tabs | 5.00 | | @ | 0.55 | 2.75 |

**Tax ID:** 76-0523238

Phone: 713-228-8600   Fax:713-228-8778

*Please detach bottom portion and return with payment.*

Suzanne E. Lecocke
Osha Liang, L.L.P.
909 Fannin, Suite 3500
Houston, TX  77010

Invoice No.    :   140092978

Invoice Date   :   11/26/2019

**Total Due**    :   **$2,029.70**

AFTER 1/10/2020  PAY  $2,334.16

Job No.        :   316833

BU ID          :   1-HOU

Case No.       :   418CV948

Case Name      :   Deep Fix, LLC v. Marine Well Containment
                    Company LLC

Remit To:   **U.S. Legal Support**
            **P.O. Box 4772-14**
            **Houston, TX  77210-4772**

# I N V O I C E

U.S. Legal Support
16825 Northchase Dr.
Suite 800
Houston, TX  77060
Phone:713-653-7100   Fax:713-653-7143

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 140092978 | 11/26/2019 | 316833 |
| **Job Date** | **Case No.** | |
| 11/25/2019 | 418CV948 | |
| **Case Name** | | |
| Deep Fix, LLC v. Marine Well Containment Company LLC | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Suzanne E. Lecocke
Osha Liang, L.L.P.
909 Fannin, Suite 3500
Houston, TX  77010

| | | | | |
|---|---|---|---|---|
| Lit Support Package | | | 55.00 | 55.00 |
| Rough Draft | 30.00  Pages | @ | 1.50 | 45.00 |
| **TOTAL DUE  >>>** | | | | **$2,029.70** |
| AFTER 1/10/2020  PAY | | | | $2,334.16 |

Thank you for your business.  If you have any billing questions, please email swbilling@uslegalsupport.com.  We will respond within 24 hours.

**Tax ID:** 76-0523238                                                                       Phone: 713-228-8600    Fax:713-228-8778

*Please detach bottom portion and return with payment.*

Suzanne E. Lecocke
Osha Liang, L.L.P.
909 Fannin, Suite 3500
Houston, TX  77010

Invoice No.      :   140092978
Invoice Date    :   11/26/2019
**Total Due**      :   **$2,029.70**
AFTER 1/10/2020  PAY  $2,334.16

Remit To:    **U.S. Legal Support**
                **P.O. Box 4772-14**
                **Houston, TX  77210-4772**

Job No.          :   316833
BU ID            :   1-HOU
Case No.         :   418CV948
Case Name     :   Deep Fix, LLC v. Marine Well Containment
                       Company LLC

# INVOICE

U.S. Legal Support
16825 Northchase Dr.
Suite 800
Houston, TX  77060
Phone:713-653-7100   Fax:713-653-7143

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 140093529 | 12/1/2019 | 316834 |
| **Job Date** | **Case No.** | |
| 11/25/2019 | 418CV948 | |
| **Case Name** | | |
| Deep Fix, LLC v. Marine Well Containment Company LLC | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Suzanne E. Lecocke
Osha Liang, L.L.P.
909 Fannin, Suite 3500
Houston, TX  77010

VIDEOTAPE SERVICES OF:

Paul M. Janicke; John P. Hughett (1 pm) *Video

| | | | | |
|---|---|---|---|---|
| Videotape 1st Hour | | | 250.00 | 250.00 |
| Videotape Additional Hours | 3.00 Hours | @ | 125.00 | 375.00 |
| Video Conversion - CD/DVD/MPEG | | | 30.00 | 30.00 |
| Videotape Media and Master Archive | 6.00 Disks | @ | 10.00 | 60.00 |
| Videotape Sync | 3.00 | @ | 75.00 | 225.00 |
| Videotape Parking | | | 0.00 | 20.00 |
| Videotape Delivery | | | 15.00 | 15.00 |

**TOTAL DUE  >>>**                                                       **$975.00**

AFTER 1/15/2020  PAY                                              $1,121.25

Thank you for your business.  If you have any billing questions, please email swbilling@uslegalsupport.com.  We will respond within 24 hours.

**Tax ID:** 76-0523238                                    Phone: 713-228-8600    Fax:713-228-8778

*Please detach bottom portion and return with payment.*

Suzanne E. Lecocke
Osha Liang, L.L.P.
909 Fannin, Suite 3500
Houston, TX  77010

| | | |
|---|---|---|
| Invoice No. | : | 140093529 |
| Invoice Date | : | 12/1/2019 |
| **Total Due** | : | **$975.00** |
| AFTER 1/15/2020  PAY  $1,121.25 | | |

Remit To:    **U.S. Legal Support**
             **P.O. Box 4772-14**
             **Houston, TX  77210-4772**

| | | |
|---|---|---|
| Job No. | : | 316834 |
| BU ID | : | 1-HOU |
| Case No. | : | 418CV948 |
| Case Name | : | Deep Fix, LLC v. Marine Well Containment Company LLC |

**Veritext, LLC**
**New York Region**

330 Old Country Rd., Suite 300
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569



| **Bill To:** | Suzanne Lecocke | | |
| | Osha Liang Law Office | **Invoice #:** | NY4122295 |
| | 1221 McKinney St. | **Invoice Date:** | 1/6/2020 |
| | Suite 2800 | **Balance Due:** | $182.75 |
| | Houston, TX, 77010-2026 | | |

| | |
|---|---|
| **Case:** | Deep Fix v. |
| **Job #:** | 3830773 \| Job Date: 12/18/2019 \| Delivery: Daily |
| **Billing Atty:** | Suzanne Lecocke |
| **Location:** | US District and Bankruptcy Court Southern District of Texas |
| | Houston Division \| 515 Rusk Street |
| | Houston, TX 77002 |
| **Sched Atty:** | Suzanne Lecocke \| Osha Liang Law Office |

| Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|
| Deep Fix | Original Transcript | Page | 43.00 | $182.75 |

| **Notes:** | | **Invoice Total:** | $182.75 |
|---|---|---|---|
| | | **Payment:** | $0.00 |
| | | **Credit:** | $0.00 |
| | | **Interest:** | $0.00 |
| | | **Balance Due:** | $182.75 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**To pay online, go to**
**www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| **Invoice #:** | **NY4122295** |
|---|---|
| **Job #:** | **3830773** |
| **Invoice Date:** | **1/6/2020** |
| **Balance:** | **$182.75** |

R. Wayne Tonker & Associates
265 Turkey Sag Trail, Suite 102, #154
Palmyra, Virginia 22963
VA DCJS# 11-1377

# Invoice

| | DATE |
|---|---|
| | 10/2/2018 |

| | INVOICE # |
|---|---|
| | PS18781 |

| | DUE DATE |
|---|---|
| | 10/9/2018 |

| | FEIN |
|---|---|
| | 54-1158768 |

**BILL TO**

Osha Liang LLP
Two Houston Center
909 Fannin, Suite 3500
Houston, Texas 77010

**TERMS**

Payment Due Upon Receipt

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Invoice | Service of Process [Mac Woodward] | 1 | 75.00 | 75.00 |
| Invoice | Pick up documents & FedEx to OSHA Liang LLC | 1 | 75.00 | 75.00 |
| Invoice | Box/Packing | 1 | 1.32 | 1.32 |

Thank you for your business!

| **Total** | 151.32 |
|---|---|

Minuteman Process Service, LLC
1549 Alvis Road
Princeton, WV 24739
Federal Tax I.D. 27-3139031

October 22, 2018

Jason Tucker
Osha Liang LLP
909 Fannin St.
Suite 3500
Houston, Texas  77010

Dear Jason,

Enclosed please find my notarized Affidavit of service relating to the delivery of a Subpoena to Johnston Holroyd IP Law.

As a follow up to my phone, Robert Holroyd , Atty was personally served at the address you provided on October2, 2018 at 2:30PM

Please accept this letter as my invoice for the aforementioned service.

**Fee for service: $80.00**
**Postage:$ 43.03**
**Special Handling$20.00**

**Total Due: $143.03**

Kindly remit your check for $143.03 to Minuteman Process Service, LLC, 1549 Alvis Road, Princeton, WV 24739. Please remit within 10 days.

Jason, many thanks for using Minuteman, and, if we can be of service in the future, please do not hesitate to contact me.

Mike Earls
304.952.7544

AO 88B  (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.  04:18-cv-948

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)*  Johnston Holroyd IP Law
on *(date)*  October 1, 2018

☑ I served the subpoena by delivering a copy to the named person as follows:  Johnston Holroyd IP Law AND with Johnston Holroyd Associates % Robert Holroyd, Attorney
_____  on *(date)*  October 2, 2018 ; or

☐ I returned the subpoena unexecuted because: _____
_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  October 2, 2018          _____
                                           *Server's signature*

                               Michael Earls
                                           *Printed name and title*

                               1549 Alvis Road Princeton, WV 24739
                                           *Server's address*

Additional information regarding attempted service, etc.:

Donna S Snow
exp. 11-30-2022

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
DONNA S. SNOW
1815 Jefferson Street
Bluefield, WV 24701
My Commission Expires November 30, 2022

ent Receipt: Page #1 of 1

TH

A SHIPPING LABEL. PLEASE SAVE FOR YOUR RECORDS.

SHI...
MON 22 OCT 2018

EXPECTED DELIVERY DATE:
TUES 23 OCT 2018 10:30 AM
SHIP FROM:
MIKE EARLS
1549 ALVIS RD
PRINCETON WV 24739
(304) 952-7544

SHIP TO:
OSHA LIANG LLP
JASON TUCKER
909 FANNIN ST
STE 3500
HOUSTON TX 77010-1034
BUSINESS

SHIPPED THROUGH:
THE UPS STORE #4902
BLUEFIELD,VA 24605-2043
(276) 326-2116

SHIPMENT INFORMATION:
UPS NEXT DAY AIR COM
0.18 LBS ACTUAL WT
LTR BILLED WEIGHT
CARRIER LETTER

TRACKING NUMBER: 1Z6E884F0121245054
SHIPMENT ID: MM97ERC9A68DV
SHIP REF 1: - -
SHIP REF 2: - -

DESCRIPTION OF GOODS:
DOCUMENTS

SHIPMENT CHARGES:
NEXT DAY AIR COM          39.20
SERVICE OPTIONS            0.00
FUEL SURCHARGE             3.63
CMS PROCESSING FEE         0.20

TOTAL                    $43.03

COMPLETE ONLINE TRACKING: ENTER THIS ADDRESS IN YOUR WEB BROWSER TO TRACK:
HTTP://THEUPSSTORE.COM (SELECT TRACKING, ENTER SHIPMENT ID #)   SHIPMENT
QUESTIONS? CONTACT SHIPPED THROUGH ABOVE.

Everyone needs a helping hand now and then.
Join our FREE email program

FOR GREAT OFFERS AND RESOURCES VISIT WWW.THEUPSSTORE.COM/EMAIL

SHIPMENTID: MM97ERC9A68DV

Powered by iShip(r)
10/22/2018 09:27 AM Pacific Time N

The UPS Store

SEE NOTICE ON REVERSE regarding UPS Terms, and notice of limitation of liability. Where allowed by law, shipper authorizes UPS to act as forwarding agent for export control and customs purposes. If exported from the US, shipper certifies that the commodities, technology or software were exported from the US in accordance with the Export Administration Regulations. Diversion contrary to law is prohibited.
RRD RF2 091F

The UPS Store #4902

DECL VAL
N/A

34

"Declared Value Program") The declared charge for a parcel containing items of greater value of the Declared Value Program are located in not exceed the amount You declared as the elect to participate in the Declared Value

is if You make such claim through Us, We will hat We have no liability if any claim is denied authorize Us to provide to UPS) Your name

ime frame as set for in the Carrier's Terms for the Carrier's inspection prior to value of the lost or damaged items for any

R. Wayne Tonker & Associates
265 Turkey Sag Trail, Suite 102, #154
Palmyra, Virginia 22963
VA DCJS# 11-1377

# Invoice

| DATE |
| --- |
| 10/26/2018 |

| BILL TO |
| --- |
| Osha Liang LLP<br>Two Houston Center<br>909 Fannin, Suite 3500<br>Houston, Texas 77010 |

| INVOICE # |
| --- |
| PS187812 |

| DUE DATE |
| --- |
| 11/2/2018 |

| TERMS |
| --- |
| Payment Due Upon Receipt |

| FEIN |
| --- |
| 54-1158768 |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
| --- | --- | --- | --- | --- |
| Invoice | Service of Process [Walz & BRDC], Package and mail via FedEx | 1 | 145.00 | 145.00 |
| Invoice | FexEx | 1 | 33.27 | 33.27 |

Thank you for your business!

| **Total** | 178.27 |
| --- | --- |

**NRV Processing Srvcs., LLC**
P.O. Box 6491
Christiansburg, VA  24068
540-808-1330
clientservices@nrvprocessing.com
www.nrvprocessing.com



# INVOICE

**BILL TO**

Osha Liang LLP
Two Houston Center
909 Fannin, Suite 3500
Houston, TX 77010

**INVOICE #** 19-2886
**DATE** 01/11/2019

**TERMS** Due on receipt

| SERVICE | DESCRIPTION | AMOUNT |
|---|---|---|
| SOP- Fee | 190011 Service of Process - Serve on:<br>George Harvey, Sr.<br>1500 Tyler Avenue, Radford, VA 24141<br>Subpoena to Testify at a Deposition in a Civil Action, Notice of Deposition of George Harvery, Sr., Mileage Witness Fee Calculation, Witness Fee in the amount of $150.54 | 65.00 |
| SOP - Rush Fee | 190011 Service of Process Rush Fee - $50.00 (Discounted to $25.00) | 25.00 |
| Witness Fees (Adv) | 190011 Advanced Witness Fees | 150.54 |
| Witness Fees (Adv) | 190011 Witness Fee Check Processing | 15.00 |
| SOP- Fee | 190012 Service of Process - Serve on:<br>George Harvey, Sr.<br>1500 Tyler Avenue, Radford, VA 24141<br>Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises,  with Attached Exhibit A | 32.50 |
| SOP - Rush Fee | 190012 Service of Process Rush Fee - $50.00 (Discounted to $25.00) | 25.00 |

Make all checks payable and send to:
NRV Processing Srvcs., LLC
P.O. Box 6491
Christiansburg, VA 24068
For questions, please contact us!
P:  540-808-1330 | F:  540-382-8950
Website: www.nrvprocessing.com
Email: clientservices@nrvprocessing.com

**BALANCE DUE**          **$313.04**

Any type of request for services rendered and received by NRV Processing Srvcs., LLC constitutes an acceptance of our biling terms and conditions, including, but not limited to late fees assessed of $35.00, plus 2% finance charges if failure to pay within 30 days from day of invoice, plus reasonable courts costs and attorney's fees to collect any unpaid balance due.

Payment sent
We sent a confirmation email.

NRV Processing Srvcs., LLC                                                                    1/1

Invoice no.19-2886

Invoice total $313.04

Amount paid $313.04

Balance Due $0.00

Date paidJanuary 11, 2019

Payment method American Express ●●●●1106

Transaction IDPK0199161622



**Connor Kingston & Associates**
305 Oak Street, Suite 200
Bethesda, OH  43719
(740)338-0090
petebendo@outlook.com

# INVOICE

**BILL TO**

Jason Tucker
Osha Liang LLP
909 Fannin St Ste 3500
Houston, TX  770101034 USA

**INVOICE #** 1149
**DATE** 01/14/2019
**DUE DATE** 01/19/2019
**TERMS** Due Upon Receipt

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Process Service** SUCCESSFUL SERVICE OF SUBPOENAS (2) TO HEATHER WEST (AKA "HEATHER HYNDMAN) AND JARRAD WEST (AKA JARROD WEST) COMPLETED ON 1-14-2019 6:00 PM, AT 134 Township Road 244, Toronto, OH 43964 BY LEAVING THE SUBPOENAS (2) WITH AUSTIN HYNDMAN REFERENCE NUMBER 18566-005001 | 1 | 85.00 | 85.00 |

**BALANCE DUE**                    **$85.00**

**All Texas Companies DBA, All Texas Process Servers**
3308 Preston Rd Ste 350 PMB 116
Plano, Texas 75093-7471

**INVOICE:  3104452**
Issued:   Feb 25, 2019
Sent to: Jason L Tucker

**Jason L Tucker**
Osha Liang LLP
909 Fannin St Ste 3500
Houston, TX 77010-1025

**PAY TO:**
**All Texas Companies DBA, All Texas Process Servers**
**3308 Preston Rd Ste 350 PMB 116**
**Plano, Texas 75093-7471**

| | | |
|---|---|---|
| **Case:**  04:18-cv-948 | **Plaintiff / Petitioner:**   Deep Fix LLC | |
| **Job:**  3104452 | **Defendant / Respondent:**   Marine Well Containment Company LLC | |

| Item | Description | Cost | Quantity | Total |
|---|---|---|---|---|
| Service of Process 085 | Service of Process | $65.00 | 1 | $65.00 |
| | Charles J. Adams, Sr., c/o Gregory Perrone of Braxton Perrone, PLLC | | | |

We've made it easier to pay invoices with the addition of the "Pay With Card" button at the top of our online invoices.

Payment Terms:
Net 7 Days

Payment Accepted:
Credit Cards, Company Checks and PayPal

| | |
|---|---|
| Total: | $65.00 |
| Amount Paid: | ($0.00) |
| **Balance Due:** | **$65.00** |

# Invoice

R. Wayne Tonker & Associates
265 Turkey Sag Trail, Suite 102, #154
Palmyra, Virginia 22963
VA DCJS# 11-1377

| DATE |
|---|
| 5/9/2019 |

| INVOICE # |
|---|
| PS19411 |

| DUE DATE |
|---|
| 5/16/2019 |

| FEIN |
|---|
| 54-1158768 |

| BILL TO |
|---|
| Osha Liang, LLP<br>Two Houston Center<br>909 Fannin, Suite 3500<br>Houston, Texas 77010 |

| TERMS |
|---|
| Payment Due Upon Receipt |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Invoice | RUSH Service of Process - Walz | 1 | 75.00 | 75.00 |
| Invoice | RUSH Service of Process - Woodward | 1 | 75.00 | 75.00 |
| Invoice | Copies | 96 | 0.25 | 24.00 |

Thank you for your business!

| Total | 174.00 |
|---|---|
| Balance Due | 174.00 |



# INVOICE

**Paid**

## We Serve Law

Phone: 800-637-1805
www.weservelaw.com

Invoice #:  341755
Invoice Date:  Jan 13, 2020
Due date:  Jan 13, 2020

Amount due:
**$0.00**

Bill To:

Tucker@oshaliang.com

| Description | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee<br>Service of Process<br><br>Prof. Paul M. Janicke<br>University of Houston Law Center<br>4604 Calhoun Road,<br>Office 201-L TUII<br>Houston, TX 77204 | 1 | $150.00 | $150.00 |
| Service Fee<br>Personal Service | 1 | $25.00 | $25.00 |
| Service Fee<br>Witness Fee | 1 | $40.00 | $40.00 |
| Service Fee<br>Check Advance Fee | 1 | $10.00 | $10.00 |
| | | Subtotal | $225.00 |
| | | Shipping | $0.00 |
| | | Processing Fee | $15.00 |
| | | Total | $240.00 |

## Notes

We look forward to serving you again. Thank you for your business!

**Jenni Del Angel**

| | |
|---|---|
| **From:** | Lauren Krzyzanski |
| **Sent:** | Monday, November 4, 2019 10:52 AM |
| **To:** | Jenni Del Angel |
| **Subject:** | RE: check #31059 |

It was cleared on 6/6/19

## Online Check Imaging

| Account Number | Check Number | Amount | Paid Date | Bank Reference | Cust. Reference |
|---|---|---|---|---|---|
| 502155265 | 000031059 | 146.48 | 06/06/2019 | 00095176310 | 000031059 |

The Front Image:      Print



The Back Image:      Print



1

 **CONSULTING**

| **720 RUSK STREET, SUITE 425** | **INVOICE** | **1550** |
|---|---|---|
| **HOUSTON, TX 77002** | | |

| | | |
|---|---|---|
| | **DUE DATE** | 3/6/2019 |
| 4-Feb-19 | **TERMS** | NET 30 |
| | **CLIENT** | 213 MWCC |

**BILL TO**

Humberto Molina, Esq.
Marine Well Containment Company LLC
9807 Katy Freeway, Suite 1200
Houston, TX 77024

**MAIL TO**

Marine Well Containment Company LLC
Via Email: bert.molina@mwcc-usa.com
CC Via Email:  schechter@oshaliang.com
CC Via Email: lecocke@oshaliang.com

**DEEP FIX, LLC V. MARINE WELL CONTAINMENT COMPANY LLC**

**PROFESSIONAL SERVICES RENDERED:**        12/6/19 - 1/31/19

| | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Britven, Tom | $   595 | 4.50 | $      2,677.50 |
| Ellis, Doug | 550 | 8.00 | 4,400.00 |
| Lloyd, Brandon | 345 | 0.75 | 258.75 |
| Junior Staff | 295 | 12.25 | 3,613.75 |
| **TOTAL PROFESSIONAL SERVICES** | | **25.50** | **$    10,950.00** |
| **EXPENSES** | | | |
| | | | $              - |
| **TOTAL EXPENSES** | | | **$              -** |

| AMOUNT DUE | |
|---|---|
| Professional Services | $      10,950.00 |
| Expenses Incurred | 0.00 |
| Total | **$      10,950.00** |

(Amounts are Stated in U.S. Dollars)

Payable by wire or check to ASQ Consulting Group LLC:

| To pay by wire: | To pay by check, mail payment to: |
|---|---|
| ██████████████ | ASQ Consulting Group LLC |
| █████████████████████ | 720 Rusk Street, Suite 425 |
| ██████████████████ | Houston,  TX 77002 |
| █████████████ | |

For questions concerning this invoice, please call 281-744-8505.

 **CONSULTING**

| **720 RUSK STREET, SUITE 425** | **INVOICE** | **1583** |
|---|---|---|
| **HOUSTON, TX 77002** | | |

| | | |
|---|---|---|
| | **DUE DATE** | 5/8/2019 |
| 8-Apr-19 | **TERMS** | NET 30 |
| | **CLIENT** | 213 MWCC |

**BILL TO**

Humberto Molina, Esq.
Marine Well Containment Company LLC
9807 Katy Freeway, Suite 1200
Houston, TX 77024

**MAIL TO**

Marine Well Containment Company LLC
Via Email: bert.molina@mwcc-usa.com
CC Via Email:  schechter@oshaliang.com
CC Via Email: lecocke@oshaliang.com

**DEEP FIX, LLC V. MARINE WELL CONTAINMENT COMPANY LLC**

**PROFESSIONAL SERVICES RENDERED:**        2/1/19 - 3/31/19

| | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Britven, Tom | $   595 | 1.25 | $          743.75 |
| Junior Staff | 295 | 4.00 | 1,180.00 |
| **TOTAL PROFESSIONAL SERVICES** | | **5.25** | **$     1,923.75** |
| **EXPENSES** | | | |
| | | | $          - |
| **TOTAL EXPENSES** | | | **$          -** |

| | AMOUNT DUE | |
|---|---|---|
| Professional Services | $ | 1,923.75 |
| Expenses Incurred | | 0.00 |
| Total | **$** | **1,923.75** |

(Amounts are Stated in U.S. Dollars)

Payable by wire or check to ASQ Consulting Group LLC:

| To pay by wire: | To pay by check, mail payment to: |
|---|---|
| ██████████████ | ASQ Consulting Group LLC |
| █████████████████ | 720 Rusk Street, Suite 425 |
| ████████████ | Houston,  TX 77002 |
| ██████████ | |

For questions concerning this invoice, please call 281-744-8505.

 **CONSULTING**

| 720 RUSK STREET, SUITE 425 HOUSTON, TX 77002 | INVOICE | 1600 |
|---|---|---|

| | DUE DATE | 6/5/2019 |
|---|---|---|
| 6-May-19 | TERMS | NET 30 |
| | CLIENT | 213 MWCC |

**BILL TO**

Humberto Molina, Esq.
Marine Well Containment Company LLC
9807 Katy Freeway, Suite 1200
Houston, TX 77024

**MAIL TO**

Marine Well Containment Company LLC
Via Email: bert.molina@mwcc-usa.com
CC Via Email:  schechter@oshaliang.com
CC Via Email: lecocke@oshaliang.com

**DEEP FIX, LLC V. MARINE WELL CONTAINMENT COMPANY LLC**

**PROFESSIONAL SERVICES RENDERED:**          4/1/19 -4/30/19

| | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Ellis, Doug | $   550 | 4.75 | $    2,612.50 |
| Junior Staff | 295 | 2.50 | 737.50 |
| **TOTAL PROFESSIONAL SERVICES** | | **7.25** | **$    3,350.00** |
| **EXPENSES** | | | |
| | | | $         - |
| **TOTAL EXPENSES** | | | $         - |

| AMOUNT DUE | |
|---|---|
| Professional Services | $    3,350.00 |
| Expenses Incurred | 0.00 |
| Total | $    3,350.00 |

(Amounts are Stated in U.S. Dollars)

Payable by wire or check to ASQ Consulting Group LLC:

| To pay by wire: | To pay by check, mail payment to: |
|---|---|
| | ASQ Consulting Group LLC 720 Rusk Street, Suite 425 Houston,  TX 77002 |

For questions concerning this invoice, please call 281-744-8505.

 **CONSULTING**

| 720 RUSK STREET, SUITE 425 HOUSTON, TX 77002 | INVOICE | 1617 |
|---|---|---|

| | DUE DATE | 7/12/2019 |
|---|---|---|
| 12-Jun-19 | TERMS | NET 30 |
| | CLIENT | 213 MWCC |

**BILL TO**

Humberto Molina, Esq.
Marine Well Containment Company LLC
9807 Katy Freeway, Suite 1200
Houston, TX 77024

**MAIL TO**

Marine Well Containment Company LLC
Via Email: bert.molina@mwcc-usa.com
CC Via Email: schechter@oshaliang.com
CC Via Email: lecocke@oshaliang.com

**DEEP FIX, LLC V. MARINE WELL CONTAINMENT COMPANY LLC**

**PROFESSIONAL SERVICES RENDERED:**     5/1/19 - 5/31/19

| | | RATE | HOURS | | AMOUNT |
|---|---|---|---|---|---|
| Britven, Tom | $ | 595 | 1.25 | $ | 743.75 |
| Ellis, Doug | | 550 | 1.50 | | 825.00 |
| LaMotta, Ryan | | 425 | 14.75 | | 6,268.75 |
| Rock, Sheryl | | 425 | 0.50 | | 212.50 |
| Junior Staff | | 295 | 1.25 | | 368.75 |
| **TOTAL PROFESSIONAL SERVICES** | | | **19.25** | **$** | **8,418.75** |
| **EXPENSES** | | | | $ | - |
| **TOTAL EXPENSES** | | | | $ | - |

| AMOUNT DUE | | |
|---|---|---|
| Professional Services | $ | 8,418.75 |
| Expenses Incurred | | 0.00 |
| Total | $ | 8,418.75 |

(Amounts are Stated in U.S. Dollars)

Payable by wire or check to ASQ Consulting Group LLC:

| To pay by wire: | To pay by check, mail payment to: |
|---|---|
| | ASQ Consulting Group LLC 720 Rusk Street, Suite 425 Houston,  TX 77002 |

For questions concerning this invoice, please call 281-744-8505.

 **CONSULTING**

| 720 RUSK STREET, SUITE 425 | INVOICE | 1626 |
| HOUSTON, TX 77002 | | |

| | DUE DATE | 7/25/2019 |
| 25-Jun-19 | TERMS | NET 30 |
| | CLIENT | 213 MWCC |

**BILL TO**

Humberto Molina, Esq.
Marine Well Containment Company LLC
9807 Katy Freeway, Suite 1200
Houston, TX 77024

**MAIL TO**

Marine Well Containment Company LLC
Via Email: bert.molina@mwcc-usa.com
CC Via Email:  schechter@oshaliang.com
CC Via Email: lecocke@oshaliang.com

**DEEP FIX, LLC V. MARINE WELL CONTAINMENT COMPANY LLC**

**PROFESSIONAL SERVICES RENDERED:**    6/1/19 - 6/15/19

| | RATE | HOURS | | AMOUNT |
|---|---|---|---|---|
| Britven, Tom | $ 595 | 0.25 | $ | 148.75 |
| LaMotta, Ryan | 425 | 17.00 | | 7,225.00 |
| Rock, Sheryl | 425 | 43.00 | | 18,275.00 |
| Junior Staff | 295 | 10.25 | | 3,023.75 |
| **TOTAL PROFESSIONAL SERVICES** | | **70.50** | **$** | **28,672.50** |
| **EXPENSES** | | | $ | - |
| **TOTAL EXPENSES** | | | $ | - |

| AMOUNT DUE | | |
|---|---|---|
| Professional Services | $ | 28,672.50 |
| Expenses Incurred | | 0.00 |
| Total | $ | 28,672.50 |

(Amounts are Stated in U.S. Dollars)

Payable by wire or check to ASQ Consulting Group LLC:

| To pay by wire: | To pay by check, mail payment to: |
|---|---|
| | ASQ Consulting Group LLC |
| | 720 Rusk Street, Suite 425 |
| | Houston,  TX 77002 |

For questions concerning this invoice, please call 281-744-8505.

 **CONSULTING**

**720 RUSK STREET, SUITE 425**
**HOUSTON, TX 77002**

## INVOICE    1638

| | |
|---|---|
| **DUE DATE** | 7/31/2019 |
| **TERMS** | NET 30 |
| **CLIENT** | 213 MWCC |

1-Jul-19

**BILL TO**

Humberto Molina, Esq.
Marine Well Containment Company LLC
9807 Katy Freeway, Suite 1200
Houston, TX 77024

**MAIL TO**

Marine Well Containment Company LLC
Via Email: bert.molina@mwcc-usa.com
CC Via Email:  schechter@oshaliang.com
CC Via Email: lecocke@oshaliang.com

**DEEP FIX, LLC V. MARINE WELL CONTAINMENT COMPANY LLC**

**PROFESSIONAL SERVICES RENDERED:**    6/16/19 - 6/30/19

| | RATE | HOURS | AMOUNT |
|---|---|---|---|
| LaMotta, Ryan | $   425 | 5.00 | 2,125.00 |
| Rock, Sheryl | 425 | 5.00 | 2,125.00 |
| Junior Staff | 295 | 0.25 | 73.75 |
| **TOTAL PROFESSIONAL SERVICES** | | **10.25** | $   **4,323.75** |
| **EXPENSES** | | | |
| | | | $      - |
| **TOTAL EXPENSES** | | | $      - |

| AMOUNT DUE | | |
|---|---|---|
| Professional Services | $ | 4,323.75 |
| Expenses Incurred | | 0.00 |
| Total | $ | 4,323.75 |

(Amounts are Stated in U.S. Dollars)

Payable by wire or check to ASQ Consulting Group LLC:

| To pay by wire: | To pay by check, mail payment to: |
|---|---|
| | ASQ Consulting Group LLC |
| | 720 Rusk Street, Suite 425 |
| | Houston,  TX 77002 |

For questions concerning this invoice, please call 281-744-8505.

 **CONSULTING**

| 720 RUSK STREET, SUITE 425 | INVOICE | 1652 |
| --- | --- | --- |
| HOUSTON, TX 77002 | | |

| | **DUE DATE** | 9/12/2019 |
| --- | --- | --- |
| 13-Aug-19 | **TERMS** | NET 30 |
| | **CLIENT** | 213 MWCC |

**BILL TO**

Humberto Molina, Esq.
Marine Well Containment Company LLC
9807 Katy Freeway, Suite 1200
Houston, TX 77024

**MAIL TO**

Marine Well Containment Company LLC
Via Email: bert.molina@mwcc-usa.com
CC Via Email:  schechter@oshaliang.com
CC Via Email: lecocke@oshaliang.com

**DEEP FIX, LLC V. MARINE WELL CONTAINMENT COMPANY LLC**

**PROFESSIONAL SERVICES RENDERED:**    7/1/19 - 7/31/19

| | RATE | HOURS | AMOUNT |
| --- | --- | --- | --- |
| LaMotta, Ryan | $ 425 | 1.00 | 425.00 |
| Rock, Sheryl | 425 | 10.00 | 4,250.00 |
| Junior Staff | 295 | 0.75 | 221.25 |
| **TOTAL PROFESSIONAL SERVICES** | | **11.75** | $    **4,896.25** |
| **EXPENSES** | | | $    - |
| **TOTAL EXPENSES** | | | $    - |

| AMOUNT DUE | | |
| --- | --- | --- |
| Professional Services | $ | 4,896.25 |
| Expenses Incurred | | 0.00 |
| Total | $ | 4,896.25 |

(Amounts are Stated in U.S. Dollars)

Payable by wire or check to ASQ Consulting Group LLC:

To pay by wire:

To pay by check, mail payment to:
ASQ Consulting Group LLC
720 Rusk Street, Suite 425
Houston,  TX 77002

For questions concerning this invoice, please call 281-744-8505.

| 720 RUSK STREET, SUITE 425 HOUSTON, TX 77002 | | | INVOICE        1652 |
|---|---|---|---|
| **Name** | **Date** | **Hours** | **Description** |
| LaMotta, Ryan | 7/9/2019 | 1.00 | Market approach data points; document review |
| Rock, Sheryl | 7/11/2019 | 2.00 | Analysis of market approach data points; draft expert report |
| Rock, Sheryl | 7/15/2019 | 1.50 | Analysis of market approach data points |
| Rock, Sheryl | 7/25/2019 | 2.50 | Review Woodward deposition; draft expert report |
| Rock, Sheryl | 7/26/2019 | 4.00 | Review depositions; draft expert report |
| Junior Staff | 7/1/2019 | 0.75 | Case administration |

Total                                        11.75

Total Hours by Person:

| | |
|---|---|
| LaMotta, Ryan | 1.00 |
| Rock, Sheryl | 10.00 |
| Junior Staff | 0.75 |
| **Total** | **11.75** |

 **CONSULTING**

| **720 RUSK STREET, SUITE 425** | **INVOICE** | **1670** |
|---|---|---|
| **HOUSTON, TX 77002** | | |

| | **DUE DATE** | 10/16/2019 |
|---|---|---|
| 16-Sep-19 | **TERMS** | NET 30 |
| | **CLIENT** | 213 MWCC |

**BILL TO**

Humberto Molina, Esq.
Marine Well Containment Company LLC
9807 Katy Freeway, Suite 1200
Houston, TX 77024

**MAIL TO**

Marine Well Containment Company LLC
Via Email: bert.molina@mwcc-usa.com
CC Via Email:  schechter@oshaliang.com
CC Via Email: lecocke@oshaliang.com

**DEEP FIX, LLC V. MARINE WELL CONTAINMENT COMPANY LLC**

**PROFESSIONAL SERVICES RENDERED:**        8/1/19 - 8/31/19

| | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Britven, Tom | $   595 | 0.75 | $      446.25 |
| LaMotta, Ryan | 425 | 3.00 | 1,275.00 |
| Rock, Sheryl | 425 | 2.50 | 1,062.50 |
| Junior Staff | 295 | 0.25 | 73.75 |
| **TOTAL PROFESSIONAL SERVICES** | | **6.50** | **$      2,857.50** |
| **EXPENSES** | | | |
| | | | $          - |
| **TOTAL EXPENSES** | | | **$          -** |

| **AMOUNT DUE** | | |
|---|---|---|
| Professional Services | $ | 2,857.50 |
| Expenses Incurred | | 0.00 |
| Total | **$** | **2,857.50** |

(Amounts are Stated in U.S. Dollars)

Payable by wire or check to ASQ Consulting Group LLC:

| To pay by wire: | To pay by check, mail payment to: |
|---|---|
| ██████████████ | ASQ Consulting Group LLC |
| ██████████████████████ | 720 Rusk Street, Suite 425 |
| ████████████████ | Houston,  TX 77002 |
| ███████████████ | |

For questions concerning this invoice, please call 281-744-8505.

**720 RUSK STREET, SUITE 425**
**HOUSTON, TX 77002**

**INVOICE**          **1670**

| Name | Date | Hours | Description |
|------|------|-------|-------------|
| Britven, Thomas | 8/14/2019 | 0.25 | Document review |
| Britven, Thomas | 8/23/2019 | 0.25 | Review MWCC financial statements and discussion with counsel |
| Britven, Thomas | 8/26/2019 | 0.25 | Discussion with case team regarding financial deposition preparation |
| LaMotta, Ryan | 8/23/2019 | 2 | Review MWCC financial statements and discussion with counsel |
| LaMotta, Ryan | 8/30/2019 | 1 | Review documents related to capping stack costs |
| Rock, Sheryl | 8/1/2019 | 2.5 | Draft Expert Report, document review |
| Junior Staff | 8/4/2019 | 0.25 | Project administration |

Total                                6.50

Total Hours by Person:

| | |
|------|------|
| Britven, Thomas | 0.75 |
| LaMotta, Ryan | 3.00 |
| Rock, Sheryl | 2.50 |
| Junior Staff | 0.25 |
| **Total** | **6.50** |

 **CONSULTING**

| 720 RUSK STREET, SUITE 425 | **INVOICE** | **1682** |
| HOUSTON, TX 77002 | | |

| | **DUE DATE** | 10/20/2019 |
| 20-Sep-19 | **TERMS** | NET 30 |
| | **CLIENT** | 213 MWCC |

**BILL TO**

Humberto Molina, Esq.
Marine Well Containment Company LLC
9807 Katy Freeway, Suite 1200
Houston, TX 77024

**MAIL TO**

Marine Well Containment Company LLC
Via Email: bert.molina@mwcc-usa.com
CC Via Email:  schechter@oshaliang.com
CC Via Email: lecocke@oshaliang.com

**DEEP FIX, LLC V. MARINE WELL CONTAINMENT COMPANY LLC**

**PROFESSIONAL SERVICES RENDERED:**        9/1/19 - 9/15/19

| | RATE | | HOURS | | AMOUNT |
|---|---|---|---|---|---|
| Britven, Tom | $ | 595 | 7.00 | $ | 4,165.00 |
| Ellis, Doug | | 550 | 10.75 | | 5,912.50 |
| Rock, Sheryl | | 425 | 7.00 | | 2,975.00 |
| Lloyd, Brandon | | 345 | 1.25 | | 431.25 |
| Junior Staff | | 295 | 1.50 | | 442.50 |
| **TOTAL PROFESSIONAL SERVICES** | | | **27.50** | $ | **13,926.25** |
| **EXPENSES** | | | | $ | - |
| **TOTAL EXPENSES** | | | | $ | - |

| **AMOUNT DUE** | | |
|---|---|---|
| Professional Services | $ | 13,926.25 |
| Expenses Incurred | | 0.00 |
| Total | $ | **13,926.25** |

(Amounts are Stated in U.S. Dollars)

Payable by wire or check to ASQ Consulting Group LLC:

| To pay by wire: | To pay by check, mail payment to: |
|---|---|
| | ASQ Consulting Group LLC |
| | 720 Rusk Street, Suite 425 |
| | Houston,  TX 77002 |

For questions concerning this invoice, please call 281-744-8505.

**720 RUSK STREET, SUITE 425**
**HOUSTON, TX 77002**

**INVOICE**

**1682**

| Name | Date | Hours | Description |
|---|---|---|---|
| Britven, Thomas | 9/10/2019 | 0.50 | Prep for meeting with MWCC and counsel for MWCC |
| Britven, Thomas | 9/11/2019 | 5.50 | Prep for and meeting with MWCC and counsel for MWCC |
| Britven, Thomas | 9/13/2019 | 1.00 | Meeting with counsel for MWCC |
| Ellis, Doug | 9/11/2019 | 6.50 | Prep for and meeting with MWCC and counsel for MWCC |
| Ellis, Doug | 9/13/2019 | 4.25 | Prep for and meeting with counsel for MWCC |
| Lloyd, Brandon | 9/13/2019 | 1.25 | Review of documents |
| Reyes, Jessica | 9/9/2019 | 1.00 | Balance sheet summary & update of financial data summary for meeting |
| Rock, Sheryl | 9/9/2019 | 0.50 | Review financials, prepare topics for meetings |
| Rock, Sheryl | 9/10/2019 | 5.00 | Review financials, prepare topics for meetings |
| Rock, Sheryl | 9/12/2019 | 1.50 | Review financials, prepare topics for meetings |
| Junior Staff | 9/2/2019 | 0.25 | Case administration |

Total                          27.25

Total Hours by Person:

| | |
|---|---|
| Britven, Thomas | 7.00 |
| Ellis, Doug | 10.75 |
| Lloyd, Brandon | 1.25 |
| Rock, Sheryl | 7.00 |
| Reyes, Jessica | 1.00 |
| Junior Staff | 0.25 |
| **Total** | **27.25** |

 **CONSULTING**

| 720 RUSK STREET, SUITE 425 HOUSTON, TX 77002 | INVOICE | 1692 |
|---|---|---|

| | DUE DATE | 11/6/2019 |
|---|---|---|
| 7-Oct-19 | TERMS | NET 30 |
| | CLIENT | 213 MWCC |

**BILL TO**

Humberto Molina, Esq.
Marine Well Containment Company LLC
9807 Katy Freeway, Suite 1200
Houston, TX 77024

**MAIL TO**

Marine Well Containment Company LLC
Via Email: bert.molina@mwcc-usa.com
CC Via Email:  schechter@oshaliang.com
CC Via Email: lecocke@oshaliang.com

**DEEP FIX, LLC V. MARINE WELL CONTAINMENT COMPANY LLC**

**PROFESSIONAL SERVICES RENDERED:**          9/16/19 - 9/30/19

| | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Ellis, Doug | $  550 | 13.00 | 7,150.00 |
| Rock, Sheryl | 425 | 33.50 | 14,237.50 |
| Reyes, Jessica | 350 | 12.50 | 4,375.00 |
| Lloyd, Brandon | 345 | 5.00 | 1,725.00 |
| Junior Staff | 295 | 16.50 | 4,867.50 |
| **TOTAL PROFESSIONAL SERVICES** | | **80.50** | **$      32,355.00** |

**EXPENSES**

| | | | $          - |
|---|---|---|---|
| **TOTAL EXPENSES** | | | **$          -** |

| AMOUNT DUE | | |
|---|---|---|
| Professional Services | $ | 32,355.00 |
| Expenses Incurred | | 0.00 |
| Total | $ | 32,355.00 |

(Amounts are Stated in U.S. Dollars)

Payable by wire or check to ASQ Consulting Group LLC:

| To pay by wire: | To pay by check, mail payment to: |
|---|---|
| ██████████████ | ASQ Consulting Group LLC 720 Rusk Street, Suite 425 Houston,  TX 77002 |

For questions concerning this invoice, please call 281-744-8505.

**720 RUSK STREET, SUITE 425**
**HOUSTON, TX 77002**

**INVOICE**     **1692**

| Name | Date | Hours | Description |
|------|------|-------|-------------|
| Ellis, Douglas N | 9/16/2019 | 3.50 | Prep for meeting with client and attorneys for MWCC, communications with counsel for MWCC, discussions with case team |
| Ellis, Douglas N | 9/17/2019 | 7.75 | Prep for and meeting with client and attorneys for MWCC, communications with counsel for MWCC, discussions with case team |
| Ellis, Douglas N | 9/18/2019 | 1.25 | Communications with counsel for MWCC, discussions with case team |
| Ellis, Douglas N | 9/19/2019 | 0.50 | Communications with counsel for MWCC, discussions with case team |
| Rock, Sheryl | 9/16/2019 | 3.50 | Internal meetings; Research and draft expert report |
| Rock, Sheryl | 9/17/2019 | 7.00 | Research and draft expert report; Interview topics for client |
| Rock, Sheryl | 9/18/2019 | 7.50 | Internal meetings; Research and draft expert report |
| Rock, Sheryl | 9/19/2019 | 6.50 | Internal meetings; Research and draft expert report |
| Rock, Sheryl | 9/26/2019 | 3.00 | Research and draft expert report |
| Rock, Sheryl | 9/27/2019 | 4.00 | Research and draft expert report |
| Rock, Sheryl | 9/30/2019 | 2.00 | Draft expert report |
| Jessica M. Reyes | 9/16/2019 | 1.50 | Internal meetings; Research and draft expert report |
| Jessica M. Reyes | 9/17/2019 | 3.00 | Research; Compile glossary of key terms |
| Jessica M. Reyes | 9/18/2019 | 3.00 | Internal meetings; Research and draft expert report |
| Jessica M. Reyes | 9/19/2019 | 5.00 | Internal meetings; Research and draft expert report |
| Brandon G. Lloyd | 9/16/2019 | 3.75 | Document review |
| Brandon G. Lloyd | 9/17/2019 | 1.25 | Document review |
| Junior Staff | 9/16/19-9/30/19 | 16.50 | Industry research; support for drafting of expert report. |

Total                          80.50

Total Hours by Person:

| | |
|------|------|
| Ellis, Douglas N | 13.00 |
| Rock, Sheryl | 33.50 |
| Jessica M. Reyes | 12.50 |
| Brandon G. Lloyd | 5.00 |
| Junior Staff | 16.50 |
| **Total** | **80.50** |

 **CONSULTING**

| 720 RUSK STREET, SUITE 425 HOUSTON, TX 77002 | INVOICE | 1698 |
|---|---|---|

23-Oct-19

| | |
|---|---|
| **DUE DATE** | 11/22/2019 |
| **TERMS** | NET 30 |
| **CLIENT** | 213 MWCC |

**BILL TO**

Humberto Molina, Esq.
Marine Well Containment Company LLC
9807 Katy Freeway, Suite 1200
Houston, TX 77024

**MAIL TO**

Marine Well Containment Company LLC
Via Email: bert.molina@mwcc-usa.com
CC Via Email:  schechter@oshaliang.com
CC Via Email: lecocke@oshaliang.com

**DEEP FIX, LLC V. MARINE WELL CONTAINMENT COMPANY LLC**

**PROFESSIONAL SERVICES RENDERED:**        10/1/19 - 10/15/19

| | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Britven, Tom | $ 595 | 1.50 | $ 892.50 |
| Ellis, Doug | 550 | 4.00 | 2,200.00 |
| LaMotta, Ryan | 425 | 1.50 | 637.50 |
| Rock, Sheryl | 425 | 12.50 | 5,312.50 |
| Reyes, Jessica | 350 | 12.00 | 4,200.00 |
| Junior Staff | 295 | 0.25 | 73.75 |
| **TOTAL PROFESSIONAL SERVICES** | | **31.75** | **$ 13,316.25** |

**EXPENSES**

| | | | |
|---|---|---|---|
| | | $ | - |
| **TOTAL EXPENSES** | | $ | - |

| **AMOUNT DUE** | | |
|---|---|---|
| Professional Services | $ | 13,316.25 |
| Expenses Incurred | | 0.00 |
| Total | $ | 13,316.25 |

(Amounts are Stated in U.S. Dollars)

Payable by wire or check to ASQ Consulting Group LLC:

| To pay by wire: | To pay by check, mail payment to: |
|---|---|
| | ASQ Consulting Group LLC 720 Rusk Street, Suite 425 Houston,  TX 77002 |

For questions concerning this invoice, please call 281-744-8505.

| 720 RUSK STREET, SUITE 425 HOUSTON, TX 77002 | INVOICE | 1698 |
| --- | --- | --- |

| Name | Date | Hours | Description |
| --- | --- | --- | --- |
| Britven, Tom | 10/13/2019 | 0.25 | Discussions and calls with case team and counsel |
| Britven, Tom | 10/14/2019 | 1.25 | Discussions and calls with case team and counsel |
| Ellis, Doug | 10/14/2019 | 1.75 | Discussions and calls with case team and counsel, prepare for meeting, draft expert report |
| Ellis, Doug | 10/15/2019 | 2.25 | Discussions and calls with case team and counsel, prepare for meeting, draft expert report |
| LaMotta, Ryan | 10/14/2019 | 1.00 | Draft expert report |
| LaMotta, Ryan | 10/15/2019 | 0.50 | Draft expert report |
| Reyes, Jessica | 10/1/2019 | 4.00 | Draft expert report; preparation of timeline and players list |
| Reyes, Jessica | 10/2/2019 | 2.00 | Draft expert report; preparation of timeline and players list |
| Reyes, Jessica | 10/2/2019 | 2.00 | Draft expert report |
| Reyes, Jessica | 10/3/2019 | 4.00 | Review Malcom Woodward deposition; Discussion with case team |
| Rock, Sheryl | 10/3/2019 | 0.50 | Discussion and call with case team |
| Rock, Sheryl | 10/7/2019 | 2.00 | Document review, draft expert report |
| Rock, Sheryl | 10/8/2019 | 2.00 | Document review, draft expert report |
| Rock, Sheryl | 10/9/2019 | 3.00 | Document review, draft expert report |
| Rock, Sheryl | 10/14/2019 | 2.00 | Draft expert report |
| Rock, Sheryl | 10/15/2019 | 3.00 | Draft expert report; prepare questions for Trendsetter meeting; Discussions with case team |
| Junior Staff | 10/3/2019 | 0.25 | Case administration |

Total     31.75

Total Hours by Person:

| | |
| --- | --- |
| Britven, Tom | 1.50 |
| Ellis, Doug | 4.00 |
| Rock, Sheryl | 12.50 |
| Reyes, Jessica | 12.00 |
| LaMotta, Ryan | 1.50 |
| Junior Staff | 0.25 |
| **Total** | **31.75** |

 **CONSULTING**

| 720 RUSK STREET, SUITE 425 HOUSTON, TX 77002 | INVOICE | 1709 |
|---|---|---|

| | DUE DATE | 12/12/2019 |
|---|---|---|
| 12-Nov-19 | TERMS | NET 30 |
| | CLIENT | 213 MWCC |

**BILL TO**

Humberto Molina, Esq.
Marine Well Containment Company LLC
9807 Katy Freeway, Suite 1200
Houston, TX 77024

**MAIL TO**

Marine Well Containment Company LLC
Via Email: bert.molina@mwcc-usa.com
CC Via Email:  schechter@oshaliang.com
CC Via Email: lecocke@oshaliang.com

**DEEP FIX, LLC V. MARINE WELL CONTAINMENT COMPANY LLC**

**PROFESSIONAL SERVICES RENDERED:**          10/16/19 - 10/31/19

| | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Britven, Tom | $   595 | 0.75 | $      446.25 |
| Ellis, Doug | 550 | 29.50 | 16,225.00 |
| LaMotta, Ryan | 425 | 3.25 | 1,381.25 |
| Rock, Sheryl | 425 | 33.50 | 14,237.50 |
| Junior Staff | 295 | 4.75 | 1,401.25 |
| **TOTAL PROFESSIONAL SERVICES** | | **71.75** | **$      33,691.25** |
| **EXPENSES** | | | $              - |
| **TOTAL EXPENSES** | | | $              - |

| AMOUNT DUE | | |
|---|---|---|
| Professional Services | $ | 33,691.25 |
| Expenses Incurred | | 0.00 |
| Total | $ | 33,691.25 |

(Amounts are Stated in U.S. Dollars)

Payable by wire or check to ASQ Consulting Group LLC:

| To pay by wire: | To pay by check, mail payment to: |
|---|---|
| | ASQ Consulting Group LLC 720 Rusk Street, Suite 425 Houston,  TX 77002 |

For questions concerning this invoice, please call 281-744-8505.

**720 RUSK STREET, SUITE 425**
**HOUSTON, TX 77002**

**INVOICE**

**1709**

| Name | Date | Hours | Description |
|---|---|---|---|
| Britven, Tom | 10/29/2019 | 0.25 | Review and draft expert report |
| Britven, Tom | 10/30/2019 | 0.50 | Review and draft expert report |
| Ellis, Doug | 10/16/2019 | 3.50 | Prep for and meeting with Trendsetter. |
| Ellis, Doug | 10/19/2019 | 1.25 | Follow up from meeting.  Discussions with case team. Draft expert report and attachments. |
| Ellis, Doug | 10/22/2019 | 5.50 | Discussions with case team. Draft expert report and attachments. |
| Ellis, Doug | 10/23/2019 | 1.25 | Discussions with case team. Draft expert report and attachments. |
| Ellis, Doug | 10/24/2019 | 2.00 | Draft expert report and attachments. |
| Ellis, Doug | 10/28/2019 | 3.25 | Draft expert report |
| Ellis, Doug | 10/29/2019 | 6.50 | Draft expert report |
| Ellis, Doug | 10/30/2019 | 5.00 | Draft expert report and review documents |
| Ellis, Doug | 10/31/2019 | 1.25 | Draft expert report and attachments |
| LaMotta, Ryan | 10/16/2019 | 0.50 | Review and draft expert report |
| LaMotta, Ryan | 10/17/2019 | 1.75 | Review and draft expert report |
| LaMotta, Ryan | 10/18/2019 | 1.00 | Review and draft expert report |
| Rock, Sheryl | 10/16/2019 | 2.25 | Review Baugh Invalidity Report |
| Rock, Sheryl | 10/17/2019 | 5.00 | Review Baugh Invalidity Report. Draft expert report |
| Rock, Sheryl | 10/18/2019 | 4.25 | Review Baugh Invalidity Report; Internal meeting; Draft expert report |
| Rock, Sheryl | 10/21/2019 | 1.75 | Draft expert report |
| Rock, Sheryl | 10/22/2019 | 4.50 | Draft expert report; Discussions with case team |
| Rock, Sheryl | 10/24/2019 | 2.00 | Draft expert report; Discussions with case team |
| Rock, Sheryl | 10/25/2019 | 3.75 | Draft expert report |
| Rock, Sheryl | 10/28/2019 | 0.50 | Draft expert report; Discussions with case team |
| Rock, Sheryl | 10/29/2019 | 2.75 | Draft expert report; Discussions with case team |
| Rock, Sheryl | 10/30/2019 | 4.25 | Draft expert report and attachments. |
| Rock, Sheryl | 10/31/2019 | 2.50 | Draft expert report and attachments. |
| Junior Staff | 10/16 - 10/31/2019 | 4.75 | Document inventory, timelineof events and case administration |

Total                        71.75

Total Hours by Person:

| | |
|---|---|
| Britven, Tom | 0.75 |
| Ellis, Doug | 29.50 |
| Rock, Sheryl | 33.50 |
| LaMotta, Ryan | 3.25 |
| Junior Staff | 4.75 |
| **Total** | **71.75** |

 **CONSULTING**

| | **INVOICE** | **1718** |
|---|---|---|

| | | |
|---|---|---|
| | **DUE DATE** | 12/21/2019 |
| 21-Nov-19 | **TERMS** | NET 30 |
| | **CLIENT** | 213 MWCC |

**BILL TO**

Humberto Molina, Esq.
Marine Well Containment Company LLC
9807 Katy Freeway, Suite 1200
Houston, TX 77024

**MAIL TO**

Marine Well Containment Company LLC
Via Email: bert.molina@mwcc-usa.com
CC Via Email: schechter@oshaliang.com
CC Via Email: lecocke@oshaliang.com

**DEEP FIX, LLC V. MARINE WELL CONTAINMENT COMPANY LLC**

**PROFESSIONAL SERVICES RENDERED:**    11/1/19 - 11/15/19

| | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Britven, Tom | $  595 | 2.50 | $  1,487.50 |
| Ellis, Doug | 550 | 28.50 | 15,675.00 |
| LaMotta, Ryan | 425 | 3.50 | 1,487.50 |
| Rock, Sheryl | 425 | 25.00 | 10,625.00 |
| Junior Staff | 295 | 21.75 | 6,416.25 |
| **TOTAL PROFESSIONAL SERVICES** | | 81.25 | $  35,691.25 |

**EXPENSES**

| | | | $  - |
|---|---|---|---|
| **TOTAL EXPENSES** | | | $  - |

| AMOUNT DUE | | |
|---|---|---|
| Professional Services | $ | 35,691.25 |
| Expenses Incurred | | 0.00 |
| Total | $ | 35,691.25 |

(Amounts are Stated in U.S. Dollars)

Payable by wire or check to ASQ Consulting Group LLC:

| To pay by wire: | To pay by check, mail payment to: |
|---|---|
| ████████████ | ASQ Consulting Group LLC |
| | 720 Rusk Street, Suite 425 |
| | Houston,  TX 77002 |

For questions concerning this invoice, please call 281-744-8505.

**720 RUSK STREET, SUITE 425**
**HOUSTON, TX 77002**

**INVOICE**                   **1718**

| Name | Date | Hours | Description |
|------|------|-------|-------------|
| Britven, Tom | 11/7/2019 | 1.50 | Review and draft expert report |
| Britven, Tom | 11/8/2019 | 1.00 | Review and draft expert report |
| Ellis, Doug | 11/1/2019 | 4.25 | Draft expert report; review documents, communications with case |
| Ellis, Doug | 11/4/2019 | 1.25 | Draft MWCC report, attachments |
| Ellis, Doug | 11/5/2019 | 2.50 | Draft MWCC report, attachments, communications with case team and counsel for MWCC |
| Ellis, Doug | 11/6/2019 | 5.00 | Draft MWCC report, attachments, communications with case team and counsel for MWCC |
| Ellis, Doug | 11/7/2019 | 6.25 | Draft MWCC report, attachments, interviews, communications with case team and counsel for MWCC |
| Ellis, Doug | 11/8/2019 | 9.25 | Draft MWCC report, attachments, communications with case team and counsel for MWCC |
| LaMotta, Ryan | 11/7/2019 | 1.00 | Review expert report and attachments |
| LaMotta, Ryan | 11/8/2019 | 2.50 | Review expert report and attachments; finalize and quality control |
| Rock, Sheryl | 11/1/2019 | 4.50 | Draft expert report and attachments |
| Rock, Sheryl | 11/6/2019 | 0.50 | Draft expert report and attachments |
| Rock, Sheryl | 11/7/2019 | 8.75 | Draft expert report and attachments |
| Rock, Sheryl | 11/8/2019 | 7.25 | Draft expert report and attachments; finalize and quality control |
| Rock, Sheryl | 11/11/2019 | 0.50 | Post-report quality control; footnote binders; administrative |
| Rock, Sheryl | 11/13/2019 | 1.50 | Post-report quality control; footnote binders; administrative |
| Rock, Sheryl | 11/14/2019 | 1.00 | Post-report quality control; footnote binders; administrative |
| Rock, Sheryl | 11/15/2019 | 1.00 | Post-report quality control; footnote binders; administrative |
| Junior Staff | 11/1/19 - 11/15/19 | 21.75 | Document inventory, footnote binders, and case administration |

**Total**                   **81.25**

Total Hours by Person:

| | |
|---|---|
| Britven, Tom | 2.50 |
| Ellis, Doug | 28.50 |
| LaMotta, Ryan | 3.50 |
| Rock, Sheryl | 25.00 |
| Junior Staff | 21.75 |
| **Total** | **81.25** |

 **CONSULTING**

| 720 RUSK STREET, SUITE 425<br>HOUSTON, TX 77002 | **INVOICE** | **1748** |
|---|---|---|

| | | **DUE DATE** | 2/5/2020 |
|---|---|---|---|
| 6-Jan-20 | | **TERMS** | NET 30 |
| | | **CLIENT** | 213 MWCC |

**BILL TO**

Humberto Molina, Esq.
Marine Well Containment Company LLC
9807 Katy Freeway, Suite 1200
Houston, TX 77024

**MAIL TO**

Marine Well Containment Company LLC
Via Email: bert.molina@mwcc-usa.com
CC Via Email:  schechter@oshaliang.com
CC Via Email: lecocke@oshaliang.com

**DEEP FIX, LLC V. MARINE WELL CONTAINMENT COMPANY LLC**

**PROFESSIONAL SERVICES RENDERED:**          11/16/19 - 12/31/19

| | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Junior Staff | $ 295 | 6.25 | $ 1,843.75 |
| **TOTAL PROFESSIONAL SERVICES** | | **6.25** | **$ 1,843.75** |
| **EXPENSES** | | | |
| | | | $ - |
| **TOTAL EXPENSES** | | | $ - |

| **AMOUNT DUE** | | |
|---|---|---|
| Professional Services | $ | 1,843.75 |
| Expenses Incurred | | 0.00 |
| Total | $ | 1,843.75 |

(Amounts are Stated in U.S. Dollars)

Payable by wire or check to ASQ Consulting Group LLC:

| To pay by wire: | To pay by check, mail payment to: |
|---|---|
| ███████████████ | ASQ Consulting Group LLC<br>720 Rusk Street, Suite 425<br>Houston,  TX 77002 |

For questions concerning this invoice, please call 281-744-8505.

**720 RUSK STREET, SUITE 425**
**HOUSTON, TX 77002**

**INVOICE**                    **1748**

| Name | Date | Hours | Description |
|------|------|-------|-------------|
| Junior Staff | 11/16 - 12/31/2019 | 6.25 | Creation, review and additions to footnote binder and case administration. |

**Total**                                    **6.25**

Total Hours by Person:

| | |
|---|---|
| Junior Staff | 6.25 |
| **Total** | **6.25** |



**INVOICE**

Invoice #: 35611
Invoice Date: 12/05/2018
Terms: Net 30
Due Date: 01/04/2019

**Bill To:**

**Osha Liang LLP**
**ATTN: Suzanne Lecocke, Esq.**
909 Fannin St., Ste. 3500
Houston, TX 77010
United States

**Intelligent Management Solutions LLC**
4400 Bayou Boulevard
Suite 6
Pensacola, FL 32503-1905

**Project:** Deep Fix, LLC v. Marine Well Containment Company LLC

**Expert Name:** Benton Baugh
**IMS Job #:** 13728 J 5393 P

Client Manager: Bradley Crabbe; Recruiter: Roxette Busani

| Date(s) | Description | Qty | Unit | Rate | Amount |
|---|---|---|---|---|---|
| 11/14/18 | Consulting - Benton Baugh: Review file wrapper; order patent copies | 7.5 | Hours | $550.00 | $4,125.00 |
| 11/15/18 | Consulting - Benton Baugh: Work on expert report; review files | 10.5 | Hours | $550.00 | $5,775.00 |
| 11/16/18 | Consulting - Benton Baugh: Work on expert report; review files | 7.25 | Hours | $550.00 | $3,987.50 |
| 11/17/18 | Consulting - Benton Baugh: Work on expert report; review files | 4.75 | Hours | $550.00 | $2,612.50 |
| 11/18/18 | Consulting - Benton Baugh: Work on expert report; iso drawing of bop body | 3.25 | Hours | $550.00 | $1,787.50 |
| 11/19/18 | Consulting - Benton Baugh: Review and final changes to expert report | 3.5 | Hours | $550.00 | $1,925.00 |
| | | | **TOTAL** | | $20,212.50 |
| | | | **APPLIED PAYMENTS AND CREDITS** | | $0.00 |
| | | | **AMOUNT DUE** | | $20,212.50 |

**Terms: Net 30**
**Due Date: 01/04/2019**

| Contact Us: | Wire Payment Information: |
|---|---|
| Pensacola, FL (850) 473-2500<br>Toll Free (877) 838-8464<br>invoices@expertservices.com<br>www.ims-expertservices.com | ███████████████████ |

Customer: Osha Liang, LLP  Job & Placement: 13728 J 5393 P



**IMS** ExpertServices®

**INVOICE**

Invoice #: 35871
Invoice Date: 01/04/2019
Terms: Net 30
Due Date: 02/03/2019

**Bill To:**

**Intelligent Management Solutions LLC**
4400 Bayou Boulevard
Suite 6
Pensacola, FL  32503-1905

**Osha Liang LLP**
**ATTN: Suzanne Lecocke, Esq.**
909 Fannin St., Ste. 3500
Houston, TX  77010
United States

**Project:** Deep Fix, LLC v. Marine Well Containment Company LLC

**Expert Name:** Benton Baugh
**IMS Job #:**  13728 J 5393 P

Client Manager: Bradley Crabbe; Recruiter: Roxette Busani

1851616. 005001

| Date(s) | Description | Qty | Unit | Rate | Amount |
|---------|-------------|-----|------|------|--------|
| 12/12/18 | Consulting - Benton Baugh: Locate court appointed experts | .5 | Hours | $550.00 | $275.00 |
| 12/14/18 | Consulting - Benton Baugh: Draft a tutorial example | 1.25 | Hours | $550.00 | $687.50 |
| 12/20/18 | Consulting - Benton Baugh: Review at movies | 1.25 | Hours | $550.00 | $687.50 |
| 12/26/18 | Consulting - Benton Baugh: Work on MWCC tutorial | 7.5 | Hours | $550.00 | $4,125.00 |
| 12/27/18 | Consulting - Benton Baugh: Work on MWCC tutorial | 9 | Hours | $550.00 | $4,950.00 |
| 12/28/18 | Consulting - Benton Baugh: Work on MWCC tutorial | 6.5 | Hours | $550.00 | $3,575.00 |
| 12/31/18 | Consulting - Benton Baugh: Work on MWCC tutorial | 6.5 | Hours | $550.00 | $3,575.00 |
| 12/28/18 | Reimbursable Expenses: Alamy photo | 1 | Flat Fee | $14.99 | $14.99 |
| | | | TOTAL | | $17,889.99 |
| | | | APPLIED PAYMENTS AND CREDITS | | $0.00 |
| | | | AMOUNT DUE | | $17,889.99 |

**Terms:  Net 30**
**Due Date: 02/03/2019**

| **Contact Us:** | **Wire Payment Information:** |
|-----------------|-------------------------------|
| Pensacola, FL (850) 473-2500<br>Toll Free (877) 838-8464<br>invoices@expertservices.com<br>www.ims-expertservices.com | |



**INVOICE**

Invoice #: 36612
Invoice Date: 03/28/2019
Terms:  Net 30
Due Date: 04/27/2019

**Bill To:**

**Osha Liang LLP**
**ATTN: Suzanne Lecocke, Esq.**
909 Fannin St., Ste. 3500
Houston, TX  77010
United States

**Intelligent Management Solutions LLC**
4400 Bayou Boulevard
Suite 6
Pensacola, FL  32503-1905

**Project:** Deep Fix, LLC v. Marine Well Containment Company LLC

**Expert Name:** Benton Baugh
**IMS Job #:**  13728 J 5393 P

Client Manager: Bradley Crabbe; Recruiter: Roxette Busani

185lele. 005001

| Date(s) | Description | Qty | Unit | Rate | Amount |
|---------|-------------|-----|------|------|--------|
| 01/03/19 | Consulting – Benton Baugh: Draft tutorial remarks | 2.5 | Hours | $550.00 | $1,375.00 |
| 01/04/19 | Consulting – Benton Baugh: Review tutorial with Lecocke | 3.75 | Hours | $550.00 | $2,062.50 |
| 01/05/19 | Consulting – Benton Baugh: Modify PPT and written tutorials | 2.25 | Hours | $550.00 | $1,237.50 |
| 01/07/19 | Consulting – Benton Baugh: Review tutorial with Lecocke | 4 | Hours | $550.00 | $2,200.00 |
| 01/25/19 | Consulting – Benton Baugh: Review Deep Fix claim construction, prepare figures | 3.25 | Hours | $550.00 | $1,787.50 |
| 02/04/19 | Consulting – Benton Baugh: Review MWCC responsive brief | .75 | Hours | $550.00 | $412.50 |
| 03/20/19 | Consulting – Benton Baugh: Preparation and meeting at Osha Liang | 6.5 | Hours | $550.00 | $3,575.00 |
| | | | TOTAL | | $12,650.00 |
| | | | APPLIED PAYMENTS AND CREDITS | | $0.00 |
| | | | AMOUNT DUE | | $12,650.00 |

**Terms:  Net 30**
**Due Date: 04/27/2019**

| **Contact Us:** | **Wire Payment Information:** |
|-----------------|------------------------------|
| Pensacola, FL (850) 473-2500<br>Toll Free (877) 838-8464<br>invoices@expertservices.com<br>www.ims-expertservices.com | ████████████████ |



**INVOICE**

Invoice #: 36907
Invoice Date: 04/26/2019
Terms: Net 30
Due Date: 05/26/2019

**Bill To:**

**Osha Liang LLP**
**ATTN: Suzanne Lecocke, Esq.**
909 Fannin St., Ste. 3500
Houston, TX 77010
United States

**Intelligent Management Solutions LLC**
4400 Bayou Boulevard
Suite 6
Pensacola, FL 32503-1905

**Project:** Deep Fix, LLC v. Marine Well Containment Company LLC

**Expert Name:** Benton Baugh
**IMS Job #:** 13728 J 5393 P

Client Manager: Bradley Crabbe; Recruiter: Roxette Busani

1 85466 . 005001

| Date(s) | Description | Qty | Unit | Rate | Amount |
|---|---|---|---|---|---|
| 03/28/19 | Consulting - Benton Baugh: Prepare for Markman hearing | 1.5 | Hours | $550.00 | $825.00 |
| 03/29/19 | Consulting - Benton Baugh: Prepare for Markman hearing | 6.5 | Hours | $550.00 | $3,575.00 |
| 04/02/19 | Consulting - Benton Baugh: Preparation for Markman hearing, read DeepFix tutorial | 5.25 | Hours | $550.00 | $2,887.50 |
| 04/03/19 | Consulting - Benton Baugh: Markman hearing | 7.75 | Hours | $550.00 | $4,262.50 |
| | | | TOTAL | | $11,550.00 |
| | | | APPLIED PAYMENTS AND CREDITS | | $0.00 |
| | | | AMOUNT DUE | | $11,550.00 |

**Terms: Net 30**
**Due Date: 05/26/2019**

| Contact Us: | Wire Payment Information: |
|---|---|
| Pensacola, FL (850) 473-2500<br>Toll Free (877) 838-8464<br>invoices@expertservices.com<br>www.ims-expertservices.com | █████████████████ |

Customer: Osha Liang, LLP  Job & Placement:  13728 J 5393 P



**INVOICE**

Invoice #: 37625
Invoice Date: 06/28/2019
Terms:  Net 30
Due Date: 07/28/2019

**Bill To:**

**Osha Liang LLP**
**ATTN: Suzanne Lecocke, Esq.**
909 Fannin St., Ste. 3500
Houston, TX  77010
United States

**Intelligent Management Solutions LLC**
4400 Bayou Boulevard
Suite 6
Pensacola, FL  32503-1905

**Project:** Deep Fix, LLC v. Marine Well Containment Company LLC

**Expert Name:** Benton Baugh
**IMS Job #:**  13728 J 5393 P

Client Manager: Bradley Crabbe; Recruiter: Roxette Busani

18546.005001

| Date(s) | Description | Qty | Unit | Rate | Amount |
|---------|-------------|-----|------|------|--------|
| 06/05/19 | Consulting - Benton Baugh: Prepare information on Cameron connectors and stack | 3.25 | Hours | $550.00 | $1,787.50 |
| 06/12/19 | Consulting - Benton Baugh: Review draft responses for requests for admissions | .75 | Hours | $550.00 | $412.50 |
| 06/13/19 | Consulting - Benton Baugh: Review invalidity and teleconference discussions | 2.25 | Hours | $550.00 | $1,237.50 |
| | | | TOTAL | | $3,437.50 |
| | | | APPLIED PAYMENTS AND CREDITS | | $0.00 |
| | | | AMOUNT DUE | | $3,437.50 |

**Terms:  Net 30**
**Due Date: 07/28/2019**

| Contact Us: | Wire Payment Information: |
|-------------|--------------------------|
| Pensacola, FL (850) 473-2500￼Toll Free (877) 838-8464￼invoices@expertservices.com￼www.ims-expertservices.com | |

Customer: Osha Liang, LLP  Job & Placement:  13728 J 5393 P

Page 1

 **IMS** ExpertServices®

## INVOICE

Invoice #: 35871
Invoice Date: 01/04/2019
Terms:  Net 30
Due Date: 02/03/2019

**Bill To:**

**Intelligent Management Solutions LLC**
4400 Bayou Boulevard
Suite 6
Pensacola, FL  32503-1905

**Osha Liang LLP**
**ATTN: Suzanne Lecocke, Esq.**
909 Fannin St., Ste. 3500
Houston, TX  77010
United States

**Project:** Deep Fix, LLC v. Marine Well Containment Company LLC

**Expert Name:** Benton Baugh
**IMS Job #:**  13728 J 5393 P

Client Manager: Bradley Crabbe; Recruiter: Roxette Busani

185366. 005001

| Date(s) | Description | Qty | Unit | Rate | Amount |
|---|---|---|---|---|---|
| 12/12/18 | Consulting - Benton Baugh: Locate court appointed experts | .5 | Hours | $550.00 | $275.00 |
| 12/14/18 | Consulting - Benton Baugh: Draft a tutorial example | 1.25 | Hours | $550.00 | $687.50 |
| 12/20/18 | Consulting - Benton Baugh: Review at movies | 1.25 | Hours | $550.00 | $687.50 |
| 12/26/18 | Consulting - Benton Baugh: Work on MWCC tutorial | 7.5 | Hours | $550.00 | $4,125.00 |
| 12/27/18 | Consulting - Benton Baugh: Work on MWCC tutorial | 9 | Hours | $550.00 | $4,950.00 |
| 12/28/18 | Consulting - Benton Baugh: Work on MWCC tutorial | 6.5 | Hours | $550.00 | $3,575.00 |
| 12/31/18 | Consulting - Benton Baugh: Work on MWCC tutorial | 6.5 | Hours | $550.00 | $3,575.00 |
| 12/28/18 | Reimbursable Expenses: Alamy photo | 1 | Flat Fee | $14.99 | $14.99 |
| | | | TOTAL | | $17,889.99 |
| | | | APPLIED PAYMENTS AND CREDITS | | $0.00 |
| | | | AMOUNT DUE | | $17,889.99 |

**Terms:  Net 30**
**Due Date: 02/03/2019**

| Contact Us: | Wire Payment Information: |
|---|---|
| Pensacola, FL (850) 473-2500 Toll Free (877) 838-8464 invoices@expertservices.com www.ims-expertservices.com | ████████████████ |



## INVOICE

Invoice #: 36612
Invoice Date: 03/28/2019
Terms:  Net 30
Due Date: 04/27/2019

**Bill To:**

**Osha Liang LLP**
**ATTN: Suzanne Lecocke, Esq.**
909 Fannin St., Ste. 3500
Houston, TX  77010
United States

**Intelligent Management Solutions LLC**
4400 Bayou Boulevard
Suite 6
Pensacola, FL  32503-1905

**Project:** Deep Fix, LLC v. Marine Well Containment Company LLC

**Expert Name:** Benton Baugh
**IMS Job #:**  13728 J 5393 P

Client Manager: Bradley Crabbe; Recruiter: Roxette Busani

18566. 00500 1

| Date(s) | Description | Qty | Unit | Rate | Amount |
|---------|-------------|-----|------|------|--------|
| 01/03/19 | Consulting - Benton Baugh: Draft tutorial remarks | 2.5 | Hours | $550.00 | $1,375.00 |
| 01/04/19 | Consulting - Benton Baugh: Review tutorial with Lecocke | 3.75 | Hours | $550.00 | $2,062.50 |
| 01/05/19 | Consulting - Benton Baugh: Modify PPT and written tutorials | 2.25 | Hours | $550.00 | $1,237.50 |
| 01/07/19 | Consulting - Benton Baugh: Review tutorial with Lecocke | 4 | Hours | $550.00 | $2,200.00 |
| 01/25/19 | Consulting - Benton Baugh: Review Deep Fix claim construction, prepare figures | 3.25 | Hours | $550.00 | $1,787.50 |
| 02/04/19 | Consulting - Benton Baugh: Review MWCC responsive brief | .75 | Hours | $550.00 | $412.50 |
| 03/20/19 | Consulting - Benton Baugh: Preparation and meeting at Osha Liang | 6.5 | Hours | $550.00 | $3,575.00 |
| | | | TOTAL | | $12,650.00 |
| | | | APPLIED PAYMENTS AND CREDITS | | $0.00 |
| | | | AMOUNT DUE | | $12,650.00 |

**Terms:  Net 30**
**Due Date: 04/27/2019**

| Contact Us: | Wire Payment Information: |
|-------------|---------------------------|
| Pensacola, FL (850) 473-2500<br>Toll Free (877) 838-8464<br>invoices@expertservices.com<br>www.ims-expertservices.com | |



## INVOICE

Invoice #: 36907
Invoice Date: 04/26/2019
Terms   Net 30
Due Date: 05/26/2019

**Bill To:**

Osha Liang LLP
ATTN: Suzanne Lecocke, Esq.
909 Fannin St., Ste. 3500
Houston, TX  77010
United States

**Intelligent Management Solutions LLC**
4400 Bayou Boulevard
Suite 6
Pensacola, FL  32503-1905

**Project:** Deep Fix, LLC v. Marine Well Containment Company LLC

**Expert Name:** Benton Baugh
**IMS Job #:**  13728 J 5393 P

Client Manager: Bradley Crabbe; Recruiter: Roxette Busani

18566.005001

| Date(s) | Description | Qty | Unit | Rate | Amount |
|---------|-------------|-----|------|------|--------|
| 03/28/19 | Consulting - Benton Baugh: Prepare for Markman hearing | 1.5 | Hours | $550.00 | $825.00 |
| 03/29/19 | Consulting - Benton Baugh: Prepare for Markman hearing | 6.5 | Hours | $550.00 | $3,575.00 |
| 04/02/19 | Consulting - Benton Baugh: Preparation for Markman hearing, read DeepFix tutorial | 5.25 | Hours | $550.00 | $2,887.50 |
| 04/03/19 | Consulting - Benton Baugh: Markman hearing | 7.75 | Hours | $550.00 | $4,262.50 |
| | | | | TOTAL | $11,550.00 |
| | | | | APPLIED PAYMENTS AND CREDITS | $0.00 |
| | | | | AMOUNT DUE | $11,550.00 |

**Terms:  Net 30**
**Due Date: 05/26/2019**

**Contact Us:**

Pensacola, FL (850) 473-2500
Toll Free (877) 838-8464
invoices@expertservices.com
www.ims-expertservices.com

**Wire Payment Information:**

Customer: Osha Liang, LLP  Job & Placement:  13728 J 5393 P                    Page 1


## IMS ExpertServices®

**STATEMENT**

Date: 07/29/2019

**Bill To:**

**Osha Liang LLP**
**ATTN: Suzanne Lecocke, Esq.**
909 Fannin St., Ste. 3500
Houston, TX  77010

**Intelligent Management Solutions LLC**
4400 Bayou Boulevard
Suite 6
Pensacola, FL 32503-1905

**Matter Name:**  Deep Fix, LLC v. Marine Well Containment Company LLC

**Expert Name:** Benton Baugh
**IMS Job #:**  13728 J 5393 P

| Inv. Date | Transaction | Amount Due | Paid Credits | Balance Due |
|---|---|---|---|---|
| 2019-06-28 | #37625. Due 2019-07-28 | $3,437.50 | | $3,437.50 |

| CURRENT | 1 - 30 DAYS PAST DUE | 31 - 60 DAYS PAST DUE | 61 - 90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| $0.00 | $3,437.50 | $0.00 | $0.00 | $0.00 | $3,437.50 |

| | |
|---|---|
| If you have any questions regarding this Statement: e-mail invoices@expertservices.com or call (850) 473-6989 | **Wire Payment Information:** |

Customer: Osha Liang, LLP  Job & Placement: 13728 J 5393 P



## INVOICE

Invoice #: 38776
Invoice Date: 10/04/2019
Terms:  Net 30
Due Date: 11/03/2019

**Bill To:**

**Intelligent Management Solutions LLC**
4400 Bayou Boulevard
Suite 6
Pensacola, FL  32503-1905

**Osha Liang LLP**
**ATTN: Suzanne Lecocke, Esq.**
909 Fannin St., Ste. 3500
Houston, TX  77010
United States

**Project:** Deep Fix, LLC v. Marine Well Containment Company LLC
*Matter No: 18566-005001*

**Expert Name:** Benton Baugh
**IMS Job #:**  13728 J 5393 P

Client Manager: Bradley Crabbe; Recruiter: Roxette Busani

| Date(s) | Description | Qty | Unit | Rate | Amount |
|---|---|---|---|---|---|
| 09/06/19 | Consulting – Benton Baugh: Review memorandum and order | .25 | Hours | $550.00 | $137.50 |
| 09/12/19 | Consulting – Benton Baugh: Teleconference; Review reports | 2.25 | Hours | $550.00 | $1,237.50 |
| 09/15/19 | Consulting – Benton Baugh: Work on State of the Art | 1.5 | Hours | $550.00 | $825.00 |
| 09/16/19 | Consulting – Benton Baugh: Work on State of the Art | 8.5 | Hours | $550.00 | $4,675.00 |
| 09/17/19 | Consulting – Benton Baugh: Work on State of the Art | 9.5 | Hours | $550.00 | $5,225.00 |
| 09/18/19 | Consulting – Benton Baugh: Work on State of the Art; Teleconference | 5.5 | Hours | $550.00 | $3,025.00 |
| | | | **TOTAL** | | $15,125.00 |
| | | | **APPLIED PAYMENTS AND CREDITS** | | $0.00 |
| | | | **AMOUNT DUE** | | $15,125.00 |

**Terms:  Net 30**
**Due Date: 11/03/2019**

| **Contact Us:** | **Wire Payment Information:** |
|---|---|
| Pensacola, FL (850) 473-2500<br>Toll Free (877) 838-8464<br>invoices@expertservices.com<br>www.ims-expertservices.com | |

Customer: Osha Liang, LLP  Job & Placement:  13728 J 5393 P



## INVOICE

Invoice #: 38971
Invoice Date: 10/28/2019
Terms: Net 30
Due Date: 11/27/2019

**Bill To:**

**Osha Liang LLP**
**ATTN: Suzanne Lecocke, Esq.**
909 Fannin St., Ste. 3500
Houston, TX 77010
United States

**Intelligent Management Solutions LLC**
4400 Bayou Boulevard
Suite 6
Pensacola, FL 32503-1905

**Project:** Deep Fix, LLC v. Marine Well Containment Company LLC
*Matter No: 18566-005001*

**Expert Name:** Benton Baugh
**IMS Job #:** 13728 J 5393 P

Client Manager: Bradley Crabbe; Recruiter: Roxette Busani

| Date(s) | Description | Qty | Unit | Rate | Amount |
|---|---|---|---|---|---|
| 10/03/19 | Consulting – Benton Baugh: Invalidity report discussions, review | 3.5 | Hours | $550.00 | $1,925.00 |
| 10/04/19 | Consulting – Benton Baugh: Work on invalidity report | 7.5 | Hours | $550.00 | $4,125.00 |
| 10/05/19 | Consulting – Benton Baugh: Work on invalidity report | 2.5 | Hours | $550.00 | $1,375.00 |
| 10/06/19 | Consulting – Benton Baugh: Work on invalidity report | 3.25 | Hours | $550.00 | $1,787.50 |
| 10/07/19 | Consulting – Benton Baugh: Work on invalidity report | 7.5 | Hours | $550.00 | $4,125.00 |
| 10/08/19 | Consulting – Benton Baugh: Work on invalidity report | 9.5 | Hours | $550.00 | $5,225.00 |
| 10/09/19 | Consulting – Benton Baugh: Work on invalidity report, teleconference | 1.75 | Hours | $550.00 | $962.50 |
| 10/11/19 | Consulting – Benton Baugh: Work on invalidity report | 2.25 | Hours | $550.00 | $1,237.50 |
| | | | **TOTAL** | | $20,762.50 |
| | | | **APPLIED PAYMENTS AND CREDITS** | | $0.00 |
| | | | **AMOUNT DUE** | | $20,762.50 |

**Terms: Net 30**
**Due Date: 11/27/2019**

| **Contact Us:** | **Wire Payment Information:** |
|---|---|
| Pensacola, FL (850) 473-2500
Toll Free (877) 838-8464
invoices@expertservices.com
www.ims-expertservices.com | ███████████████████████ |



**IMS**
ExpertServices

**INVOICE**

Invoice #: 38971
Invoice Date: 10/28/2019
Terms:  Net 30
Due Date: 11/27/2019

**Bill To:**

**Intelligent Management Solutions LLC**
4400 Bayou Boulevard
Suite 6
Pensacola, FL  32503-1905

**Osha Liang LLP**
ATTN: Suzanne Lecocke, Esq.
909 Fannin St., Ste. 3500
Houston, TX  77010
United States

**Project:** Deep Fix, LLC v. Marine Well Containment Company LLC
*Matter No: 18566-005001*

**Expert Name:** Benton Baugh
IMS Job #:  13728 J 5393 P

Client Manager: Bradley Crabbe; Recruiter: Roxette Busani

| Date(s) | Description | Qty | Unit | Rate | Amount |
|---------|-------------|-----|------|------|--------|
| 10/03/19 | Consulting - Benton Baugh: Invalidity report discussions, review | 3.5 | Hours | $550.00 | $1,925.00 |
| 10/04/19 | Consulting - Benton Baugh. Work on invalidity report | 7.5 | Hours | $550.00 | $4,125.00 |
| 10/05/19 | Consulting - Benton Baugh: Work on invalidity report | 2.5 | Hours | $550.00 | $1,375.00 |
| 10/06/19 | Consulting - Benton Baugh. Work on invalidity report | 3.25 | Hours | $550.00 | $1,787.50 |
| 10/07/19 | Consulting - Benton Baugh: Work on invalidity report | 7.5 | Hours | $550.00 | $4,125.00 |
| 10/08/19 | Consulting - Benton Baugh: Work on invalidity report | 9.5 | Hours | $550.00 | $5,225.00 |
| 10/09/19 | Consulting - Benton Baugh: Work on invalidity report, teleconference | 1.75 | Hours | $550.00 | $962.50 |
| 10/11/19 | Consulting - Benton Baugh: Work on invalidity report | 2.25 | Hours | $550.00 | $1,237.50 |
| | | | **TOTAL** | | $20,762.50 |
| | | | **APPLIED PAYMENTS AND CREDITS** | | $0.00 |
| | | | **AMOUNT DUE** | | $20,762.50 |

Terms:  Net 30
Due Date: 11/27/2019

| **Contact Us:** | **Wire Payment Information:** |
|-----------------|-------------------------------|
| Pensacola, FL (850) 473-2500<br>Toll Free (877) 838-8464<br>invoices@expertservices.com<br>www.ims-expertservices.com | |

Customer: Osha Liang, LLP  Job & Placement:  13728 J 5393 P

Page 1



## INVOICE

Invoice #: 40092
Invoice Date: 02/04/2020
Terms:  Net 30
Due Date: 03/05/2020

**Bill To:**

**Osha Liang LLP**
**ATTN: Suzanne Lecocke, Esq.**
909 Fannin St., Ste. 3500
Houston, TX  77010
United States

**NEW REMIT PAYMENT TO ADDRESS:**
**Intelligent Management Solutions LLC**
P.O. Box 208312
Dallas, TX 75320-8312

**Project:** Deep Fix, LLC v. Marine Well Containment Company LLC
*Matter No: 18566-005001*

**Expert Name:** Benton Baugh
**IMS Job #:**  13728 J 5393 P

Client Manager: Bradley Crabbe

| Date(s) | Description | Qty | Unit | Rate | Amount |
|---|---|---|---|---|---|
| 01/27/20 | Consulting - Benton Baugh: Invalidity meeting and preparation | 7.5 | Hours | $550.00 | $4,125.00 |
| 01/28/20 | Consulting - Benton Baugh: Invalidity trial and exhibit preparation | 12.5 | Hours | $550.00 | $6,875.00 |
| 01/29/20 | Consulting - Benton Baugh: Invalidity trial and exhibit preparation | 8.5 | Hours | $550.00 | $4,675.00 |
| 01/27/20 | Reimbursable Expenses: Parking | 1 | Flat Fee | $14.00 | $14.00 |
| 01/28/20 | Reimbursable Expenses: Parking | 1 | Flat Fee | $12.00 | $12.00 |
| 01/29/20 | Reimbursable Expenses: Parking | 1 | Flat Fee | $12.00 | $12.00 |
| | | | | TOTAL | $15,713.00 |
| | | | | APPLIED PAYMENTS AND CREDITS | $0.00 |
| | | | | AMOUNT DUE | $15,713.00 |

**Terms:  Net 30**
**Due Date: 03/05/2020**

| Contact Us: | New ACH Payment Information: |
|---|---|
| Toll Free (877) 838-8464 invoices@expertservices.com | |

Event Parking
Theater District Parking
511 Rusk Avenue
Houston, TX 77002

This is a PRIME transaction:

Transaction:              34352216
Attendant:              Denisia S.
Smith — Houston Theater District
Amount:                    $ 12.00
Time:        Jan 29, 2020 at 7:33 AM
Type:                       Credit

## $12.00

Thank you for your business.

---

Event Parking
Theater District Parking
511 Rusk Avenue
Houston, TX 77002

This is a PRIME transaction:

Transaction:
Attendant:              zuliha n.
Smith — Houston Theater District
Amount:                    $ 12.00
Time:        Jan 28, 2020 at 7:15 AM
Type:                        Cash

## $12.00

Thank you for your business.

---

1001 McKinney Garage
Thank you for choosing
1001 McKinney
Fannin Exit
DATE: 01/27/20
TIME: 02:47 PM

Receipt No.      20/410/83
* Original *
Ticket:  **114428**
Entry : 01/27/20 12:54 PM
LPR   :

TAX included              **14.00**

Credit                     14.00
Trans ID : 17845
Card No. : xxxxxxxxxxxxx5427
Card Type: MASTER CARD

Please drive safely
and
have a great day!

# DrinkerBiddle&Reath LLP

1500 K Street, N.W.
Washington, DC 20005-1209
(202) 842-8800 *office*
(202) 842-8465 *fax*
TAX I.D. #23-1423089

## REMITTANCE ADVICE

Peter C. Schechter
c/o Osha Liang LLP
909 Fannin, Suite 3500
Houston, TX 77010

| | |
|---|---|
| Invoice Number: | 15299513 |
| Invoice Date: | 11/14/2019 |
| Client Number: | 221455 |
| Matter Number: | 593284 |

**Re: Deep Fix, LLC. v. Marine Well Containment Company, LLC**
**(Client Ref. No. 18566-005001)**

For services through October 31, 2019

Current Fees                                               5,890.50

**Total Amount Due This Invoice**                              **$5,890.50**

**Accounts Receivable**

| Date | Inv No | Amount | Credits | Balance |
|---|---|---|---|---|
| 10/09/19 | 15290721 | $14,110.00 | $0.00 | $14,110.00 |

Prior Balance Due                                                14,110.00

**Total Balance Due**                                          **$20,000.50**

**Wire or ACH Payments:**

Beneficiary:
Credit Account #:
ABA:
SWIFT.:
Bank:
Bank Address:

Reference:



**Checks:**

Drinker Biddle & Reath LLP
One Logan Square, Ste. 2000
Philadelphia, PA 19103-6996

**Please return this remittance copy with your payment.**
**Payment for legal services is due within 30 days of invoice date.**

# DrinkerBiddle&Reath L L P

1500 K Street, N.W.
Washington, DC 20005-1209
(202) 842-8800 *office*
(202) 842-8465 *fax*
TAX I.D. #23-1423089

Peter C. Schechter
c/o Osha Liang LLP
909 Fannin, Suite 3500
Houston, TX 77010

| | |
|---|---|
| Invoice Number: | 15299513 |
| Invoice Date: | 11/14/2019 |
| Client Number: | 221455 |
| Matter Number: | 593284 |

**Re: Deep Fix, LLC. v. Marine Well Containment Company, LLC
(Client Ref. No. 18566-005001)**

For professional services rendered through October 31, 2019

## Fees

| Date | Description | Timekeeper | Hours | Fees |
|---|---|---|---|---|
| 10/01/19 | Work on Marine Well Containment Expert Report; teleconference with Peter Schechter. | RL Stoll | 1.60 | 1,496.00 |
| 10/02/19 | Work on Marine Well Containment Expert Report. | RL Stoll | 4.70 | 4,394.50 |
| | Current Hours / Fees | | 6.30 | $5,890.50 |

## Time and Fee Summary

| Timekeeper | Title | Rate | Hours | Fees |
|---|---|---|---|---|
| RL Stoll | Partner | $935.00 | 6.30 | $5,890.50 |
| Totals | | | 6.30 | $5,890.50 |

**Total this Invoice**                                                    **$5,890.50**

Payment for legal services is due within 30 days of invoice date.



Faegre Drinker Biddle & Reath LLP
1500 K Street, N.W., Suite 1100
Washington, District of Columbia 20005
+1 202 842 8800 office / +1 202 842 8465 fax
TAX I.D. #41-0244008

faegredrinker.com

Peter C. Schechter
c/o Osha Liang LLP
909 Fannin, Suite 3500
Houston, TX 77010

| | |
|---|---|
| Invoice Number: | 15320277 |
| Invoice Date: | 02/05/2020 |
| Client Number: | 221455 |
| Matter Number: | 593284 |

**Re: Deep Fix, LLC. v. Marine Well Containment Company, LLC**
**(Client Ref. No. 18566-005001)**

For professional services rendered through January 31, 2020

**Fees**

| | | | | |
|---|---|---|---|---|
| 01/17/20 | Review materials and participate on teleconference with several Osha Liang attorneys on the Marine Well Containment case. | RL Stoll | 2.50 | 2,462.50 |
| 01/24/20 | Prepare for and teleconferenced with Suzanne E. Lecocke on Marine Well Containment case. | RL Stoll | 1.80 | 1,773.00 |
| 01/25/20 | Prepare for and teleconference with Suzanne Lecocke and others in preparation for trial. | RL Stoll | 2.20 | 2,167.00 |
| 01/26/20 | Prepare for trial and travel to Houston. | RL Stoll | 5.50 | 5,417.50 |
| 01/27/20 | Trial preparation. | RL Stoll | 8.20 | 8,077.00 |
| 01/28/20 | Prepare for, attend and testify at Trial. | RL Stoll | 11.20 | 11,032.00 |
| 01/29/20 | Return travel from Trial. | RL Stoll | 6.20 | 6,107.00 |
| | Current Hours / Fees | | 37.60 | $37,036.00 |

**Time and Fee Summary**

| Timekeeper | Title | Rate | Hours | Fees |
|---|---|---|---|---|
| RL Stoll | Partner | $985.00 | 37.60 | $37,036.00 |
| Totals | | | 37.60 | $37,036.00 |

**Expenses**

| | |
|---|---|
| Airfare | 886.83 |
| Meals | 269.92 |
| Taxi/Car Service | 171.09 |
| Total Current Expenses | $1,327.84 |

**Total this Invoice** $38,363.84

Payment for legal services is due within 30 days of invoice date.



Faegre Drinker Biddle & Reath LLP
1500 K Street, N.W., Suite 1100
Washington, District of Columbia 20005
+1 202 842 8800 office  /  +1 202 842 8465 fax
TAX I.D. #41-0244008

faegredrinker.com

## REMITTANCE ADVICE

Peter C. Schechter
c/o Osha Liang LLP
909 Fannin, Suite 3500
Houston, TX 77010

| | |
|---|---|
| Invoice Number: | 15320277 |
| Invoice Date: | 02/05/2020 |
| Client Number: | 221455 |
| Matter Number: | 593284 |

**Re: Deep Fix, LLC. v. Marine Well Containment Company, LLC
(Client Ref. No. 18566-005001)**

For services through January 31, 2020

| | |
|---|---|
| Current Fees | 37,036.00 |
| Current Expenses | 1,327.84 |

**Total Amount Due This Invoice**                                          **$38,363.84**

**Wire or ACH  Payments:**

Beneficiary:
Credit Account #:
ABA:
SWIFT.:
Bank:
Bank Address:

Reference:



**Checks:**

Faegre Drinker Biddle & Reath LLP
One Logan Square, Ste. 2000
Philadelphia, PA 19103-6996

**Please return this remittance copy with your payment.
Payment for legal services is due within 30 days of invoice date.**

MACH 5 COURIERS, INC.                                                PAYMENT DUE IN 15 DAYS

| Account | Invoice | Date |
|---|---|---|
| | 45643 | 5/25/2018 |

OSHA LIANG LLP
909 FANNIN
HOUSTON, TX  77010

Remit to:
Mach 5 Couriers, Inc.
P O BOX 52490
Houston, TX  77052

## INVOICE DETAIL

| REFERENCE# | \| SENDER | \| RECIPIENT | \| NET CHARGE |
|---|---|---|---|
| 18566.005001 | DEBORAH SKOLASKI | | |
| | OSHA & LIANG | NANCY ATLAS          (A. CAROL) | |
| | 909 FANNIN | 515 RUSK | |
| | 3500 | 9TH FL | |
| | HOUSTON, TX  77010 | HOUSTON, TX  77002 | |
| 508802 | SHIPPED    5/14/2018 10:44:00 AM | DELIVERED May 14 2018 11:33AM | $16.70 |

| | | |
|---|---|---|
| ****SUBTOTAL FOR THIS REFERENCE NUMBER**** | REFERENCE 18566.005001 | $16.70 |

We offer a variety of payment methods for your convenience!! These include the ability to charge a credit card, or allow you to pay directly into our bank account via ACH. If you want more information on any of these services, or otherwise have a question regarding this invoice, please contact Karen Casillas at 713 655 0555. For your convenience, our bank routing information is listed below:

Amegy Bank of Texas
Mach 5 Couriers, Inc.

1

Routing Number          113011258
Mach 5 Account Number

.

Routing Number          113011258
Mach 5 Account Number

2

**FedEx**

| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 6-617-14523 | Jul 18, 2019 | | 5 of 7 |

**Ship Date:** Jul 08, 2019　　　　**Cust. Ref.:** 18566-005001　　　　**Ref.#2:**
**Payor:** Shipper　　　　**Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 7.50% to this shipment.
- Distance Based Pricing, Zone 2

| Automation | INET | **Sender** | | **Recipient** | |
|---|---|---|---|---|---|
| Tracking ID | 775658001304 | Debbie Skolaski | | Phil Linson | |
| Service Type | FedEx Standard Overnight | Osha Liang | | Teris | |
| Package Type | FedEx Envelope | 909 Fannin | | 2600 Via Fortuna | |
| Zone | 02 | HOUSTON TX 77010 US | | AUSTIN TX 78746 US | |
| Packages | 1 | | | | |
| Rated Weight | 2.0 lbs, 0.9 kgs | | | | |
| Declared Value | USD 100.00 | Transportation Charge | | | 23.94 |
| Delivered | Jul 09, 2019 12:44 | Discount | | | -3.83 |
| Svc Area | A1 | Fuel Surcharge | | | 1.51 |
| Signed by | R.SMALL | Declared Value Charge | | | 0.00 |
| FedEx Use | 000000000/200/_ | **Total Charge** | | USD | **$21.62** |

| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 6-405-98656 | Dec 20, 2018 | | 4 of 6 |



**Ship Date: Nov 29, 2018**   **Cust. Ref.: 18566-005001**   **Ref.#2:**
**Payer: Shipper**   **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 7.00% to this shipment.
- Distance Based Pricing, Zone 6
- Package Delivered to Recipient Address - Release Authorized

| | | | | |
|---|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** | |
| Tracking ID | 773844491652 | Debbie Skolaski | Barton A. Walz | |
| Service Type | FedEx Express Saver | Osha Liang | 1119 Cove Valley Lane | |
| Package Type | FedEx Envelope | 909 Fannin | FABER VA 22938 US | |
| Zone | 06 | HOUSTON TX 77010 US | | |
| Packages | 1 | | | |
| Rated Weight | N/A | Transportation Charge | | 19.80 |
| Declared Value | USD 5.00 | Discount | | -1.98 |
| Delivered | Dec 04, 2018 15:10 | Fuel Surcharge | | 1.85 |
| Svc Area | A9 | Residential Delivery | | 4.15 |
| Signed by | see above | Declared Value Charge | | 0.00 |
| FedEx Use | 000000000/833/02 | DAS Extended Resi | | 4.40 |
| | | **Total Charge** | **USD** | **$28.22** |



| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 6-432-29268 | Jan 17, 2019 | | 3 of 4 |

Ship Date: Jan 04, 2019　　　Cust. Ref.: 18566-005001　　　Ref.#2:
Payer: Shipper　　　Ref.#3:

- Fuel Surcharge - FedEx has applied a fuel surcharge of 5.75% to this shipment.
- Distance Based Pricing, Zone 5

| Automation | INET | **Sender** | **Recipient** | |
|---|---|---|---|---|
| Tracking ID | 774120750970 | Debbie Skolaski | Mary-Jacq Holroyd | |
| Service Type | FedEx Priority Overnight | Osha Liang | Johnston Holroyd & Associates | |
| Package Type | FedEx Envelope | 909 Fannin | 1438 E. Main St. | |
| Zone | 05 | HOUSTON TX 77010 US | PRINCETON WV 24740 US | |
| Packages | 1 | | | |
| Rated Weight | N/A | Transportation Charge | | 37.14 |
| Declared Value | USD 5.00 | Discount | | -5.94 |
| Delivered | Jan 07, 2019 14:10 | Fuel Surcharge | | 1.95 |
| Svc Area | PM | Declared Value Charge | | 0.00 |
| Signed by | J.WOOD | DAS Comm | | 2.70 |
| FedEx Use | 000000000/219/_ | **Total Charge** | USD | **$35.85** |

1016-01-00-0002787-0001-0005992

| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 6-432-29268 | Jan 17, 2019 | | 4 of 4 |

**Ship Date:** Jan 11, 2019       **Cust. Ref.:** 18566-005001       **Ref.#2:**
**Payor:** Shipper       **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 5.00% to this shipment.
- Distance Based Pricing, Zone 5
- Package Delivered to Recipient Address - Release Authorized

| | | | | |
|---|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** | |
| Tracking ID | 774176779696 | Debbie Skolaski | Mike Earls | |
| Service Type | FedEx Priority Overnight | Osha Liang | Minuteman Process Service LLC | |
| Package Type | FedEx Envelope | 909 Fannin | 1549 Alvis Rd. | |
| Zone | 05 | HOUSTON TX 77010 US | PRINCETON WV 24739 US | |
| Packages | 1 | | | |
| Rated Weight | N/A | Transportation Charge | | 39.14 |
| Declared Value | USD 5.00 | Discount | | -6.26 |
| Delivered | Jan 14, 2019 14:14 | Fuel Surcharge | | 2.07 |
| Svc Area | PM | Residential Delivery | | 4.40 |
| Signed by | see above | Declared Value Charge | | 0.00 |
| FedEx Use | 000000000/219/02 | DAS Resi | | 4.20 |
| | | **Total Charge** | **USD** | **$43.55** |

| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 6-468-53550 | Feb 21, 2019 | | 4 of 10 |

**Ship Date: Jan 23, 2019**   Cust. Ref.: 18566-005001   Ref.#2:
**Payor: Shipper**   Ref.#3:

- Fuel Surcharge - FedEx has applied a fuel surcharge of 6.00% to this shipment.
- Distance Based Pricing, Zone 6

| Automation | INET | **Sender** | **Recipient** | |
|---|---|---|---|---|
| Tracking ID | 774295019494 | Jason Tucker | Beverly M. Davis | |
| Service Type | FedEx Express Saver | Osha Liang | Davis, Davis & Davis Attorneys | |
| Package Type | FedEx Envelope | 909 Fannin | 519 Second Street | |
| Zone | 06 | HOUSTON TX 77010 US | RADFORD VA 24141 US | |
| Packages | 1 | | | |
| Rated Weight | N/A | Transportation Charge | | 20.98 |
| Declared Value | USD 5.00 | Discount | | -2.10 |
| Delivered | Jan 25, 2019 16:00 | Fuel Surcharge | | 1.13 |
| Svc Area | A9 | Direct Signature | | 5.00 |
| Signed by | C.CRAFT | Declared Value Charge | | 0.00 |
| FedEx Use | 000000000/833/_ | **Total Charge** | USD | **$25.01** |

**Ship Date: Jan 23, 2019**   Cust. Ref.: 18566-005001   Ref.#2:
**Payor: Shipper**   Ref.#3:

- Fuel Surcharge - FedEx has applied a fuel surcharge of 6.00% to this shipment.
- Business Closed or Adult Recipient Unavailable - Delivery Not Completed.
- Distance Based Pricing, Zone 6
- 1st attempt Jan 28, 2019 at 01:24 PM.

| Automation | INET | **Sender** | **Recipient** | |
|---|---|---|---|---|
| Tracking ID | 774295362139 | Jason Tucker | Barton A. Walz | |
| Service Type | FedEx Express Saver | Osha Liang | 684 Berkmar Circle | |
| Package Type | FedEx Envelope | 909 Fannin | CHARLOTTESVILLE VA 22901 US | |
| Zone | 06 | HOUSTON TX 77010 US | | |
| Packages | 1 | | | |
| Rated Weight | N/A | Transportation Charge | | 20.98 |
| Declared Value | USD 5.00 | Discount | | -2.10 |
| Delivered | Feb 04, 2019 14:23 | Fuel Surcharge | | 1.13 |
| Svc Area | A5 | Direct Signature | | 5.00 |
| Signed by | B.WALZ | Declared Value Charge | | 0.00 |
| FedEx Use | 000000000/833/_ | **Total Charge** | USD | **$25.01** |

**Ship Date: Jan 23, 2019**   Cust. Ref.: 18566-005001   Ref.#2:
**Payor: Shipper**   Ref.#3:



- Fuel Surcharge - FedEx has applied a fuel surcharge of 6.00% to this shipment.
- Distance Based Pricing, Zone 6

| Automation | INET | **Sender** | **Recipient** | |
|---|---|---|---|---|
| Tracking ID | 774295401405 | Jason Tucker | Malcolm P. Woodward | |
| Service Type | FedEx Express Saver | Osha Liang | 106 Eastbrook Court | |
| Package Type | FedEx Envelope | 909 Fannin | CHARLOTTESVILLE VA 22901 US | |
| Zone | 06 | HOUSTON TX 77010 US | | |
| Packages | 1 | | | |
| Rated Weight | N/A | Transportation Charge | | 20.98 |
| Declared Value | USD 5.00 | Discount | | -2.10 |
| Delivered | Jan 28, 2019 12:36 | Fuel Surcharge | | 1.40 |
| Svc Area | A5 | Direct Signature | | 5.00 |
| Signed by | T.HUOSTON | Residential Delivery | | 4.40 |
| FedEx Use | 000000000/833/_ | Declared Value Charge | | 0.00 |
| | | **Total Charge** | USD | **$29.68** |

**FedEx.**

| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 6-589-63194 | Jun 20, 2019 | | 5 of 11 |

**Ship Date:** May 31, 2019          **Cust. Ref.:** 18566-005001          **Ref.#2:**
**Payor:** Shipper                              **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 8.25% to this shipment.
- Distance Based Pricing, Zone 6

| | | | | |
|---|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** | |
| Tracking ID | 775363130120 | Debbie Skolaski | Suzanne Lecocke (Guest) | |
| Service Type | FedEx First Overnight | Osha Liang | Residence Inn Charlottesville | |
| Package Type | Customer Packaging | 909 Fannin | 315 West Main Street | |
| Zone | 06 | HOUSTON TX 77010 US | CHARLOTTESVILLE VA 22903 US | |
| Packages | 1 | | | |
| Rated Weight | 20.0 lbs, 9.1 kgs | | | |
| Declared Value | USD 20.00 | Transportation Charge | | 208.98 |
| Delivered | Jun 01, 2019 10:59 | Fuel Surcharge | | 18.56 |
| Svc Area | A5 | Saturday Delivery | | 16.00 |
| Signed by | N.ODELL | Declared Value Charge | | 0.00 |
| FedEx Use | 000000000/14/_ | **Total Charge** | **USD** | **$243.54** |



| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 6-468-53550 | Feb 21, 2019 | | 5 of 10 |

**Ship Date: Feb 07, 2019**
**Payor: Shipper**

**Cust. Ref.: 18566-005001**
**Ref.#3:**

**Ref.#2:**



- Fuel Surcharge - FedEx has applied a fuel surcharge of 6.00% to this shipment.
- Distance Based Pricing, Zone 8

| Automation | INET | **Sender** | **Recipient** | |
|---|---|---|---|---|
| Tracking ID | 774420325072 | Debbie Skolaski | Naegeli Deposition a | |
| Service Type | FedEx Express Saver | Osha Liang | Naegeli Deposition a | |
| Package Type | FedEx Envelope | 909 Fannin | 111 SW 5th Avenue | |
| Zone | 08 | HOUSTON TX 77010 US | PORTLAND OR 97204 US | |
| Packages | 1 | | | |
| Rated Weight | N/A | Transportation Charge | | 24.03 |
| Declared Value | USD 5.00 | Discount | | -2.40 |
| Delivered | Feb 12, 2019 10:17 | Fuel Surcharge | | 1.30 |
| Svc Area | A1 | Courier Pickup Charge | | 0.00 |
| Signed by | C.SEARS | Declared Value Charge | | 0.00 |
| FedEx Use | 000000000/835/_ | **Total Charge** | USD | $22.93 |



| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 6-589-63194 | Jun 20, 2019 | | 9 of 11 |

## FedEx Express Multiweight - Shipper Detail (Original)

**Ship Date:** May 30, 2019
**Payor:** Shipper
**Bundle ID:** 2367353
**Package Type:** Customer Packaging

**Service Type:** FedEx First Overnight
**Rate Method:** Hundredwt
**Zone:** 06
**Automation:** INET

**Svc Area:** A5
**Rated Wgt:** 166.0 lbs, 75.3 kgs
**# Packages:** 6

**Sender**
Debbie Skolaski
Osha Liang
909 Fannin
HOUSTON TX 77010 US

**Recipient**
Suzanne Lecocke (Guest)
Residence Inn Charlottesville
315 West Main Street
CHARLOTTESVILLE VA 22903 US

| Tracking ID Delivered/Signed By | Rated Weight/Actual Weight | Declared Value | FedEx Use | Cust. Ref./Ref.#2/Ref.#3/RMA # | Amount |
|---|---|---|---|---|---|
| 775352753370 May 31, 2019 09:00 N.NATE | 26.0 lbs, 11.8 kgs | USD 20.00 | 000000000/14/_ | 18566-005001 | 189.06 |

* Fuel Surcharge - FedEx has applied a fuel surcharge of 8.25% to this shipment.
* Distance Based Pricing, Zone 6
* FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.

| 775352753500 May 31, 2019 09:00 N.NATE | 19.0 lbs, 8.6 kgs 12.0 lbs, 5.4 kgs | USD 20.00 | 000000000/14/_ | 18566-005001 | 139.29 |

* Fuel Surcharge - FedEx has applied a fuel surcharge of 8.25% to this shipment.
* Distance Based Pricing, Zone 6
* FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
* We calculated your charges based on a dimensional weight of 19.0 lbs, 18" x 13" x 11", using a dimensional factor of 139.

| 775352753543 May 31, 2019 09:00 N.NATE | 38.0 lbs, 17.2 kgs | USD 20.00 | 000000000/14/_ | 18566-005001 | 276.10 |

* Fuel Surcharge - FedEx has applied a fuel surcharge of 8.25% to this shipment.
* Distance Based Pricing, Zone 6
* FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.

| 775352753657 May 31, 2019 09:00 N.NATE | 27.0 lbs, 12.2 kgs | USD 20.00 | 000000000/14/_ | 18566-005001 | 196.31 |

* Fuel Surcharge - FedEx has applied a fuel surcharge of 8.25% to this shipment.
* Distance Based Pricing, Zone 6
* FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.

| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 6-589-63194 | Jun 20, 2019 | 2274-5603-5 | 10 of 11 |

775352753750 May 31, 2019 09:00    28.0 lbs, 12.7 kgs    USD 20.00    000000000/14/_    18566-005001    203.57
    N.NATE
* Fuel Surcharge - FedEx has applied a fuel surcharge of 8.25% to this shipment.
* Distance Based Pricing, Zone 6
* FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.

775352753771 May 31, 2019 09:00    28.0 lbs, 12.7 kgs    USD 20.00    000000000/14/_    18566-005001    203.63
    N.NATE
* Fuel Surcharge - FedEx has applied a fuel surcharge of 8.25% to this shipment.
* Distance Based Pricing, Zone 6
* FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.

| | | |
|---|---|---|
| Transportation Charge | | 1112.20 |
| Declared Value Charge | | 3.00 |
| Fuel Surcharge | | 91.76 |
| **Total Charge** | **USD** | **$1,206.96** |

| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 6-844-90966 | Nov 21, 2019 | | 4 of 8 |

**Ship Date:** Oct 29, 2019   **Cust. Ref.:** 18566 005001   **Ref.#2:**
**Payer:** Shipper   **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 7.50% to this shipment.
- Distance Based Pricing, Zone 2
- Package Delivered to Recipient Address - Release Authorized

| | | | |
|---|---|---|---|
| Automation | AWB | **Sender** | **Recipient** |
| Tracking ID | 900800644396 | JASON | MARIO R |
| Service Type | FedEx Express Saver | OSHA LIANG LLP | TRENSSTER ENGIENRG |
| Package Type | FedEx Large Box | 909 FANNIN ST STE 3500 | 10430 ROGER RD |
| Zone | 02 | HOUSTON TX 77010-1034 US | HOUSTON TX 77070 US |
| Packages | 1 | | |
| Rated Weight | 10.0 lbs, 4.5 kgs | | |
| Delivered | Oct 30, 2019 09:11 | Transportation Charge | 20.50 |

Continued on next page

1324-01-00-0002674-0003-0005755



Corporations Section
P.O.Box 13697
Austin, Texas 78711-3697

Rolando B. Pablos
Secretary of State

### Office of the Secretary of State
**Packing Slip**

May 30, 2018
Page 1 of 1

Attn: Osha Liang LLP
Osha Liang LLP
909 Fannin Street, Suite 3500
Houston, TX 77010

**Batch Number: 81589482**

**Client ID: 625112916**

Batch Date: **05-30-2018**

Return Method: **Email**

| Document Number | Document Detail | Number / Name | Page Count | Fee |
|---|---|---|---|---|
| **815894820002** | **Find** | **deep fix, llc** | | **$1.00** |
| **815894820003** | **Convenience Fee** | | | **$0.03** |
| | | | **Total Fees:** | **$1.03** |

| Payment Type | Payment Status | Payment Reference | Amount |
|---|---|---|---|
| **Credit Card** | **Accepted** | ************106 | **$1.03** |
| | | **Total:** | **$1.03** |

**Total Amount Charged to Client Account:**    **$0.00**
(Applies to documents or orders where Client Account is the payment method)

*Note to Customers Paying by Client Account:* This is not a bill. Payments to your client account should be based on the monthly statement and not this packing slip. Amounts credited to your client account may be refunded upon request. Refunds (if applicable) will be processed within 10 business days.

User ID: WEBSUBSCRIBER

*Come visit us on the Internet @ http://www.sos.state.tx.us/*

Phone: (512) 463-5555          FAX: (512) 463-5709          Dial: 7-1-1 for Relay Services

## Daily Record of Library Research Project
### Lu Chi
### Aug 2018

| Date | Time Spent (hours) | Work done |
|------|------|------|
| Aug 16, 2018 | 2 | Read more than 30 abstracts and downloaded 12 papers for further reading. |
| Aug 21, 2018 | 2 | Read 3 papers and identified one relevant literature |
| Aug 22, 2018 | 2 | Read 4 papers |
| Aug 23, 2018 | 2 | Read 3 papers and identified one relevant literature |
| | | |
| | | |
| | | |

Relevant literature:

**1. Reese, J., Hatteburg, R., & Partain, L. (2001, July 1). Managing a Blowout: A Case Study. Society of Petroleum Engineers. doi:10.2118/0701-0014-JPT**

The paper reported a well-control crisis, in which existing BOP's were obviously damaged by fire. The section of "Capping Operations" described the process of snubbing and killing operations. They used a device to control the fluid flow:

"A snub-down cable system was fashioned to help guide the capping stack into position, and a ring gasket was tack-welded to the bottom of the stack flange. After a practice run to ensure that the path to the well was clear and that all equipment was functioning, the stack was positioned atop the bradenhead, and flow was allowed to continue through the stack until the stack was secured and the 4-in. diverter lines had been attached. The flow was then diverted to flare pits, and capping operations were complete."

**2. Peterman, C. P. (1966, September 1). Design Testing of a Blowout Preventor and Controls System For Drilling in 1,000 Feet of Water. Society of Petroleum Engineers. doi:10.2118/1406-PA**

This paper described a BOP system with a secondary control when BOP lost control:

"The connector will be lowered on a steel line with an auxiliary hose attached for control pressure. Since there is no diver support available at this time for the design water depths, highly reliable backup equipment is absolutely essential."

"The system also offers adaptability to secondary controls even when direct contact with the blowout preventer stack through the marine conductor is lost."

**Jenni Del Angel**

| | |
|---|---|
| **From:** | Benjamin J Caldwell |
| **Sent:** | Tuesday, August 28, 2018 7:59 AM |
| **To:** | Jenni Del Angel |
| **Subject:** | FW: Library research project |
| **Attachments:** | Daily Record.docx |

Please cut.

Benjamin J. Caldwell | Chief Financial Officer | **Osha Liang LLP** | 713.228.8600 | caldwell@oshaliang.com
Houston • Paris • Austin • Tokyo • Hangzhou • Alexandria | www.oshaliang.com
This communication may contain confidential or privileged information.

**From:** Peter C. Schechter
**Sent:** Tuesday, August 28, 2018 1:57 AM
**To:** Benjamin J Caldwell <Caldwell@oshaliang.com>
**Cc:** Suzanne E. Lecocke <Lecocke@oshaliang.com>; Jason L. Tucker <Tucker@oshaliang.com>
**Subject:** FW: Library research project

Ben,

Please cut a check for $200 (8 hours x 25/hr) and mail it to Ms. Lu Chi at the address seen below. This is client-chargeable to the Deep Fix litigation matter, c/m 18566-005001.

Thanks.

Peter C. Schechter | Partner | **Osha Liang LLP** | 713.228.8600 | 914.260.2314 (direct) | schechter@oshaliang.com
Houston • Paris • Austin • Tokyo • Hangzhou • Alexandria | www.oshaliang.com
This communication may contain confidential or privileged information

**From:** Lu Chi [mailto:lu.chi.yuanfeiwo@gmail.com]
**Sent:** Wednesday, August 15, 2018 11:22 AM
**To:** Peter C. Schechter
**Cc:** Suzanne E. Lecocke; Jason L. Tucker
**Subject:** Re: Library research project

Dear Peter,

Thanks for contacting me regarding your project. Yes I think the compensation is acceptable. My info is listed below:

Full name: Lu Chi
Mailing address: ███████████████████████████

And the copy of my green card is attached with this email. Please feel free to call me at my cell ███████
to discuss more details, or simply email me at this email address. Thank you!

Best regards,

1

Lu Chi



On Wed, Aug 15, 2018 at 10:49 AM, Peter C. Schechter <Schechter@oshaliang.com> wrote:

Dear Lu Chi –

David Madio has told me that you have access to the TAMU PETE library research system, have a Green Card, and that you are interested in doing a small library research project for us. We can offer to pay you $25 per hour for your time. If this is acceptable, we will need you full name, mailing address, and a copy of your Green Card. Once we have that information (quickly, I hope), I would like to discuss the project with you and have you start it right away.

2

Feel free to call me at my direct number (seen below) with any questions.


Best regards,


Peter C. Schechter | Partner | **Osha Liang LLP** | 713.228.8600 | 914.260.2314 (direct) | schechter@osh aliang.com
Houston • Paris • Austin • Tokyo • Hangzhou • Alexandria | www.oshaliang.com
This communication may contain confidential or privileged information

3

# Jenni Del Angel

**From:** Benjamin J Caldwell
**Sent:** Tuesday, September 4, 2018 7:27 AM
**To:** Jenni Del Angel
**Subject:** FW: Library research project
**Attachments:** Daily Record.docx

Please process

Benjamin J. Caldwell | Chief Financial Officer | **Osha Liang LLP** | 713.228.8600 | caldwell@oshaliang.com
Houston • Paris • Austin • Tokyo • Hangzhou • Alexandria | www.oshaliang.com
This communication may contain confidential or privileged information.

**From:** Peter C. Schechter
**Sent:** Tuesday, September 4, 2018 2:34 AM
**To:** Benjamin J Caldwell <Caldwell@oshaliang.com>
**Cc:** Jason L. Tucker <Tucker@oshaliang.com>; Suzanne E. Lecocke <Lecocke@oshaliang.com>
**Subject:** FW: Library research project

Ben, please send Ms. Lu Chi a final check in the amount of $250 for her 10 hours spent after August 23 (we previously paid for her 8 hours through 8/23).

Thanks.

Peter C. Schechter | Partner | **Osha Liang LLP** | 713.228.8600 | 914.260.2314 (direct) | schechter@oshaliang.com
Houston • Paris • Austin • Tokyo • Hangzhou • Alexandria | www.oshaliang.com
This communication may contain confidential or privileged information

**From:** Lu Chi | ████████████████████
**Sent:** Monday, September 3, 2018 20:32
**To:** Peter C. Schechter
**Cc:** Suzanne E. Lecocke; Jason L. Tucker; Lisa Margonis
**Subject:** Re: Library research project

Dear Peter,

I have received the $200 check. Thank you very much.

In the past week I continued reviewing papers/dissertations/patents, and located one (possibly) relevant patent. My daily record is attached with this email.

It was a great pleasure to collaborate with you on this project. If you need any help in the future, please feel free to let me know. Thank you!

Best regards,
Lu Chi

1

# Ideation**IP**

M-4, Level Ground & One, Above RituWears, South Ex, Part II New Delhi 110049, India │ mail@ideationip.com │ www.ideationip.com
Knock Out Searches @**USD 300** │ Novelty Searches @ **USD 500** │ Invalidity Searches @ **USD 900**

**TO,**

SUZANNE E. LECOCKE
**OSHA LIANG LLP**
TWO HOUSTON CENTER
909 FANNIN, SUITE 3500
HOUSTON, TX 77010
TEL: 713.228.8600 FAX: 713.228.8778
EMAIL: LECOCKE@OSHALIANG.COM

| | | | |
|---|---|---|---|
| **INVOICE # 11002190**<br>**DATE:AUGUST 11,2018**<br>**DUE DATE:**<br>**SEPTEMBER 11,2018** | YOUR REF: 18566-005001<br>OUR REF: 08018.14 | ASSIGNMENT DETAILS:<br>GLOBAL PRIOR ART SEARCH :<br>US 8,833,393 B2 \| CAP VALVE. | AMOUNT PAYABLE:<br>USD 800 |

**DISCOUNTS:**
GET 10% DISCOUNT ON BATCH OF 5 INSTRUCTIONS
GET 15% DISCOUNT ON BATCH OF 10 INSTRUCTIONS
GET 20% DISCOUNT ON BATCH OF 15 INSTRUCTIONS

*REMARKS:*
*PLEASE CONFIRM WITH US VIA FAX OR EMAIL AFTER YOUR REMITTING, THANK YOU!*
*PLEASE DO NOT ABBREVIATE ANY WORDS FOR THE NAME OF THE BENEFICIARY.*
*PLEASE SETTLE THIS AMOUNT WITHIN 30 DAYS FROM RECEIPT OF OUR INVOICE TO OUR FOLLOWING ACCOUNT.*
*PLEASE MAKE SURE TO PAY THE MONEY VIA WIRE TRANSFER.*



**BANK ACCOUNT DETAILS**



**INVOICE**

**Bill No.: 2_2805_2019-20**                                      **Dated: May 28, 2019**

Peter C. Schechter (Partner)
**Osha Liang LLP,**

1)   Re.           :    **Prior Art Search**
     Title         :    **Fluid Flow Valve Configuration**
     Our Ref.      :    **QPREF/2152019**
     Client Ref.   :    <mark>18566-005001</mark>

| | | Currency: USD |
|---|---|---|
| **DATE** | **SERVICES RENDERED** | **SUB-TOTAL** |
| **24.05.2019** | Towards Professional fees for:-<br>- Prior Art Search<br>"Fluid Flow Valve Configuration" | 1000.00 |
| | **NET TOTAL** | **USD      1000.00** |

<u>Bank Details</u>

Bank Name        :   IndusInd Bank Limited

                     Gotri Road Branch – Vadodara, 390007, India

Account No       :   Current A/c. No. 201002133820 in the name of Patspade IP

Swift Code       :   INDBINBBBAA

Pan No           :   AKXPP3322K

**GLOBAL**
ADD – 1:  A/2 KIRSHNADHAM, MD MARG, HARINGAR VADODARA, 390021 INDIA
ADD – 2: B/22,1ST FLOOR, VALLABH TOWER, MEMNAGAR, AHMEDABAD, 380061 INDIA
PH: + 91-9452402584 | EMAIL: info@patspadeip.com | WEBSITE: www.patspadeip.com

35889

## Jenni Del Angel

| | |
|---|---|
| **From:** | Jason L. Tucker |
| **Sent:** | Tuesday, August 28, 2018 4:01 PM |
| **To:** | Jenni Del Angel |
| **Subject:** | FW: OnePetro Purchase Receipt: 18566-005001: charge to Firm's AMEX card |

Hi Jenni,

As discussed, today I downloaded an article for a litigation matter.  18566-005001.

The total was $2.00 + tax, totaling $2.17.

The confirmation receipt is below.

Jason Tucker | Contract Litigation Paralegal | **Osha Liang LLP** | 713.228.8600 | tucker@oshaliang.com
Houston • Paris • Austin • Tokyo • Hangzhou • Alexandria | www.oshaliang.com
This communication may contain confidential or privileged information

**From:** service@onepetro.org <service@onepetro.org>
**Sent:** Tuesday, August 28, 2018 10:43 AM
**To:** Jason L. Tucker <Tucker@oshaliang.com>
**Subject:** OnePetro Purchase Receipt

Hello Jason Tucker,

Thank you for your purchase on OnePetro. You may now access your items by clicking on the title(s) below or by visiting your Purchase history found in your My OnePetro account.

OnePetro.org
222 Palisades Creek Drive
Richardson, Texas 75080

Purchase ID: bv43vt2s
Full name: Jason Tucker
Purchase date: 28/08/2018
Transaction total amount: USD 2.17
Includes sales tax at 8.25% : USD 0.17
Card number ending in: 1106
Cardholder name: Lauren A. Kryzanski

Your purchase includes the following title(s):

1. Managing a Blowout: A Case Study
SPE, journal-paper/SPE-0701-0014-JPT
Price: USD 2.00
URL: https://onepetro.org:443/journal-paper/SPE-0701-0014-JPT

View your full purchase history at https://onepetro.org:443/checkout/purchase-historyOP

1

If you have questions, please contact Customer Service at 1.972.952.9323 or service@onepetro.org and reference the information provided above.

Sincerely,

The OnePetro Customer Service Team

Please note: This email was sent from an auto-notification system that cannot accept incoming email. Please do not reply to this message.

**OSHALiANG**

Intellectual Property Law

| Accounting Use Only | |
|---|---|
| **Date Paid:** | |
| **Check No.:** | |
| **Initials:** | |

# Travel Expense Reimbursement Request

| | | |
|---|---|---|
| **Total Amount:** | $907.59 | **(see attached itemization)** |
| **Description (for bill):** | Airfare for roundtrip trip to/from VA to take non-party depositions | |

## X   ORIGINAL RECEIPTS ARE ATTACHED.

If receipts are <u>not</u> attached, please explain why not attached:

_____

**PLEASE CHARGE TO:**

**FIRM**

X   **CLIENT:**

**Name of Client:**  Marine Well Containment Company, LLC

**Matter:**  Deep Fix v. MWCC

**Billing Number:**  18566/005001

(Include both client # and matter #)

**Signature:**  _Suzanne Lecocke_

**Print/Type Name:**  Suzanne Lecocke

**Date:**  5/1/2019

 **Gmail**

Suzanne Lecocke <slecocke@gmail.com>

---

# Expedia flight purchase confirmation - Charlottesville (CHO) - Sun, Jun 2 - (Itinerary # 7430975713073)

**Expedia.com** <Expedia@expediamail.com>
Reply-To: Expedia@expediamail.com
To: slecocke@gmail.com

Tue, Apr 30, 2019 at 2:34 PM

---

 **Expedia**

Earn Rewards for your travel. Learn More

Packages   Hotels   Cars   Flights   Cruises   Things to Do   Deals   Rewards

---

Processing takes up to 24 hours for some ticket types. Check your online itinerary to ensure your ticket has been issued.

## Thank you Suzanne, we are processing your flight purchase

You unlocked up to 43% off select hotels\* because you booked a flight. Your Add-On Advantage discount lasts until the day of your trip. Search hotels >

### Houston (IAH) to Charlottesville (CHO)

Departs on Sun, Jun 2 at 11:19am
**Airline confirmation:** DSXDTT (American Airlines)

**Traveler:** SUZANNE ELIZABETH LECOCKE

---

### VIEW YOUR ITINERARY

### DOWNLOAD TO YOUR PHONE

\*See terms

---

## Before you go

- E-ticket: This email can be used as an E-ticket.
- Remember to bring your itinerary and government-issued photo ID for airport check-in and security.

**Contact the airline to confirm:**

- Specific seat assignments
- Special meals
- Frequent flyer point awards

- Special assistance requests

## Flight details

**Airline confirmation:** DSXDTT (American Airlines)

### Leg 1 • Sun, Jun 2

American Airlines
764

    11:19am • Houston, TX (IAH-George Bush Intercontinental)

      2h 38m flight duration

      First (I) • Airbus A319
      Seat: 02D ; confirm or change with the airline

    2:57pm • Charlotte, NC (CLT-Charlotte-Douglas Intl.)

Layover: 1h 13m

### Leg 2 • Sun, Jun 2

American Airlines
5488

    4:10pm • Charlotte, NC (CLT-Charlotte-Douglas Intl.)

      1h 11m flight duration

      First (I) • Canadian Regional Jet 700
      Seat: 03D ; confirm or change with the airline

    5:21pm • Charlottesville, VA (CHO-Charlottesville-Albemarle)

**Fare Type:** FIRST

| Included | Fee applies | Not included |
|---|---|---|
| 2 x Free BagsSeat ChoiceSnacksAlcoholic DrinksPriority Check InCarry On BagMiles EarnedPremium Seat | ChangesWi-FiLounge Access | Cancellation |

## MANAGE BOOKING

## Traveler details

### SUZANNE ELIZABETH LECOCKE

No frequent flyer details provided

Frequent flyer and special assistance requests should be confirmed directly with the airline.

Case 4:18-cv-00948 Document 266-2 Filed 05/07/20 in TXSD Page 177 of 221

## Pricing Summary

| | |
|---|---|
| **Traveler 1: SUZANNE ELIZABETH LECOCKE (Adult)** | **$463.50** |
| Flight | $411.16 |
| Taxes & fees | $52.34 |
| **Cancellation Plan** | **$33.00** |

## Total

**$496.50**

The total price includes all mandatory taxes and fees.
Unless specified otherwise, rates are quoted in US dollars.

## Expedia Rewards

**You earned 93 Expedia Rewards points**

## Cancellation Plan

You have purchased the Cancellation Plan. Please refer to your itinerary number when calling to ask questions or file a claim.

Sun, Jun 2 - Sun, Jun 2

Itin #7430975713073

Policy #1212845044

View Plan

File a claim

+1 800-397-3342

## Additional information

### Departing flight • IAH to CHO

#### Additional fees

The airline may charge additional fees (Opens in a new window.) for checked baggage or other optional services.

#### Airline rules and restrictions

We understand that sometimes plans change. We do not charge a cancel or change fee. When the airline charges such fees in accordance with its own policies, the cost will be passed on to you.

#### Tickets are nonrefundable and nontransferable.

Please read the complete penalty rules for changes and cancellations (Opens in a new window.) applicable to this fare.

Please read important information regarding airline liability limitations (Opens in a new window.).

#### Fare rules

BOOK    CHECK-IN    MY TRIPS    FLIGHT STATUS    Travel Info    SkyMiles    More      Suzanne
0 miles available

 

# Confirmation #GGW4PY

## Thank you for traveling with Delta, Suzanne!

Your booking is complete. We'll send you an email shortly to slecocke@gmail.com with your receipt and itinerary details.

### Roanoke, VA to Houston-Hobby, TX

Flight confirmation #GGW4PY - Fri, 07 Jun 2019

One Way | 1 passenger

**Total Trip Cost (USD)**    **$ 411.09**

Get Trip Notifications

## Welcome To SkyMiles

Welcome to SkyMiles. You're ready to earn 1,690 miles on your upcoming flight. Start by updating your preferences, viewing My Profile and managing your stored payment methods.

## What's Next

- Visit My Trips to access your itinerary, see receipts, and manage your flights
- Go to My Trips to request wheelchair assistance, peanut allergy help, or other services
- Also in My Trips, purchase insurance, hotel stays, car rentals, or Trip Extras like Wi-Fi and Priority Boarding
- On international tickets, you may be entitled to a refund of some government taxes or fees if the ticket is cancelled. Please see our Refunds FAQs for more information.

## Flights

| FRI 07 JUN | ROA ▸ HOU | DL 3641[1], DL 1398 | Main Cabin (K) | | Price per Passenger | $337.67 |
|---|---|---|---|---|---|
| | 10:11 AM   3:08 PM | 5h 57m | 1 Stop | Delta Comfort+® (W) Changeable / Nonrefundable Delta Air Lines Baggage Information | Taxes, Fees and Charges | $48.33 |

**DETAILS ▾**

| | |
|---|---|
| DEPARTS | FRI, 07 JUN | 10:11 AM FROM ROANOKE REGL/WOODRUM   (ROA) |
| ARRIVES | FRI, 07 JUN | 11:41 AM AT HARTSFIELD-JACKSON ATLANTA INTL   (ATL) |
| FLIGHT | DL 3641   | 1H 30M | OPERATED BY [1]SKYWEST DBA DELTA CONNECTION |
| AIRCRAFT | CRJ | MEAL SERVICES |

**2H 14M LAYOVER IN ATLANTA , GA | YOU CHANGE PLANES IN   ATL**

| | |
|---|---|
| DEPARTS | FRI, 07 JUN | 1:55 PM FROM HARTSFIELD-JACKSON ATLANTA INTL   (ATL) |
| ARRIVES | FRI, 07 JUN | 3:08 PM AT HOBBY   (HOU) |
| FLIGHT | DL 1398   | 2H 13M | |

Confirmation: Delta Air Lines

BOOK    CHECK-IN    MY TRIPS    FLIGHT STATUS    Travel Info    SkyMiles    More

Suzanne
0 miles available



| 0 Miles earned[1] | -- Medallion Qualification Dollars (MQDs) earned | Total Price (USD) | $386.00 |
|---|---|---|---|

Thank you for being a valued customer. The fees below are based on general passenger information. If you qualify for free or discounted checked baggage, this will be taken into account when you check in.

## Passengers, Seats & Extras

| | | Seats | Extras | Special Services | Seats | $0 |
|---|---|---|---|---|---|---|
| | | | | | Extras | $0 |
| 1 | Ms Suzanne Elizabeth Lecocke | | | | | |
| | ROA ▸ ATL  $30 $40 FIRST SECOND | 06B | | | | |
| | ATL ▸ HOU | 11C | | | | |

[1] On Delta operated flights, you may carry on one bag and a small personal item at no charge. Carry-on allowances may differ and fees may apply for flights operated by carriers other than Delta. Contact the operating carrier for detailed carry-on limitations and charges.

IMPORTANT: Visit delta.com for details on baggage embargoes that may apply to your itinerary.

| | | All Seats & Extras Subtotal | $0.00 |
|---|---|---|---|

## Trip Insurance

Your request for Trip insurance has been processed.

| | Trip Insurance | $25.09 |
|---|---|---|

## Payment

| Card Type | Card Holder | Card Number | | |
|---|---|---|---|---|
| VISA | Suzanne E Lecocke | ************2856 | Amount Charged (USD) | $411.09 |

## Hotel

**OSHALiANG**

Intellectual Property Law

| Accounting Use Only | |
|---|---|
| Date Paid: | |
| Check No.: | |
| Initials: | |

# Travel Expense Reimbursement Request

| Total Amount: | $2,367.55 (see attached itemization) |
|---|---|
| Description (for bill): | Woodward, Harvey, Walz, Holroyd depositions in Virginia, June 3-7, 2019 |

X **ORIGINAL RECEIPTS ARE ATTACHED.**

If receipts are **not** attached, please explain why not attached:

_____

**PLEASE CHARGE TO:**

      **FIRM**

X   **CLIENT:**

      **Name of Client:** MWCC

      **Matter:** Deep Fix v. MWCC

      **Billing Number:** 18566-005001

          (Include both client # and matter #)

**Signature:** /s/ Peter C. Schechter

**Print/Type Name:** Peter C. Schechter

**Date:** June 10, 2019

# Travel Expense
## Reimbursement Request

**OSHALiANG**

Intellectual Property Law

**Page 2**

## Itemization

| Date | Airfare & Airline Charges | Hotel | Car Rental | Meals |
|---|---|---|---|---|
| 6/3 | $328.00, $249.30, $30.00 (baggage), $15.95, $14.06 | | | |
| 6/4 | | $290.86 | | |
| 6/7 | | $846.92 | $556.68 | $35.78 |
| Subtotals | $637.31 | $1,137.78 | $556.68 | $35.78 |

**GRAND TOTAL:** $2,367.55



**Address:** 2200 Norview Avenue
Norfolk, VA 23518
**Phone:** (757) 857-1261



Reservations     Locations     Support     Login

**14501 Hertz Quail Springs Parkway**
PO Box 269033
Oklahoma City, OK 73126

You have agreed to receive your Rental Record, Rental Agreement and Rental Jacket electronically, that you have a device capable of receiving and viewing such documents, and you understand that you have the ability to receive a paper copy of your documents by calling your renting location at the below number. These terms apply in addition to any Gold or other Loyalty program terms and conditions you may have previously agreed to.

(757) 857-1261

Privacy Policy

## Peter C. Schechter

**From:** Peter Schechter <pcschechter@gmail.com>
**Sent:** Friday, May 31, 2019 18:53
**To:** Peter C. Schechter
**Subject:** Fwd: Here's Your Gogo Receipt and Feedback - Check Out Your Purchase Details! - Order #339623500SPUA

---------- Forwarded message ---------
From: **Gogo** <gogo@e.gogoair.com>
Date: Fri, May 31, 2019 at 6:50 PM
Subject: Here's Your Gogo Receipt and Feedback - Check Out Your Purchase Details! - Order #339623500SPUA
To: <pcschechter@gmail.com>

Purchase Details - Order #339623500SPUA
To ensure you receive emails from Gogo, add UnitedWiFi@gogoair.com to your email address book.

Mobile device | Web browser                         My Account | Contact Us

 **UNITEI**                    **Purchase details**

# Thank you for your Purchase!

You can view your purchase history at any time by visiting My Account. For more information about Gogo, visit our Privacy Policy and Terms of Use.

### Purchase Summary
Customer: Peter Schechter
Email Address: pcschechter@gmail.com
Order #: 339623500SPUA
Date: 5/31/2019 6:49 PM CDT

| Product | Quantity | Price |
|---|---|---|
| Full Flight | 1 | $12.99 |

**Payment Info**                                   Tax : $1.07

                                                   Total: $14.06

After using our Wi-Fi service, please take a moment to tell us about your Wi-Fi experience, Click Here to take a quick survey.

1

 Gmail

Peter Schechter <pcschechter@gmail.com>

---

## Here's Your Gogo Receipt - Check Out Your Purchase Details! - Order #340082382SPDA

1 message

**Gogo** <gogo@e.gogoair.com>
Reply-To: Gogo <customercare@gogoair.com>
To: pcschechter@gmail.com

Fri, Jun 7, 2019 at 1:29 PM

Purchase Details - Order #340082382SPDA
To ensure you receive emails from Gogo, add gogo@e.gogoair.com to your email address book.

Mobile device | Web browser

My Account | Contact Us

 

# Thanks for your purchase!

You can view your purchase history at any time by visiting My Account. For more information about Gogo, visit our Privacy Policy and Terms of Use.

### Receipt Info

Customer: Peter Schechter
Email Address: pcschechter@gmail.com
Order #: 340082382SPDA
Date: 6/7/2019 2:28 PM EDT

| Product | Quantity | Price |
|---|---|---|
| Browse Flight Pass | 1 | $15.95 |

### Payment Info
Payment Type: AMEX
Payment Info: 2002

Tax : $0.00

**Total:** $15.95

**How to get online, in air.**

# THE HOTEL ROANOKE & CONFERENCE CENTER

The Hotel Roanoke & Conference
Center, Curio Collection by Hilton
110 Shenandoah Avenue, Roanoke, VA 24016
T: 540.985.5900  |  F: 540.853.8264
W: hotelroanoke.com

**NAME AND ADDRESS:**

SCHECHTER, PETER

OSHA LIANG LLP
909 FANNIN ST.
HOUSTON TX  77010
UNITED STATES OF AMERICA

| | |
|---|---|
| Room: | 172/D2E |
| Arrival Date: | 6/4/2019  7:42:00 PM |
| Departure Date: | 6/7/2019 |
| Adult/Child: | 1/0 |
| Room Rate: | 246.00 |
| Rate Plan: | LV3 |
| HH # | 1099517896 BLUE |
| AL: | |
| Car: | |

Confirmation Number: 3115755097

**Hilton**

6/7/2019

| DATE | DESCRIPTION | ID | REF. NO | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 6/4/2019 | GUEST ROOM | JOHU | 1347421 | $246.00 | | |
| 6/4/2019 | TAX-ROOM STATE SALES | JOHU | 1347421 | $13.04 | | |
| 6/4/2019 | TAX-ROOM CITY OCCUPANCY | JOHU | 1347421 | $19.68 | | |
| 6/5/2019 | GUEST ROOM | JOHU | 1348485 | $246.00 | | |
| 6/5/2019 | TAX-ROOM STATE SALES | JOHU | 1348485 | $13.04 | | |
| 6/5/2019 | TAX-ROOM CITY OCCUPANCY | JOHU | 1348485 | $19.68 | | |
| 6/6/2019 | *PINE ROOM PUB | LINTR | 1349601 | $10.76 | | |
| 6/6/2019 | GUEST ROOM | JOHU | 1349738 | $246.00 | | |
| 6/6/2019 | TAX-ROOM STATE SALES | JOHU | 1349738 | $13.04 | | |
| 6/6/2019 | TAX-ROOM CITY OCCUPANCY | JOHU | 1349738 | $19.68 | | |
| 6/7/2019 | AX *2002 | MAUG | 1350327 | | ($846.92) | |
| | **BALANCE** | | | | | $0.00 |

Hilton Honors(R) stays are posted within 72 hours of checkout. To check your earnings or book your next stay at more than 4,700 hotels and resorts in 100 countries, please visit Honors.com.

| | |
|---|---|
| ACCOUNT NO.<br>AX *2002 | DATE OF CHARGE  6/7/2019 | FOLIO NO./CHECK NO.  291709 A |
| CARD MEMBER NAME<br>SCHECHTER, PETER | AUTHORIZATION  529973 | INITIAL |
| ESTABLISHMENT NO. & LOCATION  ESTABLISHMENT AGREES TO TRANSMIT TO CARD HOLDER FOR PAYMENT | PURCHASES & SERVICES | |
| | TAXES | |
| | TIPS & MISC. | |
| CARD MEMBER'S SIGNATURE | TOTAL AMOUNT  -846.92 | |

MERCHANDISE AND/OR SERVICES PURCHASED ON THIS CARD SHALL NOT BE RESOLD OR RETURNED FOR A CASH REFUND.

PAYMENT DUE UPON RECEIPT





AMERICAS · EUROPE · MIDDLE EAST · AFRICA · ASIA · AUSTRALASIA

# Residence INN.
### BY MARRIOTT

**Residence Inn®**
315 West Main Street, Charlottesville, VA 22903 **P** 434.220.0075
**Marriott.com/CHOWR**

| | |
|---|---|
| Peter Schechter | Room: 301 |
| 909 Sannin Suite 3500 | Room Type: ONBR |
| Houston TX 77010 | Number of Guests: 1 |
| Business | Rate: $259.00    Clerk: HLJ |
| Arrive: 03Jun19    Time: 12:14PM    Depart: 04Jun19 | Time: 01:35PM    Folio Number: 71930 |

| DATE | DESCRIPTION | CHARGES | CREDITS |
|---|---|---|---|
| 03Jun19 | Room Charge | 259.00 | |
| 03Jun19 | State Occupancy Tax | 13.73 | |
| 03Jun19 | City Tax | 18.13 | |
| 04Jun19 | American Express | | 290.86 |

*Card #: AXXXXXXXXXXXXX2002/XXXX*
*Amount:   290.86  Auth: 525027  Signature on File*
*This card was electronically swiped on 03Jun19*

**BALANCE:**      **0.00**

**Marriott Bonvoy Account # XXXXX8619.**  Your Marriott Bonvoy points/miles earned on your eligible earnings will be credited to your account. Check your Marriott Bonvoy account statement or your online statement for updated activity.

See our "Privacy & Cookie Statement" on Marriott.com.

Operated under license from Marriott International, Inc. or one of its affiliates.

To plan your next stay, visit ResidenceInn.com.

A confirmation email has been sent to: pcschechter@gmail.com

## Trip information

| Confirmation number: | Houston, TX, US (IAH - Intercontinental) to Norfolk, VA, US (ORF) |
|---|---|
| **MKJ7RH** | |

## Purchase summary

| | |
|---|---|
| 1 adult (18-64) | $190.70 |
| Taxes and fees | $28.60 |

| 1 adult (18-64): | $28.60 /person |
|---|---|
| U.S. Transportation Tax | $14.30 |
| September 11th Security Fee | $5.60 |
| U.S. Passenger Facility Charge | $4.50 |
| U.S. Flight Segment Tax | $4.20 |

### Additional services

| Travel Options bundle (1 Traveler) | | $30.00 |
|---|---|---|
| IAH to ORF | Standard checked bag | $30.00 |

| **Total** | **$249.30** |
|---|---|

Credit card payment: $249.30 (Visa-**5849)

## Trip summary

### Friday, May 31, 2019

| 6:15 pm  →  10:11 pm | Nonstop |
|---|---|
| Houston, TX, US (IAH - Intercontinental) | Norfolk, VA, US (ORF) | 2h 56m total |

| Houston, TX, US (IAH - Intercontinental) to Norfolk, VA, US (ORF) | United Economy (T) |
|---|---|
| 6:15 pm - 10:11 pm (2h 56m) | Snacks for Purchase |

UA 6291 | Embraer ERJ-175

Operated By MESA AIRLINES DBA UNITED EXPRESS

🛜 Wi-Fi

## Travelers

| Peter Schechter | IAH to ORF | 9C | Economy Plus® |
|---|---|---|---|

Date of birth:     1/23/1959
Gender:   M
Known Traveler/Pass ID:    ******498
Frequent flyer:   UA-****=877
Email address:   pcschechter@gmail.com
Home phone:   +1 (914) 260-2314

## Important travel information

The U.S. government raised the security alert level and implemented extra restrictions to assure the security of air travel. Certain changes in airport procedures and restrictions on items allowed on board aircraft are detailed on the Travel Alert: Elevated Security (http://www.united.com/web/en-US/content/news/travelnoticesecurity.aspx) page.

Any changes to your flight reservations may incur additional charges.

Airlines require government issued photo identification upon check-in, such as a driver's license or passport.

Passport, visa and health requirements (http://www.united.com/web/en-US/content/travel/destination/international/passport.aspx) may apply for this itinerary. Each passenger must ensure that he or she has all required travel documents as stated in Rule 19 of the Contract of Carriage (http://www.united.com/web/en-US/content/contract.aspx). Information on this site is provided as a courtesy and should be verified by the passenger before travel. Other resources include the consulate of the destination country and the U.S. Department of State (http://www.travel.state.gov/)

~$MOBILEPASS$~

Please read important information governing airline baggage liability limitations (http://www.united.com/web/en-US/content/travel/baggage/liability.aspx).

You will be contacted with any changes or additional information such as schedule changes, itinerary changes, etc.

Special services are on a request basis and cannot be guaranteed.

Special meal requests must be received at least 24 hours before the departure of your flight and cannot be guaranteed.

The price displayed includes up to a 7.5% U.S. Federal Transportation Tax on the base amount of the fare on itineraries wholly within the United States. This tax also applies to certain itineraries between the United States and Canada or Mexico. You will not earn PQD or award miles for the full amount of the displayed price for these itineraries because the U.S. Federal Transportation tax is not eligible to earn PQD or miles.

Mileage accrued will vary depending on the terms and conditions of your frequent flyer program. United MileagePlus mileage accrual and other benefits of MileagePlus associated with air travel are subject to the rules of the MileagePlus program.

The award miles and Premier qualifying dollars displayed are calculated using the base fare and any applicable carrier-imposed surcharges for the itinerary. The initial calculation of MileagePlus earnings in the flight search results may be different than the final calculation shown on the Review Trip Itinerary page.

Important baggage information

## Carry-on baggage allowed

United accepts the following items, per customer to be carried on the aircraft at no charge:

- One carry-on bag no more than 45 linear inches or 114 linear centimeters
- One personal item (such as a shoulder or laptop bag).

Due to FAA regulations, operating carriers may have different carry-on requirements. Please check with the operating carrier for more information or go to united.com/baggage (https://www.united.com/web/en-US/content/travel/baggage/default.aspx).

## Checking bags for this itinerary

Checked baggage service charges are collected at any point in the itinerary where bags are checked. The bag service charges below reflect a maximum outside linear dimension of 62 linear inches (157 cm).

| First and second baggage service charges per traveler as listed below: | 1st bag | 2nd bag | Weight per bag |
|---|---|---|---|

✈ **Fri, May 31, 2019**

Houston, TX, US (IAH - Intercontinental) ~~$30~~$0 per traveler   ~~$40~~$0 per traveler   70 lbs (32 kgs) to Norfolk, VA, US (ORF)

Baggage check-in must occur with United or United Express, and United MileagePlus Premier® Gold membership must be valid at time of check-in to qualify for any applicable waiver of service charges for checked bags (within specified size and weight limits). Changes to the fare type purchased could result in increased baggage service charges. Based on your itinerary and selected cabin, service charges may be waived for one or more checked bags. See below for the charges for your 1st and 2nd checked bags. For additional baggage service charge information, select the "additional and other bag fees" box below.

These amounts represent an estimate of the first and second checked baggage service charges that may apply to your itinerary. If your itinerary contains multiple travelers, the service charges may vary by traveler, depending on status or memberships.

First and second bag service charges do not apply to active-duty members of the U.S. military and their accompanying dependents. For additional information regarding baggage charges, allowances, weight/size restrictions, exceptions or embargoes, or charges for overweight, oversized, excess, odd-sized baggage, special items or sporting equipment, visit united.com/baggage(https://www.united.com/ual/en/us/fly/travel/baggage.html).

 **Gmail**

Peter Schechter <pcschechter@gmail.com>

---

# Your Flight Receipt - PETER CHARLES SCHECHTER 07JUN19

1 message

---

**Delta Air Lines** <DeltaAirLines@e.delta.com>                     Tue, Apr 30, 2019 at 2:40 PM
Reply-To: Delta Air Lines <support-b5s1k4kbfpayqkauzqx8kqcbb1aa3p@e.delta.com>
To: pcschechter@gmail.com



**Hello, PETER CHARLES**                          SkyMiles® #*******856 >

**Your Trip Confirmation #: H5EU53**              MANAGE MY TRIP >

You're all set. If you need to adjust your itinerary, you can make standard changes to your
flight on delta.com including time, date and destination. Explore all of your options here.

MAKE THE MOST OF YOUR UPCOMING TRIP:

**DOWNLOAD THE FLY DELTA APP** – book a flight, upgrade or change your seats, speed
through security, receive flight status notifications, track your bags and more.
Download now >>

| Fri, 07JUN | DEPART | ARRIVE |
|---|---|---|
| **DELTA 3641*** | ROANOKE, VA | ATLANTA |
| Main Cabin (U) | 10:11am | 11:41am |
| DELTA 1398 | ATLANTA | HOUSTON-HOBBY |
| Delta Comfort+® (W) | 1:55pm | 3:08pm |

*Flight 3641 Operated by SKYWEST DBA DELTA CONNECTION

---

TSA CHANGES - ARRIVE EARLY

Please be aware of the recent changes to TSA screening procedures, including the requirement to
place powder-like substances over 12oz./350ml in your checked bag when traveling on an
international flight to the United States. For more information on powder restrictions, visit delta.com.

In addition to these changes, many airports are experiencing a high volume of travelers, resulting in
long check-in, baggage drop and security checkpoint lines. Please plan to arrive at the airport at
least 2 hours prior to your departure when traveling domestically (within the U.S) and at least 3
hours prior to your departure when traveling internationally. We also encourage passengers to
check-in online at delta.com or via the Fly Delta app to help avoid delays.

---

NEW BRANDED BOARDING ORDER

Effective January 23, 2019, boarding order will be based on the branded fare you purchased in an
effort to bring consistency and clarity to the gate and boarding experience. Please note your branded

fare group before boarding. SkyMiles® Medallion® Members and eligible Credit Card Members will continue to receive priority boarding. Learn more here.

## RESTRICTED HAZARDOUS ITEMS

To ensure the safety of our customers and employees, **Delta will no longer accept smart bags starting January 15, 2018. Smart bags with non-removable lithium-ion batteries** will not be permitted as carry-on or checked baggage on any Delta mainline or Delta Connection flight. For more information, please visit our News Hub.

Hoverboards or any lithium battery powered self-balancing personal transportation devices are also not permitted as both carry-on and checked baggage.

Spare batteries for other devices, fuel cells, and e-cigarettes are permitted in carry-on baggage only. If your carry-on bag contains these items and is gate checked, they must be removed and carried in the cabin. Further information and specific guidelines regarding restricted items can be found here.

## Passenger Info

| NAME | FLIGHT | SEAT |
|---|---|---|
| PETER CHARLES SCHECHTER | DELTA 3641 | 06A |
| SkyMiles #*******856 | DELTA 1398 | 14C |

Visit delta.com or use the Fly Delta app to view, select or change your seat.
If you purchased a Delta Comfort+™ seat or a Trip Extra, please visit My Trips to access a receipt of your purchase.

## Flight Receipt

Ticket #: 0062369174471

Place of Issue: Delta.com

Ticket Issue Date: 30APR19

Ticket Expiration Date: 30APR20

### METHOD OF PAYMENT

AX***********2002                                    **$328.00 USD**

### Air Transportation Charges

Base Fare                                             $283.72 USD

### Taxes, Fees and Charges

United States - September 11th Security Fee(Passenger Civil Aviation Security Service $5.60 USD Fee) (AY)

United States - Transportation Tax (US)               $21.28 USD

United States - Passenger Facility Charge (XF)        $9.00 USD

United States - Flight Segment Tax (ZP)               $8.40 USD

### CHARGES

**TICKET AMOUNT**                                     **$328.00 USD**

NONREF/PENALTY APPLIES

This ticket is non-refundable unless the original ticket was issued at a fully refundable fare. Some fares may not allow changes. If allowed, any change to your itinerary may require payment of a change fee and increased fare. Failure to appear for any flight without notice to Delta will result in cancellation of your remaining reservation.

Note: When using certain vouchers to purchase tickets, remaining credits may not be refunded. Additional charges and/or credits may apply.

Fare Details: ROA DL X/ATL DL HOU283.72UAUNA0CL USD283.72END ZP ROAATL XF ROA4.5ATL4.5

## Checked Bag Allowance

The fees below are based on your original ticket purchase. **If you qualify for free or discounted checked baggage,** this will be taken into account when you check in.

Fri 07 Jun 2019            DELTA: ROA ▶ ATL

| CARRY ON | FIRST | SECOND |
|---|---|---|
| FREE | $30$^{USD}$ | $40$^{USD}$ |

Fri 07 Jun 2019            DELTA: ATL ▶ HOU

| CARRY ON | FIRST | SECOND |
|---|---|---|
| INCLUDED | INCLUDED | INCLUDED |

Visit delta.com for details on baggage embargos that may apply to your itinerary.

### Transportation of Hazardous Materials

Federal law forbids the carriage of hazardous materials aboard aircraft in your luggage or on your person. A violation can result in civil penalties. Examples include: Paints, aerosols, lighter fluid, fireworks, torch lighters, tear gases and compressed gas cartridges.

There are special exceptions for small quantities (up to 70 ounces total). For further information visit delta.com Restricted Items Section.

## NEED MORE MILES? ›

Buy and transfer miles on delta.com.



## BOOK YOUR SUMMER GETAWAY. ›

It's a great time to choose your next escape from more than 325 destinations on six continents.





We have partnered with The Nature Conservancy to allow you to offset your carbon emissions from this trip. Go to delta.com/sustainability to calculate your CO2 emissions and learn more about offsetting.

## Terms & Conditions

This ticket is non-refundable unless the original ticket was issued at a fully refundable fare. Some fares may not allow changes. If allowed, any change to your itinerary may require payment of a change fee and increased fare. Failure to appear for any flight without notice to Delta will result in cancellation of your remaining reservation.

Note: When using certain vouchers to purchase tickets, remaining credits may not be refunded. Additional charges and/or credits may apply.

## Checked Bag Allowance

*On Delta operated flights, you may carry on one bag and a small personal item at no charge.

Delta One™/First/Business Class weight allowance reverts to 50 lbs for all checked bags beyond regular free allowance.

At the time of check in with Delta, SkyMiles Medallion members, SkyTeam Elite & Elite Plus and active US Military personnel are eligible for fee waivers and other benefits. For more details, visit delta.com/baggage. Basic Cardmembers with a Gold, Platinum, or Reserve Delta SkyMiles Credit Card from American Express are eligible for the first bag fee waiver. More details on the program can be found at delta.com/firstbagfree.

A standard checked bag with Delta may be up to 50 lbs and 62 linear inches (per piece). Additional fees apply for oversize, overweight, and/or additional pieces of checked baggage. Please review Delta's baggage guidelines for details. Weight and size restrictions may vary when checking baggage on carriers other than Delta. Contact with the operating carrier for detailed checked baggage allowances. You must be checked in at the gate by the applicable check-in deadlines or your reservation may be cancelled. Please review Delta's check-in requirement guidelines for details. Check-in requirements vary by airline, so if your ticket includes travel on other airlines, please check with the operating carrier on your ticket.

Do you have comments about our service? Please email us to share them.

## Conditions of Carriage

Air transportation on Delta and the Delta Connection® carriers is subject to Delta's conditions of carriage. They include terms governing for example:

• Limits on our liability for personal injury or death of passengers, and for loss, damage of delay of goods and baggage.
• Claim restrictions including time periods within which you must file a claim or bring action against us.
• Our right to change terms of the contract.
• Check-in requirements and other rules established when we may refuse carriage.
• Our rights and limits of our liability for delay or failure to perform service including schedule change, substitution of alternative air carriers or aircraft, and rerouting.
• Our policy on overbooking flights, and your rights if we deny you boarding due to an oversold flight.

These terms are incorporated by reference into our contract with you. You may view these conditions of carriage on delta.com, or by requesting a copy from Delta.

You have received this email because you elected to receive your Electronic Ticket receipt sent to you via email. If you would like to take advantage of other Delta email programs featuring special fares, promotions, information and flight updates, please visit: delta.com/emailprograms or delta.com/notifications.

This document establishes the creation of your electronic EMD(S) in our computer systems. It does not constitute a document of carriage. Where this document is issued for transportation or services other than passenger air transportation, specific terms and conditions may apply. These terms and conditions may be provided separately or may be obtained from the issuing agent.

## Copyright Information

This email message and its contents are copyrighted and are proprietary products of Delta Air Lines, Inc. Any unauthorized use, reproduction, or transfer of this message or its contents, in any medium, is strictly prohibited.

This is a post only email (EMD+). Please do not respond to this message.

© 2019 Delta Air Lines, Inc. All rights reserved.

## Privacy Policy

Your privacy is important to us. Please review our Privacy Policy.



# Cafe Intermezzo
Hartsfield-Jackson Airport
Atlanta, GA - 404-574-6195
404-768-2002
WECARE@ARMATLANTA.COM

Date:        Jun07'19 12:40PM
Card Type:   Amex
Acct #:      XXXXXXXXXXX2002
Card Entry:  SWIPED
Trans Type:  PURCHASE
Trans Key:   KIK009478528616
Auth Code:   584980
Check:       5577
Table:       14/1
Server:      1010 Deundra

Subtotal:         30.78

Tip:_____     +5

Total:_____    35.78

Keep for your records
*CUSTOMER COPY*

An 18% gratuity will be added to
all parties of 6 or more
intermezzoatlairport@crewsofca.
com



**OSHA** LIANG

Intellectual Property Law

| Accounting Use Only | |
|---|---|
| **Date Paid:** | |
| **Check No.:** | |
| **Initials:** | |

# Travel Expense Reimbursement Request

| **Total Amount:** | 2,287.48 (see attached itemization) |
|---|---|
| **Description** (for bill): | Expenses associated with non-party depositions in VA |

X **ORIGINAL RECEIPTS ARE ATTACHED.**

If receipts are **not** attached, please explain why not attached:

**PLEASE CHARGE TO:**

**FIRM**

x **CLIENT:**

**Name of Client:** Marine Well Containment Company LLC

**Matter:** 18566

**Billing Number:** 005001

(include both client # and matter #)

**Signature:** _[signature]_

**Print/Type Name:** Suzanne E. Lecocke

**Date:** 6/13/2019

**Signature of Approving Partner:** _[signature]_

Only Charged Client @ 2,148.6 X

| Date | Airfare | Rent Car | Taxis | Parking | Tolls | Hotels | Meals | Tips | mileage | Other |
|---|---|---|---|---|---|---|---|---|---|---|
| 6/2/2019 - 6/3/2019 | | | | | | $559.26 | | | | |
| 6/2/2019 | | | | | | | | $5.00 | | |
| 6/2/2019 | | | | | | | | $10.00 | | |
| 6/2/2019 | | | | | | | $18.85 | | | |
| 6/2/2019 | | | | | | | $14.90 | | | |
| 6/3/2019 | | | | | | | $86.03 | $15.00 | | |
| 6/4/2019 | | | | | | | | $2.00 | | |
| 6/4/2019 | | | | | | | | $5.00 | | |
| 6/4/2019 - 6/6/2019 | | | | | | $930.74 | | | | |
| 6/4/2019 | | | | | | | $42.47 | $8.00 | | |
| 6/4/2019 | | | | | | | | $5.00 | | |
| 6/5/2019 | | | | | | | $4.04 | | | |
| 6/5/2019 | | | | | | | $48.71 | $8.00 | | |
| 6/5/2019 | | | | | | | $125.21 | $25.00 | | |
| 6/6/2019 | | | | | | | $79.78 | $16.00 | | |
| 6/6/2019 | | | | | | | | | | $108.90 |
| 6/6/2019 | | | | | | | | $20.00 | | |
| 6/6/2019 | | | | | | | | | | $46.22 |
| 6/7/2019 | | | | | | | | $2.00 | | |
| 6/7/2019 | | | | | | | | $10.00 | | |
| 6/7/2019 | | | | | | | $11.57 | | | |
| 6/7/2019 | | | | | | | | | | $30.00 |
| 6/2/2019 - 6/7/2019 | | | | | | | | | | $100.00 |
| Subtotals | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,490.00 | $431.56 | $131.00 | $0.00 | $285.12 |

**GRAND TOTAL:**     $2,337.68

**Print/Type Name:** _PETER   SCHECHTEN_

**Date:** _6 /13/2019_

# STAPLES

## Customer Receipt

**CIC321791**

**SHIPPED THROUGH**
Staples #0639
4727 Valley View Blvd.
Roanoke, VA 24012
(540) 265-4860

Ship Date: **6/6/2019**
Expected Delivery Date: **6/12/2019**
Carrier & Service: **UPS Ground**

### Ship from

Suzanne
909 FANNIN ST
Suite 3500
HOUSTON, TX 77010-1034, US
Commercial
Telephone: +1 (713) 228-8600

### Ship to

OSHA Liang
ATTN: Jason Tucker
909 FANNIN ST
Suite 3500
HOUSTON, TX 77010-1034, US
Commercial

### Shipment Summary

| | |
|---|---|
| Packages in shipment: | **1** |
| Shipment ID: | **CIC321791** |
| POS Number: | **6861561322** |
| Weight(Actual): | **25 lb 15.4 oz** |

### Shipment Charges

| | |
|---|---|
| Package(s) Charges: | **$46.22** |
| Shipment Total: | **$46.22** |

### Package 1

| | |
|---|---|
| Tracking Number | **1Z5AR4650327166892** |
| Packed: | **By Customer** |
| Package type: | **Custom Package** |
| Dimensions: | **L 17 in W 11 in H 12 in** |
| Weight(Actual): | **25 lb 15.4 oz** |
| Content Details: | **papers** |

### Package 1 Charges

| | |
|---|---|
| UPS Ground: | **$46.22** |
| Package 1 SubTotal: | **$46.22** |

**Track Your Shipment**
Log on to www.ups.com or contact UPS at 1-800-PICK-UPS.

**Damaged, Lost or Late Claims**
**In the event that your package is damaged, lost or late, please contact the Staples® Ship Center Claims Department at 1-800-797-5924.**
**Hours of operation: Monday-Friday: 9 A.M.- 8 P.M. EST.**

All late claims must be called into the Staples Ship Center Claims Department within 15 days of the expected delivery date as per UPS policy. Keep ALL packaging materials and this invoice, as well as proof of value for damaged or lost packages. Claims take 2 to 6 weeks for review and payment (if approved).

By signing the merchant receipt, I understand/agree that:

1. I am subject to all Staples and UPS Terms and Conditions. *See www.ups.com for further details.*
2. Staples reserves the right to open and inspect any package to be shipped.
3. Staples will not be liable for damage to packages improperly packed, unless my receipt shows that I paid for Staples to pack the package.
4. **Staples will not ship any hazardous materials or other restricted items and you affirm that any package you have packed and offered to Staples for shipment does not contain such contents.**
5. Parcel Insurance.
   a. I may elect to pay an additional, optional fee (as specified on this receipt) for Staples' parcel insurance which is offered as part of Staples' UPS Ship Center services. Such fees do not include any markup by, or commission payment to, Staples. This insurance does not provide any insurance to you -- you are neither an insured nor an additional insured under Staples' parcel insurance.
   b. Any claims for disputes related to parcel insurance must be pursued in arbitration not in any court proceeding, and must be pursued on an individual basis only, not in any form of class or representative action. Complete terms and conditions regarding individual binding arbitration are available at www.ups.com.
   c. Staples' liability on any claim for loss or damage of a package with parcel insurance shall not exceed the lesser of (a) the insured value, (b) repair cost, (c) actual cost, (d) replacement cost, or (e) invoice price (where the shipped property has been sold). In all other cases, Staples' liability shall not exceed UPS's maximum liability for loss or damage under it's Tariff/Terms and Conditions of Service available for review on www.ups.com.
6. **International packages may be subject to duties, taxes and brokerage fees** as determined by the destination country, to be paid by the receiving party. These duties and taxes cannot be prepaid or estimated by Staples.

By signing the merchant receipt, you acknowledge that Staples will NOT ship any hazardous materials or other restricted items, and you affirm that any package you have packed and offered to Staples for shipment does not contain such contents.

Page 1 of 1



**Residence Inn®**
315 West Main Street, Charlottesville, VA 22903 P 434.220.0075
**Marriott.com/CHOWR**

| | | | | |
|---|---|---|---|---|
| Suzanne Lecocke | | | Room: 300 | |
| 909 Sannin Suite 3500 | | | Room Type: ONBR | |
| Houston TX 77010 | | | Number of Guests: 1 | |
| Business | | | Rate: $259.00 | Clerk: HLJ |
| Arrive: 02Jun19 | Time: 05:54PM | Depart: 04Jun19 | Time: 01:48PM | Folio Number: 71929 |

| DATE | DESCRIPTION | CHARGES | CREDITS |
|---|---|---|---|
| 02Jun19 | Room Charge | 239.00 | |
| 02Jun19 | State Occupancy Tax | 12.67 | |
| 02Jun19 | City Tax | 16.73 | |
| 03Jun19 | Room Charge | 259.00 | |
| 03Jun19 | State Occupancy Tax | 13.73 | |
| 03Jun19 | City Tax | 18.13 | |
| 04Jun19 | Visa | | 559.26 |

Card #: VIXXXXXXXXXXXX2856/XXXX
Amount: 559.26  Auth: 002492  Signature on File
This card was electronically swiped on 02Jun19

**BALANCE:**    **0.00**

As a Marriott Bonvoy Member, you could have earned points towards your free dream vacation today. Start earning points and Elite status, plus enjoy exclusive member offers. Enroll today at the front desk.

See our "Privacy & Cookie Statement" on Marriott.com.

Operated under license from Marriott International, Inc. or one of its affiliates.

# THE HOTEL ROANOKE & CONFERENCE CENTER

The Hotel Roanoke & Conference Center, Curio Collection by Hilton
110 Shenandoah Avenue, Roanoke, VA 24016
T: 540.985.5900  |  F: 540.853.8264
W: hotelroanoke.com

**NAME AND ADDRESS:**

LECOCKE, SUZANNE

TX 77010
UNITED STATES OF AMERICA

| | |
|---|---|
| Room: | 519/K1 |
| Arrival Date: | 6/4/2019 7:38:00 PM |
| Departure Date: | 6/7/2019 |
| Adult/Child: | 1/0 |
| Room Rate: | 215.00 |
| Rate Plan: | LV3 |
| HH # | |
| AL: | |
| Car: | |

Confirmation Number: 3115755097

**Hilton**

6/7/2019

| DATE | DESCRIPTION | ID | REF. NO | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 6/4/2019 | PARKING VALET | LINTR | 1347382 | $16.00 | | |
| 6/4/2019 | GUEST ROOM | JOHU | 1347804 | $215.00 | | |
| 6/4/2019 | TAX-ROOM STATE SALES | JOHU | 1347804 | $11.40 | | |
| 6/4/2019 | TAX-ROOM CITY OCCUPANCY | JOHU | 1347804 | $17.20 | | |
| 6/5/2019 | *REGENCY ROOM | LINTR | 1348161 | $30.59 | | |
| 6/5/2019 | GUEST ROOM | JOHU | 1348871 | $215.00 | | |
| 6/5/2019 | TAX-ROOM STATE SALES | JOHU | 1348871 | $11.40 | | |
| 6/5/2019 | TAX-ROOM CITY OCCUPANCY | JOHU | 1348871 | $17.20 | | |
| 6/6/2019 | *REGENCY ROOM | LINTR | 1349331 | $43.79 | | |
| 6/6/2019 | *REGENCY ROOM | LINTR | 1349484 | $43.61 | | |
| 6/6/2019 | PARKING VALET | LINTR | 1349581 | $16.00 | | |
| 6/6/2019 | GUEST ROOM | JOHU | 1349987 | $220.00 | | |
| 6/6/2019 | TAX-ROOM STATE SALES | JOHU | 1349987 | $11.66 | | |
| 6/6/2019 | TAX-ROOM CITY OCCUPANCY | JOHU | 1349987 | $17.60 | | |
| 6/7/2019 | *REGENCY ROOM | LINTR | 1350308 | $44.29 | | |
| 6/7/2019 | VS *2856 | MAUG | 1350324 | | ($930.74) | |
| | **BALANCE** | | | | | $0.00 |

| | |
|---|---|
| ACCOUNT NO. | VS *2856 |
| CARD MEMBER NAME | LECOCKE, SUZANNE |
| ESTABLISHMENT NO. & LOCATION | ESTABLISHMENT AGREES TO TRANSMIT TO CARD HOLDER FOR PAYMENT |

| | |
|---|---|
| DATE OF CHARGE | 6/7/2019 |
| FOLIO NO./CHECK NO. | 291710 A |
| AUTHORIZATION | 004988 |
| INITIAL | |
| PURCHASES & SERVICES | |
| TAXES | |
| TIPS & MISC. | |

CARD MEMBER'S SIGNATURE

TOTAL AMOUNT  -930.74

PAYMENT DUE UPON RECEIPT

MERCHANDISE AND/OR SERVICES PURCHASED ON THIS CARD SHALL NOT BE RESOLD OR RETURNED FOR A CASH REFUND.

WALDORF ASTORIA

CONRAD

canopy

Hilton

CURIO

DOUBLETREE

TAPESTRY COLLECTION

EMBASSY SUITES

Garden Inn

Hampton


tru


HOMEWOOD SUITES


HOME2


Hilton Grand Vacations


Hilton

AMERICAS · EUROPE · MIDDLE EAST · AFRICA · ASIA · AUSTRALASIA

# Awful Arthur's
## SEAFOOD COMPANY

108 Campbell Ave, S.E.
Roanoke, VA 24011
www.awfularthursseafood.com
Date:        Jun05'19 03:28PM
Card Type:   Visa
Acct #:      XXXXXXXXXXXXX2856
Card Entry:  SWIPED
Trans Type:  PURCHASE
Auth Code:   005774
Check:       2547
Table:       12/1
Server:      103 Catherin

Subtotal:         48.71

Tip:_____  8-

Total:_____ 56.71

_____

Signature

I agree to pay above total
according to my card issuer
agreement.
***GUEST  COPY***

# maYa

Maya
Charlottesville
Virginia 22903
434-979-6292
Date:        Jun03'19 06:25PM
Card Type:   Visa
Acct #:      XXXXXXXXXXXXX2856
Card Entry:  SWIPED
Trans Type:  PURCHASE
Auth Code:   003830
Check:       4563
Table:       73/1
Server:      226 Katie

Subtotal:         86.03

Tip:_____  15

Total: _____ 101.03

_____

Signature
I agree to pay above total
according to my card issuer
agreement.

* * * * Guest Copy * * * *

CS/SEL

**Table 50**
309 Market Street SE
Roanoke, VA 24011
540-556-3597

## SALE

ver #: 000009

000094CR        REF#: 00000
ch #: 000322   RRN: 157571275
)6/19                        2t03
>R CODE: 006590
A                            Cr
*******2856

MOUNT          $79.

P        $    16—

)TAL     $    95.78

APPROVED

a Credit
: A0000000031010
R: 00 80 00 80 00
E8 00

Thank You
Please Come Again

CUSTOMER COPY

---

### Hudson News
HOUSTON BUSH INTERCONTINENTAL AIRPORT
16038 VICKERY BLVD, SUITE 240
HOUSTON, TX 77032
E: 02581   REG: 004 CASHIER: Regina
DARK CHOCOLATE BAR
0459859      1 @ 1.89          1.89
DIAMOND ALMONDS WHO
70059173     1 @ 13.99        13.99 N
EAU SMART WATER 20 0
162200433    1 @ 2.81          2.81 N
TOTAL                         18.69
ES TAX (8.25000%)              .16
AL                          $18.85
AMOUNT TENDERED
Hsa                         $18.85
SALE
ACCT: ************2856
EXP: ****
APPROVAL: 002650
APPL: Visa Credit
ENTRY METHOD: INSERT
AID: a0000000031010
TC: 9c5cede09d354a08
TVR: 0080008000
TSI: f800
IAD: f8d3287f80ffaf083030

TOTAL PAYMENT                $18.85
Transaction: 61964    6/2/2019 10:08
   Comments\Inquiries? (800) 326-7711
    or Comments@Hudsongroup.com
  Thank you for shopping with us.



061964025810040602201 9

---

Tilman's
406 E Main St
Charlottesville, VA 22902
434-566-O777

## Take Out #61

Server:    Mary S.           06/02/2019
Receipt:   76368             07:03PM
                             Register-1

1 x Greens & Bleu Salad          9.75
   - Add Avocado                 2.00

Subtotal                        11.75
Meals Tax 10.3%                  1.21
Tip                              1.94

**Balance Due**                 14.90

**Card**                        14.90

ard Holder:    LECOCKE/SUZANNE E
ard Number:    XXXXXXXXXXXX2856
itry Method:   Swipe
rd Type:       Visa
roval:         349881848

I agree to pay the above amount according
    to the card issuer agreement.

Struche

Paid

Thank you!



212 East Main Street
Charlottesville, VA 22902
(434) 979-9944
www.virginianrestaurant.com
Date:        Jun04'19 05.20PM
Card Type:   Visa
Acct #:      XXXXXXXXXX   56
Card Entry:  SWIPED
Trans Type:  PURCHASE
Auth Code:   . . .
Check        2857
Table        604/1
Server:      505 Molly A

Subtotal:         42.47

Tip:               8-

Total            50.47

_____

Signature
I agree to pay above total
according to my card issuer
agreement.

* * * * Guest Copy * * * *

The Hotel Roanoke
110 Shenandoah Ave
Roanoke, VA 24016
(540) 985-5900

10106 Chisa A
-------------------------------------
              CHK 27145
            6/5/2019 5:21 PM
-------------------------------------
GRND LATTE (L)                 3.65
***********2856
Visa:005372
Credit Authorization           4.04
Visa                          $4.04
***********2856

Subtotal                      $3.65
Sales Tax                     $0.19
F&B Tax                       $0.20
Payment                       $4.04
Change  Due                 $0.00

----------- Check Closed -----------
          6/5/2019 5:22 PM

Order 27145

*Hudson News*

ROANOKE REGIONAL AIRPORT
5202 AVIATION DR NW
ROANOKE, VA 24012
STORE: 01198   REG: 001 CASHIER: Miranda
WONDERFUL PISTACHIOS SWE
14113913263   1 @ 10.99           10.99
SUBTOTAL                          10.99
SALES TAX (5.30000%)                .58
TOTAL                           $11.57
AMOUNT TENDERED

Visa                            $11.57
  SALE
  ACCT: ************2856
  EXP: ****
  APPROVAL: 007994
  APPL: Visa Credit
  ENTRY METHOD: INSERT
  AID: a0000000031010
  TC: 3c3ce5e37fa46f84
  TVR: 0080008000
  TSI: f800
  IAD: 55cce21227c36acb3030


TOTAL PAYMENT                   $11.57
Transaction: 135158      6/7/2019 9:23 AM
     Comments\Inquiries? (800) 326-7711
        or Comments@Hudsongroup.com
     Thank you for shopping with us.

13515801198001 06072019

---

Lucky Restaurant
18 Kirk Ave SW
Roanoke, VA 24011
(540) 982-1249

Date: 06/05/19   Time: 09:11 pm
Order #: 133
DINING
Server: Jeni M
Table #: 6
Payment #: 37100
Payment Date Time: 06/05/19 09:11 pm
Merchant ID: 650000004963917
Terminal ID: 2070111
XXXXXXXXXXXX2856 Visa (Swiped)
Auth Code: 005178

Sub-total:                     $113.00
Tax:                            $12.21
Total:                        $125.21

Visa $125.21

Tip    :    25.00

Total  :   150.21

Customer Copy

Thank You
Please Come Again

# STAPLES

4727 Valley View Blvd.
Roanoke, VA 24012
(540) 265-4860
SALE                1674690 8 005 39394
                    0639 06/06/19 06:14
QTY SKU                        PRICE

110 DROP OFF SHREDDING
    865213      0.990ea           108.90N
SUBTOTAL                          108.90
TOTAL                            $108.90

Visa Credit                    USD$108.90
Card No. XXXXXXXXXXXXX2856 [C]
Chip Read
Auth No.: 006685
AID.: A0000000031010

## TOTAL ITEMS    110

Staples brand products.
Below Budget. Above Expectations.

THANK YOU FOR SHOPPING AT STAPLES !

Shop online at www.staples.com

# STAPLES

4727  alley View Blvd.
Roanoke, VA 24012
(540) 265-4860
SALE                1674690 8 005 39393
                    0639 06/06/19 06:12
QTY SKU                        PRICE

STANDARD GROUND CO
389788                            46.22N
BTOTAL                            46.22
AL                               $46.22

a Credit                       USD$46.22
d No.: XXXXXXXXXXXXX2856 [C]
o Read
 No.: 006206
: A0000000031010

## TOTAL ITEMS    1

Staples brand products.
Below Budget. Above Expectations.

THANK YOU FOR SHOPPING AT STAPLES !

Shop online at www.staples.com

Shop Smarter. Get Rewarded.
Staples Rewards members get up to 5%
back in Rewards in store only. $2 back in
Rewards per recycled ink cartridges. Up to
20 per month.Minimum purchase required.
Exclusions Apply.See an associate for
full program details or to enroll.



0639 06193939305

Save at Staples!

STAPLES

Expires 06/22/2019

# 20% back



# Nikko's Worldwide Chauffeured Services

14902 Henry Road
Houston, TX, 77060
www.nikkoslimos.com

**Billing Phone :** (713) 789-0809
**Billing Fax :** (281) 895-7269
**Billing Email :** accounting@nikkoslimos.com

**Customer :** OSHA
**Invoice# :** 15736
**Inv Date :** 02/03/2020
**Net Terms :** 30 days

**Invoice Amount :** $991.28

Accounting Department
Osha Liang LLP
909 Fannin Street
Suite 3500
Houston , Texas 77010

## Invoice# 15736

| Reservation Description | | Charges Description | Charges | Credits |
|---|---|---|---|---|
| **Res#:** 256220*1 | **Pickup Time:** 02:28 PM | Base Charge: | 89.00 | |
| **Pickup Date:** 01/23/2020 | | | | |
| | **Vehicle Type:** Sedan | | | |
| **Passenger Name:** Jonathan Osha | | Tolls + Parking: | 4.00 | |
| **Requested By:** Julia Gilligan | **# of stops:** 0 | Airport Fee / Misc / Extra Options: | 5.00 | |
| **Pickup:** IAH AF 636 | | Operating Cost Surcharge: | 12.90 | |
| **Dropoff:** NEW HOME,2537 Lamar Street,Houston TX | | | | |
| | | **Total:** | 110.90 | |

| Reservation Description | | Charges Description | Charges | Credits |
|---|---|---|---|---|
| **Res#:** 256461*1 | **Pickup Time:** 08:00 AM | Base Charge: | 126.00 | |
| **Pickup Date:** 01/28/2020 | | | | |
| | **Vehicle Type:** SUV | | | |
| **Passenger Name:** Jason Tucker | | | | |
| **Requested By:** Jason Tucker | **# of stops:** 0 | | | |
| **Pickup:** Osha Liang LLP,909 Fannin Street,Houston TX | | Operating Cost Surcharge: | 18.27 | |
| **Dropoff:** Courthouse News Services,515 Rusk Street,Houston TX | | | | |
| **PO/Reference:** 18566-005001 | | | | |
| | | **Total:** | 144.27 | |

| Reservation Description | | Charges Description | Charges | Credits |
|---|---|---|---|---|
| **Res#:** 256220*2 | **Pickup Time:** 04:00 PM | Base Charge: | 89.00 | |
| **Pickup Date:** 01/28/2020 | | | | |
| | **Vehicle Type:** Sedan | | | |
| **Passenger Name:** Jonathan Osha | | Tolls + Parking: | 4.00 | |
| **Requested By:** Julia Gilligan | **# of stops:** 0 | | | |
| **Pickup:** NEW HOME,2537 Lamar Street,Houston TX | | Operating Cost Surcharge: | 12.90 | |
| **Dropoff:** IAH UA 1115 | | | | |
| | | **Total:** | 105.90 | |

*Page 1 of 3*



# Nikko's Worldwide Chauffeured Services

14902 Henry Road
Houston, TX, 77060
www.nikkoslimos.com

Billing Phone : (713) 789-0809
Billing Fax : (281) 895-7269
Billing Email : accounting@nikkoslimos.com

Customer : OSHA
Invoice# : 15736
Inv Date : 02/03/2020
Net Terms : 30 days

Invoice Amount : $991.28

Accounting Department
Osha Liang LLP
909 Fannin Street
Suite 3500
Houston , Texas 77010

## Invoice# 15736

| Reservation Description | | Charges Description | Charges | Credits |
|---|---|---|---|---|
| **Res#:** 256461*2 | **Pickup Time:** 06:00 PM | Base Charge: | 130.00 | |
| **Pickup Date:** 01/28/2020 | | Stop /WT Charge: | 60.00 | |
| | **Vehicle Type:** SUV | | | |
| **Passenger Name:** Jason Tucker | | | | |
| **Requested By:** Jason Tucker | **# of stops:** 0 | | | |
| **Pickup:** Courthouse News Services,515 Rusk Street,Houston TX | | Operating Cost Surcharge: | 18.85 | |
| **Dropoff:** Osha Liang LLP,909 Fannin Street,Houston TX | | | | |
| **PO/Reference:** 18566-005001 | | | | |
| | | Total: | 208.85 | |

| Reservation Description | | Charges Description | Charges | Credits |
|---|---|---|---|---|
| **Res#:** 256660*1 | **Pickup Time:** 08:35 PM | Base Charge: | 108.00 | |
| **Pickup Date:** 01/28/2020 | | | | |
| | **Vehicle Type:** Sedan | | | |
| **Passenger Name:** Jonathan Osha | | | | |
| **Requested By:** John Osha | **# of stops:** 0 | | | |
| **Pickup:** PHX UA 1115 | | Operating Cost Surcharge: | 15.66 | |
| **Dropoff:** Sheraton Grand at Wild Horse Pass,5594 West Wild Horse Pass Road,Phoenix AZ | | | | |
| | | Total: | 123.66 | |

| Reservation Description | | Charges Description | Charges | Credits |
|---|---|---|---|---|
| **Res#:** 256461*3 | **Pickup Time:** 07:30 AM | Base Charge: | 130.00 | |
| **Pickup Date:** 01/29/2020 | | | | |
| | **Vehicle Type:** SUV | | | |
| **Passenger Name:** Jason Tucker | | | | |
| **Requested By:** Jason Tucker | **# of stops:** 0 | | | |
| **Pickup:** Osha Liang LLP,909 Fannin Street,Houston TX | | Operating Cost Surcharge: | 18.85 | |
| **Dropoff:** Courthouse News Services,515 Rusk Street,Houston TX | | | | |
| **PO/Reference:** 18566-005001 | | | | |
| | | Total: | 148.85 | |



## Nikko's Worldwide Chauffeured Services

14902 Henry Road
Houston, TX, 77060
www.nikkoslimos.com

**Billing Phone :** (713) 789-0809
**Billing Fax :** (281) 895-7269
**Billing Email :** accounting@nikkoslimos.com

**Customer :** OSHA
**Invoice# :** 15736
**Inv Date :** 02/03/2020
**Net Terms :** 30 days

**Invoice Amount :** $991.28

Accounting Department
Osha Liang LLP
909 Fannin Street
Suite 3500
Houston , Texas 77010

### Invoice# 15736

| Reservation Description | | | Charges Description | Charges | Credits |
|---|---|---|---|---|---|
| **Res#:** | 256461*4 | **Pickup Time:** 04:00 PM | Base Charge: | 130.00 | |
| **Pickup Date:** | 01/29/2020 | | | | |
| | | **Vehicle Type:** SUV | | | |
| **Passenger Name:** | Jason Tucker | | | | |
| **Requested By:** | Jason Tucker | **# of stops:** 0 | | | |
| **Pickup:** | Courthouse News Services,515 Rusk Street,Houston TX | | Operating Cost Surcharge: | 18.85 | |
| **Dropoff:** | Osha Liang LLP,909 Fannin Street,Houston TX | | | | |
| **PO/Reference:** | 18566-005001 | | | | |
| | | | **Total:** | **148.85** | |

| Invoice Amount: $991.28 | Payments Received: $0.00 | Balance Due: $991.28 |
|---|---|---|

*Page 3 of 3*



**OSHA**LiANG

Intellectual Property Law

| Accounting Use Only | |
|---|---|
| **Date Paid:** | |
| **Check No.:** | |
| **Initials:** | |

# Misc. Expense Reimbursement Request

**Date of Expense :** 1/22/2020 & 1/31/2020

**Amount :** $331.38

**Description :** Mileage

☐ **ORIGINAL RECEIPT IS ATTACHED.**

**If receipt is _not_ attached, please explain why it is not attached:**

N/A

**PLEASE CHARGE TO:**

☐ **FIRM**

X **CLIENT:**

**Name of Client:** Marine Well containment company LLC

**Matter:** Deep Fix v. MWCC

**Billing Number:** 18566.005001

**(include both client # and matter #)**

**Signature:**

**Print/Type Name:** Tammy J. Dunn

**Date:** 2/13/2020

10:34

Your location

Home

🚗 4 hr 49  🚆 —  🥾 4 days  🚲 1 day

⬇ Tap to download offline directions for spotty connections on your route  ✕

Killeen

Temple

5 hr 25 min
Tolls ①

The Woodlands

San Marcos

5 hr 26 min
No tolls

San Antonio

4 hr 49 min
No tolls

Victoria

Corpus Christi
Alice
Laredo  Kingsville

# 4 hr 49 min (304 mi)

Fastest route, the usual traffic



A Start   ☰ Steps & more

| Date | Airfare | Rent Car | Taxis | Parking | Tolls | Hotels | Meals | Tips | mileage |
|---|---|---|---|---|---|---|---|---|---|
| 1/22/2020 | | | | | | | | | 304 ($165.69) |
| 1/31/2020 | | | | | | | | | 304 ($165.69) |
| Subtotals | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $331.38 |

**GRAND TOTAL:** $331.38

**OSHALiANG**

Intellectual Property Law

| Accounting Use Only | |
|---|---|
| Date Paid: | |
| Check No.: | |
| Initials: | |

# Travel Expense Reimbursement Request

| Total Amount: | $1257.51 | (see attached itemization) |
|---|---|---|
| Description (for bill): | Trip to Houston for MWCC Bench Trial | |

## X ORIGINAL RECEIPTS ARE ATTACHED.

If receipts are <u>not</u> attached, please explain why not attached:

_____

## PLEASE CHARGE TO:

    X    **FIRM**

    ☐    **CLIENT:**

**Name of Client:** MWCC

**Matter:** Bench Trial for Inequitable Conduct

**Billing Number:** 18566/005001

(include both client # and matter #)

**Signature:** *[signature]*

**Print/Type Name:** Lisa Margonis

**Date:** 2/24/2020

**Signature of Approving Partner:**

**Print/Type Name:** _____

**Date:** _____

**Travel Expense**
**Reimbursement Request**

OSHALIANG

Page 2

## Itemization

| Date | Airfare | Rent Car | Taxis | Parking | Tolls | Hotels | Meals | Tips | Gas | Baggage Fee |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/22/2020 | 517.30 | | | 22.00 | | | | | | 30.00 |
| 1/30/2020 | | 522.51 | | 117.00 | | | | | 18.70 | 30.00 |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| Subtotals | $ 517.30 | $ 522.51 | $ 0.00 | $ 139.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 18.70 | $ 60.00 |

**GRAND TOTAL:**     **$1257.51**

# Travel Expense
## Reimbursement Request

**OSHA**LiANG

Intellectual Property Law

**Page 2**

≋**National.**

Rental Agreement # 846697204
Invoice # 80039849574

## Renter Information

**Renter Name**
LISA MARGONIS

**Renter Address**
BOISE, ID 83702
USA

**Contract**
AIR LIQUIDE AMERICAN LP

## Vehicle Information

**FRONT-WHEEL DRIVE**
**License #:** MJH2381
**State/Province:** TX
**Unit #:** 7SWKVF
**Vehicle #:** LS509365

**Vehicle Class Driven**
STANDARD SUV 2WD SUV -
STANDARD 2WD

**Vehicle Class Charged**
Intermediate Car 2 or 4-Door/
Automatic/Air

**Odometer Mileage/Kilometers**
**Starting:** 14,548    **Ending:** 14,986
**Total:** 438

## Thank you for renting with National Car Rental

**We appreciate your business!**
This email was automatically generated from an unattended mailbox, so please do not reply to this e-mail.
If you have any questions about your rental, please view our Frequently Asked Questions or send us a secured message by visiting our Support Center

## Trip Information

| | **Pickup** | | **Return** | |
|---|---|---|---|---|
| | Wednesday, January 22, 2020 | 11:18 AM | Thursday, January 30, 2020 | 9:32 AM |

**Pickup**
HOUSTON GEORGE BUSH ARPT (IAH) ✈
17300 PALMETTO PNES
HOUSTON, TX 77032
USA

**Return**
HOUSTON GEORGE BUSH ARPT (IAH) ✈
17300 PALMETTO PNES
HOUSTON, TX 77032
USA

## Renter Charges

| | | |
|---|---|---|
| **Rental Rate** | Extra - Time & Distance 1 Day at $44.54 / Day | $44.54 |
| | Time & Distance 1 Week at $311.81 / Week | $311.81 |
| **Taxes and Fees** | Busing Recovery Fee 5.45/rntl ($5.45 / Rental) | $5.45 |
| | Vlf Rec 2.29/day ($2.29 / Day) | $18.32 |
| | Concession Fee Recovery 11.11 Pct (11.11%) | $42.23 |
| | Harris Sports Venue Tax 5 Pct (5.00%) | $22.72 |
| | Tx Motor Veh Rental Tax (10.00%) | $45.44 |
| | Consolidated Facility Chg 4/day ($4.00 / Day) | $32.00 |

| **Total** | **$522.51** |
|---|---|
| (Subject to audit) | |
| Amount charged on January 30, 2020 to AMERICAN EXPRESS (1007) | ($522.51) |
| **Amount Due** | **$0.00** |

2/24/2020                    Gmail - Fwd: eTicket Itinerary and Receipt for Confirmation DMZQWX

 Gmail                                    Lisa E. Margonis <lisa.lichtenauer@gmail.com>

## Fwd: eTicket Itinerary and Receipt for Confirmation DMZQWX
1 message

**Elias Margonis** <eligonis@gmail.com>                              Tue, Jan 14, 2020 at 9:27 AM
To: "Lisa E. Lichtenauer" <lisa.lichtenauer@gmail.com>

Elias Margonis (eligonis@gmail.com)

---------- Forwarded message ----------
From: **United Airlines, Inc.** <Receipts@united.com>
Date: Sun, Jan 5, 2020 at 9:35 PM
Subject: eTicket Itinerary and Receipt for Confirmation DMZQWX
To: <ELIGONIS@gmail.com>

 **UNITED**                                            Sun, Jan 05, 2020

# Thank you for choosing United.
A receipt of your purchase is shown below. Please retain this email receipt for your records.

Confirmation Number:
# DMZQWX

Flight 1 of 2 UA5268                                        Class: Economy (S)

Wed, Jan 22, 2020                                          Wed, Jan 22, 2020
# 06:20 AM                                                 # 11:03 AM
Boise, ID, US (BOI)                                        Houston, TX, US (IAH)

Flight Operated by Skywest Airlines dba United Express.

Flight 2 of 2 UA5350                                        Class: Economy (L)

Thu, Jan 30, 2020                                          Thu, Jan 30, 2020
# 04:20 PM                                                 # 07:22 PM
Houston, TX, US (IAH)                                      Boise, ID, US (BOI)

Flight Operated by Skywest Airlines dba United Express.

Traveler Details

MARGONIS/LISAERIN

eTicket number: **0162488930773**

Frequent Flyer: **UA-XXXXX437 Member**

Preferred Zone Assignment (0161558716816)

Seats: **BOI-IAH 18A**
**IAH-BOI 12C**
**IAH-BOI**

## Purchase Summary

| | |
|---|---|
| Method of payment: | **Master Card ending in 4198** |
| Date of purchase: | **Mon,  Jan 06, 2020** |

| | |
|---|---|
| Airfare: | **427.90 USD** |
| U.S. Transportation Tax: | **32.10 USD** |
| September 11th Security Fee: | **11.20 USD** |
| U.S. Flight Segment Tax: | **8.60 USD** |
| U.S. Passenger Facility Charge: | **4.50 USD** |

| | |
|---|---|
| Total Per Passenger: | **484.30 USD** |

## Total:                                    484.30 USD

## Additional Purchase Summary

| | |
|---|---|
| Method of payment: | **Master Card ending in 4198** |
| Date of purchase: | **Sun, Jan 05, 2020** |

| | |
|---|---|
| Preferred Zone Assignment (Reference Number: 0161558716816): | **33.00 USD** |

## Total:                                    33.00 USD

### Fare Rules

Additional charges may apply for changes in addition to any fare rules listed.

NONREF/0VALUAFTDPT/CHGFEE

Cancel reservations before the scheduled departure time or TICKET HAS NO VALUE.

### MileagePlus Accrual Details

| Lisaerin Margonis | | | | | |
|---|---|---|---|---|---|
| Date | Flight | From/To | Award Miles | PQP | PQF |
| Wed, Jan 22, 2020 | 5268 | Boise, ID, US (BOI) to Houston, TX, US (IAH) | 1205 | 241 | 1 |
| Thu, Jan 30, 2020 | 5350 | Houston, TX, US (IAH) to Boise, ID, US (BOI) | 935 | 220 | 1 |
| MileagePlus accrual totals: | | | 2140 | 461 | 2 |

### Baggage allowance and charges for this itinerary

2/24/2020                                        Gmail - Fwd: eTicket Itinerary and Receipt for Confirmation DMZQWX

| Origin and destination for checked baggage | 1st bag charge | 2nd bag charge | 1st bag weight and dimensions | 2nd bag weight and dimensions |
|---|---|---|---|---|
| Wed, Jan 22, 2020<br>Boise, ID, US (BOI)<br>to Houston, TX, US (IAH - Intercontinental) | 30 USD | 40 USD | 50lbs(23kg) - 62in(157cm) | 50lbs(23kg) - 62in(157cm) |
| Thu, Jan 30, 2020<br>Houston, TX, US (IAH - Intercontinental)<br>to Boise, ID, US (BOI) | 30 USD | 40 USD | 50lbs(23kg) - 62in(157cm) | 50lbs(23kg) - 62in(157cm) |

## Disinsection Notice

Certain countries require that the passenger cabins of aircraft be treated with insecticides. For additional information and a list of those countries, please visit the U.S. Department of Transportation's disinsection website.

## IMPORTANT CONSUMER NOTICES

**Notice of Baggage Liability Limitations** - For domestic travel between points within the United States (except for domestic portions of international journeys), United's liability for loss of, damage to, or delay in delivery of a customer's checked baggage is limited to $3,500 per ticketed customer unless a higher value is declared in advance and additional charges are paid (not applicable to wheelchairs or other assistive devices). For such travel, United assumes no liability for high value, fragile, perishable, or otherwise excluded items; excess valuation may not be declared on certain types of valuable articles. Further information may be obtained from the carrier. For international travel governed by the Warsaw Convention (including the domestic portions of the trip), maximum liability is approximately 640 USD per bag for checked baggage, and 400 USD per passenger for unchecked baggage. For international travel governed by the Montreal Convention (including the domestic portions of the trip), maximum liability is 1,131 SDRs per passenger for baggage, whether checked or unchecked. For baggage lost, delayed, or damaged in connection with domestic travel, United requires that customers provide preliminary notice within 24 hours after arrival of the flight on which the baggage was or was to be transported and submit a written claim within 45 days of the flight. For baggage damaged or delayed in connection with most international travel (including domestic portions of international journeys), the Montreal Convention and United require customers to provide carriers written notice as follows: (a) for damaged baggage, within seven days from the date of receipt of the damaged baggage; (b) for delayed baggage, within 21 days from the date the baggage should have been returned to the customer. Please refer to Rule 28 of United's Contract of Carriage for important information relating to baggage and other limitations of liability.

**Notice of Incorporated Terms** - Transportation is subject to the terms and conditions of United's Contract of Carriage, which are incorporated herein by reference. Incorporated terms may include, but are not limited to: 1. Limits on liability for personal injury or death of the customer, and for loss, damage, or delay of goods and baggage, including high value, fragile, perishable, or otherwise excluded items. 2. Claims restrictions, including time periods within which customers must file a claim or bring an action against the carrier. 3. Rights of the carrier to change terms of the contract. 4. Rules about reconfirmation of reservations, check-in times, and refusal to carry. 5. Rights of the carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of an alternate air carrier or aircraft, and rerouting. The full text of United's Contract of Carriage is available at united.com or you may request a copy at any United ticket counter. Passengers have the right, upon request at any location where United's tickets are sold within the United States, to receive free of charge by mail or other delivery service the full text of United's Contract of Carriage.

**Notice of Certain Terms** - If you have purchased a restricted ticket, depending on the rules applicable to the fare paid, one or more restrictions including, but not limited to, the following may apply to your travel: (1) the ticket may not be refundable but can be exchanged for a fee for another restricted fare ticket meeting all the rules/restrictions of the original ticket (including the payment of any difference in fares); (2) a fee may apply for changing/canceling reservations; or (3) select tickets may not be eligible for refunds or changes even for a fee; (4) select tickets have no residual value and cannot be applied towards the purchase of future travel; or (5) travel may be restricted to specific flights and/ or times and a minimum and/or maximum stay may be required. United reserves the right to refuse carriage to any person who has acquired a ticket in violation of any United tariffs, rules, or regulations, or in violation of any

# UNITED

## Baggage Receipt
Issue Date: 22 JAN 2020 BOI ATO

A STAR ALLIANCE MEMBER ✪

| Baggage Document | Description | Qty | Fees |
|---|---|---|---|
| 0161561998714 | First Bag Fee | 1 | $30.00 |

Metho  of Payment
Maste Card XXXXXXXXXXXX4198

Ticket Number
0162488930773

Cardh lder Name
LISA  ARGONIS

Confirmation:
**DMZQWX**

Carri r     Routing
UA          BOI · IAH

## Total Baggage Fees: USD $30.00

Excess Baggage Terms and Conditions:
- All excess baggage is subject to space availability.
- Receipt for payment must be presented at bag check.
- For refunds or adjustments, see a United representative.

ACENT REFERENCE: GG FSC BAG

---

# UNITED

## Baggage Receipt
Issue Date: 30 JAN 2020 IAH ATO

A STAR ALLIANCE MEMBER ✪

| Baggage Document | Description | Qty | Fees |
|---|---|---|---|
| 0161563711427 | First Bag Fee | 1 | $30.00 |

Metho  of Payment
Ameri an Express XXXXXXXXXXX1007

Ticket Number
0162488930773

Cardh lder Name
LISA  ARGONIS

Confirmation:
**DMZQWX**

Carri r     Routing
UA          IAH · BOI

## Total Baggage Fees: USD $30.00

Excess Baggage Terms and Conditions:
- All excess baggage is subject to space availability.
- Receipt for payment must be presented at bag check.
- For refunds or adjustments, see a United representative.

AGENT REFERENCE: GG FSC BAG

WELCOME TO TIMEWISE STORE #839
A TIMEWISE EXXON

EXXON EXPRESS PAY

TIME WISE # 839
FG48132908001
8155 KATY FWY
HOUSTON      , TX
77024
01/30/2020 44686495
01:41:29 PM

XXXXXXXXXXXX1007
Am Express
INVOICE 066033
AUTH 893235

PUMP# 14
Regular        8.6610
PRICE/GAL      $2.159

FUEL TOTAL  $  18.70

CREDIT      $  18.70

Customer-activated Purchase/Capture
Site #: 000000000A793774
Shift Number 1
Sequence Number 49987
Chip Read
AMERICAN EXPRESS
Mode: Issuer
AID: A000000025010801
TVR: 0000000000
IAD: 06AC01036D2002
TS1: F800
ARC: 00
APPROVED 893235

Tell us about
your visit !
myexxonmobilvisit
.com
Thank You for choosing wisely, TIMEWISE!
Visit us at WWW.LANDMARKINDUSTRIES.COM
or Call (713)686-2223

---

Boise Airport
Parking Operated by
Republic Parking
(208)343-8761

## Receipt

| | |
|---|---|
| L/R #28 | A Payment No.00100895 |
| T/D #05 | Ticket No.058724 |
| Entry Time | 01/22/2020 (Wed) 4:56 |
| Exit Time | 01/30/2020 (Thu) 19:21 |
| Parking Time | 8Days 14:25 |
| Parking Fee | Rate K $117.00 |

AMEX
    Account #        ****************1007
    Slip #                    105151
    Auth Code            0000580717
    Credit Card Amount        $117.00

Total                         $117.00

Thank You for Your Visit
Please Come Again !